IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wisconsin Voters Alliance, et al., | Case No. _____ |
| Plaintiffs, | |
| v. | **Motion for Preliminary Injunction** |
| Vice President Michael Richard Pence, et al., | |
| Defendants. | |

## MOTION

Plaintiffs Wisconsin Voters Alliance, et al., by and through undersigned counsel, hereby move this Court to issue a preliminary injunction enjoining Defendants from certifying Presidential electors who have not received state legislative post-election certification and from counting Presidential elector votes from Presidential electors who have not received state legislative post-election certification for the election of President and Vice President.

Under Local Rule 47(f), Plaintiffs request oral argument for this motion.

Dated: December 22, 2020

/s/ *Erick G. Kaardal*
Erick G. Kaardal (WI0031)
Special Counsel for Amistad Project of
Thomas More Society
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota  55402
Telephone: (612) 341-1074
Facsimile:  (612) 341-1076
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs*