**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Wisconsin Voters Alliance, et al.,                                    Case No. _____

                    Plaintiffs,

v.                                                                    **NOTICE OF HEARING**

Vice President Michael Richard Pence, et al.,

                    Defendants.

**NOTICE OF HEARING**

    Plaintiffs Wisconsin Voters Alliance, et al., will bring on for hearing their Motion for

Preliminary Injunction, before an Honorable Judge of the District of Columbia, at a time and place

to be determined.

Dated: December 22, 2020                       */s/Erick G. Kaardal*
                                                Erick G. Kaardal (WI0031)
                                                Special Counsel for Amistad Project of
                                                Thomas More Society
                                                Mohrman, Kaardal & Erickson, P.A.
                                                150 South Fifth Street, Suite 3100
                                                Minneapolis, Minnesota  55402
                                                Telephone: (612) 341-1074
                                                Facsimile:  (612) 341-1076
                                                Email: kaardal@mklaw.com
                                                *Attorneys for Plaintiffs*