**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Wisconsin Voters Alliance, et al.,                              Case No. _____

                              Plaintiffs,

v.

Vice President Michael Richard Pence, et al.,                  **DECLARATION OF**
                                                               **ERICK G. KAARDAL**

                              Defendants.

I, Erick G. Kaardal, being duly sworn, declares as follows:

1.      I have personal knowledge of the following.

2.      I am an attorney for the Plaintiffs.

3.      Attached is a memory stick containing the following documents:

|  | Name of Document | Appx Page |
|---|---|---|
| **Carlson Documents** | | |
| | Timeline of Electoral Policy Activities, Issues, and Litigation Pennsylvania, Michigan, Wisconsin, Georgia, Arizona, and Nevada August 2003 to November 2020 | 1 |
| | HAVA and State Plan Briefing Paper | 21 |
| | Voter Suppression through Executive and Administrative Actions | 31 |
| **Expert Declarations (I)** | | |
| | Declaration of A.J. Jaquori | 39 |
| | Declaration of Anthony J. Couchenor | 42 |
| | Declaration of Gregory Moulthrop | 48 |
| | Expert Report of Dennis Nathan Cain (I) | 52 |
| | Expert Report of Dennis Nathan Cain (II) | 60 |
| | Expert Report of Harry Haury | 69 |
| | Declaration of Jovan Hutton Pulitizer | 90 |
| | Declaration of Dr. Navid Keshavarz-Nia | 119 |
| **Postal Worker Declarations** | | |
| | Declaration Of Gregory Stenstrom In Support Of Plaintiffs' Motion For Temporary Restraining Order And Preliminary Injunction | 129 |
| | Affidavit of Jesse Richard Morgan | 152 |
| | Affidavit of Ethan J. Pease | 180 |
| | Declaration of Ingmar Njus | 183 |
| | Declaration of Leslie J. Brabandt | 187 |

| | Declaration of Roland Smith | 190 |
|---|---|---|
| **WISCONSIN** | | |
| Exhibits 1-19 | | |
| 1. | Wisconsin Voter Registration Application | 201 |
| 2. | Wisconsin Application for Absentee Ballot | 203 |
| 3. | Official Absentee Ballot Application/Certification | 205 |
| 4. | Envelope – Absentee Ballot | 206 |
| 5. | Zuckerberg announcement | 207 |
| 6. | WEC DA Fraud Referral Report | 215 |
| 7. | Madison Report | 221 |
| 8. | Green Bay | 224 |
| 9. | HAVA Wisconsin State Plan | 232 |
| 10. | Madison City Council Resolution 041620 | 244 |
| 11. | CTCL Grant Transmittal to Racine Mayor | 247 |
| 12. | CTCL Grants | 249 |
| 13. | Approved Wisconsin Safe Voting Plan 2020 | 270 |
| 14. | Declaration of John McLaughlin | 291 |
| (a) | Affidavit of Kris Teske | 303 |
| (b) | Affidavit of Diana Ellenbecker | 305 |
| (c) | Declaration of Carol Stancato | 308 |
| (d) | Declaration of John Morrissey | 312 |
| (e) | Declaration of Maribeth Witzel-Behl | 338 |
| (f) | Declaration of S. Claire Woodall-Vogg | 340 |
| (g) | Declaration of Kathleen Fischer | 342 |
| (h) | Declaration of Tara Coolidge | 345 |
| 15. | Jefferson v Dane County Order | 347 |
| 16. | Indefinitely Confined Cleanup Clerk Memo | 350 |
| 17. (a) | Affidavit of Carol Poehnlein, Foster Town Clerk, Clark County WI | 353 |
| (b) | Affidavit of Mary Ann Salmon, Clerk, Village of Forestville, Door County WI | 356 |
| (c) | Affidavit of DaleAnn Bohac, Adams Town Clerk, Jackson County WI | 359 |
| (d) | Affidavit of Judy K. Potter, Bear Bluff Town Clerk, Jackson County WI | 362 |
| (e) | Affidavit of Linda Sinkula, Carlton Town Clerk, Kewaunee County WI | 365 |
| (f) | Affidavit of Claudia J. Clark, Clerk of Town of Langlade, Langlade County WI | 368 |
| (g) | Affidavit of Kara Skarlupka, Washington Town Clerk, Shawano County WI | 371 |
| (h) | Affidavit of Judith A. Suhs, Dayton Town, Waupaca County WI | 373 |
| (i) | Affidavit of Holly Stevens,  Town of Clayton Clerk, Winnebago County WI | 375 |
| 18. | 2016 Memo on Witness Address | 378 |

