

May 28, 2020

City of Racine


Dear Mayor Mason,

I am pleased to inform you that the Center for Tech and Civic Life ("CTCL") has decided to award a grant to support the work of the City of Racine.

The following is a description of the grant:

> **AMOUNT OF GRANT:** One hundred thousand US dollars (USD $100,000).

> **PURPOSE:** The grant funds must be used exclusively for the public purpose of planning safe and secure election administration in the City of Racine in 2020, and coordinating such planning with other cities in Wisconsin.

Before we transmit these funds, we ask that you sign this agreement promising to use the grant funds in compliance with United States tax laws.  Specifically, by signing this letter you agree to the following:

1. The City of Racine is a U.S., state, or local government unit or political subdivision in the meaning of 26 USC 170(c)(1).

2. This grant shall be used *only* for the public purpose described above, and for no other purposes.

3. The City of Racine shall not use any part of this grant to give a grant to another organization unless CTCL agrees to the specific grant in writing, except as provided in paragraph 4.

4. The City of Racine shall grant ten thousand dollars (USD $10,000) under this agreement to each of the cities of Green Bay, Kenosha, Madison, and Milwaukee solely for the public purpose of planning safe and secure election administration in those cities in 2020, and

I APP. 247

solely upon written confirmation from those entities that the funds shall be used for such purpose.

5. The City of Racine, and any cities granted funds under paragraph 4, shall produce, by June 15th, 2020, a plan for safe and secure election administration in each such city in 2020, including an assessment of election administration needs, budget estimates for such assessment, and an assessment of the impact of the plan on voters.

6. CTCL may discontinue, modify, withhold part of, or ask for the return all or part of the grant funds if it determines, in its sole judgment, that (a) any of the above conditions have not been met or (b) it must do so to comply with applicable laws or regulations.

Your acceptance of these agreements should be indicated below. Please have an authorized representative of The City of Racine sign below, and return a scanned copy of this letter to us by email at grants@techandciviclife.org.

On behalf of CTCL, I extend my best wishes in your work.

Sincerely,

Tiana Epps Johnson
Executive Director
Center for Tech and Civic Life

Accepted on behalf of the City of Racine:

By: _____

Title: _____

Date:_____

I APP. 248

    

# Wisconsin Safe Voting Plan 2020
## Submitted to the Center for Tech & Civic Life
## June 15, 2020

The State of Wisconsin found itself in the midst of an historic election in April of 2020 when statewide elections occurred in the midst of the COVID-19 pandemic. These elections included not only the presidential preference vote, but also local races for city councils, county boards, school board, and mayors, a statewide election for a seat on the Wisconsin Supreme Court, and numerous district-wide school referenda.

Municipalities were required to make rapid and frequent adjustments to ensure compliance with the rapidly changing Supreme Court, Wisconsin Supreme Court, and Wisconsin Election Commission (WEC) rulings about the election. (The April 2020 Election may go down in history as the only election in which the Wisconsin Supreme Court and the US Supreme Court weighed in on the same day on how the election would be conducted.)

The shifting legal landscape was also complicated by the extraordinary lengths municipal clerks went to to ensure that both voting and election administration were done in accordance with prevailing public health requirements.

As mayors in Wisconsin's five biggest cities - Milwaukee, Madison, Green Bay, Kenosha, and Racine - we seek to work collaboratively on the two remaining 2020 elections (August 11th and November 3rd) to: safely administer elections to reduce the risk of exposure to coronavirus for our residents as well as our election officials and poll workers; identify best practices; innovate to efficiently and effectively educate our residents about how to exercise their right to vote; be intentional and strategic in reaching our historically disenfranchised residents and communities; and, above all, ensure the right to vote in our dense and diverse communities.

**Table 1: Summary of Municipalities' Electorate Data, June 2020**

|  | Green Bay | Kenosha | Madison | Milwaukee | Racine |
|---|---|---|---|---|---|
| **Estimated Eligible Voters** | 71,661 | 73,000 | 213,725 | 430,000 | 56,000 |
| **Registered Voters** | 52,064 | 47,433 | 178,346 | 294,459 | 34,734 |
| **2020 Election Budget** | $329,820 | $205,690 | $2,080,283 | $2,986,810 | $409,529 |

All five jurisdictions share concerns about how to best facilitate voter participation and limit exposure to coronavirus. All five jurisdictions spent all or most of the budgeted resources for all of 2020 on the extraordinary circumstances this Spring.  If no plan is approved, it will leave communities like ours with no choice but to make tough decisions between health and the right to vote; between budget constraints and access to fundamental rights.  The time that remains between now and the November Election provides an opportunity to plan for the highest possible voter turnouts in the safest possible ways.

We are collectively requesting a total of $6,324,527 as summarized in Table 3 below and detailed extensively in the plan.

**Review of the April 2020 Election**

The April 2020 election placed two sacred duties of cities in conflict: keeping our residents safe and administering free and fair elections. Since Wisconsin's elections are administered at the municipal level, each municipality was on its own to deal with these dynamics. Our Municipal Clerks and their staff are all remarkable public servants, who responded nimbly and effectively to marshal the resources needed to run these elections under exceedingly challenging circumstances. In this election, all five of our municipalities faced:

- Precipitous drop-offs of experienced poll workers;
- A scramble to procure enough PPE to keep polling locations clean and disinfected and to mitigate COVID-19 risk for election officials, poll workers, and voters;
- A never-before-seen increase in absentee ballot requests;
- High numbers of voters who struggled to properly submit required photo ID and/or provided insufficient certification of absentee ballot envelopes; and
- Voters who, understandably, were completely confused about the timeline and rules for voting in the midst of a pandemic and required considerable public outreach and individual hand-holding to ensure their right to vote.

2

Case 1:20-cv-01487-WCG    Filed 09/24/20    Page 2 of 21    Document item. APP. 250

See Table 2, below, for detailed data on all five municipalities' April 2020 absentee mail and in-person early voting experiences.

**Table 2: Summary of Municipalities' Experiences in April 2020 Election**

| | Green Bay | Kenosha | Madison | Milwaukee | Racine |
|---|---|---|---|---|---|
| **# of voters who requested absentee ballots for April election** | 15,509 | 16,017 | 89,730 | 96,712 | 11,615 |
| **# of absentee ballots successfully cast in April** | 11,928 | 13,144 | 77,677 | 76,362 | 9,570 |
| **# of absentee ballot requests unfulfilled due to insufficient photo ID** | Unknown | Unknown | 1,840 | 2.5% | Estimated hundreds |
| **# of absentee ballots rejected due to incomplete certification** | 312 | 196 | 618 | 1,671 | 368 |
| **# of secure drop-boxes for absentee ballot return** | 1 | 2 | 3 | 5 | 1 |
| **# of days of early voting** | 12 | 10 | 19 | 14 | 13 |
| **Use curbside voting for early voting?** | ✔ | ✘ | ✔ | ✔ | ✔ |
| **# of voters who voted in-person early absentee** | 778 | 85 | 4,930 | 11,612 | 1,543 |
| **# of additional staff enlisted for election-related efforts** | 86 | 60 | 225 | 95 | 20 |
| **$ spent on PPE** | $2,122 | $13,000 | $6,305 | Unknown | Unknown |
| **# of polling locations** | 2 | 10 | 66 | 5 | 14 |
| **Use drive-thru or curbside voting on Election Day?** | ✔ | ✘ | ✔ | ✔ | ✔ |

**Comprehensive Election Administration Needs for 2020**

In early June 2020, all five municipal clerks and their staff, with review and support from all five cities' Mayors and Mayoral staff, completed a detailed, multi-page template (attached) providing both data and information about the municipalities' election plans and needs. This Wisconsin Safe Voting Plan 2020 is based on that comprehensive information. All five of our municipalities recommend the following four strategies to ensure safe, fair, inclusive, secure, and professional elections in our communities for the remaining 2020 elections:

**Recommendation I: Encourage and Increase Absentee Voting (By Mail and Early, In-Person)**
1. Provide assistance to help voters comply with absentee ballot requests & certification requirements
2. Utilize secure drop-boxes to facilitate return of absentee ballots
3. Deploy additional staff and/or technology improvements to expedite & improve accuracy of absentee ballot processing
4. Expand In-Person Early Voting (Including Curbside Voting)

**Recommendation II: Dramatically Expand Strategic Voter Education & Outreach Efforts, Particularly to Historically Disenfranchised Residents**

**Recommendation III: Launch Poll Worker Recruitment, Training & Safety Efforts**

**Recommendation IV: Ensure Safe & Efficient Election Day Administration**

As detailed in this plan, our municipalities are requesting **a total of $6,324,567** to robustly, swiftly, comprehensively, and creatively implement these four strategic recommendations in each of our communities. That request is summarized as follows in Table 3, below, and detailed extensively in the remainder of this plan.

**Table 3: Summary of Resources Needed to Robustly Implement All Four Recommendations**

| Recommendation | Green Bay | Kenosha | Madison | Milwaukee | Racine | Totals |
|---|---|---|---|---|---|---|
| Encourage and Increase Absentee Voting By Mail and Early, In-Person | $277,000 | $455,239 | $548,500 | $998,500 | $293,600 | $2,572,839 |
| Dramatically Expand Strategic Voter Education & Outreach Efforts | $215,000 | $58,000 | $175,000 | $280,000 | $337,000 | $1,065,000 |
| Launch Poll Worker Recruitment, Training & Safety Efforts | $174,900 | $145,840 | $507,788 | $800,000 | $181,500 | $1,810,028 |
| Ensure Safe & Efficient Election Day Administration | $426,500 | $203,700 | $40,500 | $76,000 | $130,000 | $876,700 |
| Totals: | $1,093,400 | $862,779 | $1,271,788 | $2,154,500 | $942,100 | $6,324,567 |

## Recommendation I: Encourage & Increase Absentee Voting By Mail and Early, In-Person

Of all the things that need to be done to ensure access and safety at the polls, this is perhaps the most important and timely. It is time, resource, and labor intensive but results in the voter being able to vote by mail or from the relative safety of their car or at a socially distanced and carefully planned early voting site.

### Overview of Absentee Voting in Wisconsin

Before discussing our strategies and plans to encourage and increase absentee voting, both by mail and in-person, early voting, it's important to first understand the absentee voting context in Wisconsin.

There are two ways to vote early in Wisconsin: in-person and through the mail.  Both are technically called "absentee voting," a phrase held over from a time when absentee voting required you to affirm that you were over 80, ill, or going to be out of the municipality on Election Day.  Those requirements no longer exist in the statutes, and people can vote early, or absentee, for any reason. The April 2020 election saw dramatic increases in the number of absentee ballot requests over previous elections.

While for many regular voters, absentee voting - whether completed by mail or early, in-person - is a relatively easy process, our five cities understand that absentee voting does not work easily for all voters. Our communities of color, senior voters, low-income voters without reliable access to the internet, people with disabilities, and students all have legitimate concerns about the absentee voting process.

Voting absentee by mail has been complicated by the fairly recent imposition of state law requiring voters to provide an image of their valid photo ID prior to first requesting an absentee ballot. While this works relatively easily for voters who have valid photo IDs and the technology necessary to upload an image file of that valid ID into the state's myvote.wi.gov website, it does not work well or easily for other voters who do not have valid photo ID (complicated by closure of DMVs due to the pandemic), lack access to reliable internet (also complicated by coronavirus-related closures or reduced hours at libraries and community centers, leaving those residents without regular public internet access that our municipalities normally provide), those who don't have smart phones to take and upload photos, and those who need additional education about what constitutes a valid photo ID. (For example, countless voters in our municipalities attempted to submit "selfies" as valid photo ID. Explaining to them that this was not a valid form of photo ID and instructing them on how to properly submit valid ID took considerable staff time and resources.)

Once the absentee ballot is received, it must be completed correctly to be successfully cast, and there are numerous certification requirements on the absentee ballot envelope; if not correctly completed, the ballot could be rejected. Prior to this April's

election, very small numbers of voters had traditionally chosen to cast ballots by mail. Municipal clerks' offices simply were not prepared and do not have the staffing or technological resources needed to quickly process dramatically higher numbers of absentee ballot requests, troubleshoot problems, answer voter questions, provide information and to expedite the processing of thousands of received absentee ballots on Election Day.

In-person early absentee voting also poses challenges for voters and election administrators. While all of our communities had previously offered early voting locations and hours, April's election required election officials to creatively and quickly expand in-person early voting opportunities, including curbside voting, all while prioritizing necessary COVID-19 precautions.

As indicated by Table 4, below, all five of our municipalities are already experiencing dramatic increases in the number of voters requesting to vote absentee, compared to pre-pandemic, and must procure resources to enable voters in our communities to meaningfully access absentee voting.

**Table 4: Absentee Ballots in All Municipalities as of June 2020**

| | Green Bay | Kenosha | Madison | Milwaukee | Racine |
|---|---|---|---|---|---|
| # of voters on permanent absentee list prior to 2/18/20 | 1,628 | 1,856 | 2,062 | 6,252 | 613 |
| # of voters on permanent absentee list as of 4/7/20 | 4,306 | 3,469 | 8,665 | 23,374 | 2,684 |
| # of voters who have already requested absentee ballots for August 2020 | 5,162 | 9,450 | 36,092 | 53,438 | 3,389 |
| # of voters who have already requested absentee ballots for November 2020 | 4,859 | 9,123 | 34,164 | 50,446 | 3,204 |

We are committed to making voting accessible via mail, in-person prior to Election Day, and at the polls on Election Day. Particularly in the midst of a global pandemic when many voters are rightfully apprehensive about in-person voting, we want to ensure that voters in our communities know they have options and we are committed to conducting the necessary voter outreach and education to promote absentee voting and encourage higher percentages of our electors to vote absentee.

Increasing the number of voters who cast votes prior to Election Day minimizes the risk of spreading COVID-19 on Election Day from in-person contacts at our polling locations, and it reduces the chance for lines and delays in voting on Election Day.

The Wisconsin Election Commission (WEC) has approved a proposal to mail all registered voters absentee ballot request forms, which allows our five communities to focus on helping voters overcome the barriers to successfully returning those forms so they can obtain, and then successfully submit, their completed absentee ballots. This measure will provide absentee request information directly to voters, alleviating the need for municipalities to expend the cost to send the mailing. However, it is unclear how this measure will affect the workload of municipal clerks. Although the WEC has directed that the forms be returned to the WEC for entry, municipal clerks must still review each record, process, mail, record receipt and canvass each absentee ballot.

All of our municipalities anticipate continued large increases in absentee voting based on the April 2020 trends. Milwaukee, for example, anticipates that 80% of residents will vote absentee by mail for both the August primary and the November general election.

All five cities have identified numerous barriers to successful absentee voting, including: voters facing numerous challenges to successfully submitting valid photo ID; voters needing assistance complying with absentee ballot certification requirements, including obtaining the required witness signature on the absentee ballot return envelope; the labor-intensive process faced by all of our clerks' offices of processing absentee ballot requests; and U.S. Postal Service errors and mail delays. All of these are challenges for our municipalities in normal elections, but they are all compounded by the coronavirus pandemic, and made exponentially more difficult by the unprecedented volume of absentee voting requests. This puts tremendous strain on municipal election clerks and their staff.

Our five cities share the desire to assist as many residents as possible with casting ballots before Election Day, serving as the greatest opportunity we have to mitigate the spread of COVID-19 in our communities. We have identified several strategies to help voters in each of our communities overcome these barriers to successful absentee voting, both by mail and in-person early voting.

Overall, our five communities are requesting **$2,572,839** in resources related to enabling our municipalities to overcome these particular barriers and ensure that our voters can meaningfully access absentee voting, both by mail and in-person early voting. These strategies and resource needs are broken down into four distinct component recommendations, within the overall umbrella of increasing and encouraging absentee voting:

1. **Provide assistance to help voters comply with absentee ballot requests & certification requirements**

- **Green Bay:** The City would like to employ bilingual LTE "voter navigators" ($45,000) to help residents properly upload valid photo ID, complete their ballots and comply with certification requirements, and offer witness signatures. These voter navigators can assist voters prior to the elections and then also be trained and utilized as election inspectors. They would also like to utilize paid social media and local print and radio advertising to educate and direct voters in how to upload photo ID and how to request and complete absentee ballots. ($2,000) **Total: $47,000**

- **Kenosha:**  The City would like to have Clerk's staff train library staff on how to help residents request and complete absentee ballots, would like to produce ($3,000) and mail ($26,200) a bilingual absentee ballot instruction sheet with all absentee ballots to increase correctly completed and submitted ballots.  The City would like to hire a trainer for seasonal election workers, volunteers and poll workers. This employee would also coordinate assignments to polling locations, the early driver up voting site, the Clerk's office for assistance in processing, data entry and filing of absentee requests and the Absentee Board of Canvassers (approximately $50,000). The increase in absentee ballots due to COVID-19 has tremendously increased the workload of the department.  In order to properly serve the citizens and voters additional LTE employees are needed (approximately $175,000). **Total: $254,200**

- **Madison:** Plans to hold curbside "Get your ID on File" events with the Clerk this summer utilizing volunteers or paid poll workers ($15,000) equipped with PPE (estimated $5,000) and digital cameras ($4,500) to capture voter ID images for voters who are unable to electronically submit their IDs to the Clerk's office. They also need large flags to draw attention to these curbside sites ($4,000). Would also like mobile wifi hotspots and tablets for all of these sites ($100,000) so voters could complete their voter registration and absentee requests all at once, without having to wait for staff in the Clerk's office to follow up on paper forms. (These mobile wifi hotspots, tablets, and flags, could all then be repurposed for early in-person voting closer to the election.) **Total: $128,500**

- **Milwaukee:** The City notes that the biggest obstacle to Milwaukee residents, particularly those in poverty, to applying for an absentee ballot in April was access to the internet and securing an image of their photo ID. To address this, the City will be promoting and utilizing Milwaukee Public Library branch staff ($90,000 for both elections) for 3 weeks prior to each election to assist any potential absentee voters with applying, securing, and uploading images of their valid photo ID. **Total: $90,000**

- **Racine:** The City will recruit and promote ($1,000), train ($3,000), and employ paid Voter Ambassadors ($8,000) who will be provided with both PPE and

supplies ($4,000) and set up at the City's community centers to assist voters with all aspects of absentee ballot request, including photo ID compliance. Due to the increase of absentee mailed requests the City of Racine will need an additional 2 full time staff members in the Clerk's Office in order to have a reasonable turn-around time for absentee requests ($100,000). Total: **$116,000.**

Total: $635,700

2. **Utilize Secure Drop-Boxes to Facilitate Return of Absentee Ballots**

Our five communities all share a desire to expand voters' ability to easily return absentee ballots to the municipality without having to rely on the postal service, since, after April's election, many voters are (rightfully) apprehensive that putting their completed ballot in the mail does not guarantee it will be received and counted by the municipality by statutory deadlines. Voters also need to have confidence that they are returning their completed absentee ballots into secure containers that are not at risk of tampering. All five cities need resources to purchase additional secure drop-boxes and place them at key locations throughout their cities, including libraries, community centers, and other well-known places, to ensure that returning completed ballots is as secure and accessible to voters throughout our cities as possible.

- **Green Bay:** The City would like to add secure (security cameras $15,000) ballot drop-boxes (approximately $900 each) at a minimum of the transit center and two fire stations, but if funding were available would also install secure drop boxes at Green Bay's libraries, police community buildings, and potentially several other sites including major grocery stores, gas stations, University of Wisconsin Green Bay, and Northern Wisconsin Technical College, in addition to the one already in use at City Hall. **Total: $50,000**

- **Kenosha:** The City currently has two drop-boxes that are checked throughout the day, and would like to install 4 additional internal security boxes at Kenosha libraries and the Kenosha Water Utility so that each side of town has easy access to ballot drop-boxes. **Total: $40,000**

- **Madison:** The City would like to have one secure drop box for every 15,000 voters, or 12 drop boxes total ($36,000). The City would also like to provide a potential absentee ballot witness at each drop box, utilizing social distancing and equipped with PPE (staff costs unknown): **Total: $50,000**

- **Milwaukee:** The City would like to install secure 24-hour drop boxes at all 13 Milwaukee Public library branches, staffed with socially distanced volunteers to serve as witnesses. **Total: $58,500**

- **Racine:** The City currently has one secured drop box for absentee ballots, and would like to have 3 additional drop boxes, each equipped with security cameras, to install at key locations around the City. **Total: $18,000.**

Total: $216,500

3. **Deploy Additional Staff and/or Technology Improvements to Expedite & Improve Accuracy of Absentee Ballot Processing**

The process of assembling and mailing absentee ballots is labor-intensive, slow, and subject to human error. Absentee ballot requests must be approved and entered into the statewide system, labels must be printed and applied to envelopes, ballots must be initialled, folded, and inserted into the envelope along with instructions. Ballots must be logged when received back from the voter. Undeliverable ballots must be reviewed, reissued or canceled. When voters make mistakes on ballots the requests to reissue must be completed. These tasks are time-consuming and utilizing existing clerk's office staff pulls them away from all of the other service requests, phone answering, and tasks handled by busy municipal clerks' offices.

The tremendous increase in absentee ballot requests in April was unprecedented, and municipal clerks and their staff were unprepared for the volume. They responded remarkably well - particularly since many of their staff were, by late March and early April, working remotely or, at a minimum, all needing to adhere to social distancing and masking precautions when working together in the same room - but all five municipalities need additional resources to accurately and swiftly process absentee ballot requests.

- **Green Bay:** The City needs 45 additional staff to process absentee ballot requests before the election, to open and verify envelopes on Election Day, and insert them into the tabulators. After the election, staff are needed to enter new voter registrations and assist with all election certification tasks ($140,000 for staffing) The City would also like to purchase a ballot opener and ballot folder to expedite processing ($5,000). **Total: $145,000.**

- **Kenosha:** The City needs resources for absentee ballot processing, to staff and process early, in-person absentee requests, and to answer voters' questions (approximately $100,000). Additional workers are also needed to canvass absentee ballots (approximately $11,000) **Total: $111,000**

- **Madison:** Based on data from April, the City estimates it will need additional staffing ($110,000) for hourly election clerks for the fall elections, and will incur

additional overtime costs ($100,000) for staff processing of absentee ballots and other election-related tasks. **Total: $210,000**

- **Milwaukee:** Given its tremendous volume of absentee ballot requests and processing tasks which far exceeds that of the other municipalities, Milwaukee would like to completely automate and expedite the assembly and mailing of requested absentee ballots. The City would like to purchase a high-speed, duplex printer, a top-of-the-line folding machine, and a high quality folding and inserting machine. This would reduce staff costs and eliminate the use of absentee labels, by enabling the City to print directly onto inner and outer envelopes. This would also allow the City to have a small 2D barcode that the inserter machine would be able to scan to ensure that the outer envelope is for the same voter; increasing quality controls. This automation would enable the City to eliminate the assembly delay no matter the volume of daily absentee requests, allowing experienced election workers and previously trained election temporary employees to be re-deployed to early voting sites as supervisors and lead workers. **Total: $145,000**

- **Racine:** To process absentee ballot requests in April, the City estimates that it will need seven additional full-time employees to process fall election requests. These employees will be needed full-time for one month prior to the August Election (approximately $17,000) and seven weeks prior to the November election (approximately $30,000). **Total: $47,000**

Total: $658,000

### 4. Expand In-Person Early Voting (Including Curbside Voting)

For a variety of reasons, many voters in our municipalities do not want to vote by mail and prefer to vote in-person. As a result of the coronavirus, far more voters are interested in early, in-person absentee voting (EIPAV) than we've seen in previous elections, wishing to avoid lines or crowds on Election Day. All five municipalities would like to have resources to accommodate these early, in-person voters. Expanding access to early, in-person voting also will lessen lines at polling places on Election Day and allow for proper social distancing and other pandemic precautions to be uniformly implemented.

Curbside and drive-thru voting have been very popular with residents of our municipalities, particularly for those with health concerns who can remain in the cars and have a virtually contact-less voting process. For example, Milwaukee previously operated in-person early voting for one week leading up to the April election at three sites and then transitioned to one site of drive-thru voting. 11,612 cast ballots through these options: 5,571 via in-person and 6,041 at drive-thru, and these numbers represent a 46% increase over April 2016 "early voting" totals. However, it is slow-moving and

labor-intensive. Additionally, particularly in the larger cities among us, it requires law enforcement and traffic control assistance to help manage traffic.