| | | |
|---|---|---|
| 19. | WEC Spoiling Ballot Memo | 380 |
| | Supplement to Emergency Petition | 384 |
| **PENNSYLVANIA** | | |
| List and Exhibits A-E | PA Averments for D.C. Complaint | 397 |
| (a) | Department of State SURE Audit Report | 413 |
| (b) | Affidavit of Jessie Richard Morgan | 605 |
| (c) | Declaration of Ingmar Njus | 633 |
| (d) | Declaration of Gregory Stenstrom | 637 |
| (e) | Report of Francis X. Ryan | 660 |
| 1) | House Resolution 1094 of 2020 | 667 |
| 2) | House Resolution 1032 of 2020 | 672 |
| 3) | COSO Executive Summary 2013 | 678 |
| 4) | House Resolution 1094 of 2020 | 698 |
| 5) | House Bill 2626 of 2020 | 703 |
| 6) | SOX Reloaded | 774 |
| 7) | AU 314 Understanding the Entity and Risk Assessment | 783 |
| 8) | House Bill 1053 of 2019 | 826 |
| **MICHIGAN** | | |
| Petitioners' Appendix | Petitioners' Appendix Index | 835 |
| | Zachary C. Larsen | 836 |
| | Jessy Jacobs | 846 |
| | Senator Ruth Johnson | 849 |
| | William C. Hartmann | 851 |
| | Monica Palmer | 857 |
| | Angelic Johnson | 860 |
| | Cynthia Cassell | 862 |
| | Rhonda Weber | 877 |
| | Christine Muise | 880 |
| | G. Kline Preston IV | 886 |
| | Andrew Sitto | 890 |
| | Kristina Karamo | 894 |
| | Articia Bomer | 897 |
| | Dr. Phillip O'Halloran | 901 |
| | Cynthia O'Halloran | 911 |
| | Janice Hermann | 915 |
| | Jason Humes | 918 |
| | Patricia Blackmer | 923 |
| | Bob Cushman | 928 |
| | Jennifer Seidl | 931 |
| | Cassandra Brown | 939 |
| | Daniel Gustafson | 945 |
| | Eugene Dixon | 947 |
| | Anna England | 949 |
| | Adam de Angeli | 951 |
| | John McGrath | 968 |

| | | |
|---|---|---|
| | William Carzon | 973 |
| | Kayla Toma | 977 |
| | Lynn Mills | 984 |
| | Matthew Mikolajczak | 985 |
| | Mellissa Carone | 992 |
| | Braden Giacobazzi | 995 |
| | Rena M. Lindevaldesen | 1001 |
| | Kristy Klamer | 1006 |
| | Laurie Ann Knott | 1010 |
| | Lucille Ann Huizinga | 1016 |
| | Marilyn Jean Nowak | 1021 |
| | Marlene Kay Hager | 1024 |
| | Sandra Sue Workman | 1028 |
| | Ian A. Northon—Letter to Board of Canvassers | 1033 |
| | Doug A. Ringler, CPA, CIA—Michigan Auditor General's Performance Audit Report to State Bureau of Elections | 1039 |
| | Expert James R. Carlson—Stillwater Solutions | 1079 |
| | Expert Matthew Braynard | 1112 |
| | Expert Qianying "Jennie" Zhang | 1123 |
| | Expert John McLaughlin Jonathan | 1135 |
| | Declaration and Verification of Jonathan Brater—Head of Elections | 1147 |
| | State's Data Sharing Agreement with Rock the Vote | 1152 |
| **GEORGIA** | | |
| A. | Fulton County Commissioner's Meeting Minutes, 9-2-2020 | 1168 |
| B. | Fulton County Commissioners Resolution 9-2-2020 | 1189 |
| C. | Declaration of Richard Barron | 1201 |
| D. | CTCL Article "20 Ways Election Official Increased Accessibility During the November Election" | 1211 |
| E. | Settlement Agreement 3-6-2020 | 1222 |
| F. | CTCL Letter to Fulton County 9-2-2020 | 1230 |
| G. | Affidavits of Georgia Electors | |
| | • Angela Gayle Fitzgerald | 1235 |
| | • Casey Robinson Jr. | 1239 |
| | • Darrell E. Moore | 1240 |
| | • David Clifton Hightower Jr. | 1245 |
| | • Dylan Luke Davis | 1247 |
| | • Elizabeth Madrigal Walker | 1250 |
| | • Angela Gayle Fitzgerald | 1254 |
| | • Jordan Truesdale | 1257 |
| | • Judith Hull | 1260 |
| | • Kelley Kaylor Galloway | 1263 |
| | • Kelsey Amanda Sasser | 1265 |
| | • Kristen Watt | 1268 |