- **Green Bay:** The City would like to expand and establish at least three EIPAV sites in trusted locations, ideally on the east (potentially UWGB) and west sides (potentially NWTC or an Oneida Nation facility) of the City, as well as at City Hall. The City is planning to offer early voting starting two weeks before each election, with several weekdays available until 6:30pm and Saturdays 10am-4pm. They would like to staff these early voting sites with election inspectors who are bilingual and would like to increase the salary rate for these bilingual election inspectors to assist with recruitment and retention, as well as in recognition of their important role at these sites. The City also will need to print additional ballots, signage, and materials to have available at these early voting sites. **Total: $35,000.**

- **Kenosha:** The City plans to have one early voting location, at City Hall, and plans to hold early voting two weeks before the August election, with no weekend or evening hours planned, and 4 weeks before the November election, with access until 7pm two days/week and Saturday voting availability the week before the election. If City Hall is still closed to the public, they will explore offering early drive thru voting on City Hall property. Resources are needed for staffing (approximately $40,000), PPE ($200), signage ($1,050), laptops, printers, and purchase of a large tent ($8,789) to utilize for drive thru early voting. Staff could see voters' ID, print their label, hand them their ballot, and then collect the completed envelope. This would also allow staff to help voters properly do certification and provide witness signatures if necessary. The City could do this for one full week before elections. **Total $50,039.**

- **Madison:** The City would like to provide 18 in-person absentee voting locations for the two weeks leading up to the August election, and for the four weeks leading up to the November election.  Their original plan was to offer in-person absentee voting at all nine library locations, the City Clerk's Office, a city garage, Edgewood College, two Madison College locations, and four UW-Madison locations. Due to weather uncertainties, they will need to purchase and utilize tents ($100,000) for the curbside voting locations in order to protect the ballots, staff, and equipment from getting wet and will also need large feather flags to identify the curbside voting sites. (Additional staff costs covered by the earlier question re. Absentee ballot processing.) The City would also like to get carts ($60,000) for our ExpressVote accessible ballot marking devices so we can use the ExpressVote for curbside voting to normalize the use of ExpressVote to help voters with disabilities feel less segregated during the voting process.**Total: $160,000.**

- **Milwaukee:** The City would like to set up 3 in-person early voting locations for two weeks prior to the August election ($150,000) and 15 in-person early voting

locations and 1 drive-thru location, potentially at a central location like Miller Park, for four weeks prior to the November election ($450,000). (Establishing this many EIPAV sites requires a significant investment in IT equipment, an additional ballotar printer, tents, signage, and traffic control assistance. Milwaukee would also like to offer evening and weekend early voting hours which would add additional costs for both August ($30,000) and November ($75,000). **Total: $705,000.**

- **Racine:** The City would like to offer a total of 3 EIPAV satellite locations for one week prior to the August election, as well as offering in-person early voting - curbside, if City Hall is still closed to the public - at the Clerk's office for 2 weeks prior to the August election. For the November election, Racine would like to offer EIPAV at 4 satellite locations two weeks prior to the election and at the Clerk's office (again, potentially curbside) 6 weeks prior. The City would need to obtain PPE, tents, supplies and cover staff time and training ($40,000). Racine would also like to have all satellite locations available for half-day voting the two Saturdays ($17,000) and Sundays ($17,000) prior to the November election, and the library and mall locations would be open until 8pm the week prior to the Election. Additional resources needed include one-time set-up fee per location ($7,500), laptops and dymo printers ($10,000), training ($1,100), and signage ($12,000.) As well, the City would like to host at least one drive-thru Voter Registration Day, where City Hall would be set up for residents to come get registered, curbside, and get their voting questions answered by Clerk's staff. Newly registered voters could also get assistance requesting absentee ballots for upcoming elections while they're there. ($8,000) **Total: $112,600**

Total: $1,062,639.00

Recommendation I Total for All Strategies to Encourage and Increase Absentee Voting by Mail and Early, In-Person: $2,572,839.00

## Recommendation II: Dramatically Expand Voter & Community Education & Outreach, Particularly to Historically Disenfranchised Residents

All five municipalities expressed strong and clear needs for resources to conduct voter outreach and education to their communities, with a particular emphasis on reaching voters of color, low-income voters without reliable access to internet, voters with disabilities, and voters whose primary language is not English. This outreach is particularly necessary given the voter confusion that ensued in the lead-up to the April election, and voters' concerns and questions about voting during the COVID-19 pandemic. We understand that our communities of color do not necessarily trust the voting process, and that we need to work to earn that trust.  We want to be transparent and open about what happens behind the scenes in elections, and what options are available for casting a ballot.  We also want to make sure we are listening to groups that have historically been disenfranchised and groups that are facing obstacles with voting during this pandemic, and working with them to effectively respond to their concerns.

Voter outreach and education is also needed to encourage and explain new voter registration, and to encourage voters to verify and update their address or other voter registration information to do so prior to the Election. None of our communities have sufficient resources budgeted or available for the strategic, intentional, and creative outreach and education efforts that are needed in our communities over the summer and into the fall.

We all want our communities to have certainty about how the voting process works, trust in our election administration's accuracy, and current, accurate information on what options are available to vote safely in the midst of the pandemic. Significant resources are needed for all five municipalities to engage in robust and intentional voter education efforts to reduce confusion; encourage and facilitate new voter registration and registration updates; provide clear, accessible, and accurate information; address voters' understandable pandemic-related safety concerns; reassure voters of the security of our election administration; and, ultimately, reduce ballot errors and lost votes and enhance our residents' trust and confidence in our electoral process.

- **Green Bay:** Would like to reach voters and potential voters through a multi-prong strategy utilizing "every door direct mail," targeted mail, geo-fencing, billboards, radio, television, and streaming-service PSAs, digital advertising, and automated calls and texts ($100,000 total). The City would also like to ensure that these efforts can be done in English, Spanish, Hmong, and Somali, since roughly 11% of households in the Green Bay area speak a language other than English. Ideally, the City would employ limited term communications staff or engage communications consultants ($50,000) from August through the November election to design these communications and design and launch paid advertising on Facebook, Twitter, and Instagram, also in multiple languages. The City would also like to directly mail to residents who are believed to be eligible but not registered voters, approximately 20,000 residents. It would require both

considerable staff time to construct that list of residents and directly mail a professionally-designed piece (in multiple languages) to those voters. ($50,000 total for staffing, design, printing, and postage). To assist new voters, the City would also like resources to help residents obtain required documents (i.e. birth certificates) which are needed to get a valid state ID needed for voting. These grant funds ($15,000) would be distributed in partnership with key community organizations including churches, educational institutions, and organizations serving African immigrants, LatinX residents, and African Americans. **Total: $215,000**

- **Kenosha:** Would like to directly communicate to all Kenosha residents via professionally-designed targeted mail postcards that include information about the voter's polling location, how to register to vote, how to request an absentee ballot, and how to obtain additional information. The City would have these designed by a graphic designer, printed, and mailed ($34,000). The City would also like resources for social media advertising, including on online media like Hulu, Spotify, and Pandora ($10,000) and for targeted radio and print advertising ($6,000) and large graphic posters ($3,000) to display in low-income neighborhoods, on City buses, and at bus stations, and at libraries ($5,000). **Total: $58,000**

- **Madison:** Would like to engage the City's media team to produce videos to introduce voters to the election process, voting options, and to explain the safety precautions taken at polls and early voting sites. These videos would then be shared in numerous ways, including through partner organizations and on the City's social media platforms. The City would also like to partner with community organizations and run ads on local Spanish-language radio, in the Spanish-language newspapers, on local hip hop radio stations, in African American-focused printed publications, and in online publications run by and for our communities of color (advertising total $100,000). Additionally, the City has many poll workers who are from historically disenfranchised communities. The City would like to pay those poll workers ($75,000) to conduct voter outreach and additional poll worker recruitment activities. **Total: $175,000.**

- **Milwaukee:** Would like to partner with other City divisions to develop mailings and door hangers ($10,000) that could accompany water bills, be distributed by the Department of Neighborhood Services, or hung on trash receptacles by sanitation staff. The City would also like to revamp current absentee voting instructions to be more visual, address issues specific to the pandemic such as securing a witness signature, prepare it in English and Spanish, and print 150,000 color copies (estimated total $15,000). The Election Commission would also like to produce a short video ($5,000) with visuals showing voters how to apply for an absentee ballot and how to correctly complete and return the ballot. Additionally, the Election Commission would like to hire a communications firm to prepare and implement a comprehensive voter outreach communications plan

($250,000). This communications effort would include numerous voter education ads and PSAs on radio, billboards, buses, with some using local celebrities like Milwaukee Bucks players.  This communications effort would focus on appealing to a variety of communities within Milwaukee, including historically underrepresented communities such as LatinX and African Americans, and would include a specific focus on the re-enfranchisement of voters who are no longer on probation or parole or a felony. Additionally, this campaign would include an edgy but nonpartisan and tasteful communications campaign to harness the current protests' emphasis on inequity and ties that message to voting. The video, the ads, and the PSAs could all also be placed on social media, the Election Commission and City websites, and GOTV partner websites and social media. **Total: $280,000**

- **Racine:** The City would like to retain a communications firm to design and implement a comprehensive voter outreach communications plan ($80,000). This would include ads on Facebook, Instagram, and Snapchat. The City would also like to rent billboards in key parts of the City ($5,000) to place messages in Spanish to reach Spanish-speaking voters. The City would also like to do targeted outreach aimed at City residents with criminal records to encourage them to see if they are not eligible to vote; this outreach will be accomplished with the production, editing, and sharing of a YouTube video ($2,000) specifically on this topic shared on the City's website, social media channels, and through community partners. Racine would also like to purchase a Mobile Voting Precinct so the City can travel around the City to community centers and strategically chosen partner locations and enable people to vote in this accessible (ADA-compliant), secure, and completely portable polling booth on wheels, an investment that the City will be able to use for years to come. (Estimated cost $250,000).  **Total: $337,000**

**Recommendation II Total For All Strategies to Dramatically Expand Strategic Voter Education and Outreach Efforts, Particularly to Historically Disenfranchised Residents: $1,065,000.00**

## Recommendation III: Launch Poll Worker Recruitment, Training, and Safety Efforts

The pandemic made conducting Election Day activities extremely challenging. Most poll workers in Wisconsin are retirees doing their civic duty to help facilitate the election. Given the increased risk for the elderly if exposed to COVID-19, many experienced poll workers opted out. Milwaukee had so many poll workers decline to serve that the City went from 180 polling locations to five polling locations. Green Bay, facing a similar exodus of poll workers, went down to two polling locations. Racine usually relies on nearly 190 poll workers for a spring election; only 25 of those experienced poll workers were under the age of 60.

As fears about the coronavirus increased in mid-late March and early April, poll workers in all five municipalities declined to work the election, leaving cities scrambling to quickly recruit enough bodies to keep polling locations open. All cities were appreciative of the last minute assignment of hundreds of Wisconsin National Guard members to assist with Election Day activities, and all of our cities re-assigned City staff from other departments to serve as poll workers and election officials and to assist with the myriad of tasks related to Election Day administration. The remainder of positions were staffed by high school students, college students, and members of the National Guard. Many of our poll workers had never worked an election before.

- **Green Bay:** The City needs to hire a total of 380 workers per election (total $112,660). The City would like to pay poll workers more than they have previously received, to signify their importance in the process and to acknowledge the extra challenge it represents to serve as an election official during a pandemic. The City would like to increase poll worker salaries by 50% (additional $56,330). All poll workers will be trained through the Wisconsin Elections Commission website and the City's own training manual ($6,000). **Total: $174,900**

- **Kenosha:** The City needs to hire 350 poll workers per election ($100,000). They would like to offer hazard pay to increase pay to $160/worker and $220/chief inspectors ($10,840). To aid in recruitment efforts, the City would like to hire a recruiter and liaison position for poll workers ($35,000). **Total: $145,840.**

- **Madison:** The City utilizes the election toolkit available through the MIT Technology Project to determine the staffing levels needed to ensure that voters will not have to wait in line for more than 15 minutes. In addition to the one Chief Inspector per polling location, Madison also has additional election officials who are certified as the Absentee Lead at each polling location. Madison estimates that if 75% of votes cast are absentee, the City will need 1,559 election officials at the polls in August. The City envisions a robust and strategic poll worker recruitment effort, focusing on people of color, high school students, and college students. The City would like to have resources for hazard pay for poll workers this fall at a rate comparable to what the U.S. Census is paying in the area

($369,788). The City has also found it challenging to convince facilities to host a polling location in the midst of a pandemic, and would like to provide each facility with a small amount of funds to compensate for their increased cleaning and sanitization costs ($750/location, $138,000 total). **Total: $507,788**

- **Milwaukee:** The City plans to have 45 voting locations in August and to keep open as many of the normal 180 polling places as possible in November. August will require 3 chief inspectors per site and 20 election workers per site, for a total of 1200 election workers minimum and 150 chief inspectors. The City has a goal of recruiting 1,000 new election workers. The City would like to add an additional $100 per worker in hazard pay to the poll workers' stipends of $130 ($460,000 additional for both elections) and $100 hazard pay to chief inspector stipends of $225 ($87,750 additional for both elections). Additionally, the City of Milwaukee utilizes a Central Count of absentee ballots, which necessitates 15 chiefs and 200 election workers per election at Central Count ($50,000/day for 2- days each election for a total of $200,000). Total payroll for both elections will reach $750,000 based upon these calculations.The City will launch a recruitment campaign for a new generation of election workers to sign up and be involved in their democracy, and hopes this effort can be included in the above request for resources for a marketing firm. Recruiting new and younger poll workers means that the Election Commission will need to innovate in election training. The Commission would like to produce polling place training videos ($50,000) with live small-group, socially distanced discussions and Q&A sessions. These videos will augment existing training manuals. **Total: $800,000**

- **Racine:** The City needs approximately 150 poll workers for August and 300 for November, in addition to 36 Chief Inspectors, and would like to pay all workers a $100/election hazard pay ($118,000 total payroll for both elections). City notes that its desire to have more early voting locations and hours is directly impacted by its ability to hire and train election officials. To that end, the City would like to launch a recruitment campaign that includes radio ads ($1,000), ads on social media platforms ($10,000), billboards in strategic City locations ($5,000), and film videos for high school students in history/government classes ($500). The City would also like to enlist a communication firm to: create a training video for election officials, develop an online quiz, detailed packets for election officials, and a PPE video filmed by a health professional about necessary COVID-19 precautions during all voting operations ($22,000 total). Racine would also like to hire a liaison position to schedule, training and facilitate poll workers. ($35,000) **Total: $181,500.**

**Recommendation III Total for All Strategies to Launch Poll Worker Recruitment, Training and Safety Efforts:  $1,810,028.00**

## Recommendation IV: Ensure Safe & Efficient Election Day Administration

It is no small task to mitigate risk of a lethal pandemic at all polling locations and throughout all required Election Day processing. Municipal clerks must ensure they have done everything possible to comply with public health guidelines and mitigate the risk of COVID-19 for all of the election officials, poll workers, observers, and voters. Our five municipalities are in need of numerous resources to both ensure seamless processing of voters on the upcoming Election Days, procure Personal Protective Equipment (PPE), disinfectant, and cleaning supplies to protect election officials and voters from the coronavirus, and to aid in processing of an expected high volume of absentee ballots. Additionally, as several of our municipalities move to add or expand drive-thru voting on Election Days, those expansions come with additional unbudgeted expenses for signage, tents, traffic control, publicity, and safety measures. All of our municipalities need resources to ensure that the remaining 2020 Election Days are administered seamlessly and safely.

- **Green Bay:** Green Bay would like to purchase 135 electronic poll books ($2,100/each for a total of $283,500) to reduce voter lines, facilitate Election Day Registrations and verification of photo ID. The City would also like a high speed tabulator ($62,000) to count absentee ballots on Election Day, a ballot opener and ballot folder ($5,000), and additional staff to process absentee ballots on Election Day ($5,000). The City also needs masks, gloves, gowns, hair nets, face shields ($15,000), cough/sneeze guards ($43,000), and disinfectant supplies ($3,000). **Total: $426,500**

- **Kenosha:** The City would like to purchase automatic hand sanitizer dispensers for all polling locations ($14,500) as well as PPE (gloves, masks, disinfectant, etc.) for all poll workers and voters ($15,200). Kenosha would also like to be able to offer elderly residents and people with disabilities who wish to vote in person on Election Day two-way transportation, utilizing a local organization such as Care-A-Van ($2,000). The City also needs resources for technology improvements to include a ballot opener, a ballot folder, 12 additional laptops and dymo printers, and high-speed scanner tabulators ($172,000 total) to expedite election day processing and administration. **Total: $203,700**

- **Madison:** The City needs hand sanitizer for all poll workers and voters, disinfectant spray, plexi-glass shields to allow poll workers to split the poll books, face shields for curbside election officials, and face masks for all poll workers and observers ($20,000) as well as renting additional space to safely and accurately prepare all supplies and practice social distancing at the public test of election equipment ($20,000)  If the new voter registration form is not translated by the state into both Spanish and Hmong, Madison plans to translate the form ($500). **Total: $40,500**

- **Milwaukee:** The City will be purchasing 400 plexiglass barriers ($55,000) for election workers at all polling location receiving and registration tables. Additionally, the Milwaukee Election Commission will need to acquire 400 face shields for workers not staffed behind plexiglass ($4,000), gloves for all poll workers ($3,000), masks on hand for election workers and members of the public ($5,000), hand sanitizer ($2,000) and disinfectant ($2,000). Additionally, since Milwaukee also plans to offer curbside voting as an option at all polling places, updated, larger, more visible signage is necessary ($5,000). **Total: $76,000**

- **Racine:** Racine plans to issue all 36 wards its own PPE supply box which will each include masks, cleaning supplies, pens for each voter, gloves, hand sanitizer, safety vests, goggles, etc. ($16,000). The City also needs large signs to direct and inform voters printed in English and Spanish ($3,000). Additionally, the City would like to deploy a team of paid trained EDR Specialists for each polling location ($10,000, including hourly pay, training expenses, and office supplies). As well, Racine would like iPads with cellular signal for each polling location to be able to easily verify voters' registration status and ward ($16,000). The City would like to equip all wards with Badger Books ($85,000); Racine began using electronic poll books in the February 2020 election and has found they dramatically increase and facilitate EDR, verification of voters' photo ID, expedite election processes, and reduce human error. **Total: $130,000**

**Recommendation IV Total for All Strategies to Ensure Safe & Efficient Election Day Administration: $876,700.00**

**Conclusion**

As Mayors in Wisconsin's five largest cities, we are committed to working collaboratively and innovatively to ensure that all of our residents can safely exercise their right to vote in 2020's remaining elections in the midst of the COVID-19 pandemic. The April 2020 election placed two of our most sacred duties in conflict: keeping our residents safe and administering free, fair, and inclusive elections. This Wisconsin Safe Voting Plan 2020 represents a remarkable and creative comprehensive plan, submitted collaboratively by all five of our cities. With sufficient resources, all five municipalities will swiftly, efficiently, and effectively implement the recommended strategies described in this plan, to ensure safe, fair, inclusive, secure, and professional elections in all of our communities this year.

    

# Wisconsin Safe Voting Plan 2020
## Submitted to the Center for Tech & Civic Life
## June 15, 2020

The State of Wisconsin found itself in the midst of an historic election in April of 2020 when statewide elections occurred in the midst of the COVID-19 pandemic. These elections included not only the presidential preference vote, but also local races for city councils, county boards, school board, and mayors, a statewide election for a seat on the Wisconsin Supreme Court, and numerous district-wide school referenda.

Municipalities were required to make rapid and frequent adjustments to ensure compliance with the rapidly changing Supreme Court, Wisconsin Supreme Court, and Wisconsin Election Commission (WEC) rulings about the election. (The April 2020 Election may go down in history as the only election in which the Wisconsin Supreme Court and the US Supreme Court weighed in on the same day on how the election would be conducted.)

The shifting legal landscape was also complicated by the extraordinary lengths municipal clerks went to to ensure that both voting and election administration were done in accordance with prevailing public health requirements.

As mayors in Wisconsin's five biggest cities - Milwaukee, Madison, Green Bay, Kenosha, and Racine - we seek to work collaboratively on the two remaining 2020 elections (August 11th and November 3rd) to: safely administer elections to reduce the risk of exposure to coronavirus for our residents as well as our election officials and poll workers; identify best practices; innovate to efficiently and effectively educate our residents about how to exercise their right to vote; be intentional and strategic in reaching our historically disenfranchised residents and communities; and, above all, ensure the right to vote in our dense and diverse communities.

I APP. 270

**Table 1: Summary of Municipalities' Electorate Data, June 2020**

|  | Green Bay | Kenosha | Madison | Milwaukee | Racine |
|---|---|---|---|---|---|
| **Estimated Eligible Voters** | 71,661 | 73,000 | 213,725 | 430,000 | 56,000 |
| **Registered Voters** | 52,064 | 47,433 | 178,346 | 294,459 | 34,734 |
| **2020 Election Budget** | $329,820 | $205,690 | $2,080,283 | $2,986,810 | $409,529 |

All five jurisdictions share concerns about how to best facilitate voter participation and limit exposure to coronavirus. All five jurisdictions spent all or most of the budgeted resources for all of 2020 on the extraordinary circumstances this Spring.  If no plan is approved, it will leave communities like ours with no choice but to make tough decisions between health and the right to vote; between budget constraints and access to fundamental rights.  The time that remains between now and the November Election provides an opportunity to plan for the highest possible voter turnouts in the safest possible ways.

We are collectively requesting a total of $6,324,527 as summarized in Table 3 below and detailed extensively in the plan.

**Review of the April 2020 Election**

The April 2020 election placed two sacred duties of cities in conflict: keeping our residents safe and administering free and fair elections. Since Wisconsin's elections are administered at the municipal level, each municipality was on its own to deal with these dynamics. Our Municipal Clerks and their staff are all remarkable public servants, who responded nimbly and effectively to marshal the resources needed to run these elections under exceedingly challenging circumstances. In this election, all five of our municipalities faced:
- Precipitous drop-offs of experienced poll workers;
- A scramble to procure enough PPE to keep polling locations clean and disinfected and to mitigate COVID-19 risk for election officials, poll workers, and voters;
- A never-before-seen increase in absentee ballot requests;
- High numbers of voters who struggled to properly submit required photo ID and/or provided insufficient certification of absentee ballot envelopes; and
- Voters who, understandably, were completely confused about the timeline and rules for voting in the midst of a pandemic and required considerable public outreach and individual hand-holding to ensure their right to vote.

See Table 2, below, for detailed data on all five municipalities' April 2020 absentee mail and in-person early voting experiences.

**Table 2: Summary of Municipalities' Experiences in April 2020 Election**

|  | Green Bay | Kenosha | Madison | Milwaukee | Racine |
|---|---|---|---|---|---|
| **# of voters who requested absentee ballots for April election** | 15,509 | 16,017 | 89,730 | 96,712 | 11,615 |
| **# of absentee ballots successfully cast in April** | 11,928 | 13,144 | 77,677 | 76,362 | 9,570 |
| **# of absentee ballot requests unfulfilled due to insufficient photo ID** | Unknown | Unknown | 1,840 | 2.5% | Estimated hundreds |
| **# of absentee ballots rejected due to incomplete certification** | 312 | 196 | 618 | 1,671 | 368 |
| **# of secure drop-boxes for absentee ballot return** | 1 | 2 | 3 | 5 | 1 |
| **# of days of early voting** | 12 | 10 | 19 | 14 | 13 |
| **Use curbside voting for early voting?** | ✔ | ✖ | ✔ | ✔ | ✔ |
| **# of voters who voted in-person early absentee** | 778 | 85 | 4,930 | 11,612 | 1,543 |
| **# of additional staff enlisted for election-related efforts** | 86 | 60 | 225 | 95 | 20 |
| **$ spent on PPE** | $2,122 | $13,000 | $6,305 | Unknown | Unknown |
| **# of polling locations** | 2 | 10 | 66 | 5 | 14 |
| **Use drive-thru or curbside voting on Election Day?** | ✔ | ✖ | ✔ | ✔ | ✔ |

**Comprehensive Election Administration Needs for 2020**

In early June 2020, all five municipal clerks and their staff, with review and support from all five cities' Mayors and Mayoral staff, completed a detailed, multi-page template (attached) providing both data and information about the municipalities' election plans and needs. This Wisconsin Safe Voting Plan 2020 is based on that comprehensive information. All five of our municipalities recommend the following four strategies to ensure safe, fair, inclusive, secure, and professional elections in our communities for the remaining 2020 elections:

**Recommendation I: Encourage and Increase Absentee Voting (By Mail and Early, In-Person)**
1. Provide assistance to help voters comply with absentee ballot requests & certification requirements
2. Utilize secure drop-boxes to facilitate return of absentee ballots
3. Deploy additional staff and/or technology improvements to expedite & improve accuracy of absentee ballot processing
4. Expand In-Person Early Voting (Including Curbside Voting)

**Recommendation II: Dramatically Expand Strategic Voter Education & Outreach Efforts, Particularly to Historically Disenfranchised Residents**

**Recommendation III: Launch Poll Worker Recruitment, Training & Safety Efforts**

**Recommendation IV: Ensure Safe & Efficient Election Day Administration**

As detailed in this plan, our municipalities are requesting **a total of $6,324,567** to robustly, swiftly, comprehensively, and creatively implement these four strategic recommendations in each of our communities. That request is summarized as follows in Table 3, below, and detailed extensively in the remainder of this plan.