| | | |
|---|---|---|
| | • Larry Dean Rivers | 1271 |
| | • Laura Singley | 1273 |
| | • Maietta Mahlum | 1275 |
| | • Michael Gonzalez | 1277 |
| | • Michael J. Strutton | 1278 |
| | • Mitchell Watkins | 1281 |
| | • Michael LaCagnina | 1285 |
| | • John Moelter | 1287 |
| | • Natalie Catherine Starling | 1289 |
| | • Pamela Cochran Winterburn | 1295 |
| | • Priscilla Jackson | 1297 |
| | • Sarah Caroline Blount Taylor | 1299 |
| | • Spencer Kurtti | 1300 |
| | • Theresa Grendi | 1303 |
| | • Thomas Schrey | 1304 |
| | • Walter L. Baldwin Jr. | 1306 |
| | • William C. Rutland | 1310 |
| **Additional Declarations** | | |
| | Affidavit of Andrew John Miller | 1313 |
| | Declaration of Charles J. Cicchetti, Ph.D. | 1315 |
| **Additional Declarations** | | |
| PA | Expert Report of Steven J. Miller, Ph.D. | 1325 |
| PA | Expert Report of Matthew Braynard | 1331 |
| GA | Expert Report of Qianying (Jennie) Zhang | 1341 |
| GA | Expert Report of Matthew Braynard | 1350 |
| WI | Expert Report of Qianying (Jennie) Zhang | 1375 |
| WI | Expert Report of Matthew Braynard | 1384 |
| **ARIZONA** | | |
| | Expert Report of Qianying (Jennie) Zhang | 1396 |
| | Declaration of David W. Spilsbury | 1406 |
| | Expert Report of Dennis Nathan Cain | 1411 |
| | Expert Report of Matthew Braynard | 1419 |
| **Expert Declarations (II)** | | |
| | Expert Report of Dennis Nathan Cain | 1433 |
| | Expert Report of Russell J. Ramsland Jr. | 1446 |
| **Miscellaneous** | | |
| | Elections Committee Letter | 1469 |
| | Michigan Trump Electors Certificate | 1471 |
| | Wisconsin Legislator email response re: CTCL funds to Wisconsin, Cities | 1473 |
| | Wisconsin Trump Electors Certificate | 1475 |
| | The Chairman's Report Of The Election Law Study Subcommittee Of The Standing Senate Judiciary | 1477 |

| | Committee, Summary of Testimony from December 3, 2020 Hearing, Honorable William T. Ligon | |
|---|---|---|
| | Racine Winnebago Purchase | 1492 |
| | CTCL Grant Transmittal to Philadelphia Director of Finance | 1493 |
| | LA Attorney General's Petition for Permanent Injunction and Declaratory Judgment on Behalf of the State of Louisiana | 1504 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 22, 2020                                    _/s/ Erick G. Kaardal_
                                                             Erick G. Kaardal

Hennepin County
State of Minnesota