**Table 3: Summary of Resources Needed to Robustly Implement All Four Recommendations**

| Recommendation | Green Bay | Kenosha | Madison | Milwaukee | Racine | Totals |
|---|---|---|---|---|---|---|
| **Encourage and Increase Absentee Voting By Mail and Early, In-Person** | $277,000 | $455,239 | $548,500 | $998,500 | $293,600 | **$2,572,839** |
| **Dramatically Expand Strategic Voter Education & Outreach Efforts** | $215,000 | $58,000 | $175,000 | $280,000 | $337,000 | **$1,065,000** |
| **Launch Poll Worker Recruitment, Training & Safety Efforts** | $174,900 | $145,840 | $507,788 | $800,000 | $181,500 | **$1,810,028** |
| **Ensure Safe & Efficient Election Day Administration** | $426,500 | $203,700 | $40,500 | $76,000 | $130,000 | **$876,700** |
| **Totals:** | **$1,093,400** | **$862,779** | **$1,271,788** | **$2,154,500** | **$942,100** | **$6,324,567** |

5

## Recommendation I: Encourage & Increase Absentee Voting By Mail and Early, In-Person

Of all the things that need to be done to ensure access and safety at the polls, this is perhaps the most important and timely. It is time, resource, and labor intensive but results in the voter being able to vote by mail or from the relative safety of their car or at a socially distanced and carefully planned early voting site.

**Overview of Absentee Voting in Wisconsin**

Before discussing our strategies and plans to encourage and increase absentee voting, both by mail and in-person, early voting, it's important to first understand the absentee voting context in Wisconsin.

There are two ways to vote early in Wisconsin: in-person and through the mail.  Both are technically called "absentee voting," a phrase held over from a time when absentee voting required you to affirm that you were over 80, ill, or going to be out of the municipality on Election Day.  Those requirements no longer exist in the statutes, and people can vote early, or absentee, for any reason. The April 2020 election saw dramatic increases in the number of absentee ballot requests over previous elections.

While for many regular voters, absentee voting - whether completed by mail or early, in-person - is a relatively easy process, our five cities understand that absentee voting does not work easily for all voters. Our communities of color, senior voters, low-income voters without reliable access to the internet, people with disabilities, and students all have legitimate concerns about the absentee voting process.

Voting absentee by mail has been complicated by the fairly recent imposition of state law requiring voters to provide an image of their valid photo ID prior to first requesting an absentee ballot. While this works relatively easily for voters who have valid photo IDs and the technology necessary to upload an image file of that valid ID into the state's myvote.wi.gov website, it does not work well or easily for other voters who do not have valid photo ID (complicated by closure of DMVs due to the pandemic), lack access to reliable internet (also complicated by coronavirus-related closures or reduced hours at libraries and community centers, leaving those residents without regular public internet access that our municipalities normally provide), those who don't have smart phones to take and upload photos, and those who need additional education about what constitutes a valid photo ID. (For example, countless voters in our municipalities attempted to submit "selfies" as valid photo ID. Explaining to them that this was not a valid form of photo ID and instructing them on how to properly submit valid ID took considerable staff time and resources.)

Once the absentee ballot is received, it must be completed correctly to be successfully cast, and there are numerous certification requirements on the absentee ballot envelope; if not correctly completed, the ballot could be rejected. Prior to this April's

election, very small numbers of voters had traditionally chosen to cast ballots by mail. Municipal clerks' offices simply were not prepared and do not have the staffing or technological resources needed to quickly process dramatically higher numbers of absentee ballot requests, troubleshoot problems, answer voter questions, provide information and to expedite the processing of thousands of received absentee ballots on Election Day.

In-person early absentee voting also poses challenges for voters and election administrators. While all of our communities had previously offered early voting locations and hours, April's election required election officials to creatively and quickly expand in-person early voting opportunities, including curbside voting, all while prioritizing necessary COVID-19 precautions.

As indicated by Table 4,  below, all five of our municipalities are already experiencing dramatic increases in the number of voters requesting to vote absentee, compared to pre-pandemic, and must procure resources to enable voters in our communities to meaningfully access absentee voting.

**Table 4: Absentee Ballots in All Municipalities as of June 2020**

|  | Green Bay | Kenosha | Madison | Milwaukee | Racine |
|---|---|---|---|---|---|
| # of voters on permanent absentee list prior to 2/18/20 | 1,628 | 1,856 | 2,062 | 6,252 | 613 |
| # of voters on permanent absentee list as of 4/7/20 | 4,306 | 3,469 | 8,665 | 23,374 | 2,684 |
| # of voters who have already requested absentee ballots for August 2020 | 5,162 | 9,450 | 36,092 | 53,438 | 3,389 |
| # of voters who have already requested absentee ballots for November 2020 | 4,859 | 9,123 | 34,164 | 50,446 | 3,204 |

We are committed to making voting accessible via mail, in-person prior to Election Day, and at the polls on Election Day. Particularly in the midst of a global pandemic when many voters are rightfully apprehensive about in-person voting, we want to ensure that voters in our communities know they have options and we are committed to conducting the necessary voter outreach and education to promote absentee voting and encourage higher percentages of our electors  to vote absentee.

7

Increasing the number of voters who cast votes prior to Election Day minimizes the risk of spreading COVID-19 on Election Day from in-person contacts at our polling locations, and it reduces the chance for lines and delays in voting on Election Day.

The Wisconsin Election Commission (WEC) has approved a proposal to mail all registered voters absentee ballot request forms, which allows our five communities to focus on helping voters overcome the barriers to successfully returning those forms so they can obtain, and then successfully submit, their completed absentee ballots.  This measure will provide absentee request information directly to voters, alleviating the need for municipalities to expend the cost to send the mailing.  However, it is unclear how this measure will affect the workload of municipal clerks.  Although the WEC has directed that the forms be returned to the WEC for entry, municipal clerks must still review each record, process, mail, record receipt and canvass each absentee ballot.

All of our municipalities anticipate continued large increases in absentee voting based on the April 2020 trends. Milwaukee, for example, anticipates that 80% of residents will vote absentee by mail for both the August primary and the November general election.

All five cities have identified numerous barriers to successful absentee voting, including: voters facing numerous challenges to successfully submitting valid photo ID; voters needing assistance complying with absentee ballot certification requirements, including obtaining the required witness signature on the absentee ballot return envelope; the labor-intensive process faced by all of our clerks' offices of processing absentee ballot requests; and U.S. Postal Service errors and mail delays. All of these are challenges for our municipalities in normal elections, but they are all compounded by the coronavirus pandemic, and made exponentially more difficult by the unprecedented volume of absentee voting requests. This puts tremendous strain on municipal election clerks and their staff.

Our five cities share the desire to assist as many residents as possible with casting ballots before Election Day, serving as the greatest opportunity we have to mitigate the spread of COVID-19 in our communities. We have identified several strategies to help voters in each of our communities overcome these barriers to successful absentee voting, both by mail and in-person early voting.

Overall, our five communities are requesting **$2,572,839** in resources related to enabling our municipalities to overcome these particular barriers and ensure that our voters can meaningfully access absentee voting, both by mail and in-person early voting. These strategies and resource needs are broken down into four distinct component recommendations, within the overall umbrella of increasing and encouraging absentee voting:

**1.  Provide assistance to help voters comply with absentee ballot requests & certification requirements**

- **Green Bay:** The City would like to employ bilingual LTE "voter navigators" ($45,000) to help residents properly upload valid photo ID, complete their ballots and comply with certification requirements, and offer witness signatures. These voter navigators can assist voters prior to the elections and then also be trained and utilized as election inspectors. They would also like to utilize paid social media and local print and radio advertising to educate and direct voters in how to upload photo ID and how to request and complete absentee ballots. ($2,000) **Total: $47,000**

- **Kenosha:**  The City would like to have Clerk's staff train library staff on how to help residents request and complete absentee ballots, would like to produce ($3,000) and mail ($26,200) a bilingual absentee ballot instruction sheet with all absentee ballots to increase correctly completed and submitted ballots.  The City would like to hire a trainer for seasonal election workers, volunteers and poll workers. This employee would also coordinate assignments to polling locations, the early driver up voting site, the Clerk's office for assistance in processing, data entry and filing of absentee requests and the Absentee Board of Canvassers (approximately $50,000). The increase in absentee ballots due to COVID-19 has tremendously increased the workload of the department.  In order to properly serve the citizens and voters additional LTE employees are needed (approximately $175,000). **Total: $254,200**

- **Madison:** Plans to hold curbside "Get your ID on File" events with the Clerk this summer utilizing volunteers or paid poll workers ($15,000) equipped with PPE (estimated $5,000) and digital cameras ($4,500) to capture voter ID images for voters who are unable to electronically submit their IDs to the Clerk's office. They also need large flags to draw attention to these curbside sites ($4,000). Would also like mobile wifi hotspots and tablets for all of these sites ($100,000) so voters could complete their voter registration and absentee requests all at once, without having to wait for staff in the Clerk's office to follow up on paper forms. (These mobile wifi hotspots, tablets, and flags, could all then be repurposed for early in-person voting closer to the election.) **Total: $128,500**

- **Milwaukee:** The City notes that the biggest obstacle to Milwaukee residents, particularly those in poverty, to applying for an absentee ballot in April was access to the internet and securing an image of their photo ID. To address this, the City will be promoting and utilizing Milwaukee Public Library branch staff ($90,000 for both elections) for 3 weeks prior to each election to assist any potential absentee voters with applying, securing, and uploading images of their valid photo ID. **Total: $90,000**

- **Racine:** The City will recruit and promote ($1,000), train ($3,000), and employ paid Voter Ambassadors ($8,000) who will be provided with both PPE and

supplies ($4,000) and set up at the City's community centers to assist voters with all aspects of absentee ballot request, including photo ID compliance. Due to the increase of absentee mailed requests the City of Racine will need an additional 2 full time staff members in the Clerk's Office in order to have a reasonable turn-around time for absentee requests ($100,000). Total: **$116,000.**

<mark>Total: **$635,700**</mark>

2. **Utilize Secure Drop-Boxes to Facilitate Return of Absentee Ballots**

Our five communities all share a desire to expand voters' ability to easily return absentee ballots to the municipality without having to rely on the postal service, since, after April's election, many voters are (rightfully) apprehensive that putting their completed ballot in the mail does not guarantee it will be received and counted by the municipality by statutory deadlines. Voters also need to have confidence that they are returning their completed absentee ballots into secure containers that are not at risk of tampering. All five cities need resources to purchase additional secure drop-boxes and place them at key locations throughout their cities, including libraries, community centers, and other well-known places, to ensure that returning completed ballots is as secure and accessible to voters throughout our cities as possible.

- **Green Bay:** The City would like to add secure (security cameras $15,000) ballot drop-boxes (approximately $900 each) at a minimum of the transit center and two fire stations, but if funding were available would also install secure drop boxes at Green Bay's libraries, police community buildings, and potentially several other sites including major grocery stores, gas stations, University of Wisconsin Green Bay, and Northern Wisconsin Technical College, in addition to the one already in use at City Hall. **Total: $50,000**

- **Kenosha:** The City currently has two drop-boxes that are checked throughout the day, and would like to install 4 additional internal security boxes at Kenosha libraries and the Kenosha Water Utility so that each side of town has easy access to ballot drop-boxes. **Total: $40,000**

- **Madison:** The City would like to have one secure drop box for every 15,000 voters, or 12 drop boxes total ($36,000). The City would also like to provide a potential absentee ballot witness at each drop box, utilizing social distancing and equipped with PPE (staff costs unknown): **Total: $50,000**

- **Milwaukee:** The City would like to install secure 24-hour drop boxes at all 13 Milwaukee Public library branches, staffed with socially distanced volunteers to serve as witnesses. **Total: $58,500**

- **Racine:** The City currently has one secured drop box for absentee ballots, and would like to have 3 additional drop boxes, each equipped with security cameras, to install at key locations around the City. **Total: $18,000.**

**Total: $216,500**

3. **Deploy Additional Staff and/or Technology Improvements to Expedite & Improve Accuracy of Absentee Ballot Processing**

The process of assembling and mailing absentee ballots is labor-intensive, slow, and subject to human error. Absentee ballot requests must be approved and entered into the statewide system, labels must be printed and applied to envelopes, ballots must be initialled, folded, and inserted into the envelope along with instructions.  Ballots must be logged when received back from the voter. Undeliverable ballots must be reviewed, reissued or canceled.  When voters make mistakes on ballots the requests to reissue must be completed.  These tasks are time-consuming and utilizing existing clerk's office staff pulls them away from all of the other service requests, phone answering, and tasks handled by busy municipal clerks' offices.

The tremendous increase in absentee ballot requests in April was unprecedented, and municipal clerks and their staff were unprepared for the volume. They responded remarkably well - particularly since many of their staff were, by late March and early April, working remotely or, at a minimum, all needing to adhere to social distancing and masking precautions when working together in the same room - but all five municipalities need additional resources to accurately and swiftly process absentee ballot requests.

- **Green Bay:** The City needs 45 additional staff to process absentee ballot requests before the election, to open and verify envelopes on Election Day, and insert them into the tabulators. After the election, staff are needed to enter new voter registrations and assist with all election certification tasks ($140,000 for staffing) The City would also like to purchase a ballot opener and ballot folder to expedite processing ($5,000). **Total: $145,000.**

- **Kenosha:** The City needs resources for absentee ballot processing, to staff and process early, in-person absentee requests, and to answer voters' questions (approximately $100,000).  Additional workers are also needed to canvass absentee ballots (approximately $11,000) **Total: $111,000**

- **Madison:** Based on data from April, the City estimates it will need additional staffing ($110,000) for hourly election clerks for the fall elections, and will incur

additional overtime costs ($100,000) for staff processing of absentee ballots and other election-related tasks. **Total: $210,000**

- **Milwaukee:** Given its tremendous volume of absentee ballot requests and processing tasks which far exceeds that of the other municipalities, Milwaukee would like to completely automate and expedite the assembly and mailing of requested absentee ballots. The City would like to purchase a high-speed, duplex printer, a top-of-the-line folding machine, and a high quality folding and inserting machine. This would reduce staff costs and eliminate the use of absentee labels, by enabling the City to print directly onto inner and outer envelopes. This would also allow the City to have a small 2D barcode that the inserter machine would be able to scan to ensure that the outer envelope is for the same voter; increasing quality controls. This automation would enable the City to eliminate the assembly delay no matter the volume of daily absentee requests, allowing experienced election workers and previously trained election temporary employees to be re-deployed to early voting sites as supervisors and lead workers. **Total: $145,000**

- **Racine:** To process absentee ballot requests in April, the City estimates that it will need seven additional full-time employees to process fall election requests. These employees will be needed full-time for one month prior to the August Election (approximately $17,000) and seven weeks prior to the November election (approximately $30,000). **Total: $47,000**

**Total: $658,000**

### 4. Expand In-Person Early Voting (Including Curbside Voting)

For a variety of reasons, many voters in our municipalities do not want to vote by mail and prefer to vote in-person. As a result of the coronavirus, far more voters are interested in early, in-person absentee voting (EIPAV) than we've seen in previous elections, wishing to avoid lines or crowds on Election Day. All five municipalities would like to have resources to accommodate these early, in-person voters. Expanding access to early, in-person voting also will lessen lines at polling places on Election Day and allow for proper social distancing and other pandemic precautions to be uniformly implemented.

Curbside and drive-thru voting have been very popular with residents of our municipalities, particularly for those with health concerns who can remain in the cars and have a virtually contact-less voting process. For example, Milwaukee previously operated in-person early voting for one week leading up to the April election at three sites and then transitioned to one site of drive-thru voting. 11,612 cast ballots through these options: 5,571 via in-person and 6,041 at drive-thru, and these numbers represent a 46% increase over April 2016 "early voting" totals. However, it is slow-moving and

12

labor-intensive. Additionally, particularly in the larger cities among us, it requires law enforcement and traffic control assistance to help manage traffic.

- **Green Bay:** The City would like to expand and establish at least three EIPAV sites in trusted locations, ideally on the east (potentially UWGB) and west sides (potentially NWTC or an Oneida Nation facility) of the City, as well as at City Hall. The City is planning to offer early voting starting two weeks before each election, with several weekdays available until 6:30pm and Saturdays 10am-4pm. They would like to staff these early voting sites with election inspectors who are bilingual and would like to increase the salary rate for these bilingual election inspectors to assist with recruitment and retention, as well as in recognition of their important role at these sites. The City also will need to print additional ballots, signage, and materials to have available at these early voting sites. **Total: $35,000.**

- **Kenosha:** The City plans to have one early voting location, at City Hall, and plans to hold early voting two weeks before the August election, with no weekend or evening hours planned, and 4 weeks before the November election, with access until 7pm two days/week and Saturday voting availability the week before the election. If City Hall is still closed to the public, they will explore offering early drive thru voting on City Hall property. Resources are needed for staffing (approximately $40,000), PPE ($1,050), signage ($200), laptops, printers, and purchase of a large tent ($8,789) to utilize for drive thru early voting. Staff could see voters' ID, print their label, hand them their ballot, and then collect the completed envelope. This would also allow staff to help voters properly do certification and provide witness signatures if necessary. The City could do this for one full week before elections. **Total $50,039.**

- **Madison:** The City would like to provide 18 in-person absentee voting locations for the two weeks leading up to the August election, and for the four weeks leading up to the November election. Their original plan was to offer in-person absentee voting at all nine library locations, the City Clerk's Office, a city garage, Edgewood College, two Madison College locations, and four UW-Madison locations. Due to weather uncertainties, they will need to purchase and utilize tents ($100,000) for the curbside voting locations in order to protect the ballots, staff, and equipment from getting wet and will also need large feather flags to identify the curbside voting sites. (Additional staff costs covered by the earlier question re. Absentee ballot processing.) The City would also like to get carts ($60,000) for our ExpressVote accessible ballot marking devices so we can use the ExpressVote for curbside voting to normalize the use of ExpressVote to help voters with disabilities feel less segregated during the voting process. **Total: $160,000.**

- **Milwaukee:** The City would like to set up 3 in-person early voting locations for two weeks prior to the August election ($150,000) and 15 in-person early voting

locations and 1 drive-thru location, potentially at a central location like Miller Park, for four weeks prior to the November election ($450,000). (Establishing this many EIPAV sites requires a significant investment in IT equipment, an additional ballotar printer, tents, signage, and traffic control assistance. Milwaukee would also like to offer evening and weekend early voting hours which would add additional costs for both August ($30,000) and November ($75,000). **Total: $705,000.**

- **Racine:** The City would like to offer a total of 3 EIPAV satellite locations for one week prior to the August election, as well as offering in-person early voting - curbside, if City Hall is still closed to the public - at the Clerk's office for 2 weeks prior to the August election. For the November election, Racine would like to offer EIPAV at 4 satellite locations two weeks prior to the election and at the Clerk's office (again, potentially curbside) 6 weeks prior. The City would need to obtain PPE, tents, supplies and cover staff time and training ($40,000). Racine would also like to have all satellite locations available for half-day voting the two Saturdays ($17,000) and Sundays ($17,000) prior to the November election, and the library and mall locations would be open until 8pm the week prior to the Election. Additional resources needed include one-time set-up fee per location ($7,500), laptops and dymo printers ($10,000), training ($1,100), and signage ($12,000.) As well, the City would like to host at least one drive-thru Voter Registration Day, where City Hall would be set up for residents to come get registered, curbside, and get their voting questions answered by Clerk's staff. Newly registered voters could also get assistance requesting absentee ballots for upcoming elections while they're there. ($8,000) **Total: $112,600**

**Total: $1,062,639.00**

**Recommendation I Total for All Strategies to Encourage and Increase Absentee Voting by Mail and Early, In-Person: $2,572,839.00**

**Recommendation II: Dramatically Expand Voter & Community Education & Outreach, Particularly to Historically Disenfranchised Residents**

All five municipalities expressed strong and clear needs for resources to conduct voter outreach and education to their communities, with a particular emphasis on reaching voters of color, low-income voters without reliable access to internet, voters with disabilities, and voters whose primary language is not English. This outreach is particularly necessary given the voter confusion that ensued in the lead-up to the April election, and voters' concerns and questions about voting during the COVID-19 pandemic. We understand that our communities of color do not necessarily trust the voting process, and that we need to work to earn that trust.  We want to be transparent and open about what happens behind the scenes in elections, and what options are available for casting a ballot.  We also want to make sure we are listening to groups that have historically been disenfranchised and groups that are facing obstacles with voting during this pandemic, and working with them to effectively respond to their concerns.

Voter outreach and education is also needed to encourage and explain new voter registration, and to encourage voters to verify and update their address or other voter registration information to do so prior to the Election. None of our communities have sufficient resources budgeted or available for the strategic, intentional, and creative outreach and education efforts that are needed in our communities over the summer and into the fall.

We all want our communities to have certainty about how the voting process works, trust in our election administration's accuracy, and current, accurate information on what options are available to vote safely in the midst of the pandemic. Significant resources are needed for all five municipalities to engage in robust and intentional voter education efforts to reduce confusion; encourage and facilitate new voter registration and registration updates; provide clear, accessible, and accurate information; address voters' understandable pandemic-related safety concerns; reassure voters of the security of our election administration; and, ultimately, reduce ballot errors and lost votes and enhance our residents' trust and confidence in our electoral process.

- **Green Bay:** Would like to reach voters and potential voters through a multi-prong strategy utilizing "every door direct mail," targeted mail, geo-fencing, billboards, radio, television, and streaming-service PSAs, digital advertising, and automated calls and texts ($100,000 total). The City would also like to ensure that these efforts can be done in English, Spanish, Hmong, and Somali, since roughly 11% of households in the Green Bay area speak a language other than English. Ideally, the City would employ limited term communications staff or engage communications consultants ($50,000) from August through the November election to design these communications and design and launch paid advertising on Facebook, Twitter, and Instagram, also in multiple languages. The City would also like to directly mail to residents who are believed to be eligible but not registered voters, approximately 20,000 residents. It would require both

15

considerable staff time to construct that list of residents and directly mail a professionally-designed piece (in multiple languages) to those voters. ($50,000 total for staffing, design, printing, and postage). To assist new voters, the City would also like resources to help residents obtain required documents (i.e. birth certificates) which are needed to get a valid state ID needed for voting. These grant funds ($15,000) would be distributed in partnership with key community organizations including churches, educational institutions, and organizations serving African immigrants, LatinX residents, and African Americans. **Total: $215,000**

- **Kenosha:** Would like to directly communicate to all Kenosha residents via professionally-designed targeted mail postcards that include information about the voter's polling location, how to register to vote, how to request an absentee ballot, and how to obtain additional information. The City would have these designed by a graphic designer, printed, and mailed ($34,000). The City would also like resources for social media advertising, including on online media like Hulu, Spotify, and Pandora ($10,000) and for targeted radio and print advertising ($6,000) and large graphic posters ($3,000) to display in low-income neighborhoods, on City buses, and at bus stations, and at libraries ($5,000). **Total: $58,000**

- **Madison:** Would like to engage the City's media team to produce videos to introduce voters to the election process, voting options, and to explain the safety precautions taken at polls and early voting sites. These videos would then be shared in numerous ways, including through partner organizations and on the City's social media platforms. The City would also like to partner with community organizations and run ads on local Spanish-language radio, in the Spanish-language newspapers, on local hip hop radio stations, in African American-focused printed publications, and in online publications run by and for our communities of color (advertising total $100,000).  Additionally, the City has many poll workers who are from historically disenfranchised communities. The City would like to pay those poll workers ($75,000) to conduct voter outreach and additional poll worker recruitment activities. **Total: $175,000.**

- **Milwaukee:**  Would like to partner with other City divisions to develop mailings and door hangers ($10,000) that could accompany water bills, be distributed by the Department of Neighborhood Services, or hung on trash receptacles by sanitation staff. The City would also like to revamp current absentee voting instructions to be more visual, address issues specific to the pandemic such as securing a witness signature, prepare it in English and Spanish, and print 150,000 color copies (estimated total $15,000). The Election Commission would also like to produce a short video ($5,000) with visuals showing voters how to apply for an absentee ballot and how to correctly complete and return the ballot. Additionally, the Election Commission would like to hire a communications firm to prepare and implement a comprehensive voter outreach communications plan

($250,000). This communications effort would include numerous voter education ads and PSAs on radio, billboards, buses, with some using local celebrities like Milwaukee Bucks players.  This communications effort would focus on appealing to a variety of communities within Milwaukee, including historically underrepresented communities such as LatinX and African Americans, and would include a specific focus on the re-enfranchisement of voters who are no longer on probation or parole for a felony. Additionally, this campaign would include an edgy but nonpartisan and tasteful communications campaign to harness the current protests' emphasis on inequity and ties that message to voting. The video, the ads, and the PSAs could all also be placed on social media, the Election Commission and City websites, and GOTV partner websites and social media. **Total: $280,000**

- **Racine:** The City would like to retain a communications firm to design and implement a comprehensive voter outreach communications plan ($80,000). This would include ads on Facebook, Instagram, and Snapchat. The City would also like to rent billboards in key parts of the City ($5,000) to place messages in Spanish to reach Spanish-speaking voters. The City would also like to do targeted outreach aimed at City residents with criminal records to encourage them to see if they are not eligible to vote; this outreach will be accomplished with the production, editing, and sharing of a YouTube video ($2,000) specifically on this topic shared on the City's website, social media channels, and through community partners. Racine would also like to purchase a Mobile Voting Precinct so the City can travel around the City to community centers and strategically chosen partner locations and enable people to vote in this accessible (ADA-compliant), secure, and completely portable polling booth on wheels, an investment that the City will be able to use for years to come. (Estimated cost $250,000).  **Total: $337,000**

**Recommendation II Total For All Strategies to Dramatically Expand Strategic Voter Education and Outreach Efforts, Particularly to Historically Disenfranchised Residents: $1,065,000.00**

## Recommendation III: Launch Poll Worker Recruitment, Training, and Safety Efforts

The pandemic made conducting Election Day activities extremely challenging. Most poll workers in Wisconsin are retirees doing their civic duty to help facilitate the election. Given the increased risk for the elderly if exposed to COVID-19, many experienced poll workers opted out. Milwaukee had so many poll workers decline to serve that the City went from 180 polling locations to five polling locations. Green Bay, facing a similar exodus of poll workers, went down to two polling locations. Racine usually relies on nearly 190 poll workers for a spring election; only 25 of those experienced poll workers were under the age of 60.

As fears about the coronavirus increased in mid-late March and early April, poll workers in all five municipalities declined to work the election, leaving cities scrambling to quickly recruit enough bodies to keep polling locations open. All cities were appreciative of the last minute assignment of hundreds of Wisconsin National Guard members to assist with Election Day activities, and all of our cities re-assigned City staff from other departments to serve as poll workers and election officials and to assist with the myriad of tasks related to Election Day administration. The remainder of positions were staffed by high school students, college students, and members of the National Guard. Many of our poll workers had never worked an election before.

- **Green Bay:** The City needs to hire a total of 380 workers per election (total $112,660). The City would like to pay poll workers more than they have previously received, to signify their importance in the process and to acknowledge the extra challenge it represents to serve as an election official during a pandemic. The City would like to increase poll worker salaries by 50% (additional $56,330). All poll workers will be trained through the Wisconsin Elections Commission website and the City's own training manual ($6,000). **Total: $174,900**

- **Kenosha:** The City needs to hire 350 poll workers per election ($100,000). They would like to offer hazard pay to increase pay to $160/worker and $220/chief inspectors ($10,840). To aid in recruitment efforts, the City would like to hire a recruiter and liaison position for poll workers ($35,000). **Total: $145,840.**

- **Madison:** The City utilizes the election toolkit available through the MIT Technology Project to determine the staffing levels needed to ensure that voters will not have to wait in line for more than 15 minutes. In addition to the one Chief Inspector per polling location, Madison also has additional election officials who are certified as the Absentee Lead at each polling location. Madison estimates that if 75% of votes cast are absentee, the City will need 1,559 election officials at the polls in August. The City envisions a robust and strategic poll worker recruitment effort, focusing on people of color, high school students, and college students. The City would like to have resources for hazard pay for poll workers this fall at a rate comparable to what the U.S. Census is paying in the area

($369,788). The City has also found it challenging to convince facilities to host a polling location in the midst of a pandemic, and would like to provide each facility with a small amount of funds to compensate for their increased cleaning and sanitization costs ($750/location, $138,000 total). **Total: $507,788**

- **Milwaukee:** The City plans to have 45 voting locations in August and to keep open as many of the normal 180 polling places as possible in November. August will require 3 chief inspectors per site and 20 election workers per site, for a total of 1200 election workers minimum and 150 chief inspectors. The City has a goal of recruiting 1,000 new election workers. The City would like to add an additional $100 per worker in hazard pay to the poll workers' stipends of $130 ($460,000 additional for both elections) and $100 hazard pay to chief inspector stipends of $225 ($87,750 additional for both elections). Additionally, the City of Milwaukee utilizes a Central Count of absentee ballots, which necessitates 15 chiefs and 200 election workers per election at Central Count ($50,000/day for 2- days each election for a total of $200,000). Total payroll for both elections will reach $750,000 based upon these calculations.The City will launch a recruitment campaign for a new generation of election workers to sign up and be involved in their democracy, and hopes this effort can be included in the above request for resources for a marketing firm. Recruiting new and younger poll workers means that the Election Commission will need to innovate in election training. The Commission would like to produce polling place training videos ($50,000) with live small-group, socially distanced discussions and Q&A sessions. These videos will augment existing training manuals. **Total: $800,000**

- **Racine:** The City needs approximately 150 poll workers for August and 300 for November, in addition to 36 Chief Inspectors, and would like to pay all workers a $100/election hazard pay ($118,000 total payroll for both elections). City notes that its desire to have more early voting locations and hours is directly impacted by its ability to hire and train election officials. To that end, the City would like to launch a recruitment campaign that includes radio ads ($1,000), ads on social media platforms ($10,000), billboards in strategic City locations ($5,000), and film videos for high school students in history/government classes ($500). The City would also like to enlist a communication firm to: create a training video for election officials, develop an online quiz, detailed packets for election officials, and a PPE video filmed by a health professional about necessary COVID-19 precautions during all voting operations ($22,000 total). Racine would also like to hire a liaison position to schedule, training and facilitate poll workers. ($35,000) **Total: $181,500.**

**Recommendation III Total for All Strategies to Launch Poll Worker Recruitment, Training and Safety Efforts:  $1,810,028.00**

## Recommendation IV: Ensure Safe & Efficient Election Day Administration

It is no small task to mitigate risk of a lethal pandemic at all polling locations and throughout all required Election Day processing. Municipal clerks must ensure they have done everything possible to comply with public health guidelines and mitigate the risk of COVID-19 for all of the election officials, poll workers, observers, and voters. Our five municipalities are in need of numerous resources to both ensure seamless processing of voters on the upcoming Election Days, procure Personal Protective Equipment (PPE), disinfectant, and cleaning supplies to protect election officials and voters from the coronavirus, and to aid in processing of an expected high volume of absentee ballots. Additionally, as several of our municipalities move to add or expand drive-thru voting on Election Days, those expansions come with additional unbudgeted expenses for signage, tents, traffic control, publicity, and safety measures. All of our municipalities need resources to ensure that the remaining 2020 Election Days are administered seamlessly and safely.

- **Green Bay:** Green Bay would like to purchase 135 electronic poll books ($2,100/each for a total of $283,500) to reduce voter lines, facilitate Election Day Registrations and verification of photo ID. The City would also like a high speed tabulator ($62,000) to count absentee ballots on Election Day, a ballot opener and ballot folder ($5,000), and additional staff to process absentee ballots on Election Day ($5,000). The City also needs masks, gloves, gowns, hair nets, face shields ($15,000), cough/sneeze guards ($43,000), and disinfectant supplies ($3,000). **Total: $426,500**

- **Kenosha:** The City would like to purchase automatic hand sanitizer dispensers for all polling locations ($14,500) as well as PPE (gloves, masks, disinfectant, etc.) for all poll workers and voters ($15,200). Kenosha would also like to be able to offer elderly residents and people with disabilities who wish to vote in person on Election Day two-way transportation, utilizing a local organization such as Care-A-Van ($2,000). The City also needs resources for technology improvements to include a ballot opener, a ballot folder, 12 additional laptops and dymo printers, and high-speed scanner tabulators ($172,000 total) to expedite election day processing and administration.  **Total: $203,700**

- **Madison:** The City needs hand sanitizer for all poll workers and voters, disinfectant spray, plexi-glass shields to allow poll workers to split the poll books, face shields for curbside election officials, and face masks for all poll workers and observers ($20,000) as well as renting additional space to safely and accurately prepare all supplies and practice social distancing at the public test of election equipment ($20,000)  If the new voter registration form is not translated by the state into both Spanish and Hmong, Madison plans to translate the form ($500). **Total: $40,500**

- **Milwaukee:** The City will be purchasing 400 plexiglass barriers ($55,000) for election workers at all polling location receiving and registration tables. Additionally, the Milwaukee Election Commission will need to acquire 400 face shields for workers not staffed behind plexiglass ($4,000), gloves for all poll workers ($3,000), masks on hand for election workers and members of the public ($5,000), hand sanitizer ($2,000) and disinfectant ($2,000). Additionally, since Milwaukee also plans to offer curbside voting as an option at all polling places, updated, larger, more visible signage is necessary ($5,000). **Total: $76,000**

- **Racine:** Racine plans to issue all 36 wards its own PPE supply box which will each include masks, cleaning supplies, pens for each voter, gloves, hand sanitizer, safety vests, goggles, etc. ($16,000). The City also needs large signs to direct and inform voters printed in English and Spanish ($3,000). Additionally, the City would like to deploy a team of paid trained EDR Specialists for each polling location ($10,000, including hourly pay, training expenses, and office supplies). As well, Racine would like iPads with cellular signal for each polling location to be able to easily verify voters' registration status and ward ($16,000). The City would like to equip all wards with Badger Books ($85,000); Racine began using electronic poll books in the February 2020 election and has found they dramatically increase and facilitate EDR, verification of voters' photo ID, expedite election processes, and reduce human error. **Total: $130,000**

**Recommendation IV Total for All Strategies to Ensure Safe & Efficient Election Day Administration: $876,700.00**

**Conclusion**

As Mayors in Wisconsin's five largest cities, we are committed to working collaboratively and innovatively to ensure that all of our residents can safely exercise their right to vote in 2020's remaining elections in the midst of the COVID-19 pandemic. The April 2020 election placed two of our most sacred duties in conflict: keeping our residents safe and administering free, fair, and inclusive elections. This Wisconsin Safe Voting Plan 2020 represents a remarkable and creative comprehensive plan, submitted collaboratively by all five of our cities. With sufficient resources, all five municipalities will swiftly, efficiently, and effectively implement the recommended strategies described in this plan, to ensure safe, fair, inclusive, secure, and professional elections in all of our communities this year.

I APP. 290

## Declaration of John McLaughlin

I, John McLaughlin, declare that the following statements are true to the best of my knowledge and recollection:

1.      I am the Chief Executive Officer and Partner of McLaughlin & Associates, a polling and strategic consulting firm.

2.      I have worked professionally as a strategic consultant and pollster for over 35 years.

3.      During this time, I have earned a reputation for helping some of America's most successful corporation and winning some of the toughest elections in the nation.

4.      In 2016, I worked as an advisor and pollster for Donald Trump from the primaries through election day.

5.      My political clients have included former Presidential candidates Steve Forbes, Fred Thompson, former California Governor Arnold Schwarzenegger, former Florida Governor Jeb Bush, former Georgia Governor Nathan Deal and 22 current and former U.S. Senators and 16 current Republican members of Congress.

6.      Internationally, I have done work in Israel for Prime Minister Benjamin Natanyahu, for the Conservative Party in the United Kingdom, for former Conservative Prime Minister Stephen Harper of Canada and for Hungarian Prime Minister Viktor Orban in his 2018 landslide reelection.

7.      I am founding partner of Opinoines Latinas, a public opinion research company dedicated to researching opinions of Latinos nationwide.

8.      I have appeared on every major broadcast and cable channel, as well as prominent radio talk shows across America.

9.      My articles have been published in a wide range of publications including National Review, Middle East Quarterly, Campaigns and Elections and The Polling Report.

10.     My work has been recognized by winning Telly and PR Week Campaign Awards.

11.     I am a graduate of Fordham College (B.A.) and hold an M.B.A. from Fordham University with concentrations in Finance and Quantitative Methods.  I am a member of MENSA.

12.     I have attached two of my documents to this declaration.

13.     The first document, a true and correct copy which is attached as Exhibit A, is my November 11, 2020 report titled "Major Divergence Between In-Person Election-Day Votes and Early Mail Voters" based on my polling and analysis.  I incorporate the contents of the attached report as if it were fully re-stated herein.

14.     The second document, a true and correct copy which is attached as Exhibit B, is my August 2020 report titled "BATTLEGROUND STATES GENERAL ELECTION VOTERS" based on my polling and analysis. I incorporate the contents of the attached report as if it were fully re-stated herein.

I declare under penalty of perjury under the laws of Virginia that the forgoing is true and correct.

Dated:  November 17, 2020

/s/electronically signed by John McLaughlin
_____
John McLaughlin

**From:** John McLaughlin
**Re:** Major Divergence Between In-Person Election-Day Votes and Early Mail Voters
**Date:** November 11, 2020

Our national post-election survey conducted on November 2nd and 3rd clearly shows President Trump winning by 26-points (62% to 36%) among adults who voted in-person on election-day. Among adults who voted early in-person at a designated polling location, Joe Biden edged President Trump by 2-points (51% to 49%). However, among adults who voted early by mail, Joe Biden won by 28-points (63% to 35%). Our August and October surveys conducted in the battleground states told the same story of President Trump leading big among in-person, election-day voters while Joe Biden led by wide margins with early by mail voters.

**National Post-Election Online Survey (n1000): November 2-3, 2020**

|  | Total | Voted Election Day | Voted Early | In-Person Early | Mail Early |
|---|---|---|---|---|---|
| Vote Trump | 48% | 62% | 40% | 49% | 35% |
| Vote Biden | 50% | 36% | 58% | 51% | 63% |
| **NET** | **-2** | **+26** | **-18** | **-2** | **-28** |

|  | Total | Vote Election Day | Vote Early | In-Person Early | Mail Early |
|---|---|---|---|---|---|
| Republican | 35% | 45% | 29% | 37% | 25% |
| Democrat | 37% | 26% | 44% | 39% | 46% |
| Independent | 28% | 30% | 27% | 24% | 29% |
| **NET** | **-2** | **+19** | **-15** | **-2** | **-21** |

**Battleground Online Survey (n1200): October 14-16, 2020**

|  | Total | Vote Election Day | Vote Early | In-Person Early | Mail Early |
|---|---|---|---|---|---|
| Vote Trump | 43% | 57% | 37% | 46% | 31% |
| Vote Biden | 49% | 33% | 55% | 47% | 61% |
| **NET** | **-6** | **+24** | **-18** | **-1** | **-30** |

|  | Total | Vote Election Day | Vote Early | In-Person Early | Mail Early |
|---|---|---|---|---|---|
| Republican | 35% | 43% | 31% | 39% | 27% |
| Democrat | 36% | 31% | 38% | 29% | 43% |
| Independent | 29% | 26% | 31% | 32% | 30% |
| **NET** | **-1** | **+12** | **-7** | **+10** | **-16** |

**Battleground Online Survey (n800): August 18-19, 2020**

|  | Total | Vote Election Day | Vote Early | In-Person Early | Mail Early |
|---|---|---|---|---|---|
| Vote Trump | 44% | 62% | 34% | 46% | 30% |
| Vote Biden | 49% | 31% | 59% | 47% | 65% |
| **NET** | **-5** | **+31** | **-25** | **-1** | **-35** |

|  | Total | Vote Election Day | Vote Early | In-Person Early | Mail Early |
|---|---|---|---|---|---|
| Republican | 36% | 47% | 29% | 34% | 27% |
| Democrat | 35% | 25% | 40% | 36% | 42% |
| Independent | 30% | 28% | 31% | 29% | 32% |
| **NET** | **+1** | **+22** | **-11** | **-2** | **-15** |

In the August battleground survey, virtually 9 in 10 voters agreed that it was important for their state and local government to provide in-person voting for the election. Two-thirds (65%) said it was "very" important. There was strong census across party lines.

*"HOW IMPORTANT DO YOU THINK IT IS FOR YOUR STATE AND LOCAL GOVERNMENT TO CONTINUE TO PROVIDE IN-PERSON VOTING FOR THE 2020 ELECTION?"*

|  | Total | Republican | Democrat | Independent |
|---|---|---|---|---|
| **Important** | **88%** | **94%** | **86%** | **85%** |
| Very | 65% | 78% | 59% | 55% |
| Somewhat | 24% | 17% | 27% | 29% |
| **Not Important** | **12%** | **6%** | **14%** | **16%** |



# McLaughlin & Associates

BATTLEGROUND STATES
GENERAL ELECTION VOTERS
N=800 LIKELY VOTERS (+/- 3.4% MoE)
FIELD DATES: AUGUST 18-19, 2020

42. HOW WILL YOU BE VOTING IN THIS ELECTION?

| Total Answering | 800 |
|---|---|
| VOTE EARLY | 64.3 |
| VOTE BY MAIL | 42.9 |
| Mailing it back | 24.4 |
| Dropping it off | 18.5 |
| In Person | 21.4 |
| VOTE ON ELECTION DAY | 35.7 |
| DON'T KNOW | 0.0 |

46. HOW IMPORTANT DO YOU THINK IT IS FOR YOUR STATE AND LOCAL GOVERNMENT TO CONTINUE TO PROVIDE IN-PERSON VOTING FOR THE 2020 ELECTION?

| Total Answering | 800 |
|---|---|
| IMPORTANT | 88.4 |
| Very | 64.6 |
| Somewhat | 23.9 |
| NOT IMPORTANT | 11.5 |
| Not That | 6.6 |
| At All | 4.9 |
| DK/REFUSED | 0.1 |
| Net Diff. | 77.0 |
| Mean | 3.48 |

47. DO YOU APPROVE OR DISAPPROVE OF VOTER IDENTIFICATION LAWS TO MAKE SURE THAT EVERY VOTE THAT IS CAST IN THE ELECTION FOR PRESIDENT AND CONGRESS IS CAST BY A LEGAL CITIZEN WHO IS ELIGIBLE TO VOTE?

| Total Answering | 800 |
|---|---|
| APPROVE | 85.9 |
| Strongly | 64.1 |
| Somewhat | 21.8 |
| DISAPPROVE | 13.9 |
| Somewhat | 8.1 |
| Strongly | 5.8 |
| DON'T KNOW | 0.2 |
| Net Diff. | 72.0 |
| Mean | 3.45 |

48. DO YOU APPROVE OR DISAPPROVE OF REQUIRING ALL 50 STATES TO PROVIDE UNIVERSAL MAIL-IN VOTING FOR THE NOVEMBER ELECTION, IN WHICH ALL REGISTERED VOTERS ARE AUTOMATICALLY MAILED A LIVE BALLOT?

| Total Answering | 800 |
|---|---|
| APPROVE | 60.6 |
| Strongly | 34.2 |
| Somewhat | 26.4 |
| DISAPPROVE | 39.3 |
| Somewhat | 14.1 |
| Strongly | 25.2 |
| DON'T KNOW | 0.2 |
| Net Diff. | 21.3 |
| Mean | 2.70 |

49. WHICH OF THE FOLLOWING COMES CLOSEST TO YOUR OPINION REGARDING VOTING BY MAIL?

1. WE SHOULD AUTOMATICALLY MAIL A LIVE BALLOT TO EVERY REGISTERED VOTER WHETHER THEY REQUEST ONE OR NOT.
2. WE SHOULD ONLY MAIL A BALLOT TO VOTERS WHO HAVE REQUESTED VOTING BY ABSENTEE BALLOT.
3. THERE SHOULD BE NO VOTING BY MAIL, PEOPLE SHOULD ONLY VOTE IN-PERSON.

| Total Answering | 800 |
|---|---|
| AUTOMATICALLY MAIL | 33.1 |
| ONLY REQUESTED | 53.0 |
| NO VOTE BY MAIL | 13.8 |
| DON'T KNOW | 0.0 |

50. DO YOU APPROVE OR DISAPPROVE OF THE JOB THE U.S. POSTAL SERVICE IS DOING?

| Total Answering | 800 |
|---|---|
| APPROVE | 76.9 |
| Strongly | 35.4 |
| Somewhat | 41.5 |
| DISAPPROVE | 22.4 |
| Somewhat | 16.8 |
| Strongly | 5.7 |
| DON'T KNOW | 0.7 |
| Net Diff. | 54.4 |
| Mean | 3.07 |

51. DO YOU AGREE OR DISAGREE WITH THE FOLLOWING STATEMENT? "WE HAVE COME TO RELY ON OUR POST OFFICE AND THEY HAVE DONE A GOOD JOB OVER THE YEARS. DELAYS IN MAIL DELIVERY IS A NEW PHENOMENON DUE TO A LACK OF PROPER FUNDING."

| Total Answering | 800 |
|---|---|
| AGREE | 69.8 |
| Strongly | 36.0 |
| Somewhat | 33.8 |
| DISAGREE | 29.7 |
| Somewhat | 19.6 |
| Strongly | 10.0 |
| DK/REFUSED | 0.6 |
| Net Diff. | 40.1 |
| Mean | 2.96 |

52. DO YOU TRUST OR DISTRUST THE U.S. POSTAL SERVICE TO DELIVER ALL COMPLETED MAILED IN-BALLOTS TO THE ELECTION BOARDS ON TIME AND WITHOUT SIGNIFICANT ERRORS?

| | |
|---|---|
| Total Answering | 800 |
| TRUST | 66.2 |
| Strongly | 32.1 |
| Somewhat | 34.1 |
| DISTRUST | 33.3 |
| Somewhat | 21.5 |
| Strongly | 11.7 |
| DK/REFUSED | 0.5 |
| Net Diff. | 32.9 |
| Mean | 2.87 |

53. HOW CONCERNED ARE YOU ABOUT POSSIBLE PROBLEMS WITH THE DELIVERY OF MAIL-IN BALLOTS THAT MANY ELECTIONS THROUGHOUT THE UNITED STATES MAY NOT BE DECIDED FOR WEEKS OR MONTHS AFTER MANY LEGAL CHALLENGES?

| | |
|---|---|
| Total Answering | 800 |
| CONCERNED | 72.9 |
| Very | 36.0 |
| Somewhat | 37.0 |
| NOT CONCERNED | 26.8 |
| Not That | 18.7 |
| At All | 8.1 |
| DK/REFUSED | 0.2 |
| Net Diff. | 46.1 |
| Mean | 3.01 |

54. MANY VOTERS ARE CONCERNED THAT THE U.S. POSTAL SERVICE MAY OR MAY NOT BE ABLE TO DELIVER A MAIL-IN BALLOT IN TIME FOR THE NOVEMBER ELECTIONS. ARE YOU WILLING TO RISK MAILING IN YOUR BALLOT FOR PRESIDENT AND CONGRESS EVEN THOUGH THE POST OFFICE COULD LOSE YOUR BALLOT OR IT MAY NOT BE RECEIVED IN TIME AND IT WOULD NEVER BE RECEIVED AT ALL?

| | |
|---|---|
| Total Answering | 800 |
| YES, WILLING TO RISK IT | 47.0 |
| NO, NOT WILLING/RISK IT | 52.8 |
| DON'T KNOW | 0.2 |
| Net Diff. | -5.8 |

55. WOULD YOU APPROVE OR DISAPPROVE OF ACCEPTING AND COUNTING MAIL-IN BALLOTS THAT ARE RECEIVED AFTER ELECTION DAY BUT ARE POSTMARKED WITH A DATE SHOWING IT WAS SENT BEFORE ELECTION DAY?

| | |
|---|---|
| Total Answering | 800 |
| APPROVE | 74.9 |
| Strongly | 46.3 |
| Somewhat | 28.6 |
| DISAPPROVE | 24.8 |
| Somewhat | 11.6 |
| Strongly | 13.2 |
| DON'T KNOW | 0.3 |
| Net Diff. | 50.1 |
| Mean | 3.08 |

56. WOULD YOU APPROVE OR DISAPPROVE OF ACCEPTING AND COUNTING MAIL-IN BALLOTS THAT ARE RECEIVED AFTER ELECTION DAY WITHOUT ANY POSTMARK DATE?

| | |
|---|---|
| Total Answering | 800 |
| APPROVE | 28.5 |
| Strongly | 12.7 |
| Somewhat | 15.8 |
| DISAPPROVE | 71.2 |
| Somewhat | 27.1 |
| Strongly | 44.1 |
| DON'T KNOW | 0.3 |
| Net Diff. | -42.7 |
| Mean | 1.97 |

57. NANCY PELOSI AND THE DEMOCRATS ARE PROPOSING THAT THE U.S. POSTAL SERVICE GET $25 BILLION DOLLARS TO COVER THEIR BUDGET SHORTFALL AND DEFICIT AND THAT STATES GET $3.5 BILLION DOLLARS TO HELP THEM SEND OUT MAIL-IN BALLOTS TO ALL REGISTERED VOTERS. DO YOU APPROVE OR DISAPPROVE OF THIS PROPOSAL?

| | |
|---|---|
| Total Answering | 800 |
| APPROVE | 57.3 |
| Strongly | 32.9 |
| Somewhat | 24.3 |
| DISAPPROVE | 42.4 |
| Somewhat | 16.0 |
| Strongly | 26.4 |
| DON'T KNOW | 0.3 |
| Net Diff. | 14.8 |
| Mean | 2.64 |

58. THE U.S. POSTAL SERVICE IS AN INDEPENDENT AGENCY THAT IS SUPPOSED TO PAY FOR ITSELF, BUT LAST YEAR RAN AN $8.8 BILLION DOLLAR DEFICIT THAT IS GROWING TODAY. THE DEMOCRATS IN CONGRESS SUPPORT A $25 BILLION DOLLAR BAILOUT FOR THE U.S. POSTAL SERVICE. PRE**SIDENT TRUMP'S ADMINISTRATION HAS BEEN MAKING POSTAL REFORMS TO** ADDRESS THE BUDGET PROBLEMS. WHICH OF THE FOLLOWING COMES CLOSER TO YOUR OPINION?

**1. PRESIDENT TRUMP'S ADMINISTRATION HAS BEEN MAKING POSTAL REFORMS TO HELP STOP THE U.S. POSTAL SERVICE** FROM LOSING MONEY. OR,
**2. PRESIDENT TRUMP'S ADMINISTRATION IS JUST TRYING TO STOP THE U.S. POSTAL SERVICE FROM DELIVERING MAIL**-IN BALLOTS.

| | |
|---|---|
| Total Answering | 800 |
| REFORM USPS | 46.7 |
| STOP USPS/DLIVRNG BLLTS | 53.1 |
| DON'T KNOW | 0.2 |
| Net Diff. | -6.4 |

59. RECENTLY PRESIDENT TRUMP SIGNED EXECUTIVE ORDERS TO EXTEND UNEMPLOYMENT INSURANCE, DEFER STUDENT LOAN INTEREST PAYMENTS, PREVENT EVICTIONS AND SAVE AND CREATE JOBS BY SUSPENDING THE PAYROLL TAX UNTIL THE END OF THE YEAR. NANCY PELOSI HAS REFUSED TO AGREE TO THESE MEASURES TO PROVIDE RELIEF TO PEOPLE, BUT IS BRINGING CONGRESS BACK THIS SATURDAY TO VOTE TO PROVIDE BILLIONS OF DOLLARS FOR UNIVERSAL MAIL-IN BALLOTS. WHILE CONGRESS IS THERE DO YOU T**HINK NANCY PELOSI SHOULD HAVE CONGRESS VOTE TO MAKE PRESIDENT TRUMP'S** EXECUTIVE ORDERS THE LAW?

| | |
|---|---|
| Total Answering | 800 |
| YES | 64.3 |
| NO | 34.9 |
| DON'T KNOW | 0.8 |
| Net Diff. | 29.4 |

60. PRESIDENT TRUMP SAYS THAT HE WON'T APPROVE EXTRA FUNDING TO HELP THE U.S. POSTAL SERVICE HANDLE UNIVERSAL MAIL-IN BALLOTS UNTIL CONGRESS ACTS TO HELP SMALL BUSINESSES AND EXTEND UNEMPLOYMENT BENEFITS. **DO YOU APPROVE OR DISAPPROVE OF PRESIDENT TRUMP'S STANCE?**

| | |
|---|---|
| Total Answering | 800 |
| APPROVE | 55.4 |
|   Strongly | 32.5 |
|   Somewhat | 22.9 |
| DISAPPROVE | 44.0 |
|   Somewhat | 17.2 |
|   Strongly | 26.8 |
| DON'T KNOW | 0.6 |
| Net Diff. | 11.4 |
| Mean | 2.61 |

61. WHO DO AGREE WITH MORE ON UNIVERSAL MAIL-IN BALLOTS FOR THE NOVEMBER ELECTIONS, IN WHICH ALL REGISTERED VOTERS ARE AUTOMATICALLY MAILED A LIVE BALLOT?

1. PRESIDENT TRUMP WHO SAYS THAT UNIVERSAL MAIL-IN BALLOTS ARE SUBJECT TO ALL KINDS OF FRAUD. OR,
2. JOE BIDEN AND NANCY PELOSI WHO SAY UNIVERSAL MAIL-IN BALLOTS ARE NEEDED DURING THE CORONAVIRUS PANDEMIC TO GIVE VOTERS AN ALTERNATIVE TO IN-PERSON VOTING.

| | |
|---|---|
| Total Answering | 800 |
| TRUMP/FRAUD | 46.0 |
| BIDEN/UNIVERSAL VOTING | 53.8 |
| DON'T KNOW | 0.2 |
| Net Diff. | -7.8 |

62. WOULD YOU APPROVE OR DISAPPROVE OF USING UNIVERSAL MAIL-IN BALLOTS FOR THE NOVEMBER ELECTIONS WITHOUT ANY VOTER IDENTIFICATION OR SIGNATURE VERIFICATION RULES?

| | |
|---|---|
| Total Answering | 800 |
| APPROVE | 29.3 |
|   Strongly | 12.6 |
|   Somewhat | 16.6 |
| DISAPPROVE | 70.6 |
|   Somewhat | 20.8 |
|   Strongly | 49.8 |
| DON'T KNOW | 0.1 |
| Net Diff. | -41.3 |
| Mean | 1.92 |

63. MOST STATES REQUIRE PHOTO IDENTIFICATION IN ORDER TO VOTE. JOE BIDEN AND NANCY PELOSI PROPOSE PROHIBITING STATES FROM REQUIRING SIGNATURE VERIFICATION AND VOTER IDENTIFICATION WITH UNIVERSAL MAIL-IN BALLOTS. THEY PROPOSE THAT PEOPLE BE ALLOWED TO VOTE BY UNIVERSAL MAIL-IN BALLOTS AS LONG AS THEY SWEAR ON AN AFFIDAVIT SAYING THEY ARE THE VOTER IN QUESTION EVEN WITHOUT PROVIDING IDENTIFICATION. DO YOU APPROVE OR DISAPPROVE OF THE PROPOSAL?

| | |
|---|---|
| Total Answering | 800 |
| APPROVE | 39.6 |
|   Strongly | 16.5 |
|   Somewhat | 23.1 |
| DISAPPROVE | 60.2 |
|   Somewhat | 19.2 |
|   Strongly | 41.0 |
| DON'T KNOW | 0.2 |
| Net Diff. | -20.6 |
| Mean | 2.15 |

64. JOE BIDEN AND NANCY PELOSI PROPOSE ALLOWING POLITICAL PARTY WORKERS TO COLLECT SIGNED BALLOTS AND TURN THEM IN TO BE COUNTED AS VOTES. THEY SAY THAT WITH THE CORONAVIRUS, THE RISKS OF IN-PERSON VOTING MIGHT DISCOURAGE PEOPLE FROM VOTING. PRESIDENT TRUMP SAYS THAT ALLOWING CAMPAIGN WORKERS TO COLLECT BALLOTS WOULD INVITE AND ENABLE FRAUD SINCE THERE WOULD BE NO WAY OF KNOWING IF THE BALLOTS WERE LEGITIMATE OR NOT. DO YOU APPROVE OR DISAPPROVE OF THE PROPOSAL?

| Total Answering | 800 |
|---|---|
| APPROVE | 41.2 |
| Strongly | 17.0 |
| Somewhat | 24.1 |
| DISAPPROVE | 58.5 |
| Somewhat | 18.7 |
| Strongly | 39.7 |
| DON'T KNOW | 0.4 |
| Net Diff. | -17.3 |
| Mean | 2.19 |

65. JOE BIDEN AND NANCY PELOSI WANT TO REQUIRE SAME-DAY VOTER REGISTRATION WHERE NEW VOTERS COULD REGISTER ON THE DAY THEY GO TO VOTE WITHOUT REQUIRING IDENTIFICATION. PRESIDENT TRUMP SAYS THIS PROPOSAL INVITES VOTER FRAUD. DO YOU APPROVE OR DISAPPROVE OF THE PROPOSAL?

| Total Answering | 800 |
|---|---|
| APPROVE | 38.2 |
| Strongly | 18.3 |
| Somewhat | 19.9 |
| DISAPPROVE | 61.5 |
| Somewhat | 20.4 |
| Strongly | 41.1 |
| DON'T KNOW | 0.3 |
| Net Diff. | -23.3 |
| Mean | 2.15 |

66. WHICH POINT OF VIEW COMES CLOSEST TO YOUR OWN?

1. PRESIDENT TRUMP WHO SAYS JOE BIDEN AND NANCY PELOSI ARE TRYING TO CHANGE ELECTION RULES SO THEY CAN STEAL THE ELECTION. OR,
2. JOE BIDEN AND NANCY PELOSI WHO SAY THEY ARE JUST TRYING TO PROTECT VOTING AMID THE CORONAVIRUS.

| Total Answering | 800 |
|---|---|
| TRUMP/BIDEN CHANGE ELEC. | 49.4 |
| BIDEN/PROTECT VOTING | 50.6 |
| DON'T KNOW | 0.0 |
| Net Diff. | -1.1 |

**67. WHICH OF THE FOLLOWING DO YOU THINK BEST DESCRIBES PRESIDENT TRUMP'S REASON FOR OPPOSING** UNIVERSAL MAIL-IN BALLOTS?

1. THE RISK OF VOTER FRAUD. OR,
2. HE JUST WANTS TO HOLD DOWN THE TURNOUT TO DISCOURAGE LOW-INCOME PEOPLE FROM VOTING.

| Total Answering | 800 |
|---|---|
| RISK OF VOTER FRAUD | 50.7 |
| HOLD DOWN THE TURNOUT | 49.3 |
| DON'T KNOW | 0.1 |
| Net Diff. | 1.4 |

68. IF STATES WERE REQUIRED TO ACCEPT UNIVERSAL MAIL-**IN BALLOTS BUT ONLY IF A COPY OF A DRIVER'S LICENSE OR** OTHER PROOF OF IDENTITY WAS ENCLOSED WITH THE BALLOT AND THE STATE ALSO HAD TO VERIFY THE REGISTRATION, AND SIGNATURES OF THOSE VOTING TO PREVENT FRAUD, WOULD YOU SUPPORT OR OPPOSE THE PROPOSAL?

| | |
|---|---|
| Total Answering | 800 |
| SUPPORT | 68.6 |
| Strongly | 29.0 |
| Somewhat | 39.6 |
| OPPOSE | 31.0 |
| Somewhat | 15.9 |
| Strongly | 15.2 |
| DK/REFUSED | 0.4 |
| Net Diff. | 37.6 |
| Mean | 2.83 |

69. IN ORDER TO PREVENT VOTER FRAUD, WOULD YOU SUPPORT OR OPPOSE LINKING VOTER RECORDS TO SOCIAL SECURITY RECORDS SO THAT EVERY PERSON WHO VOTES WHETHER BY MAIL OR IN-PERSON IS PROVEN TO BE A VALID AMERICAN CITIZEN?

| | |
|---|---|
| Total Answering | 800 |
| SUPPORT | 73.7 |
| Strongly | 37.3 |
| Somewhat | 36.5 |
| OPPOSE | 25.6 |
| Somewhat | 14.8 |
| Strongly | 10.8 |
| DK/REFUSED | 0.7 |
| Net Diff. | 48.2 |
| Mean | 3.01 |

70. IF STATES WERE REQUIRED TO ACCEPT UNIVERSAL MAIL-IN BALLOTS BUT ONLY IF THE LAST FOUR DIGITS OF THE **VOTER'S SOCIAL SECURITY NUMBER WAS INCLUDED WITH THE BALLOT AND THE STATE ALSO HAD TO VERIFY THE** REGISTRATION, AND SIGNATURE ON THE BALLOT TO PREVENT FRAUD, WOULD YOU SUPPORT OR OPPOSE THE PROPOSAL?

| | |
|---|---|
| Total Answering | 800 |
| SUPPORT | 71.0 |
| Strongly | 30.1 |
| Somewhat | 40.9 |
| OPPOSE | 28.7 |
| Somewhat | 17.1 |
| Strongly | 11.6 |
| DK/REFUSED | 0.2 |
| Net Diff. | 42.3 |
| Mean | 2.90 |

71. IF THE PRESIDENTIAL RACE IS CLOSE AGAIN AND THERE ARE MILLIONS OF MAIL-IN BALLOT THAT NEED TO BE CERTIFIED AS VALID OR INVALID, THE PROCESS WOULD FALL INTO THE HANDS OF LAWYERS, STATE JUDGES AND POSSIBLY THE SUPREME COURT TO DECIDE THE ELECTION. KNOWING THIS, WOULD YOU APPROVE OR DISAPPROVE OF JOE BIDEN AND **NANCY PELOSI'S PROPOSAL TO PROVIDE UNIVERSAL MAIL**-IN VOTING FOR THE NOVEMBER ELECTION?

| | |
|---|---|
| Total Answering | 800 |
| APPROVE | 51.7 |
| Strongly | 24.8 |
| Somewhat | 26.9 |
| DISAPPROVE | 48.0 |
| Somewhat | 15.7 |
| Strongly | 32.3 |
| DON'T KNOW | 0.3 |
| Net Diff. | 3.7 |
| Mean | 2.44 |

I APP. 301

72. AFTER EVERYTHING YOU HAVE READ, DO YOU APPROVE OR DISAPPROVE OF REQUIRING ALL 50 STATES TO PROVIDE UNIVERSAL MAIL-IN VOTING FOR THE NOVEMBER ELECTION, IN WHICH ALL REGISTERED VOTERS ARE AUTOMATICALLY MAILED A LIVE BALLOT?

| | |
|---|---|
| Total Answering | 800 |
| APPROVE | 51.4 |
| Strongly | 26.0 |
| Somewhat | 25.4 |
| DISAPPROVE | 48.5 |
| Somewhat | 17.6 |
| Strongly | 30.8 |
| DON'T KNOW | 0.1 |
| Net Diff. | 3.0 |
| Mean | 2.47 |

73. HAVE YOU EVER VOTED BY MAIL-IN BALLOT OR ABSENTEE BALLOT BEFORE?

| | |
|---|---|
| Total Answering | 800 |
| YES | 46.5 |
| NO | 53.5 |
| DON'T KNOW | 0.0 |
| Net Diff. | -7.0 |

74. DO YOU KNOW IF YOUR BALLOT WAS ACTUALLY RECEIVED AND COUNTED?

| | |
|---|---|
| Total Answering | 372 |
| YES | 51.9 |
| NO | 47.1 |
| DON'T KNOW | 0.9 |
| Net Diff. | 4.8 |

I APP. 302

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

─────────────────────────────────────────────────

Wisconsin Voters Alliance, et al.

Plaintiff,

v.                                    Civil Action No: 1:20-cv-01487

City of Racine, et al.

Defendants.

─────────────────────────────────────────────────

AFFIDAVIT OF KRIS TESKE

─────────────────────────────────────────────────

STATE OF WISCONSIN      )
                        )SS.
COUNTY OF BROWN         )

I, Kris Teske, being first duly sworn, swear and state as follows:

1.      I am employed as the City Clerk by the City of Green Bay, Wisconsin (herein "City").

2.      The City applied for a grant from the Center for Tech and Civic Life (herein "CTCL") in the amounts and for the purposes listed in the attached Grant Agreement and Wisconsin Safe Voting Plan (collectively "Agreement") attached hereto as Exhibit A.

3.      The City received notification that it was awarded a grant by CTCL in the amount of $1,093,400.00.

4.      At its meeting on July 21, 2020, the City of Green Bay Common Council accepted award of the grant and the approved the Wisconsin Safe Voting Plan and the recommendations contained therein.

5.      I have examined the Agreement, which awards CTCL grant funds to the City and sets rules for how the funds are to be spent.

6.      Pursuant to the Agreement, the City must use the CTCL grant funds exclusively for the purpose of planning and operationalizing safe and secure election administration in the City in accordance with the Wisconsin Safe Voting Plan.

7.      The Chief of Staff, in conjunction with other Clerk's Office, is charged with administering the CTCL grant for the City.

8.      All of the CTCL grant money that has been spent, or that will be spent, has been and will be in accordance with the rules given in the Agreement.

9.      None of the CTCL grant money has been or will be spent to engineer a certain election result or for a partisan purpose.

10.      The CTCL grant money is being used City-wide to protect the right to vote and accommodate the safety of voters during the COVID-19 pandemic.

Dated at Green Bay, Wisconsin, this 9th day of October, 2020.

Respectfully submitted,


s/ Kris Teske
Kris Teske, City Clerk
City of Green Bay


Subscribed and sworn to before me
this 9th day of October, 2020.

s/ *Electronically signed by Lindsey Belongea*
Notary Public, Brown County, WI.
My Commission expires 01/17/23

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

───────────────────────────────────────────────

Wisconsin Voters Alliance, et al.

                    Plaintiff,

     v.                           Civil Action No: 1:20-cv-01487

City of Racine, et al.

                    Defendants.

───────────────────────────────────────────────

AFFIDAVIT OF DIANA ELLENBECKER

───────────────────────────────────────────────

STATE OF WISCONSIN      )
                                )SS.
COUNTY OF BROWN       )

     I, Diana Ellenbecker, being first duly sworn, swear and state as follows:

     1.      I am employed as the Finance Director for the City of Green Bay.

     2.      The Finance Department is charged with recording the expenditures of a $1,093,400.00 grant the City received from the Center for Tech and Civic Life.

     3.      This grant's uses as of October 8, 2020 are itemized on the Grant Expenditures attached hereto as Exhibit A.

     4.      The City has paid $161,850.16, has incurred but not yet paid $931,549.84 and has $0 remaining of this grant as of 10/9/2020.

     Dated at Green Bay, Wisconsin, this 9th day of October, 2020.

                                 Respectfully submitted,


                                 s/ Diana Ellenbecker
                                 Diana Ellenbecker, Finance Director
                                 City of Green Bay

Subscribed and sworn to before me
this 9th day of October, 2020.

s/ *Electronically signed by Lindsey Belongea*
Notary Public, Brown County, WI.
My Commission expires 01/17/23

| ORG | OBJECT | PROJECT | DESCRIPTION | YEAR | PER | JOURNAL | EFF DATE | SRC | REF1 | PO/REF2 | REF3 | REFERENCE | AMOUNT | P | VDR NAME/ITEM DESC | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101104 | 48592 | 83094 | LOCAL GRANTS | 2,020 | 7 | 182 | 07/14/2020 | CRP | 10101 | 135631 | CL 07/13/202 | | -10,000.00 | Y | CITY OF RACINE/JF | MISC - NO CODE SETUP |
| 101104 | 48592 | 83094 | LOCAL GRANTS | 2,020 | 8 | 14 | 08/03/2020 | CRP | 10001 | 136727 | KSR80320 | | -1,093,400.00 | Y | CENTER FOR TECHNOLOGY AND CIVIC | ELECTIONS GRANT |
| 101104 | 54005 | 83094 | POSTAGE | 2,020 | 8 | 30 | 08/03/2020 | API | 022644 | | 146222 | 5531 | 8,089.38 | Y | KUEHN PRINTING LLC | ELECTION INFORMATION POSTCARDS |
| 101104 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 8 | 30 | 08/03/2020 | API | 022644 | | 146222 | 5531 | 2,969.00 | Y | KUEHN PRINTING LLC | ELECTION INFORMATION POSTCARDS |
| 101104 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 8 | 121 | 08/07/2020 | API | 000487 | | 146876 | 5556 | 193.58 | Y | GRAINGER INC | ACCT. 803703784, DISPOSABLE GL |
| 218100 | 51201 | 83094 | SEASONAL SALARIES | 2,020 | 8 | 669 | 08/27/2020 | GEN | PM | ELECTION | FRINGES | RECLASS | -524.07 | Y | Payroll costs for election assistance | FRINGES NOT WAGES |
| 218100 | 51202 | 83094 | DENTAL INSURANCE | 2,020 | 8 | 669 | 08/27/2020 | GEN | PM | ELECTION | FRINGES | RECLASS | 36.13 | Y | Payroll costs for election assistance | DENTAL FRINGES-PRIMARY |
| 218100 | 51201 | 83094 | HEALTH INSURANCE | 2,020 | 8 | 669 | 08/27/2020 | GEN | PM | ELECTION | FRINGES | RECLASS | 485.49 | Y | Payroll costs for election assistance | HEALTH FRINGES-PRIMARY |
| 218100 | 51203 | 83094 | LIFE INSURANCE | 2,020 | 8 | 669 | 08/27/2020 | GEN | PM | ELECTION | FRINGES | RECLASS | 2.45 | Y | Payroll costs for election assistance | LIFE FRINGES-PRIMARY |
| 218100 | 51211 | 83094 | MEDICARE | 2,020 | 8 | 441 | 08/27/2020 | PRJ | B1 827 | 2200827 | 2200827 | B1 8/27/20 | 22.62 | Y | | WARRANT=200827 RUN=0 BI-WEEKL |
| 218100 | 51210 | 83094 | SOCIAL SECURITY | 2,020 | 8 | 441 | 08/27/2020 | PRJ | B1 827 | 2200827 | 2200827 | B1 8/27/20 | 96.71 | Y | | WARRANT=200827 RUN=0 BI-WEEKL |
| 218100 | 51301 | 83094 | WRS - EMPLOYER SHARE | 2,020 | 8 | 441 | 08/27/2020 | PRJ | B1 827 | 2200827 | 2200827 | B1 8/27/20 | 113.60 | Y | | WARRANT=200827 RUN=0 BI-WEEKL |
| 218100 | 50003 | 83094 | SEASONAL SALARIES | 2,020 | 8 | 441 | 08/27/2020 | PRJ | B1 827 | 2200827 | 2200827 | B1 8/27/20 | 2,218.60 | Y | | WARRANT=200827 RUN=0 BI-WEEKL |
| 218100 | 50003 | 83094 | SEASONAL SALARIES | 2,020 | 9 | 178 | 09/03/2020 | GEN | PM | CTCL GRANT | EXPENSES | ELECTION | 46,065.00 | Y | Payroll costs for election assistance | PRIMARY ADDITIONAL PAY |
| 218100 | 51301 | 83094 | WRS - EMPLOYER SHARE | 2,020 | 9 | 178 | 09/03/2020 | GEN | PM | CTCL GRANT | EXPENSES | ELECTION | 14.18 | Y | Payroll costs for election assistance | PRIMARY ADDITIONAL PAY |
| 218100 | 51202 | 83094 | DENTAL INSURANCE | 2,020 | 9 | 177 | 09/03/2020 | GEN | PM | ELECTION | FRINGES | RECLASS | 51.30 | Y | Payroll costs for election assistance | DENTAL FRINGES-PRIMARY |
| 218100 | 51203 | 83094 | LIFE INSURANCE | 2,020 | 9 | 177 | 09/03/2020 | GEN | PM | ELECTION | FRINGES | RECLASS | 3.21 | Y | Payroll costs for election assistance | LIFE FRINGES-PRIMARY |
| 218100 | 50003 | 83094 | SEASONAL SALARIES | 2,020 | 9 | 177 | 09/03/2020 | GEN | PM | ELECTION | FRINGES | RECLASS | -689.26 | Y | Payroll costs for election assistance | FRINGES NOT WAGES |
| 218100 | 51201 | 83094 | HEALTH INSURANCE | 2,020 | 9 | 177 | 09/03/2020 | GEN | PM | ELECTION | FRINGES | RECLASS | 634.75 | Y | Payroll costs for election assistance | HEALTH FRINGES-PRIMARY |
| 218100 | 50003 | 83094 | SEASONAL SALARIES | 2,020 | 9 | 10 | 09/03/2020 | PRJ | B 9/3 | 1200903 | 1200903 | B 9/03/20 | 5,807.13 | Y | | WARRANT=200903 RUN=1 BIWEEKLY |
| 218100 | 51210 | 83094 | SOCIAL SECURITY | 2,020 | 9 | 10 | 09/03/2020 | PRJ | B 9/3 | 1200903 | 1200903 | B 9/03/20 | 242.35 | Y | | WARRANT=200903 RUN=1 BIWEEKLY |
| 218100 | 51211 | 83094 | MEDICARE | 2,020 | 9 | 10 | 09/03/2020 | PRJ | B 9/3 | 1200903 | 1200903 | B 9/03/20 | 56.68 | Y | | WARRANT=200903 RUN=1 BIWEEKLY |
| 218100 | 51301 | 83094 | WRS - EMPLOYER SHARE | 2,020 | 9 | 10 | 09/03/2020 | PRJ | B 9/3 | 1200903 | 1200903 | B 9/03/20 | 139.90 | Y | | WARRANT=200903 RUN=1 BIWEEKLY |
| 218100 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 9 | 341 | 09/08/2020 | API | 039353 | | 149728 | 5680 | 8,499.95 | Y | LOCKING SECURITY MAILBOX | Ballot Drop Boxes |
| 218100 | 54002 | 83094 | OFFICE SUPPLIES | 2,020 | 9 | 592 | 09/14/2020 | API | 039401 | | 150074 | 5720 | 58.00 | Y | FRONT PLUS-10 software | COMPUTER SOFTWARE STORES |
| 218100 | 54002 | 83094 | OFFICE SUPPLIES | 2,020 | 9 | 592 | 09/14/2020 | API | 039401 | | 150076 | 5720 | 27.33 | Y | FRONT PLUS-10 software | COMPUTER SOFTWARE STORES |
| 101104 | 53001 | 83094 | CONTRACTUAL SERVICES | 2,020 | 9 | 189 | 09/14/2020 | API | 038537 | | 149282 | 5652 | 1,500.00 | Y | LAURA SCHLEY | PAYMENT FOR VOTER MURAL, FEE & |
| 218100 | 50003 | 83094 | SEASONAL SALARIES | 2,020 | 9 | 638 | 09/17/2020 | GEN | SAH | RECLASS | RECLASS | RECLASS | 210.00 | Y | Payroll costs for election assistance | RECLASS - SUENNEN WAGES |
| 218100 | 50003 | 83094 | SEASONAL SALARIES | 2,020 | 9 | 638 | 09/17/2020 | GEN | SAH | RECLASS | RECLASS | RECLASS | 210.00 | Y | Payroll costs for election assistance | RECLASS - SWANSON WAGES |
| 218100 | 50003 | 83094 | SEASONAL SALARIES | 2,020 | 9 | 638 | 09/17/2020 | GEN | SAH | RECLASS | RECLASS | RECLASS | 245.00 | Y | Payroll costs for election assistance | RECLASS - WILLEMS WAGES |
| 218100 | 50003 | 83094 | SEASONAL SALARIES | 2,020 | 9 | 202 | 09/17/2020 | PRJ | B 9/17 | 1200917 | 1200917 | B 9/17/20 | 1,608.75 | Y | Payroll costs for election assistance | WARRANT=200917 RUN=1 BIWEEKLY |
| 218100 | 54002 | 83094 | OFFICE SUPPLIES | 2,020 | 9 | 327 | 09/18/2020 | API | 036925 | | 149403 | 5664 | 843.42 | Y | JP GRAPHICS INC | EL-120 #14 ELECTION ENVELOPES, |
| 218100 | 55150 | 83094 | NEW EQUIPMENT | 2,020 | 9 | 303 | 09/18/2020 | API | 018334 | 2000126 | 149376 | 5663 | 61,660.00 | Y | ELECTION SYSTEMS & SOFTWARE, INC | ELECTION SCANNER HARDWARE & SO |
| 218100 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 9 | 593 | 09/21/2020 | API | 036628 | | 150476 | 5721 | 3,614.31 | Y | MILLER CONSULTATIONS & ELECTIONS INC | Election Supplies |
| 218100 | 54002 | 83094 | OFFICE SUPPLIES | 2,020 | 9 | 593 | 09/21/2020 | API | 035020 | | 150243 | 5721 | 114.00 | Y | STAPLES INC | Rejected X Stamp |
| 218100 | 54002 | 83094 | OFFICE SUPPLIES | 2,020 | 9 | 593 | 09/21/2020 | API | 039401 | | 150241 | 5721 | 69.66 | Y | FRONT PLUS-10 | COMPUTER SOFTWARE STORES |
| 218100 | 54005 | 83094 | OFFICE SUPPLIES | 2,020 | 9 | 593 | 09/21/2020 | API | 038844 | | 150229 | 5721 | 746.00 | Y | MIDLAND PAPER COMPANY | PAPER ORDER FOR INSERTS - ELEC |
| 218100 | 54005 | 83094 | POSTAGE | 2,020 | 9 | 593 | 09/21/2020 | API | 039062 | | 150231 | 5721 | 1,117.69 | Y | OFFICE ENTERPRISES INC | ENVELOPE MACHINE INK - ELECTIO |
| 218100 | 54005 | 83094 | POSTAGE | 2,020 | 9 | 593 | 09/21/2020 | API | 035020 | | 150230 | 5721 | 17.91 | Y | STAPLES INC | ENVELOPE GLUE - ELECTION |
| 218100 | 54002 | 83094 | OFFICE SUPPLIES | 2,020 | 9 | 396 | 09/25/2020 | APM | 018334 | | 149379 | new proj. | 889.92 | Y | ELECTION SYSTEMS & SOFTWARE, INC | ACCT. 126956, 11/3/20 SUPPLIE |
| 218100 | 55150 | 83094 | NEW EQUIPMENT | 2,020 | 9 | | 09/28/2020 | API | 38997 | | | PCARD | 5,119.00 | N | ACP CREATIVIT, LLC | |
| 218100 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 9 | | 09/28/2020 | API | 36061 | | | PCARD | 112.92 | N | JAUQUET LUMBER COM | |
| 218100 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 9 | | 09/28/2020 | API | 35076 | | | PCARD | 168.33 | N | PACKER FASTENER | |
| 218100 | 50003 | 83094 | SEASONAL SALARIES | 2,020 | 10 | 112 | 10/01/2020 | GEN | SAH | RECLASS | RECLASS | RECLASS | 210.00 | Y | Payroll costs for election assistance | RECLASS - FRANKOW wages |
| 218100 | 50501 | 83094 | OVERTIME | 2,020 | 10 | 3 | 10/01/2020 | PRJ | B 10/1 | 1201001 | 1201001 | B 10/01/20 | 97.25 | Y | | WARRANT=201001 RUN=1 WEEKLY |
| 218100 | 50003 | 83094 | SEASONAL SALARIES | 2,020 | 10 | 3 | 10/01/2020 | PRJ | B 10/1 | 1201001 | 1201001 | B 10/01/20 | 5,619.03 | Y | | WARRANT=201001 RUN=1 WEEKLY |
| 218100 | 51201 | 83094 | HEALTH INSURANCE | 2,020 | 10 | 3 | 10/01/2020 | PRJ | B 10/1 | 1201001 | 1201001 | B 10/01/20 | 25.04 | Y | | WARRANT=201001 RUN=1 WEEKLY |
| 218100 | 51202 | 83094 | DENTAL INSURANCE | 2,020 | 10 | 3 | 10/01/2020 | PRJ | B 10/1 | 1201001 | 1201001 | B 10/01/20 | 1.30 | Y | | WARRANT=201001 RUN=1 WEEKLY |
| 218100 | 51203 | 83094 | LIFE INSURANCE | 2,020 | 10 | 3 | 10/01/2020 | PRJ | B 10/1 | 1201001 | 1201001 | B 10/01/20 | 0.24 | Y | | WARRANT=201001 RUN=1 WEEKLY |
| 218100 | 51210 | 83094 | SOCIAL SECURITY | 2,020 | 10 | 3 | 10/01/2020 | PRJ | B 10/1 | 1201001 | 1201001 | B 10/01/20 | 354.19 | Y | | WARRANT=201001 RUN=1 WEEKLY |
| 218100 | 51211 | 83094 | MEDICARE | 2,020 | 10 | 3 | 10/01/2020 | PRJ | B 10/1 | 1201001 | 1201001 | B 10/01/20 | 82.82 | Y | | WARRANT=201001 RUN=1 WEEKLY |
| 218100 | 51301 | 83094 | WRS - EMPLOYER SHARE | 2,020 | 10 | 3 | 10/01/2020 | PRJ | B 10/1 | 1201001 | 1201001 | B 10/01/20 | 135.71 | Y | | WARRANT=201001 RUN=1 BIWEEKLY |
| 218100 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 10 | | 10/05/2020 | API | 37007 | | | PCARD | 1,103.08 | N | FREE LANCE SALES LTD | |
| 218100 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 10 | | 10/05/2020 | API | 37007 | | | PCARD | 983.69 | N | FREE LANCE SALES LTD | |
| 218100 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 10 | | 10/05/2020 | API | 31597 | | | PCARD | 266.17 | N | VIKING ELECTRIC SUPPLY | |
| 218100 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 10 | | 10/05/2020 | API | 35076 | | | PCARD | 44.22 | N | PACKER FASTENER | |
| 218100 | 54001 | 83094 | MATERIAL & SUPPLIES | 2,020 | 10 | | 10/05/2020 | API | 39403 | | | PCARD | 192.00 | N | SI METALS DE PERE | |
| | | | | | | | | | | | | EXPENSES | 161,850.16 | | | |

-931,549.84

**EXHIBIT A**

I APP. 307

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Wisconsin Voters Alliance, et al.

Plaintiff,

v.                                              Case No. 1:20-cv-01487-WCG

City of Racine, et al.

Defendants.

## DECLARATION OF CAROL STANCATO

I, Carol Stancato, hereby declare:

1. I am employed as the Finance Director for the City of Kenosha.

2. The Finance Department is charged with recording the expenditures of a $862,799.00 grant the City received from the Center for Tech and Civic Life ("CTCL").

3. As of the morning of October 9th, 2020 the grant's funds, paid and encumbered, as submitted to the Finance Department under the CTCL grant are recorded on the attached CTCL Expenses Spreadsheet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October, 2020.

_Carol Stancato_
Carol Stancato
Finance Director
City of Kenosha

| Date Paid | Vendor | Description | Total Price | Invoice | Voucher Number | Ledger Check |
|---|---|---|---|---|---|---|
| **08/03/20** | **CTCL** | **Grant** | **862,779.00** | | **WT** | |
| 07/23/20 | Allegra | Plexiglass | 7,610.51 | | 191742 | x |
| 07/30/20 | Grainger | Gloves | 1,048.00 | | 191922 | x |
| 07/30/20 | Grainger | Masks | 1,278.00 | | 191922 | x |
| 08/04/20 | Sam's Club | Bottled water | 79.80 | | 192012 | x |
| 08/21/20 | Cardmenber | Election Domains | 57.96 | x | 192314 | x |
| 08/21/20 | CDW-G | Computer Equipment | 578.16 | x | 192295 | x |
| 08/21/20 | Allegra | Election Forms | 265.53 | x | 192304 | x |
| 08/21/20 | Allegra | Election Forms | 115.66 | x | 192304 | x |
| 08/22/20 | Locking Security | Drop Boxes | 13,143.10 | x | 192384 | x |
| 08/27/20 | AT & T | Firstnet | 717.96 | | 192473 | x |
| 08/27/20 | Tentcraft | 10 x 10 Tents | 8,565.25 | x | 192480 | PO 200766 |
| 08/27/20 | Allegra | Plexigalss | 12,359.27 | x | 192432 | PO 200770 |
| 08/27/20 | Election Source | Ballot Box | 1,002.60 | x | 192437 | PO 200772 |
| 08/27/20 | Menard's | Power Strips | 59.98 | x | 192433 | x |
| 08/27/20 | Grainger | Sanitzer | 210.75 | x | 192445 | PO 200767 |
| 08/27/20 | State Ind | Sanitzer | 656.00 | x | 192481 | PO 200768 |
| 08/27/20 | State Ind | Stand | 1,530.00 | x | 192481 | PO 200768 |
| 08/27/20 | State Ind | Dispenser | 120.00 | x | 192481 | PO 200768 |
| 08/27/20 | James Imaging | Color MFP | 7,276.00 | | 192414 | PO 200755 |
| 09/05/20 | Amazon | Walkie Talkies | 126.28 | x | 192716 | x |
| 09/05/20 | Election Source | Signage | 730.36 | x | 192711 | PO 200769 |
| 09/05/20 | State Chemical | Sanitzer & Stands | 1,634.00 | x | 192599 | x |
| 09/08/20 | Uline | Crowd Control Posts | 565.00 | | 192933 | PO 200883 |
| 09/11/20 | Pitney Bowes | Mail Machine | 486.90 | x | 192682 | x |
| 09/11/20 | CDW-G | Label Writer | 1,447.20 | x | 192701 | PO 200762 |
| 09/15/20 | CDW-G | Barcode Scan | 740.40 | x | 192779 | PO 200762 |
| 09/15/20 | CDW-G | Dymo Label Writer | 309.20 | x | 192779 | PO 200762 |
| 09/15/20 | CDW-G | Lap Tops | 9,257.64 | x | 192779 | PO 200762 |
| 09/18/20 | Pitney Bowes | Postage | 23,000.00 | | | Memo |
| 09/18/20 | Cardmenber | Election Domains | 28.98 | X | 192846 | |
| 09/18/20 | Cardmenber | Election Domains | 28.98 | X | 192846 | |
| 09/17/20 | Service Sanitation | Hand Washing Stations | 1,900.00 | | 192870 | PO 200854 |
| 09/24/20 | Grainger | Hand Sanitizer | 210.75 | x | 192948 | |

| Date | Vendor | Description | Amount | Paid | Check # | PO # |
|---|---|---|---|---|---|---|
| 08/07/20 | | Election Payrolls | 6,462.78 | | | |
| 08/14/20 | | Election Payrolls | 2,530.63 | | | |
| 08/22/20 | | Election Payrolls | 794.85 | | | |
| 08/24/20 | | Election Payrolls | 1,300.00 | | | |
| 08/28/20 | | Election Payrolls | 8,803.63 | | | |
| 09/11/20 | | Election Payrolls | 1,744.94 | | | |
| 09/18/20 | | Election Payrolls | 709.01 | | | |
| 09/25/20 | | Election Payrolls | 2,510.38 | | | |
| 10/02/20 | | Election Payrolls | 3,984.02 | | | |
| 10/09/20 | | Election Payrolls | 5,061.07 | | | |
| 09/30/20 | AT & T | Firstnet | 1,259.96 | X | 193049 | |
| 09/30/20 | Staples | Office Supplies | 319.77 | X | 193030 | |
| 09/30/20 | Allegra | Envelopes/Absentee Ballots | 5,538.41 | X | 193033 | PO 200763 |
| 09/30/20 | Allegra | Voter Info insert | 1,225.91 | X | 193033 | PO 200763 |
| 09/30/20 | Allegra | Voting instructions | 3,479.10 | X | 193033 | PO 200763 |
| 09/30/20 | Allegra | Registration Applications | 1,368.93 | X | 193033 | PO 200763 |
| 09/30/20 | Locking Security | Drop Boxes | 13,143.10 | X | 193051 | PO 200865 |
| 10/08/20 | Staples | Office Supplies | 327.64 | X | 193160 | |
| 10/08/20 | Staples | AV Cart | 146.23 | X | 193160 | |
| 10/08/20 | Election Systems | Tabulators | 55,075.00 | X | 193154 | |
| 10/08/20 | Election Systems | Tabulators | 61,450.00 | X | 193154 | |
| | | Sub-Total | 274,375.58 | | | |

**EXPENSES INCURRED BUT NOT PAID AS OF 10/09/20**

| Date | Vendor | Description | Amount | | Check # | PO # |
|---|---|---|---|---|---|---|
| | Staples | Office Supplies | 339.99 | X | | |
| 08/07/20 | Election Systems | Tabulators | 55,075.00 | X | | PO 200771 |
| 09/16/20 | Staples | Office Supplies | 2,122.87 | X | | PO 200895 |
| | Tentcraft | Tents | 980.44 | X | | |
| | Staples | Dryerase Board | 205.37 | X | | |
| | Clearcom | Ballot Box Cameras | 9,265.90 | X | | |
| | Clearcom | Ballot Box Cameras | 8,697.86 | X | | |
| | Museum | Rental | 9,000.00 | X | | |

file:///t2/acct/fin/knancyk/SHARE.FIN/CTCL-Elections/CTCL Expenses Spreadsheet.xls

| Menard's | Velcro & Plastic for Ballot Box | | 70.86 | x | |
| Election Source | voting signage | | 694.50 | x | PO 200921 |
| Adams Outdoor Ad | Billboards | | 4,330.00 | x | PO 200922 |
| Election Source | voting signage | | 7,633.00 | x | PO 200923 |
| Intab, LLC | Vote Here Signage | | 3,712.43 | x | PO 200924 |
| Allegra | Acrylic Barriers | | 8,947.10 | x | PO 200925 |
| Intab, LLC | Tote bags/vests/stickers | | 1,218.19 | x | |
| Allegra | Ballot Box decals | | 115.04 | x | |
| Uline | locking cart/work station/cart | | 2,121.12 | x | |
| StrucknDesign | Dropbox graphics | | 2,240.00 | x | |
| Intab, LLC | Safety vests for voting | | 1,150.83 | x | |
| Grasscape | concrete pads for dropboxes | | 850.00 | x | |
| | Sub-Total | | 118,770.50 | | |
| | **TOTAL** | | 393,146.08 | | |

file:///n2/acct/fin/knancyk/SHARE.FIN/CTCL-Elections/CTCL Expenses Spreadsheet.xls

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

Wisconsin Voters Alliance, et al.

Plaintiff,

v.                                    Case No. 1:20-cv-01487-WCG

City of Racine, et al.

Defendants.

---

DECLARATION OF JOHN MORRISSEY

---

I, John Morrissey, hereby declare:

1. I am employed as the City Administrator for the City of Kenosha, Wisconsin (herein "City").

2. The City was awarded a grant from the Center for Tech and Civic Life (herein "CTCL") in the amounts and for the purpose listed in the attached Grant Agreement and Wisconsin Safe Voting Plan (Exhibit A).

3. My Office is supervisory over the City Clerk-Treasurer's Office and the City Finance Department, and these are the primary offices tasked with expending and recording the expenditures of the CTCL grant, respectively. This declaration is made with knowledge gained from these offices and my own.

4. The City has received a grant in the amount of $862,799.00 from CTCL.

5. I have examined Exhibit A, which awards CTCL grant funds to the City and sets the purpose guiding how the funds are to be spent.

6. Pursuant to Exhibit A, the City must use the CTCL grant funds "exclusively for the public purpose of planning and operationalizing safe and secure election administration in the City of Kenosha in accordance with the Wisconsin Safe Voting Plan."

7. I have examined the attached CTCL Expenses Spreadsheet (Exibit B), and believe the items recorded therein to comply with the purpose set out in Exhibit A.

8. None of the CTCL grant money will be spent to engineer a certain election result or for a partisan purpose. Future uses of the CTCL grant will be used in accordance with the purpose set out in Exhibit A.

9. The CTCL grant money is being used City-wide to protect the right to vote and accommodate the safety of voters during the COVID-19 pandemic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October, 2020.

John Morrissey
City Administrator
City of Kenosha



CENTER FOR
TECH AND
CIVIC LIFE

July 24, 2020

City of Kenosha

Dear Mayor Antaramian,

I am pleased to inform you that the Center for Tech and Civic Life ("CTCL") has decided to award a grant to support the work of the City of Kenosha.

The following is a description of the grant:

> **AMOUNT OF GRANT:** Eight hundred sixty-two thousand, seven hundred seventy nine US dollars (USD $862,779.00).

> **PURPOSE:** The grant funds must be used exclusively for the public purpose of planning and operationalizing safe and secure . election administration in the City of Kenosha in accordance with the Wisconsin Safe Voting Plan 2020 ("Appendix").

Before we transmit these funds, we ask that you sign this agreement promising to use the grant funds in compliance with United States tax laws. Specifically, by signing this letter you agree to the following:

1. The City of Kenosha is a U.S., state, or local government unit or political subdivision in the meaning of 26 USC 170(c)(1).

2.    This grant shall be used *only* for the public purpose described above, and for no other purposes.

3.    The City of Kenosha shall not use any part of this grant to give a grant to another organization unless CTCL agrees to the specific sub-recipient in advance, in writing.

4.    The City of Kenosha has produced a plan for safe and secure election administration in 2020, including an assessment of election administration needs, budget estimates for such assessment, and an assessment of the impact of the plan on voters. This plan is attached to this agreement as an Appendix. The City shall expend the amount of this grant for purposes contained in this plan by December 31, 2020.

5.    This grant is intended to support and shall be used solely to fund the activities and purposes described in the plan produced pursuant to paragraph 4.

6.    The City of Kenosha shall produce a report documenting how this grant has been expended in support of the Appendix. This report shall be provided to CTCL by January 31, 2021.

7.    The City of Kenosha shall not reduce or otherwise modify planned municipal spending on 2020 elections, including the budget of the City Clerk of Kenosha ("the Clerk") or fail to appropriate or provide previously budgeted funds to the Clerk for the term of this grant. Any amount reduced or not provided in contravention of this paragraph shall be repaid to CTCL up to the total amount of this grant.

8.    CTCL may discontinue, modify, withhold part of, or ask for the return of all or part of the grant funds if it determines, in its sole judgment, that (a) any of the above conditions have not been met or (b) it must do so to comply with applicable laws or regulations.

9.    The grant project period of June 15, 2020 through December 31, 2020 represents the dates between which covered costs may be applied to the grant.



Your acceptance of these agreements should be indicated below. Please have an authorized representative of The City of Kenosha sign below, and return a scanned copy of this letter to us by email at grants@techandciviclife.org

On behalf of CTCL, I extend my best wishes in your work.

Sincerely,

Tiana Epps Johnson
Executive Director
Center for Tech and Civic Life

Accepted on behalf of the City of Kenosha:

By: _____

Title: Mayor

Date: 7/27/20

**APPENDIX:** Wisconsin Safe Voting Plan 2020 Submitted to the Center for Tech & Civic Life June 15, 2020

APPENDIX: Wisconsin Safe Voting Plan 2020 Submitted to the Center for Tech & Civic Life - June 15, 2020

    

### Wisconsin Safe Voting Plan 2020
### Submitted to the Center for Tech & Civic Life
### June 15, 2020

The State of Wisconsin found itself in the midst of an historic election in April of 2020 when statewide elections occurred in the midst of the COVID-19 pandemic. These elections included not only the presidential preference vote, but also local races for city councils, county boards, school board, and mayors, a statewide election for a seat on the Wisconsin Supreme Court, and numerous district-wide school referenda.

Municipalities were required to make rapid and frequent adjustments to ensure compliance with the rapidly changing Supreme Court, Wisconsin Supreme Court, and Wisconsin Election Commission (WEC) rulings about the election. (The April 2020 Election may go down in history as the only election in which the Wisconsin Supreme Court and the US Supreme Court weighed in on the same day on how the election would be conducted.)

The shifting legal landscape was also complicated by the extraordinary lengths municipal clerks went to to ensure that both voting and election administration were done in accordance with prevailing public health requirements.

As mayors in Wisconsin's five biggest cities - Milwaukee, Madison, Green Bay, Kenosha, and Racine - we seek to work collaboratively on the two remaining 2020 elections (August 11th and November 3rd) to: safely administer elections to reduce the risk of exposure to coronavirus for our residents as well as our election officials and poll workers; identify best practices; innovate to efficiently and effectively educate our residents about how to exercise their right to vote; be intentional and strategic in reaching our historically disenfranchised residents and communities; and, above all, ensure the right to vote in our dense and diverse communities.

1

**Table 1: Summary of Municipalities' Electorate Data, June 2020**

|  | Green Bay | Kenosha | Madison | Milwaukee | Racine |
|---|---|---|---|---|---|
| **Estimated Eligible Voters** | 71,661 | 73,000 | 213,725 | 430,000 | 56,000 |
| **Registered Voters** | 52,064 | 47,433 | 178,346 | 294,459 | 34,734 |
| **2020 Election Budget** | $329,820 | $205,690 | $2,080,283 | $2,986,810 | $409,529 |

All five jurisdictions share concerns about how to best facilitate voter participation and limit exposure to coronavirus. All five jurisdictions spent all or most of the budgeted resources for all of 2020 on the extraordinary circumstances this Spring.  If no plan is approved, it will leave communities like ours with no choice but to make tough decisions between health and the right to vote; between budget constraints and access to fundamental rights.  The time that remains between now and the November Election provides an opportunity to plan for the highest possible voter turnouts in the safest possible ways.

We are collectively requesting a total of $6,324,527 as summarized in Table 3 below and detailed extensively in the plan.

**Review of the April 2020 Election**

The April 2020 election placed two sacred duties of cities in conflict: keeping our residents safe and administering free and fair elections. Since Wisconsin's elections are administered at the municipal level, each municipality was on its own to deal with these dynamics. Our Municipal Clerks and their staff are all remarkable public servants, who responded nimbly and effectively to marshal the resources needed to run these elections under exceedingly challenging circumstances. In this election, all five of our municipalities faced:
- Precipitous drop-offs of experienced poll workers;
- A scramble to procure enough PPE to keep polling locations clean and disinfected and to mitigate COVID-19 risk for election officials, poll workers, and voters;
- A never-before-seen increase in absentee ballot requests;
- High numbers of voters who struggled to properly submit required photo ID and/or provided insufficient certification of absentee ballot envelopes; and
- Voters who, understandably, were completely confused about the timeline and rules for voting in the midst of a pandemic and required considerable public outreach and individual hand-holding to ensure their right to vote.

2

See Table 2, below, for detailed data on all five municipalities' April 2020 absentee mail and in-person early voting experiences.

**Table 2: Summary of Municipalities' Experiences in April 2020 Election**

|  | Green Bay | Kenosha | Madison | Milwaukee | Racine |
|---|---|---|---|---|---|
| # of voters who requested absentee ballots for April election | 15,509 | 16,017 | 89,730 | 96,712 | 11,615 |
| # of absentee ballots successfully cast in April | 11,928 | 13,144 | 77,677 | 76,362 | 9,570 |
| # of absentee ballot requests unfulfilled due to insufficient photo ID | Unknown | Unknown | 1,840 | 2.5% | Estimated hundreds |
| # of absentee ballots rejected due to incomplete certification | 312 | 196 | 618 | 1,671 | 368 |
| # of secure drop-boxes for absentee ballot return | 1 | 2 | 3 | 5 | 1 |
| # of days of early voting | 12 | 10 | 19 | 14 | 13 |
| Use curbside voting for early voting? | ✔ | ✘ | ✔ | ✔ | ✔ |
| # of voters who voted in-person early absentee | 778 | 85 | 4,930 | 11,612 | 1,543 |
| # of additional staff enlisted for election-related efforts | 86 | 60 | 225 | 95 | 20 |
| $ spent on PPE | $2,122 | $13,000 | $6,305 | Unknown | Unknown |
| # of polling locations | 2 | 10 | 66 | 5 | 14 |
| Use drive-thru or curbside voting on Election Day? | ✔ | ✘ | ✔ | ✔ | ✔ |

3

**Comprehensive Election Administration Needs for 2020**

In early June 2020, all five municipal clerks and their staff, with review and support from all five cities' Mayors and Mayoral staff, completed a detailed, multi-page template (attached) providing both data and information about the municipalities' election plans and needs. This Wisconsin Safe Voting Plan 2020 is based on that comprehensive information. All five of our municipalities recommend the following four strategies to ensure safe, fair, inclusive, secure, and professional elections in our communities for the remaining 2020 elections:

<u>Recommendation I:</u> **Encourage and Increase Absentee Voting (By Mail and Early, In-Person)**
1. Provide assistance to help voters comply with absentee ballot requests & certification requirements
2. Utilize secure drop-boxes to facilitate return of absentee ballots
3. Deploy additional staff and/or technology improvements to expedite & improve accuracy of absentee ballot processing
4. Expand In-Person Early Voting (Including Curbside Voting)

<u>Recommendation II:</u> **Dramatically Expand Strategic Voter Education & Outreach Efforts, Particularly to Historically Disenfranchised Residents**

<u>Recommendation III:</u> **Launch Poll Worker Recruitment, Training & Safety Efforts**

<u>Recommendation IV:</u> **Ensure Safe & Efficient Election Day Administration**

As detailed in this plan, our municipalities are requesting <u>**a total of $6,324,567**</u> to robustly, swiftly, comprehensively, and creatively implement these four strategic recommendations in each of our communities. That request is summarized as follows in Table 3, below, and detailed extensively in the remainder of this plan.

4

**Table 3: Summary of Resources Needed to Robustly Implement All Four Recommendations**

| Recommendation | Green Bay | Kenosha | Madison | Milwaukee | Racine | Totals |
|---|---|---|---|---|---|---|
| **Encourage and Increase Absentee Voting By Mail and Early, In-Person** | $277,000 | $455,239 | $548,500 | $998,500 | $293,600 | $2,572,839 |
| **Dramatically Expand Strategic Voter Education & Outreach Efforts** | $215,000 | $58,000 | $175,000 | $280,000 | $337,000 | $1,065,000 |
| **Launch Poll Worker Recruitment, Training & Safety Efforts** | $174,900 | $145,840 | $507,788 | $800,000 | $181,500 | $1,810,028 |
| **Ensure Safe & Efficient Election Day Administration** | $426,500 | $203,700 | $40,500 | $76,000 | $130,000 | $876,700 |
| **Totals:** | $1,093,400 | $862,779 | $1,271,788 | $2,154,500 | $942,100 | $6,324,567 |

## Recommendation I: Encourage & Increase Absentee Voting By Mail and Early, In-Person

Of all the things that need to be done to ensure access and safety at the polls, this is perhaps the most important and timely. It is time, resource, and labor intensive but results in the voter being able to vote by mail or from the relative safety of their car or at a socially distanced and carefully planned early voting site.

### Overview of Absentee Voting in Wisconsin

Before discussing our strategies and plans to encourage and increase absentee voting, both by mail and in-person, early voting, it's important to first understand the absentee voting context in Wisconsin.

There are two ways to vote early in Wisconsin: in-person and through the mail. Both are technically called "absentee voting," a phrase held over from a time when absentee voting required you to affirm that you were over 80, ill, or going to be out of the municipality on Election Day. Those requirements no longer exist in the statutes, and people can vote early, or absentee, for any reason. The April 2020 election saw dramatic increases in the number of absentee ballot requests over previous elections.

While for many regular voters, absentee voting - whether completed by mail or early, in-person - is a relatively easy process, our five cities understand that absentee voting does not work easily for all voters. Our communities of color, senior voters, low-income voters without reliable access to the internet, people with disabilities, and students all have legitimate concerns about the absentee voting process.

Voting absentee by mail has been complicated by the fairly recent imposition of state law requiring voters to provide an image of their valid photo ID prior to first requesting an absentee ballot. While this works relatively easily for voters who have valid photo IDs and the technology necessary to upload an image file of that valid ID into the state's myvote.wi.gov website, it does not work well or easily for other voters who do not have valid photo ID (complicated by closure of DMVs due to the pandemic), lack access to reliable internet (also complicated by coronavirus-related closures or reduced hours at libraries and community centers, leaving those residents without regular public internet access that our municipalities normally provide), those who don't have smart phones to take and upload photos, and those who need additional education about what constitutes a valid photo ID. (For example, countless voters in our municipalities attempted to submit "selfies" as valid photo ID. Explaining to them that this was not a valid form of photo ID and instructing them on how to properly submit valid ID took considerable staff time and resources.)

Once the absentee ballot is received, it must be completed correctly to be successfully cast, and there are numerous certification requirements on the absentee ballot envelope; if not correctly completed, the ballot could be rejected. Prior to this April's

6

election, very small numbers of voters had traditionally chosen to cast ballots by mail. Municipal clerks' offices simply were not prepared and do not have the staffing or technological resources needed to quickly process dramatically higher numbers of absentee ballot requests, troubleshoot problems, answer voter questions, provide information and to expedite the processing of thousands of received absentee ballots on Election Day.

In-person early absentee voting also poses challenges for voters and election administrators. While all of our communities had previously offered early voting locations and hours, April's election required election officials to creatively and quickly expand in-person early voting opportunities, including curbside voting, all while prioritizing necessary COVID-19 precautions.

As indicated by Table 4, below, all five of our municipalities are already experiencing dramatic increases in the number of voters requesting to vote absentee, compared to pre-pandemic, and must procure resources to enable voters in our communities to meaningfully access absentee voting.

Table 4: Absentee Ballots in All Municipalities as of June 2020

|  | Green Bay | Kenosha | Madison | Milwaukee | Racine |
|---|---|---|---|---|---|
| # of voters on permanent absentee list prior to 2/18/20 | 1,628 | 1,856 | 2,062 | 6,252 | 613 |
| # of voters on permanent absentee list as of 4/7/20 | 4,306 | 3,469 | 8,665 | 23,374 | 2,684 |
| # of voters who have already requested absentee ballots for August 2020 | 5,162 | 9,450 | 36,092 | 53,438 | 3,389 |
| # of voters who have already requested absentee ballots for November 2020 | 4,859 | 9,123 | 34,164 | 50,446 | 3,204 |

We are committed to making voting accessible via mail, in-person prior to Election Day, and at the polls on Election Day. Particularly in the midst of a global pandemic when many voters are rightfully apprehensive about in-person voting, we want to ensure that voters in our communities know they have options and we are committed to conducting the necessary voter outreach and education to promote absentee voting and encourage higher percentages of our electors to vote absentee.

7

Increasing the number of voters who cast votes prior to Election Day minimizes the risk of spreading COVID-19 on Election Day from in-person contacts at our polling locations, and it reduces the chance for lines and delays in voting on Election Day.

The Wisconsin Election Commission (WEC) has approved a proposal to mail all registered voters absentee ballot request forms, which allows our five communities to focus on helping voters overcome the barriers to successfully returning those forms so they can obtain, and then successfully submit, their completed absentee ballots. This measure will provide absentee request information directly to voters, alleviating the need for municipalities to expend the cost to send the mailing. However, it is unclear how this measure will affect the workload of municipal clerks. Although the WEC has directed that the forms be returned to the WEC for entry, municipal clerks must still review each record, process, mail, record receipt and canvass each absentee ballot.

All of our municipalities anticipate continued large increases in absentee voting based on the April 2020 trends. Milwaukee, for example, anticipates that 80% of residents will vote absentee by mail for both the August primary and the November general election.

All five cities have identified numerous barriers to successful absentee voting, including: voters facing numerous challenges to successfully submitting valid photo ID; voters needing assistance complying with absentee ballot certification requirements, including obtaining the required witness signature on the absentee ballot return envelope; the labor-intensive process faced by all of our clerks' offices of processing absentee ballot requests; and U.S. Postal Service errors and mail delays. All of these are challenges for our municipalities in normal elections, but they are all compounded by the coronavirus pandemic, and made exponentially more difficult by the unprecedented volume of absentee voting requests. This puts tremendous strain on municipal election clerks and their staff.

Our five cities share the desire to assist as many residents as possible with casting ballots before Election Day, serving as the greatest opportunity we have to mitigate the spread of COVID-19 in our communities. We have identified several strategies to help voters in each of our communities overcome these barriers to successful absentee voting, both by mail and in-person early voting.

Overall, our five communities are requesting **$2,572,839** in resources related to enabling our municipalities to overcome these particular barriers and ensure that our voters can meaningfully access absentee voting, both by mail and in-person early voting. These strategies and resource needs are broken down into four distinct component recommendations, within the overall umbrella of increasing and encouraging absentee voting:

8

1. **Provide assistance to help voters comply with absentee ballot requests & certification requirements**

- **Green Bay:** The City would like to employ bilingual LTE "voter navigators" ($45,000) to help residents properly upload valid photo ID, complete their ballots and comply with certification requirements, and offer witness signatures. These voter navigators can assist voters prior to the elections and then also be trained and utilized as election inspectors. They would also like to utilize paid social media and local print and radio advertising to educate and direct voters in how to upload photo ID and how to request and complete absentee ballots. ($2,000) **Total: $47,000**

- **Kenosha:** The City would like to have Clerk's staff train library staff on how to help residents request and complete absentee ballots, would like to produce ($3,000) and mail ($26,200) a bilingual absentee ballot instruction sheet with all absentee ballots to increase correctly completed and submitted ballots. The City would like to hire a trainer for seasonal election workers, volunteers and poll workers. This employee would also coordinate assignments to polling locations, the early driver up voting site, the Clerk's office for assistance in processing, data entry and filing of absentee requests and the Absentee Board of Canvassers (approximately $50,000). The increase in absentee ballots due to COVID-19 has tremendously increased the workload of the department.  In order to properly serve the citizens and voters additional LTE employees are needed (approximately $175,000). **Total: $254,200**

- **Madison:** Plans to hold curbside "Get your ID on File" events with the Clerk this summer utilizing volunteers or paid poll workers ($15,000) equipped with PPE (estimated $5,000) and digital cameras ($4,500) to capture voter ID images for voters who are unable to electronically submit their IDs to the Clerk's office. They also need large flags to draw attention to these curbside sites ($4,000). Would also like mobile wifi hotspots and tablets for all of these sites ($100,000) so voters could complete their voter registration and absentee requests all at once, without having to wait for staff in the Clerk's office to follow up on paper forms. (These mobile wifi hotspots, tablets, and flags, could all then be repurposed for early in-person voting closer to the election.) **Total: $128,500**

- **Milwaukee:** The City notes that the biggest obstacle to Milwaukee residents, particularly those in poverty, to applying for an absentee ballot in April was access to the internet and securing an image of their photo ID. To address this, the City will be promoting and utilizing Milwaukee Public Library branch staff ($90,000 for both elections) for 3 weeks prior to each election to assist any potential absentee voters with applying, securing, and uploading images of their valid photo ID. **Total: $90,000**

- **Racine:** The City will recruit and promote ($1,000), train ($3,000), and employ paid Voter Ambassadors ($8,000) who will be provided with both PPE and

9

supplies ($4,000) and set up at the City's community centers to assist voters with all aspects of absentee ballot request, including photo ID compliance. Due to the increase of absentee mailed requests the City of Racine will need an additional 2 full time staff members in the Clerk's Office in order to have a reasonable turn-around time for absentee requests ($100,000). Total: **$116,000.**

Total: $635,700

### 2. Utilize Secure Drop-Boxes to Facilitate Return of Absentee Ballots

Our five communities all share a desire to expand voters' ability to easily return absentee ballots to the municipality without having to rely on the postal service, since, after April's election, many voters are (rightfully) apprehensive that putting their completed ballot in the mail does not guarantee it will be received and counted by the municipality by statutory deadlines. Voters also need to have confidence that they are returning their completed absentee ballots into secure containers that are not at risk of tampering. All five cities need resources to purchase additional secure drop-boxes and place them at key locations throughout their cities, including libraries, community centers, and other well-known places, to ensure that returning completed ballots is as secure and accessible to voters throughout our cities as possible.

- **Green Bay:** The City would like to add secure (security cameras $15,000) ballot drop-boxes (approximately $900 each) at a minimum of the transit center and two fire stations, but if funding were available would also install secure drop boxes at Green Bay's libraries, police community buildings, and potentially several other sites including major grocery stores, gas stations, University of Wisconsin Green Bay, and Northern Wisconsin Technical College, in addition to the one already in use at City Hall. **Total: $50,000**

- **Kenosha:** The City currently has two drop-boxes that are checked throughout the day, and would like to install 4 additional internal security boxes at Kenosha libraries and the Kenosha Water Utility so that each side of town has easy access to ballot drop-boxes. **Total: $40,000**

- **Madison:** The City would like to have one secure drop box for every 15,000 voters, or 12 drop boxes total ($36,000). The City would also like to provide a potential absentee ballot witness at each drop box, utilizing social distancing and equipped with PPE (staff costs unknown): **Total: $50,000**

- **Milwaukee:** The City would like to install secure 24-hour drop boxes at all 13 Milwaukee Public library branches, staffed with socially distanced volunteers to serve as witnesses. **Total: $58,500**

10

- **Racine:** The City currently has one secured drop box for absentee ballots, and would like to have 3 additional drop boxes, each equipped with security cameras, to install at key locations around the City. **Total: $18,000.**

Total: $216,500

3. **Deploy Additional Staff and/or Technology Improvements to Expedite & Improve Accuracy of Absentee Ballot Processing**

The process of assembling and mailing absentee ballots is labor-intensive, slow, and subject to human error. Absentee ballot requests must be approved and entered into the statewide system, labels must be printed and applied to envelopes, ballots must be initialled, folded, and inserted into the envelope along with instructions. Ballots must be logged when received back from the voter. Undeliverable ballots must be reviewed, reissued or canceled. When voters make mistakes on ballots the requests to reissue must be completed. These tasks are time-consuming and utilizing existing clerk's office staff pulls them away from all of the other service requests, phone answering, and tasks handled by busy municipal clerks' offices.

The tremendous increase in absentee ballot requests in April was unprecedented, and municipal clerks and their staff were unprepared for the volume. They responded remarkably well - particularly since many of their staff were, by late March and early April, working remotely or, at a minimum, all needing to adhere to social distancing and masking precautions when working together in the same room - but all five municipalities need additional resources to accurately and swiftly process absentee ballot requests.

- **Green Bay:** The City needs 45 additional staff to process absentee ballot requests before the election, to open and verify envelopes on Election Day, and insert them into the tabulators. After the election, staff are needed to enter new voter registrations and assist with all election certification tasks ($140,000 for staffing) The City would also like to purchase a ballot opener and ballot folder to expedite processing ($5,000). **Total: $145,000.**

- **Kenosha:** The City needs resources for absentee ballot processing, to staff and process early, in-person absentee requests, and to answer voters' questions (approximately $100,000). Additional workers are also needed to canvass absentee ballots (approximately $11,000) **Total: $111,000**

- **Madison:** Based on data from April, the City estimates it will need additional staffing ($110,000) for hourly election clerks for the fall elections, and will incur

11

additional overtime costs ($100,000) for staff processing of absentee ballots and other election-related tasks. **Total: $210,000**

- **Milwaukee:** Given its tremendous volume of absentee ballot requests and processing tasks which far exceeds that of the other municipalities, Milwaukee would like to completely automate and expedite the assembly and mailing of requested absentee ballots. The City would like to purchase a high-speed, duplex printer, a top-of-the-line folding machine, and a high quality folding and inserting machine. This would reduce staff costs and eliminate the use of absentee labels, by enabling the City to print directly onto inner and outer envelopes. This would also allow the City to have a small 2D barcode that the inserter machine would be able to scan to ensure that the outer envelope is for the same voter; increasing quality controls. This automation would enable the City to eliminate the assembly delay no matter the volume of daily absentee requests, allowing experienced election workers and previously trained election temporary employees to be re-deployed to early voting sites as supervisors and lead workers. **Total: $145,000**

- **Racine:** To process absentee ballot requests in April, the City estimates that it will need seven additional full-time employees to process fall election requests. These employees will be needed full-time for one month prior to the August Election (approximately $17,000) and seven weeks prior to the November election (approximately $30,000). **Total: $47,000**

Total: $658,000

### 4. Expand In-Person Early Voting (Including Curbside Voting)

For a variety of reasons, many voters in our municipalities do not want to vote by mail and prefer to vote in-person. As a result of the coronavirus, far more voters are interested in early, in-person absentee voting (EIPAV) than we've seen in previous elections, wishing to avoid lines or crowds on Election Day. All five municipalities would like to have resources to accommodate these early, in-person voters. Expanding access to early, in-person voting also will lessen lines at polling places on Election Day and allow for proper social distancing and other pandemic precautions to be uniformly implemented.

Curbside and drive-thru voting have been very popular with residents of our municipalities, particularly for those with health concerns who can remain in the cars and have a virtually contact-less voting process. For example, Milwaukee previously operated in-person early voting for one week leading up to the April election at three sites and then transitioned to one site of drive-thru voting. 11,612 cast ballots through these options: 5,571 via in-person and 6,041 at drive-thru, and these numbers represent a 46% increase over April 2016 "early voting" totals. However, it is slow-moving and

12

labor-intensive. Additionally, particularly in the larger cities among us, it requires law enforcement and traffic control assistance to help manage traffic.

- **Green Bay:** The City would like to expand and establish at least three EIPAV sites in trusted locations, ideally on the east (potentially UWGB) and west sides (potentially NWTC or an Oneida Nation facility) of the City, as well as at City Hall. The City is planning to offer early voting starting two weeks before each election, with several weekdays available until 6:30pm and Saturdays 10am-4pm. They would like to staff these early voting sites with election inspectors who are bilingual and would like to increase the salary rate for these bilingual election inspectors to assist with recruitment and retention, as well as in recognition of their important role at these sites. The City also will need to print additional ballots, signage, and materials to have available at these early voting sites. **Total: $35,000.**

- **Kenosha:** The City plans to have one early voting location, at City Hall, and plans to hold early voting two weeks before the August election, with no weekend or evening hours planned, and 4 weeks before the November election, with access until 7pm two days/week and Saturday voting availability the week before the election. If City Hall is still closed to the public, they will explore offering early drive thru voting on City Hall property. Resources are needed for staffing (approximately $40,000), PPE ($1,050), signage ($200), laptops, printers, and purchase of a large tent ($8,789) to utilize for drive thru early voting. Staff could see voters' ID, print their label, hand them their ballot, and then collect the completed envelope. This would also allow staff to help voters properly do certification and provide witness signatures if necessary. The City could do this for one full week before elections. **Total $50,039.**

- **Madison:** The City would like to provide 18 in-person absentee voting locations for the two weeks leading up to the August election, and for the four weeks leading up to the November election.  Their original plan was to offer in-person absentee voting at all nine library locations, the City Clerk's Office, a city garage, Edgewood College, two Madison College locations, and four UW-Madison locations. Due to weather uncertainties, they will need to purchase and utilize tents ($100,000) for the curbside voting locations in order to protect the ballots, staff, and equipment from getting wet and will also need large feather flags to identify the curbside voting sites. (Additional staff costs covered by the earlier question re. Absentee ballot processing.) The City would also like to get carts ($60,000) for our ExpressVote accessible ballot marking devices so we can use the ExpressVote for curbside voting to normalize the use of ExpressVote to help voters with disabilities feel less segregated during the voting process.**Total: $160,000.**

- **Milwaukee:** The City would like to set up 3 in-person early voting locations for two weeks prior to the August election ($150,000) and 15 in-person early voting

13

locations and 1 drive-thru location, potentially at a central location like Miller Park, for four weeks prior to the November election ($450,000). (Establishing this many EIPAV sites requires a significant investment in IT equipment, an additional ballotar printer, tents, signage, and traffic control assistance. Milwaukee would also like to offer evening and weekend early voting hours which would add additional costs for both August ($30,000) and November ($75,000). **Total: $705,000.**

- **Racine:** The City would like to offer a total of 3 EIPAV satellite locations for one week prior to the August election, as well as offering in-person early voting - curbside, if City Hall is still closed to the public - at the Clerk's office for 2 weeks prior to the August election. For the November election, Racine would like to offer EIPAV at 4 satellite locations two weeks prior to the election and at the Clerk's office (again, potentially curbside) 6 weeks prior. The City would need to obtain PPE, tents, supplies and cover staff time and training ($40,000). Racine would also like to have all satellite locations available for half-day voting the two Saturdays ($17,000) and Sundays ($17,000) prior to the November election, and the library and mall locations would be open until 8pm the week prior to the Election. Additional resources needed include one-time set-up fee per location ($7,500), laptops and dymo printers ($10,000), training ($1,100), and signage ($12,000.) As well, the City would like to host at least one drive-thru Voter Registration Day, where City Hall would be set up for residents to come get registered, curbside, and get their voting questions answered by Clerk's staff. Newly registered voters could also get assistance requesting absentee ballots for upcoming elections while they're there. ($8,000) **Total: $112,600**

Total: $1,062,639.00

Recommendation I Total for All Strategies to Encourage and Increase Absentee Voting by Mail and Early, In-Person: $2,572,839.00

14

## Recommendation II: Dramatically Expand Voter & Community Education & Outreach, Particularly to Historically Disenfranchised Residents

All five municipalities expressed strong and clear needs for resources to conduct voter outreach and education to their communities, with a particular emphasis on reaching voters of color, low-income voters without reliable access to internet, voters with disabilities, and voters whose primary language is not English. This outreach is particularly necessary given the voter confusion that ensued in the lead-up to the April election, and voters' concerns and questions about voting during the COVID-19 pandemic. We understand that our communities of color do not necessarily trust the voting process, and that we need to work to earn that trust. We want to be transparent and open about what happens behind the scenes in elections, and what options are available for casting a ballot. We also want to make sure we are listening to groups that have historically been disenfranchised and groups that are facing obstacles with voting during this pandemic, and working with them to effectively respond to their concerns.

Voter outreach and education is also needed to encourage and explain new voter registration, and to encourage voters to verify and update their address or other voter registration information to do so prior to the Election. None of our communities have sufficient resources budgeted or available for the strategic, intentional, and creative outreach and education efforts that are needed in our communities over the summer and into the fall.

We all want our communities to have certainty about how the voting process works, trust in our election administration's accuracy, and current, accurate information on what options are available to vote safely in the midst of the pandemic. Significant resources are needed for all five municipalities to engage in robust and intentional voter education efforts to reduce confusion; encourage and facilitate new voter registration and registration updates; provide clear, accessible, and accurate information; address voters' understandable pandemic-related safety concerns; reassure voters of the security of our election administration; and, ultimately, reduce ballot errors and lost votes and enhance our residents' trust and confidence in our electoral process.

- **Green Bay:** Would like to reach voters and potential voters through a multi-prong strategy utilizing "every door direct mail," targeted mail, geo-fencing, billboards, radio, television, and streaming-service PSAs, digital advertising, and automated calls and texts ($100,000 total). The City would also like to ensure that these efforts can be done in English, Spanish, Hmong, and Somali, since roughly 11% of households in the Green Bay area speak a language other than English. Ideally, the City would employ limited term communications staff or engage communications consultants ($50,000) from August through the November election to design these communications and design and launch paid advertising on Facebook, Twitter, and Instagram, also in multiple languages. The City would also like to directly mail to residents who are believed to be eligible but not registered voters, approximately 20,000 residents. It would require both

15

considerable staff time to construct that list of residents and directly mail a professionally-designed piece (in multiple languages) to those voters. ($50,000 total for staffing, design, printing, and postage). To assist new voters, the City would also like resources to help residents obtain required documents (i.e. birth certificates) which are needed to get a valid state ID needed for voting. These grant funds ($15,000) would be distributed in partnership with key community organizations including churches, educational institutions, and organizations serving African immigrants, LatinX residents, and African Americans. **Total: $215,000**

- **Kenosha:** Would like to directly communicate to all Kenosha residents via professionally-designed targeted mail postcards that include information about the voter's polling location, how to register to vote, how to request an absentee ballot, and how to obtain additional information. The City would have these designed by a graphic designer, printed, and mailed ($34,000). The City would also like resources for social media advertising, including on online media like Hulu, Spotify, and Pandora ($10,000) and for targeted radio and print advertising ($6,000) and large graphic posters ($3,000) to display in low-income neighborhoods, on City buses, and at bus stations, and at libraries ($5,000). **Total: $58,000**

- **Madison:** Would like to engage the City's media team to produce videos to introduce voters to the election process, voting options, and to explain the safety precautions taken at polls and early voting sites. These videos would then be shared in numerous ways, including through partner organizations and on the City's social media platforms. The City would also like to partner with community organizations and run ads on local Spanish-language radio, in the Spanish-language newspapers, on local hip hop radio stations, in African American-focused printed publications, and in online publications run by and for our communities of color (advertising total $100,000). Additionally, the City has many poll workers who are from historically disenfranchised communities. The City would like to pay those poll workers ($75,000) to conduct voter outreach and additional poll worker recruitment activities. **Total: $175,000.**

- **Milwaukee:** Would like to partner with other City divisions to develop mailings and door hangers ($10,000) that could accompany water bills, be distributed by the Department of Neighborhood Services, or hung on trash receptacles by sanitation staff. The City would also like to revamp current absentee voting instructions to be more visual, address issues specific to the pandemic such as securing a witness signature, prepare it in English and Spanish, and print 150,000 color copies (estimated total $15,000). The Election Commission would also like to produce a short video ($5,000) with visuals showing voters how to apply for an absentee ballot and how to correctly complete and return the ballot. Additionally, the Election Commission would like to hire a communications firm to prepare and implement a comprehensive voter outreach communications plan

16

($250,000). This communications effort would include numerous voter education ads and PSAs on radio, billboards, buses, with some using local celebrities like Milwaukee Bucks players.  This communications effort would focus on appealing to a variety of communities within Milwaukee, including historically underrepresented communities such as LatinX and African Americans, and would include a specific focus on the re-enfranchisement of voters who are no longer on probation or parole for a felony. Additionally, this campaign would include an edgy but nonpartisan and tasteful communications campaign to harness the current protests' emphasis on inequity and ties that message to voting. The video, the ads, and the PSAs could all also be placed on social media, the Election Commission and City websites, and GOTV partner websites and social media. **Total: $280,000**

- **Racine:** The City would like to retain a communications firm to design and implement a comprehensive voter outreach communications plan ($80,000). This would include ads on Facebook, Instagram, and Snapchat. The City would also like to rent billboards in key parts of the City ($5,000) to place messages in Spanish to reach Spanish-speaking voters. The City would also like to do targeted outreach aimed at City residents with criminal records to encourage them to see if they are not eligible to vote; this outreach will be accomplished with the production, editing, and sharing of a YouTube video ($2,000) specifically on this topic shared on the City's website, social media channels, and through community partners. Racine would also like to purchase a Mobile Voting Precinct so the City can travel around the City to community centers and strategically chosen partner locations and enable people to vote in this accessible (ADA-compliant), secure, and completely portable polling booth on wheels, an investment that the City will be able to use for years to come. (Estimated cost $250,000).  **Total: $337,000**

Recommendation II Total For All Strategies to Dramatically Expand Strategic Voter Education and Outreach Efforts, Particularly to Historically Disenfranchised Residents: $1,065,000.00

17

## Recommendation III: Launch Poll Worker Recruitment, Training, and Safety Efforts

The pandemic made conducting Election Day activities extremely challenging. Most poll workers in Wisconsin are retirees doing their civic duty to help facilitate the election. Given the increased risk for the elderly if exposed to COVID-19, many experienced poll workers opted out. Milwaukee had so many poll workers decline to serve that the City went from 180 polling locations to five polling locations. Green Bay, facing a similar exodus of poll workers, went down to two polling locations. Racine usually relies on nearly 190 poll workers for a spring election; only 25 of those experienced poll workers were under the age of 60.

As fears about the coronavirus increased in mid-late March and early April, poll workers in all five municipalities declined to work the election, leaving cities scrambling to quickly recruit enough bodies to keep polling locations open. All cities were appreciative of the last minute assignment of hundreds of Wisconsin National Guard members to assist with Election Day activities, and all of our cities re-assigned City staff from other departments to serve as poll workers and election officials and to assist with the myriad of tasks related to Election Day administration. The remainder of positions were staffed by high school students, college students, and members of the National Guard. Many of our poll workers had never worked an election before.

- **Green Bay:** The City needs to hire a total of 380 workers per election (total $112,660). The City would like to pay poll workers more than they have previously received, to signify their importance in the process and to acknowledge the extra challenge it represents to serve as an election official during a pandemic. The City would like to increase poll worker salaries by 50% (additional $56,330). All poll workers will be trained through the Wisconsin Elections Commission website and the City's own training manual ($6,000). **Total: $174,900**

- **Kenosha:** The City needs to hire 350 poll workers per election ($100,000). They would like to offer hazard pay to increase pay to $160/worker and $220/chief inspectors ($10,840). To aid in recruitment efforts, the City would like to hire a recruiter and liaison position for poll workers ($35,000). **Total: $145,840.**

- **Madison:** The City utilizes the election toolkit available through the MIT Technology Project to determine the staffing levels needed to ensure that voters will not have to wait in line for more than 15 minutes. In addition to the one Chief Inspector per polling location, Madison also has additional election officials who are certified as the Absentee Lead at each polling location. Madison estimates that if 75% of votes cast are absentee, the City will need 1,559 election officials at the polls in August. The City envisions a robust and strategic poll worker recruitment effort, focusing on people of color, high school students, and college students. The City would like to have resources for hazard pay for poll workers this fall at a rate comparable to what the U.S. Census is paying in the area

18

($369,788). The City has also found it challenging to convince facilities to host a polling location in the midst of a pandemic, and would like to provide each facility with a small amount of funds to compensate for their increased cleaning and sanitization costs ($750/location, $138,000 total). **Total: $507,788**

- **Milwaukee:** The City plans to have 45 voting locations in August and to keep open as many of the normal 180 polling places as possible in November. August will require 3 chief inspectors per site and 20 election workers per site, for a total of 1200 election workers minimum and 150 chief inspectors. The City has a goal of recruiting 1,000 new election workers. The City would like to add an additional $100 per worker in hazard pay to the poll workers' stipends of $130 ($460,000 additional for both elections) and $100 hazard pay to chief inspector stipends of $225 ($87,750 additional for both elections). Additionally, the City of Milwaukee utilizes a Central Count of absentee ballots, which necessitates 15 chiefs and 200 election workers per election at Central Count ($50,000/day for 2- days each election for a total of $200,000). Total payroll for both elections will reach $750,000 based upon these calculations.The City will launch a recruitment campaign for a new generation of election workers to sign up and be involved in their democracy, and hopes this effort can be included in the above request for resources for a marketing firm. Recruiting new and younger poll workers means that the Election Commission will need to innovate in election training. The Commission would like to produce polling place training videos ($50,000) with live small-group, socially distanced discussions and Q&A sessions. These videos will augment existing training manuals. **Total: $800,000**

- **Racine:** The City needs approximately 150 poll workers for August and 300 for November, in addition to 36 Chief Inspectors, and would like to pay all workers a $100/election hazard pay ($118,000 total payroll for both elections). City notes that its desire to have more early voting locations and hours is directly impacted by its ability to hire and train election officials. To that end, the City would like to launch a recruitment campaign that includes radio ads ($1,000), ads on social media platforms ($10,000), billboards in strategic City locations ($5,000), and film videos for high school students in history/government classes ($500). The City would also like to enlist a communication firm to: create a training video for election officials, develop an online quiz, detailed packets for election officials, and a PPE video filmed by a health professional about necessary COVID-19 precautions during all voting operations ($22,000 total). Racine would also like to hire a liaison position to schedule, training and facilitate poll workers. ($35,000) **Total: $181,500.**

**Recommendation III Total for All Strategies to Launch Poll Worker Recruitment, Training and Safety Efforts: $1,810,028.00**

## Recommendation IV: Ensure Safe & Efficient Election Day Administration

It is no small task to mitigate risk of a lethal pandemic at all polling locations and throughout all required Election Day processing. Municipal clerks must ensure they have done everything possible to comply with public health guidelines and mitigate the risk of COVID-19 for all of the election officials, poll workers, observers, and voters. Our five municipalities are in need of numerous resources to both ensure seamless processing of voters on the upcoming Election Days, procure Personal Protective Equipment (PPE), disinfectant, and cleaning supplies to protect election officials and voters from the coronavirus, and to aid in processing of an expected high volume of absentee ballots. Additionally, as several of our municipalities move to add or expand drive-thru voting on Election Days, those expansions come with additional unbudgeted expenses for signage, tents, traffic control, publicity, and safety measures. All of our municipalities need resources to ensure that the remaining 2020 Election Days are administered seamlessly and safely.

- **Green Bay:** Green Bay would like to purchase 135 electronic poll books ($2,100/each for a total of $283,500) to reduce voter lines, facilitate Election Day Registrations and verification of photo ID. The City would also like a high speed tabulator ($62,000) to count absentee ballots on Election Day, a ballot opener and ballot folder ($5,000), and additional staff to process absentee ballots on Election Day ($5,000). The City also needs masks, gloves, gowns, hair nets, face shields ($15,000), cough/sneeze guards ($43,000), and disinfectant supplies ($3,000). **Total: $426,500**

- **Kenosha:** The City would like to purchase automatic hand sanitizer dispensers for all polling locations ($14,500) as well as PPE (gloves, masks, disinfectant, etc.) for all poll workers and voters ($15,200). Kenosha would also like to be able to offer elderly residents and people with disabilities who wish to vote in person on Election Day two-way transportation, utilizing a local organization such as Care-A-Van ($2,000). The City also needs resources for technology improvements to include a ballot opener, a ballot folder, 12 additional laptops and dymo printers, and high-speed scanner tabulators ($172,000 total) to expedite election day processing and administration. **Total: $203,700**

- **Madison:** The City needs hand sanitizer for all poll workers and voters, disinfectant spray, plexi-glass shields to allow poll workers to split the poll books, face shields for curbside election officials, and face masks for all poll workers and observers ($20,000) as well as renting additional space to safely and accurately prepare all supplies and practice social distancing at the public test of election equipment ($20,000)  If the new voter registration form is not translated by the state into both Spanish and Hmong, Madison plans to translate the form ($500). **Total: $40,500**

- **Milwaukee:** The City will be purchasing 400 plexiglass barriers ($55,000) for election workers at all polling location receiving and registration tables. Additionally, the Milwaukee Election Commission will need to acquire 400 face shields for workers not staffed behind plexiglass ($4,000), gloves for all poll workers ($3,000), masks on hand for election workers and members of the public ($5,000), hand sanitizer ($2,000) and disinfectant ($2,000). Additionally, since Milwaukee also plans to offer curbside voting as an option at all polling places, updated, larger, more visible signage is necessary ($5,000). **Total: $76,000**

- **Racine:** Racine plans to issue all 36 wards its own PPE supply box which will each include masks, cleaning supplies, pens for each voter, gloves, hand sanitizer, safety vests, goggles, etc. ($16,000). The City also needs large signs to direct and inform voters printed in English and Spanish ($3,000). Additionally, the City would like to deploy a team of paid trained EDR Specialists for each polling location ($10,000, including hourly pay, training expenses, and office supplies). As well, Racine would like iPads with cellular signal for each polling location to be able to easily verify voters' registration status and ward ($16,000). The City would like to equip all wards with Badger Books ($85,000); Racine began using electronic poll books in the February 2020 election and has found they dramatically increase and facilitate EDR, verification of voters' photo ID, expedite election processes, and reduce human error. **Total: $130,000**

**Recommendation IV Total for All Strategies to Ensure Safe & Efficient Election Day Administration: $876,700.00**

## Conclusion

As Mayors in Wisconsin's five largest cities, we are committed to working collaboratively and innovatively to ensure that all of our residents can safely exercise their right to vote in 2020's remaining elections in the midst of the COVID-19 pandemic. The April 2020 election placed two of our most sacred duties in conflict: keeping our residents safe and administering free, fair, and inclusive elections. This Wisconsin Safe Voting Plan 2020 represents a remarkable and creative comprehensive plan, submitted collaboratively by all five of our cities. With sufficient resources, all five municipalities will swiftly, efficiently, and effectively implement the recommended strategies described in this plan, to ensure safe, fair, inclusive, secure, and professional elections in all of our communities this year.

21

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

Wisconsin Voters Alliance, et al.

Plaintiff,

v.                                                  Civil Action No: 20-CV-01487

City of Racine, et al.

Defendants.

_____

DECLARATION OF MARIBETH WITZEL-BEHL

_____

I hereby declare, under penalty of perjury, that the information which follows below is true and correct:

1.      I am employed as the City Clerk by the City of Madison, Wisconsin (herein "City"). I have held this position since 2006.

2.      The City applied for a grant from the Center for Tech and Civic Life (herein "CTCL") in the amounts and for the purposes listed in the Grant Agreement and Wisconsin Safe Voting Plan (collectively "Agreement"). A copy of the signed Agreement is attached to this Declaration as Exhibit "A".

3.      The City has received a grant in the amount of $1,271,788.00 from CTCL.

4.      I have examined the Agreement, which awards CTCL grant funds to the City and sets rules for how the funds are to be spent.

5.      Pursuant to the Agreement, the City must use the CTCL grant funds exclusively for the purpose of planning and operationalizing safe and secure election administration in the City in accordance with the Wisconsin Safe Voting Plan.

6.      My office is charged with administering the CTCL grant for the City.

7.      The City has spent $256,815.28, has incurred but not yet spent $78,430.20, and has $936,542.52 remaining of this grant as of October 7, 2020.

8.      All of the CTCL grant money that has been spent, or that will be spent, has been and will be in accordance with the rules given in the Agreement.

9.      None of the CTCL grant money has been or will be spent to engineer a certain election result or for a partisan purpose.

10.     Rather, the CTCL grant money is being used City-wide to protect the right to vote and provide for the safety of voters during the COVID-19 pandemic.  For example, the City of Madison is using grant funds for the following purposes: rent for polling places in the community to replace free public places unavailable due to pandemic closures, plexiglass safety screens, hand sanitizer and equipment for workers at polling places, secure ballot bags, and public advertising to encourage members of the public to have a voting plan and inform them of their options.

11.     In addition, the City has committed to spend but has not yet spent, grant monies to pay for Covid stipends as follows: $750 to each of 92 expected polling places and $8.17/per hour of Covid hazard pay in addition to the regular hourly wage to each of approximately 6,000 poll workers.

12.     Based upon my 14 years of experience as City Clerk, my training and understanding of my duties under Wisconsin law, all of the uses to which Madison is putting the grant funds are within my authority and part of my duties pursuant to Wis. Stats. Sec. 7. 15, a copy of which is also attached to this Declaration as Exhibit "B".

Executed pursuant to 28 U.S.C. Sec. 1746 at Madison, Wisconsin, this 7th day of October, 2020.

*s/ Maribeth Witzel-Behl*          _____
Maribeth Witzel-Behl, City Clerk
City of Madison

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Wisconsin Voters Alliance, et al.

Plaintiff,

v.                                          Civil Action No: 20-CV-01487

City of Racine, et al.

Defendants.

DECLARATION OF S. CLAIRE WOODALL-VOGG

I, S. Claire Woodall-Vogg, hereby declare:

I make this declaration based on my personal knowledge and, if called to testify, I could and would so competently as follows.

1. I am the Executive Director of the Election Commission by the City of Milwaukee, Wisconsin (herein "City"). In my capacity as Executive Director, I administer elections for the City's voters.

2. The City applied for a grant from the Center for Tech and Civic Life (herein "CTCL") in the amounts and for the purposes listed in the attached Grant Agreement and Wisconsin Safe Voting Plan (collectively "Agreement") attached as Exhibit A.

3. The City has received a grant in the amount of $2,154,500.00 from CTCL.

4. I have examined the Agreement, which awards CTCL grant funds to the City and sets rules for how the funds are to be spent.

5. Pursuant to the Agreement, the City must use the CTCL grant funds exclusively for the purpose of planning and operationalizing safe and secure election administration in the City in accordance with the Wisconsin Safe Voting Plan.

6. My office is charged with administering the CTCL grant for the City.

7.  The City has paid $766,560.86, has incurred but not yet paid $1,033,000 and has $354,939.14 remaining of this grant as of 10/8/20.

8.  All of the CTCL grant money that has been spent, or that will be spent, has been and will be in accordance with the rules given in the Agreement.

9.  None of the CTCL grant money has been or will be spent to engineer a certain election result or for a partisan purpose.

10. Rather, the CTCL grant money is being used City-wide to protect the right to vote and accommodate the safety of voters during the COVID-19 pandemic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of October, 2020.

S. Claire Woodall-Vogg

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Wisconsin Voters Alliance, et al.

Plaintiff,

v.                                              Civil Action No: 20-CV-01487

City of Racine, et al.

Defendants.

DECLARATION OF KATHLEEN FISCHER

I, Kathleen Fischer, hereby declare:

I make this declaration based on my personal knowledge and, if called to testify, I could and would do so competently as follows.

1.      I am the Interim City Administrator and Assistant Finance Director for the City of Racine, Wisconsin. In such capacity, I am familiar with the finances of the City of Racine, including the receipt and use of grant funds generally as managed by the City of Racine Finance Department.

2.      The Finance Department is charged with recording the expenditures of a $942,100.00 grant the City received from the Center for Tech and Civic Life.

3.      This City's use of such grant funds as of October 6, 2020, are itemized on the spreadsheet attached as Exhibit A.

4.      The City has paid $144,763.88, has incurred but not yet paid $517,297.16, and has $280.038.96 remaining of this grant as of October 6, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of October, 2020.

s/Kathleen Fischer_____

**Center for Tech and Civic Life Grant Analysis**

**Revenue**

| | |
|---|---|
| Tech and CIVIC Life Grant Received | $ 942,100.00 |

**Expenses**

| | |
|---|---|
| Full Time Salaries | 9,600.00 |
| Part Time Salaries | 9,280.35 |
| FICA | 929.03 |
| WRS | 667.96 |
| Professional Services | 112.71 |
| Contracted Services | 52,478.55 |
| Outside Help | 3,297.49 |
| Advertising | - |
| Office Supplies | - |
| Postage & Shipping | - |
| Work Supplies | 34,820.65 |
| Equipment | 33,577.14 |
| Equipment-Vehicles | - |
| *Total Expenses* | $ 144,763.88 |

**Encumbrances Commitments**

| | |
|---|---|
| Full Time Salaries | - |
| Part Time Salaries | 69,000.00 |
| FICA | 5,278.50 |
| WRS | - |
| Professional Services | - |
| Contracted Services | 67,521.45 |
| Outside Help | - |
| Advertising | 1,613.50 |
| Office Supplies | - |
| Postage & Shipping | - |
| Work Supplies | 2,558.91 |
| Equipment | 149,279.80 |
| Equipment-Vehicles | 222,045.00 |
| *Total Encumbrances/Commitments* | $ 517,297.16 |
| ***Total Spent and Committed*** | $ 662,061.04 |

| | |
|---|---|
| ***Grant Available--->*** | $ 280,038.96 |

Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

Wisconsin Voters Alliance, et al.

Plaintiff,

v.                                        Civil Action No: 20-CV-01487

City of Racine, et al.

Defendants.

_____

DECLARATION OF TARA COOLIDGE

_____

I, Tara Coolidge, hereby declare:

I make this declaration based on my personal knowledge and, if called to testify, I could and would do so competently as follows.

1.      I am the City Clerk and Treasury Manager for the City of Racine, Wisconsin. In my capacity as City Clerk I administer elections for the City's voters.

2.      The City of Racine applied for a grant from the Center for Tech and Civic Life (herein "CTCL") in the amounts and for the purposes listed the Grant Agreement and Wisconsin Safe Voting Plan (collectively "Agreement") attached as Exhibit A.

3.      The City received a grant in the amount of $942,100.00 from CTCL. The City of Racine Common Council unanimously approved acceptance of the grant on July 8, 2020.

4.      I have examined the Agreement, which awards CTCL grant funds to the City and sets rules for how the funds are to be spent.

5.      Pursuant to the Agreement, the City must use the CTCL grant funds exclusively for the purpose of planning and operationalizing safe and secure election administration in the City in accordance with the Wisconsin Safe Voting Plan.

6.      My office is charged with administering the CTCL grant for the City.

7.      The City has paid $144,763.88, has incurred but not yet paid $517,297.16, and has $280.038.96 remaining of this grant as of October 6, 2020.

8.      All of the CTCL grant money that has been spent, or that will be spent, has been and will be in accordance with the rules stated in the Agreement.

9.      None of the CTCL grant money has been or will be spent to engineer a certain election result or for a partisan purpose.

10.     Rather, the CTCL grant money is being used City-wide to protect the right to vote and accommodate the safety of voters during the COVID-19 pandemic.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of October, 2020.

s/Tara Coolidge_____