Fulton County Superior Court
***EFILED***TB
Date: 11/30/2020 1:53 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

    PETITIONERS,

v.                                CIVIL ACTION NO.:2020cv342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

    RESPONDENTS.

## NOTICE OF FILING

Comes now, John Wood, as Aggrieved Electors, Petitioners in the above-styled case and herein files the following documents, as attached:

1.  Exhibit A

Respectfully submitted this the 30th day of November, 2020.

                      MADDOX & HARDING, LLC

                      Todd A. Harding, Esq.
                      Attorney for Petitioner
                      Ga. Bar No.: 101562

Maddox & Harding, LLC
Attorneys at Law
113 East Solomon Street
Griffin, Georgia 30223
Telephone (770) 229-4578
Facsimile (770) 228-9111

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

    PETITIONERS,

v.

CIVIL ACTION NO.:2020CV342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

    RESPONDENTS.

## CERTIFICATE OF SERVICE

    **COMES NOW, THE PETITIONER**, by and through his attorneys of record,

and certifies that a true and accurate copy of the **NOTICE OF FILING** has been served

by personal service upon:

    Sec. Brad Raffensperger, As Chairman of the Georgia State Elections Board
    214 State Capitol
    Atlanta, GA 30334

    Governor Brian Kemp
    206 Washington Street
    111 State Capitol
    Atlanta, GA  30334

Respectfully submitted this the 30th day of November, 2020.

    Todd A. Harding, For the Firm
    Ga. Bar No.: 101562
    Attorney for Petitioner

Maddox & Harding, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, GA 30223
(770) 229-4578
(770) 228-9111 facsimile





## FULTON COUNTY BOARD OF COMMISSIONERS
### REGULAR MEETING
September 2, 2020
10:00 AM

Fulton County Government Center
**TELECONFERENCE**
141 Pryor Street SW
Atlanta, Georgia 30303

# POST AGENDA MINUTES

This document is tentative, has not been ratified or approved by the Board of Commissioners, and is not binding on the County or any officer.

Scheduled date for ratification: September 16, 2020

**CALL TO ORDER:** Chairman Robert L. Pitts                10:00 a.m.

**ROLL CALL:** Tonya R. Grier, Interim Clerk to the Commission

| | |
|---|---|
| Robert L. Pitts, Chairman (At-Large) | PRESENT |
| Liz Hausmann, Commissioner (District 1) | PRESENT |
| Bob Ellis, Commissioner (District 2) | PRESENT |
| Lee Morris, Commissioner (District 3) | PRESENT |
| Natalie Hall, Commissioner (District 4) | PRESENT |
| Marvin S. Arrington, Jr., Vice-Chairman (District 5) | PRESENT |
| Joe Carn, Commissioner (District 6) | PRESENT |

**INVOCATION:** Reverend Clifton Dawkins, Jr., County Chaplain

**PLEDGE OF ALLEGIANCE:** Recited in unison

### CONSENT AGENDA

#### Board of Commissioners

20-0585    **Board of Commissioners**
Adoption of the Consent Agenda - All matters listed on the Consent Agenda are considered routine by the County Commission and will be enacted by one motion. No separate discussion will take place on these items. If discussion of any Consent Agenda item is desired, the item will be moved to the Regular Meeting Agenda for separate consideration. **(ADOPTED AS AMENDED)**

A motion was made by Commissioner Morris and seconded by Commissioner Ellis to adopt the Consent Agenda as amended by removing the following items for separate consideration: #20-0587 through #20-0590 as requested by Commissioner

EXHIBIT A-1

I APP. 1168

Morris; #20-0599 through #20-0601 as requested by
Commissioner Hall.

The motion passed by the following voice vote:

| Yeas: | 6 - Pitts, Ellis, Morris, Hall, Arrington, Carn |
| Did not vote: | 1 - Hausmann |

**20-0586**    **Board of Commissioners**
Proclamations for Spreading on the Minutes **(NONE)**

**Justice and Safety**

**20-0587**    **Superior Court Administration**
Superior Court Administration requests approval to process outstanding
and current Stericycle Inc. invoices via purchase order for medical waste
pick up and removal services provided to the Fulton County Accountability
Court/Drug Court, in an amount not to exceed $9,000.00, pending
completion of the procurement process in FY20.  **(APPROVED)**

**ITEM REMOVED FROM THE CONSENT AGENDA FOR SEPARATE
CONSIDERATION AS REQUESTED BY COMMISSIONER MORRIS**

A motion was made by Commissioner Hall and seconded by
Commissioner Hausmann to approve items #20-0587, #20-0588,
and #20-0589.

The motion passed by the following voice vote:

| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

**20-0588**    **Superior Court Administration**
Superior Court Administration requests approval to process outstanding
and current Southside Medical invoices via purchase order for medically

**EXHIBIT A-2**

I APP. 1169

assisted treatment services provided for Accountability Court/Drug Court Clients in an amount not to exceed $25,000.00 pending completion of the procurement process in FY20.  **(APPROVED)**

ITEM REMOVED FROM THE CONSENT AGENDA FOR SEPARATE CONSIDERATION AS REQUESTED BY COMMISSIONER MORRIS

A motion was made by Commissioner Hall and seconded by Vice-Chairman Arrington to approve items #20-0587, #20-0588, and #20-0589.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

**20-0589**   **Superior Court Administration**
Superior Court Administration requests approval to process outstanding and current Reconnect Inc. invoices via purchase order for drug testing scheduling and client monitoring provided for Accountability Court/Drug Court Clients, in an amount not to exceed $20,000.00, pending completion of the procurement process in FY20.  **(APPROVED)**

ITEM REMOVED FROM THE CONSENT AGENDA FOR SEPARATE CONSIDERATION AS REQUESTED BY COMMISSIONER MORRIS

A motion was made by Commissioner Hall and seconded by Vice-Chairman Arrington to approve items #20-0587, #20-0588, and #20-0589.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

**20-0590**   **Juvenile Court**
Request approval of the lowest responsible bidder - Juvenile Court, Bid #20ITB031120A-CJC, Accountability Courts Surveillance Officers in the amount of $18,465.00 with Living Invigorating Valuable Experiences, LLC (Atlanta, GA) to perform surveillance officer community supervision services effective upon execution of contract through June 30, 2021, with two renewal options. 100% grant funded.  **(APPROVED)**

ITEM REMOVED FROM THE CONSENT AGENDA FOR SEPARATE CONSIDERATION AS REQUESTED BY COMMISSIONER MORRIS

A motion was made by Commissioner Ellis and seconded by Commissioner Hausmann to approve.

EXHIBIT A-3

I APP. 1170

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 4 - Ellis, Hall, Arrington, Carn |
| Did not vote: | 1 - Hausmann |
| Absent: | 2 - Pitts, Morris |

**20-0591**  **Juvenile Court**
Request approval of the lowest responsible bidder - Juvenile Court, Bid #20ITB162521A-CJC, Drug and Alcohol Screen Confirmations, in the amount of $8,290.00 with Phamatech, Inc. (San Diego, CA) to perform drug and alcohol screen confirmations upon execution of contract through June 30, 2021 with two renewal options, 100% grant funded. **(APPROVED UPON ADOPTION OF THE CONSENT AGENDA)**

> **Open and Responsible Government**

**20-0592**  **Real Estate and Asset Management**
Request approval of a change order less than 10% - Department of Real Estate and Asset Management, RFP #19RFP052019K-EC, Fulton County Justice Center Tower Duct System Cleaning-Phase II in the amount of $20,925.00 with AQS, Inc. dba Air Quality Systems (Norcross, GA), to modify the existing Scope of Work to expand the scope of work in the Duct Cleaning/ Encapsulation Contract for the Justice Center Tower, Effective upon BOC approval.  **(APPROVED UPON ADOPTION OF THE CONSENT AGENDA)**

**20-0593**  **Real Estate and Asset Management**
Request approval to renew existing contracts -- Department of Real Estate and Asset Management, Bid #19ITBC119850C-GS, Ballasts, Lamps, Light Fixtures and Related Supplies in the total amount of $98,312.00 with (A) Regency Lighting (Los Angeles, CA) in the amount of $48,250.00; (B) Voss Electric Co. d/b/a Voss Lighting (Marietta, GA) in the amount of $35,000.00; (C) Graybar (Norcross, GA) in the amount of $7,462.00 (D)Summit Lighting Solutions (Lawrenceville, GA) in the amount of $5,600.00; and (E) E. Sam Jones Distributor, Inc.(Atlanta, GA) in the amount of $2,000.00, to provide ballasts, lamps, light fixtures and related items for Fulton County facilities and parking lots. This action exercises the first of two renewal options. One renewal option remains Effective dates: January 1, 2021 through December 31, 2021.  **(APPROVED UPON ADOPTION OF THE CONSENT AGENDA)**

**20-0594**    **Real Estate and Asset Management**
Request approval to renew existing contracts – Department of Real Estate
and Asset Management, Bid#19ITBC117930C-GS, Janitorial Supplies and
Equipment in the total amount of $28,100 with: (A) Southeastern Paper
Group (Atlanta, GA) in the amount of $7,900; (B) People's Janitorial
Supplies (Forest Park, GA) in the amount of $10,500; (C) Associated
Paper (Conyers, GA) in the amount of $3,800; (D) Office Depot, Inc. (Trail
Boca Raton, FL) in the amount of $3,500; (E) Reliable Paper, Inc.
(Acworth, GA) in the amount of $1,200; and (F) 5 Star Enterprises, Inc.
(Atlanta, GA) in the amount of $1,200; to provide janitorial supplies &
equipment for Fulton County facilities on an "as needed" basis. This action
exercises the second of two renewal options. No renewal options remain.
Effective dates: from January 1, 2021 through December 31, 2021.
**(APPROVED UPON ADOPTION OF THE CONSENT AGENDA)**

**20-0595**    **Real Estate and Asset Management**
Request approval to renew existing contracts – Department of Real Estate
and Asset Management, Bid #19ITB119755C-GS, Tree Removal Services
Countywide in the total amount of $120,000 with: (A) ArborServ, Inc.
(Lithonia, GA) in the amount of $60,000.00; and (B) A White Meadows
Co., Inc. (Sharpsburg, GA) in the amount of $60,000.00, to provide on-site
tree removal services countywide under emergency/storm related
situation or on an "as needed" basis. This action exercises the first of two
renewal options. One renewal option remains. Effective dates: January
1, 2021 through December 31, 2021. **(APPROVED UPON ADOPTION
OF THE CONSENT AGENDA)**

**20-0596**    **Real Estate and Asset Management**
Request approval to renew existing contracts – Department of Real Estate
and Asset Management, Bid #19ITBC118616C-BKJ, Plumbing Supplies
and Related Items in the total amount of $70,000.00 with: (A) Equiparts
Corp. (Oakmont, PA) in the amount of $45,000.00; and (B) Home Depot
U.S.A., Inc. (Atlanta, GA) in the amount of $25,000.00, to provide
plumbing supplies and related items for Fulton County facilities on an "as
needed" basis. This action exercises the second of two renewal options.
No renewal options remain. Effective dates: from January 1, 2021
through December 31, 2021. **(APPROVED UPON ADOPTION OF THE
CONSENT AGENDA)**

**20-0597**    **Real Estate and Asset Management**

**EXHIBIT A-5**

I APP. 1172

Request approval to renew an existing contract - Department of Real Estate and Asset Management, Bid #18ITB114227C-BKJ, Countywide Spot Cooler and Heat Pump Rental in the total amount of $50,000.00 with United Rentals (Cumming, GA), to provide on-site portable air cooled spot coolers and heat pump rental units with the necessary accessories for set-up at any designated Fulton County facilities on an "as needed" emergency basis. This action exercises the second of two renewal options. No renewal options remain. Effective dates: January 1, 2021 through December 31, 2021.  **(APPROVED UPON ADOPTION OF THE CONSENT AGENDA)**

20-0598    **Real Estate and Asset Management**
Request approval to renew existing contracts- Department of Real Estate and Asset Management, Bid #18ITB113773C-GS, Locks, Doors & Hardware Countywide in the total amount of $80,000.00 with: (A) DH Security Solutions (Atlanta, GA) in the amount of $40,000.00; and (B) Acme Security, Inc., (Smyrna, GA) in the amount of $40,000.00, to provide on-site locksmith services to include the installation of new locks and door hardware as required and to supply lock and door hardware for Fulton County facilities on an "as needed" basis. This action exercises the second of two renewal options. No renewal options remains. Effective dates: January 1, 2021 through December 31, 2021.  **(APPROVED UPON ADOPTION OF THE CONSENT AGENDA)**

20-0599    **Real Estate and Asset Management**
Request approval of a Resolution approving a Land Lease Agreement between Fulton County, Georgia, and the United States of America, acting by and through the Federal Aviation Administration, for the purpose of operating a low-level wind shear alert warning system onsite at the Camp Truitt Campus; authorizing the Chairman to execute a Land Lease Agreement; authorizing the County Attorney to approve the Land Lease Agreement as to form and make all necessary modifications thereto prior to execution; and for other purposes.  **(APPROVED)**

**ITEM REMOVED FROM THE CONSENT AGENDA FOR SEPARATE CONSIDERATION AS REQUESTED BY COMMISSIONER HALL**

A motion was made by Commissioner Hall and seconded by Commissioner Carn to approve.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

| Regional Leadership |
|---|

20-0600    **Community Development**
Request approval to terminate a contract between Fulton County and the City of Fairburn regarding 2018 Community Development Block Grant (CDBG) funds awarded for Infrastructure and Utility Relocation near Dodd Street in the amount of $162,487.00; Request approval to amend a

**EXHIBIT A-6**

separate and current 2019 contract with the City of Fairburn to transfer the aforementioned 2018 CDBG funds in the amount of $162,487.00 to perform Dodd Street Pedestrian Improvements, with a total project cost of $324,974.00. Authorize the County Attorney to approve the amendment as to form and make modifications thereto prior to execution by the Chairman. **(APPROVED)**

ITEM REMOVED FROM THE CONSENT AGENDA FOR SEPARATE CONSIDERATION AS REQUESTED BY COMMISSIONER HALL

A motion was made by Commissioner Hall and seconded by Commissioner Carn to approve.

The motion approved by the following voice vote:

| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

**20-0601**   **Community Development**
Request approval to rescind the award of Community Development Block Grant (CDBG) funds to the City of College Park, Georgia, in the amount of $584,000.00 to use reprogrammed funds to demolish the Kathleen Mitchell School; and request approval to award the $584,000.00 reprogrammed CDBG funds to the City of College Park to improve the Charles E. Phillips Community Park and Neighborhood Center for design, build and the installation of the Charles E. Phillips Splash Pad. Authorize the Chairman to disburse these funds, and execute and administer the contract for this item. Effective upon approval for 24 months. **(APPROVED)**

ITEM REMOVED FROM THE CONSENT AGENDA FOR SEPARATE CONSIDERATION AS REQUESTED BY COMMISSIONER HALL

A motion was made by Commissioner Hall and seconded by

EXHIBIT A-7

I APP. 1174

Vice-Chairman Arrington to approve.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

REGULAR MEETING AGENDA

Board of Commissioners

**20-0602**    **Board of Commissioners**
Adoption of the Regular Meeting Agenda.  **(ADOPTED AS AMENDED)**

a.  A motion was made by Commissioner Morris and seconded by Chairman Pitts to amend the Regular Meeting Agenda by moving up item #20-0622; and adding item #20-0627 by a supermajority vote.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 6 - Pitts, Hausmann, Ellis, Morris, Hall, Carn |
| Did not vote: | 1 - Arrington |

LATER IN THE MEETING:

b.  A motion was made by Commissioner Hall and seconded by Commissioner Hausmann to reconsider the Regular Meeting Agenda to vote on items #20-0587, #20-0588, and #20-0589 together.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 4 - Hausmann, Ellis, Arrington, Carn |
| Did not vote: | 1 - Hall |
| Absent: | 2 - Pitts, Morris |

**20-0603**    **Clerk to the Commission**
Ratification of Minutes. **(RATIFIED)**

Regular Meeting Minutes, August 5, 2020
Recess Meeting Post Agenda Minutes, August 19, 2020

A motion was made by Commissioner Ellis and seconded by Commissioner Carn to ratify the meeting minutes.

EXHIBIT A-8

I APP. 1175

The motion passed by the following voice vote:

Yeas:                  6 - Pitts, Hausmann, Ellis, Morris, Hall, Carn
Did not vote:          1 - Arrington

**20-0604**    **Board of Commissioners**
              Presentation of Proclamations and Certificates  **(NONE)**

---

| PUBLIC HEARINGS |

| Board of Commissioners |

**20-0605**    Public Comment - Citizens are allowed to voice County-related opinions,
              concerns, requests, etc. during the Public Comment portion of the
              Commission meeting. **Speakers will be granted up to two minutes**
              **each. Members of the public will not be allowed to yield or donate**
              **time to other speakers. The Public Comment portion of the meeting**
              **will not exceed 30 minutes at the Regular Meeting, nor will this**
              **portion exceed thirty minutes at the Recess Meeting.**  Those who
              could not speak during Public Comment will be allowed to speak first at a
              subsequent Board meeting. For more information or to arrange a speaking
              date, contact the Clerk's Office.  **(CONDUCTED/COMMENTS READ**
              **INTO THE RECORD)**

              **3 speakers:  Geraldine Bryson (Fulton County Jail); Donna Renfro**
              **Lawson (Libraries/Voting Rights); and**
              **Ben Harsh (Voting)**

---

| PRESENTATIONS TO THE BOARD |

| Metropolitan Atlanta Rapid Transit Authority |

**20-0606**    **Board of Commissioners**
              MARTA Quarterly Briefing **(PRESENTED)**

EXHIBIT A-9

**COUNTY MANAGER'S ITEMS**

Open and Responsible Government

20-0607      **County Manager**
             Presentation of COVID-19 Operational Response Update.
             **(PRESENTED)**

20-0608      **County Manager**
             Request ratification of emergency procurement -- County Manager,
             Countywide COVID-19 Emergency Procurements in order to respond to
             COVID-19 Outbreak.  **(APPROVED)**

             **A motion was made by Commissioner Ellis and seconded by
             Commissioner Hausmann to approve with a friendly amendment
             by Commissioner Hall to separate COVID-19 and non COVID-19
             emergency procurements in future reports.**

             **The motion passed by the following voice vote:**

             Yeas:              5 - Hausmann, Ellis, Hall, Arrington, Carn
             Absent:            2 - Pitts, Morris

20-0609      **Finance**
             Presentation, review and approval of the September 2, 2020 Budget
             Soundings **(PRESENTED/APPROVED)**

             **A motion was made by Commissioner Carn and seconded by
             Commissioner Ellis to approve.**

             **The motion passed by the following voice vote:**

             Yeas:              4 - Ellis, Hall, Arrington, Carn
             Did not vote:      1 - Hausmann
             Absent:            2 - Pitts, Morris

EXHIBIT A-10

I APP. 1177

**20-0610**     **Real Estate and Asset Management**
Request approval to renew an existing contract - Department of Real
Estate and Asset Management, Bid#18ITB113411C-BKJ, Mail Services
Operation in the amount of $318,625.68 with Moore Partners dba More
Business Solutions (Peachtree Corners, GA), to provide operational
management mail services for Fulton County agencies. This action
exercises the second of two renewal options. No renewal options remain.
Effective dates: January 1, 2021 through December 31, 2021.
**(APPROVED)**

A motion was made by Commissioner Ellis and seconded by
Commissioner Carn to approve.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 4 - Ellis, Hall, Arrington, Carn |
| Did not vote: | 1 - Hausmann |
| Absent: | 2 - Pitts, Morris |

**20-0611**     **Real Estate and Asset Management**
Request approval to renew existing contracts - Department of Real Estate
and Asset Management, Bid# 19ITBC118608C-BKJ, HVAC Equipment
and Parts in the total amount of $70,000.00 with: (A) Johnstone Supply of
Atlanta (Norcross, GA) in the amount of $35,000.00; (B) F. M. Shelton,
Inc. (Atlanta, GA) in the amount of $25,000.00; and (C) United
Refrigeration, Inc. (Pittsburgh, PA) in the amount of $10,000.00, to provide
HVAC equipment and parts for Fulton County facilities on an "as needed"
basis. This action exercises the second of two renewal options No
renewal options remain.  Effective dates: from January 1, 2021 through
December 31, 2021.  **(APPROVED)**

A motion was made by Commissioner Ellis and seconded by
Commissioner Carn to approve.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

EXHIBIT A-11

**20-0612**    **Real Estate and Asset Management**
Request approval to renew existing contracts - Department of Real Estate and Asset Management, Bid#19ITB117036C-GS, Countywide Solid Waste Disposal and Recycling Services in the total amount of $914,000.00 with: (A) Latham Home Sanitation Company, Inc. (Loganville, GA) in the amount of $501,000.00; (B) Advanced Disposal Services of Atlanta, LLC (Smyrna, GA) in the amount of $252,000.00; and (C) Georgia Waste Systems, Inc., dba Waste Management, Inc. (Lake City, GA) in the amount of $161,000.00, to provide landfill solid waste disposal; and single stream recycling services for Fulton County facilities. This action exercises the second of two renewal options. No renewal options remain. Effective dates: January 1, 2021 through December 31, 2021. **(APPROVED)**

A motion was made by Commissioner Ellis and seconded by Commissioner Carn to approve.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 4 - Ellis, Hall, Arrington, Carn |
| Did not vote: | 1 - Hausmann |
| Absent: | 2 - Pitts, Morris |

**20-0613**    **Real Estate and Asset Management**
Request approval to increase spending authority - Department of Real Estate and Asset Management, Bid#19ITB120487C-MH, Generator System Maintenance and Repair Services in the amount of $25,000 with Power & Energy Services, Inc. (Powder Springs, GA), to provide additional on-site preventive generator system maintenance and repair services for Fulton County. Effective upon BOC approval. **(APPROVED)**

A motion was made by Commissioner Ellis and seconded by Commissioner Carn to approve.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

**20-0614**    **Real Estate and Asset Management**
Request approval of Guaranteed Maximum Price (GMP) - Department of Real Estate and Asset Management, RFP#20RFP011320K-DB, Construction Management at Risk Services for the Renovation and Refurbishment of the Restrooms and Common Areas in the Fulton County Government and Judicial Center Complexes - Phase I in the amount of

EXHIBIT A-12

I APP. 1179

$10,548,216.00 with H.J. Russell & Company (Atlanta, GA), to provide construction phase services for the renovation and refurbishment of the restrooms and common areas in the Fulton County Government and Judicial Center Complexes. Effective upon issuance of Notice to Proceed for 730 calendar days or completion of construction project. **(APPROVED)**

A motion was made by Commissioner Hausmann and seconded by Commissioner Carn to approve.

The motion passed by the following voice vote:

Yeas:          5 - Hausmann, Ellis, Hall, Arrington, Carn
Absent:        2 - Pitts, Morris

20-0615    **Real Estate and Asset Management**
Request approval to renew existing contracts - Department of Real Estate and Asset Management, Bid #18ITB113834C-GS, Preventive and Predictive Maintenance Services for Chillers in the total amount of $334,338.00 with: (A) Mechanical Services, Inc. (Hapeville, GA) in the amount of $111,446.00; (B) Mann Mechanical Company, Inc. (Avondale Estates, GA) in the amount of $111,446.00; and (C) Johnson Controls, Inc. (Roswell, GA) in the amount of $111,446.00, to provide on-site preventive and predictive maintenance services of chillers at all County facilities. This action exercises the second of two renewal options. No renewal options remain. Effective dates: January 1, 2021 through December 31, 2021.  **(APPROVED)**

A motion was made by Commissioner Ellis and seconded by Commissioner Carn to approve.

The motion passed by the following voice vote:

Yeas:          4 - Ellis, Hall, Arrington, Carn
Did not vote:  1 - Hausmann
Absent:        2 - Pitts, Morris

20-0616    **Real Estate and Asset Management**
Request approval of the lowest responsible bidder – Department of Real Estate and Asset Management, Bid#20ITB125327C-CG, Portable Moving and Storage Unit- Rental in the amount of $45,397.60, with Units Atlanta, LLC. (Austell, GA), to provide portable moving and storage unit rental for Fulton County facilities. Effective upon execution of contract through December 31, 2020, with two renewal options.  **(APPROVED)**

A motion was made by Commissioner Ellis and seconded by Vice-Chairman Arrington to approve.

The motion passed by the following voice vote:

## EXHIBIT A-13

I APP. 1180

|       |                                                                            |
|-------|-----------------------------------------------------------------------------|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

**20-0617**   **Real Estate and Asset Management**
Request approval to increase spending authority - Department of Real Estate and Asset Management, Bid# 19ITB120358C-GS, Fire Sprinkler Protection System Maintenance Services in the total amount of $83,000 with: (A) VSC Fire & Security, Inc., Inc. (Norcross, GA) in the amount of $39,000 to cover the cost for unexpected major sprinkler heads replacement at the Fulton County Public Safety Training Center; and (B) Central Fire Protection, Inc. (Conyers, GA) in the amount of $44,000 to cover the cost for immediate replacement of an burned pump motor and obsolete controller at the Fulton County Public Safety Building. Effective upon BOC approval.  **(APPROVED)**

A motion was made by Commissioner Ellis and seconded by Commissioner Carn to approve.

The motion passed by the following voice vote:

|       |                                                                            |
|-------|-----------------------------------------------------------------------------|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

**20-0618**   **Information Technology**
Request approval of a recommended proposal - Department of Information Technology, 20RFP124554B-VF, Homestead Tax Exemption with Tyler Technologies (Moraine, OH) in the amount of $29,325.00 to provide Homestead Exemptions Verification Services. Effective upon execution of contract through December 31, 2020 with three renewal options. **(APPROVED)**

A motion was made by Commissioner Ellis and seconded by Commissioner Carn to approve.

The motion passed by the following voice vote:

|       |                                                                            |
|-------|-----------------------------------------------------------------------------|
| Yeas: | 4 - Ellis, Hall, Arrington, Carn |
| Did not vote: | 1 - Hausmann |
| Absent | 2 - Pitts, Morris |

**Justice and Safety**

**20-0619**   **Superior Court Administration**

EXHIBIT A-14

I APP. 1181

Request approval to award contract without competition – Superior Court Administration, Solicitation# 20SS072220A-CJC, Fulton County's Justice and Mental Health Collaboration Project (GMHCP) in the amount of $116,047.00 with Applied Research Services, Inc. to provide data analysis, evaluation services and expertise. This agreement is funded through the Bureau of Justice Assistance("BJA") Grant (Award#2018-MO-BX-0041) and may be renewed for two one-year terms, coinciding with and contingent upon continued grant funding and the approval of the Board of Commissioners. Effective upon BOC approval.  (APPROVED)

A motion was made by Commissioner Ellis and seconded by Commissioner Carn to approve.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

## Health and Human Services

**20-0620**   **Public Works**
Request approval of cooperative purchasing – Department of Public Works, Gwinnett County ITB Contract BL043-17, Photographic Project Documentation in the amount not to exceed $348,475.00 with Integrated Documentation Services, LLC, d/b/a Multivista Southeast (Peachtree Corners, GA), to provide project progress updates via photographs, videos, and live-streaming media services necessary for the Big Creek Wastewater Reclamation Facility (WRF) Expansion; effective upon issuance of Notice to Proceed for the project duration of 46 months.  (APPROVED)

A motion was made by Commissioner Ellis and seconded by Vice-Chairman Arrington to approve.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

## Arts and Libraries

**20-0621**   **Library**
Request approval of an increase in spending authority - Fulton County Library System, RFP#11RFP78732K-NH, Furniture, Fixtures and Equipment (FF&E) Consultant Services for the Library Capital Improvement Program (CIP), Phase II in the amount of $74,660.00 with

**EXHIBIT A-15**

I APP. 1182

Hillsman, Inc. (Alpharetta, GA), to provide additional design services, miscellaneous furniture procurement, furniture logistics and related Owner Controlled Contingency.  (APPROVED)

A motion was made by Commissioner Carn and seconded by Vice-Chairman Arrington to approve.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

20-0564    **Arts and Culture**
Request approval of a Resolution establishing the Fulton County Poet Laureate and naming the inaugural Fulton County Poet Laureate, Dr. Karen J. Head.  (HELD ON 8/19/20) (FAILED)

A motion was made by Commissioner Ellis and seconded by Commissioner Hall to approve.

The motion failed by the following voice vote:

| | |
|---|---|
| Yeas: | 3 - Hall, Arrington, Carn |
| Did not vote: | 2 - Hausmann, Ellis |
| Absent: | 2 - Pitts, Morris |

**COMMISSIONERS' ACTION ITEMS**

**Board of Commissioners**

20-0622    **Board of Commissioners (Pitts)**
Request approval of a Resolution in support of the continuing transition of the Fulton County Board of Health; and for other purposes.  (HELD)

**HEARD AFTER ITEM #20-0607**

a.  A motion was made by Chairman Pitts and seconded by Commissioner Morris to approve.

b.  A substitute motion was made by Commissioner Hall and seconded by Vice-Chairman Arrington to hold.

The motion passed by the following voice vote:

| | |
|---|---|
| Yeas: | 4 - Hausmann, Hall, Arrington, Carn |
| Nays: | 3 - Pitts, Ellis, Morris |

**EXHIBIT A-16**

I APP. 1183

## COMMISSIONERS' PRESENTATION AND DISCUSSION ITEMS

### Board of Commissioners

20-0623     **Board of Commissioners (Carn)**
            Discussion:  Census Update  **(DISCUSSED)**

            **A motion was made by Commissioner Carn and seconded by
            Vice-Chairman Arrington to allocate an additional $150,000.00 to
            the Census Complete Count Committee.  (MOTION FAILED)**

            The motion failed by the following voice vote:

            Yeas:                 2 - Arrington, Carn
            Nays:                 2 - Hausmann, Ellis
            Did not vote:         1 - Hall
            Absent:               2 - Pitts, Morris -


20-0625     **Board of Commissioners (Arrington)**
            Discussion:  Update of activities of the City of Atlanta and Fulton County
            Recreation Authority (AFCRA).  **(DISCUSSED)**

### EXHIBIT A-17

I APP. 1184

EXECUTIVE (CLOSED) SESSION

Board of Commissioners

20-0626        Board of Commissioners
               Executive (CLOSED) Sessions regarding litigation (County Attorney),
               real estate (County Manager), and personnel (Pitts).  (APPROVED)

               PRESENT IN THE EXECUTIVE SESSION REGARDING LITIGATION, REAL
               ESTATE AND PERSONNEL:  Chairman Pitts, Vice-Chairman Arrington,
               Commissioners: Hausmann, Ellis, Morris, Hall, and Carn; County Manager Dick
               Anderson; County Attorney Patrise Perkins-Hooker; Chief Operating Officer Ana
               Roach; Chief Financial Officer Sharon Whitmore; Finance Director Hakeem
               Oshikoya; and Interim Clerk to the Commission Tonya R. Grier.

               a.  A motion was made by Chairman Pitts and seconded by
               Commissioner Morris to enter into Executive Session.

               The motion passed by the following voice vote:

               Yeas:              5 - Pitts, Morris, Hall, Arrington, Carn
               Did not vote:      2 - Hausmann, Ellis

               b.  A motion was made by Commissioner Carn and seconded by
               Vice-Chairman Arrington to approve the representation request
               in item #1 as discussed in Executive Session.

               The motion passed by the following voice vote:

               Yeas:              6 - Pitts, Hausmann, Ellis, Hall, Arrington, Carn
               Absent:            1 - Morris

               c.  A motion was made by Commissioner Carn and seconded by
               Chairman Pitts to reject the settlement offer in item #2 as
               discussed in Executive Session.

               The motion passed by the following voice vote:

               Yeas:              6 - Pitts, Hausmann, Ellis, Hall, Arrington, Carn
               Absent:            1 - Morris

               d.  A motion was made by Commissioner Carn and seconded by
               Chairman Pitts to approve settlement authority in item #3 as
               discussed in Executive Session.

               The motion passed by the following voice vote:

               Yeas:              5 - Pitts, Ellis, Hall, Arrington, Carn

EXHIBIT A-18

I APP. 1185

10/1/2020                    agendaminutes.fultoncountyga.gov/sirepub/cache/2/vjgl50oweakzmkzl3v40fsqg/142431001202003428291.htm

| Did not vote: | 1 - Hausmann |
| Absent: | 1 - Morris |

**ADDED TO THE MEETING**

**Items added to the Agenda**

20-0627    Board of Registration and Elections
           Request approval of a grant award in the amount up to $6,309,436.00
           from the Center for Technology and Civic Life, for elections processing
           and voting equipment through January 5, 2021.  (APPROVED)

a.  A motion was made by Commissioner Carn and seconded by
Chairman Pitts to approve adding item #20-0627 to the Regular
Meeting Agenda.

The motion passed by the following voice vote:

| Yeas: | 5 - Pitts, Ellis, Morris, Hall, Carn |
| Did not vote: | 2 - Hausmann, Arrington |

b.  A motion was made by Commissioner Carn and seconded by
Commissioner Ellis to approve item #20-0627.

The motion passed by the following voice vote:

| Yeas: | 5 - Hausmann, Ellis, Hall, Arrington, Carn |
| Absent: | 2 - Pitts, Morris |

**ADJOURNMENT**

There being no further business, the meeting adjourned at 5:43 p.m.

IF YOU NEED REASONABLE MODIFICATIONS DUE TO A DISABILITY, INCLUDING COMMUNICATIONS IN AN ALTERNATE FORMAT
PLEASE CONTACT THE OFFICE OF THE CLERK TO THE COMMISSION.  FOR TDD/TTY OR GEORGIA RELAY SERVICE ACCESS DIAL 711

EXHIBIT A-19

I APP. 1186

Fulton County Superior Court
***EFILED***TB
Date: 11/30/2020 2:00 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

    PETITIONERS,

v.                                  CIVIL ACTION NO.:2020cv342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

    RESPONDENTS.

### NOTICE OF FILING

Comes now, John Wood, as Aggrieved Electors, Petitioners in the above-styled case and herein

files the following documents, as attached:

1.  Exhibit B


Respectfully submitted this the 30th day of November, 2020.

                          MADDOX & HARDING, LLC

                          Todd A. Harding, Esq.
                          Attorney for Petitioner
                          Ga. Bar No.: 101562

Maddox & Harding, LLC
Attorneys at Law
113 East Solomon Street
Griffin, Georgia 30223
Telephone (770) 229-4578
Facsimile (770) 228-9111

I APP. 1187

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

    PETITIONERS,

v.                           CIVIL ACTION NO.:2020CV342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

    RESPONDENTS.

<u>CERTIFICATE OF SERVICE</u>

    **COMES NOW, THE PETITIONER,** by and through his attorneys of record,

and certifies that a true and accurate copy of the **NOTICE OF FILING** has been served

by personal service upon:

    Sec. Brad Raffensperger, As Chairman of the Georgia State Elections Board
    214 State Capitol
    Atlanta, GA 30334

    Governor Brian Kemp
    206 Washington Street
    111 State Capitol
    Atlanta, GA  30334

Respectfully submitted this the 30th day of November, 2020.

                      Todd A. Harding, For the Firm
                      Ga. Bar No.: 101562
                      Attorney for Petitioner

Maddox & Harding, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, GA 30223
(770) 229-4578
(770) 228-9111 facsimile

I APP. 1188

1   **RESOLUTION AUTHORIZING FULTON COUNTY TO ACCEPT A GRANT FOR**
2   **ELECTIONS EQUIPMENT AND SERVICES; AND FOR OTHER PURPOSES**
3

4   **WHEREAS,** the Fulton County Board of Elections and Registrations ("FCBRE")

5   is responsible for conducting elections in Fulton County and registering voters who

6   reside within Fulton County; and

7   **WHEREAS,** FCBRE will face significant challenges conducting elections from

8   September 2020 through January 2021, including the November general election with

9   an unprecedented number of voters expected during the COVID pandemic; and

10  **WHEREAS,** the FCBRE has identified various services and equipment needed to

11  successfully conduct the elections taking place from September 2020 through January

12  2021 and other future elections; and

13  **WHEREAS,** the Center for Tech and Civic Life (CTCL) is a non-profit

14  organization whose mission is to ensure that elections are professional, inclusive, and

15  secure; and

16  **WHEREAS,** CTCL has agreed to grant up to for Fulton County to use for its

17  election needs.

18  **NOW, THEREFORE, BE IT RESOLVED,** that the Board 'of Commissioners of

19  Fulton County, Georgia hereby accepts the grant amount up to $6,309,436.00 for the

20  purchase of elections equipment and the provision of election services in accordance

21  with all applicable Fulton County Ordnances and Resolutions.

22  **BE IT FURTHER RESOLVED** that this Resolution shall become effective upon

23  its adoption, and that all resolutions and parts of resolutions in conflict with this

24  Resolution are hereby repealed to the extent of the conflict.

EXHIBIT B-1

I APP. 1189

```
1      SO PASSED AND ADOPTED, this 2 day of September, 2020.
2
3                                    SPONSORED BY:
4
5
6
7
8                                    Robert L. Pitts, Chairman
9
10
11
12   ATTEST:                         APPROVED AS TO FORM:
13
14
15
16
17   Tonya Grier,                    Patrise Perkins-Hooker,
18   Interim Clerk to the Commission County Attorney
19
```

ITEM # 20-0627 RM 9,2,20
REGULAR MEETING

2

EXHIBIT B-2

I APP. 1190

To: Center for Technology and Civic Life
From:
Date: 8/18/20
Re: Funding Request for Election Systems for November General Election

## Overview

Fulton County faces significant challenges in executing the November 3, 2020 general election. As the June 9 primary revealed, in November, the county will essentially have to run two elections, at the same time, on an unprecedented scale: one via absentee ballots; and a second at in-person polling places. In addition to the general election, we held a runoff election on August 11, and are are holding a special election in parts of the county on September 29, which will undoubtedly put additional pressure on our office. For the general election, the number of **total registered voters is expected to be between 823,000 and 850,000**, potentially casting ballots split between the two modes of voting, which will each entail special challenges. This document offers an assessment of resources needed for Fulton Co. to safely and thoroughly prepare for the general election.

In these extraordinary circumstances, to deliver a smooth voting process and a satisfactory voting experience for Fulton County's approximately 900,000 eligible voters will require a concerted and collaborative effort. Meeting this challenge will also require additional resources to Fulton County for election implementation.

A preliminary budget overview estimate on top of what is already available to the County is as follows:

| | |
|---|---|
| Absentee Ballot Assembly and Processing Equipment | $1,448,026 |
| Early Voting Sites and Ballot Drop-off Options | $937,710 |
| In-person Voting at Polling Places on Election Day | $3,923,700 |
| | $6,309,436 |
| **Total** | |

## Needs Assessment & Costs

The following sections outline initial details of the mail house-type processing operation, installation of drop boxes, personnel needs, and the costs associated with each:

## Absentee Ballot Processing and Equipment Necessary for Operations

For the November elections, we anticipate absentee-by-mail turnout to be somewhere around 40%, which would lead to more than 300,000 ballots cast through that mode of voting.

EXHIBIT B-3

I APP. 1191

Automation will be critical to efficiently and accurately manage hundreds of thousands of ballot envelopes and ballots in weeks leading up to Election Day and in the canvassing process afterwards and help report results faster. To that end, the following equipment and personnel are needed:

- **High-speed industrial Printer:** Printers will be used to print absentee ballots. During the primary, Fulton Co. struggled to keep up with demand. High-speed Oki-900 series industrial printers capable would greatly reduce the time between application approval and a voter's ballot entering the mail stream. This is particularly important around the application deadline. **Cost: $37,000 for 3 Oki 900 printers.**

- **Absentee Ballot Application Equipment and Personnel for Processing:** We are going to receive an unprecedented number of absentee-by-mail applications for the November election. We need to staff a second call center/processing center. Additionally, we will need an additional 60 laptops for data entry purposes. **Estimated Cost: laptop purchases, $59,400; and labor $307,200. Total Cost: $192,000, plus $115,200 for overtime for a total cost of $307,200.**

- **Extractors:** The process of physically removing ballots from envelopes is time consuming and diverts staff away from other activities that cannot be automated. Seven extractors will eliminate the need for any envelope opening by hand and open all anticipated ballots in a timely manner. **Estimated cost = $175,000**

- **Personnel for absentee ballot tabulation:** We currently have an additional 32 full-time employees hired to process voter registration applications, absentee-by-mail ballot applications, separate from the call center described above, and to staff our early voting call center. For September, November, December and January we will need an additional number of staff for each election to process received ballots and to scan them. **Estimated cost = $420,000**

- **Absentee Ballot Outreach Materials:** To promote absentee by mail and early voting ahead of the November election by sending a flyer to every household. The mailer will also include information on early voting opportunities. To promote the absentee by mail portal ahead of the November election in a second mailer to every household. **Cost: $419,426**

- **Signature Verification Software:** Required to add to our Bluecrest mailing equipment. **Cost: $30,000.**

|  | Total cost | Units | Unit costs |
|---|---|---|---|
| Oki 900 Printers | $37,000 | 3 | $12,333 |
| Laptops | $59,400 | 60 | $990 |
| Extractors | $175,000 | 7 | $25,000 |

2

EXHIBIT B-4

I APP. 1192

| | | | |
|---|---|---|---|
| Absentee by Mail Processing Call Center | $307,200 | | |
| Absentee by Mail Tabulation Personnel | $420,000 | | |
| Signature Verification Software | $30,000 | 1 | $30,000 |
| Outreach materials | $419,426 | 2 | $209,713 |
| TOTAL | $1,448,026 | | |

## Early Voting Sites and Ballot Drop-off Options

Fulton County plans to have 30 full-time early voting locations, 13 outreach locations, and two mobile voting precincts (buses) for November. Early voting is historically popular in the county, with 59 percent early voting turnout in 2016.

Early voting offices will be open and fully staffed until the deadline to apply for an absentee ballot, thereafter through Election Day they will remain open as ballot drop-off locations. They must also be sufficiently staffed with permanent staff with $100 hazard pay to limit worker turnover, handle a surge in voters before polls open, and manage sites in a pandemic environment.

**It will cost $901,710 to cover the Covid-19 hazard pay, which will be paid to staffers at all early voting locations.**

We want to offer a second mega site for early voting at the Georgia International Conference Center in College Park to reduce lines in southern Fulton County. Rental fees for GICC are going to **cost $36,000** for 23 days of rental.

## Polling Place COVID Decontamination Post Election

In June we lost 45 polling locations because of the COVID pandemic. We were down to 164 polling locations. In order to retain and attract new polling locations for the September through January election cycle we have had to offer COVID decontamination to polling locations to increase our number of polling places to at least 210 locations. **Total Cost $610,000**

3

EXHIBIT B-5

## In-person Voting at Polling Places on Election Day

The Fulton County Board of Elections is committed to working to secure many fully-staffed polling places on election day. In the June primary, we lost 45 Election Day polling locations of 198 planned locations, which led to decreased turnout on election day. In the General, we are committed to securing between **210 – 240 in person polling locations on Election Day.**

In order to staff these locations with people committed to working in a pandemic and to avoid a repeat of June we want to pay a $150 stipend on election day, **or $1,402,800 for all election workers during the September, November, December and January elections.**

Additionally, the county will buy 1,000 sneeze guards for polling locations at a **total cost of $157,490.** The county will also purchase 300 more KnowInk Poll Pads, plus a CacheBox to aid with transferring the Bulk File, which are used for voter check in at polling places. **These items are $233,000 in total.**

Technical personnel are needed at early voting locations to ensure smooth operations with this new voting system. We had to hire technical personnel to staff polling locations in August. We learned much about how to make September through January successful in that election. We wil have at least one trained technician in each polling place on Election Day and throughout early voting. **Total cost is $1,520,000.**

Total staffing costs for the November election will cost **$3,824,510.**

|  | Total cost | Units | Unit costs |
|---|---|---|---|
| Poll Worker Hazard Pay | $1,402,800 | 2,100 | $150 per poll worker |
| Poll Worker PPE | $157,490 | 1,000 | $157.49 |
| Early Voting Personnel Costs | $901,710 | N/A | $100 per poll worker |
| KnowInk PollPads | $233,000 | 300 | $700 |
| COVID Polling Place Decontamination | $610,000 | | |
| Early voting mega site in south Fulton | $36,000 | 1 | $36,000 |
| Technical personnel For EV and EDay | $1,520,00 | | |
| TOTAL | $4,861,410 | | |

4

EXHIBIT B-6

### Conclusion

The investments outlined above will allow Fulton County to reduce the risk of exposure to coronavirus for voters, election staff and poll workers; identify best practices; innovate to efficiently and effectively educate our residents about how to exercise their right to vote; be intentional and strategic in reaching our historically disenfranchised residents and communities; and, above all, ensure the right to vote in a diversity of communities throughout the county. Thank you for the opportunity to submit this request.

5

EXHIBIT B-7

I APP. 1195



CENTER FOR
TECH AND
CIVIC LIFE

September 2, 2020

Fulton County
Board of Commissioners
141 Pryor St SW #10
Atlanta, GA 30303

Dear Chair Pitts,

I am pleased to inform you that the Center for Tech and Civic Life ("CTCL") has awarded Fulton County a grant to support its work in connection with the safe administration of elections in 2020.

The following is a description of the grant:

> **AMOUNT OF GRANT:** Six million, four hundred and sixty thousand, three hundred eighty US dollars (USD $6,309,436)

> **PURPOSE:** The grant funds must be used exclusively for the public purpose of planning and operationalizing safe and secure election administration in Fulton County in accordance with the attached Fulton County Safe Voting Plan 2020

Before we transmit these funds, we ask that you sign this agreement promising to use the grant funds in compliance with United States tax laws. Specifically, by signing this letter on behalf of Fulton County you confirm and agree to the following:

1. Fulton County is a local government unit or political subdivision in the meaning of 26 USC 170(c)(1).

2. This grant shall be used *only* for the public purpose described above, and for no other purposes.

3. Fulton County shall not use any part of this grant to give a grant to another organization unless CTCL agrees to the specific sub-recipient in advance, in writing.

EXHIBIT B-8

4.  Fulton County has produced a plan for safe and secure election administration in 2020, including an assessment of election administration needs, budget estimates for such assessment, and an assessment of the impact of the plan on voters ("the Plan"). The Plan is attached to this agreement. The County shall expend the amount of this grant for purposes contained in the Plan by December 31, 2020

5.  Fulton County shall produce a report documenting how this grant has been expended in support of the activities described in paragraph 4. This report shall be provided to CTCL by January 31, 2021.

6.  Fulton County shall not reduce or otherwise modify planned spending on election administration, including the budget of the Fulton County Board of Elections and Registration ("the Board"), or fail to appropriate or provide previously budgeted funds to the Board for the term of this grant. Any amount reduced or not provided in contravention of this paragraph shall be repaid to CTCL up to the total amount of this grant.

7.  CTCL may discontinue, modify, withhold part of, or ask for the return of all or part of the grant funds if it determines, in its sole judgment, that (a) any of the above conditions have not been met or (b) it must do so to comply with applicable laws or regulations.

8.  The grant project period of June 15, 2020 through December 31, 2020 represents the dates between which covered costs may be applied to the grant.

Your acceptance of these agreements should be indicated below. Please have an authorized representative of Fulton County sign below, and return a scanned copy of this letter to us by email at grants@techandciviclife.org.

On behalf of CTCL, I extend my best wishes in your work.

Sincerely,

Tiana Epps Johnson
Executive Director
Center for Tech and Civic Life

EXHIBIT B-9

FULTON COUNTY, GEORGIA

By: _____

Title: ROBERT L. PITTS
       CHAIRMAN

Date: 9/16/2020

_____
TONYA R. GRIER
CLERK TO THE COMMISSION

ITEM #20-0627 RM 9/2/20   CENTER FOR TECH & CIVIC LIFE
REGULAR MEETING              HELLO@TECHANDCIVICLIFE.ORG
                                        PAGE 3

EXHIBIT B-10

Fulton County Superior Court
***EFILED***TB
Date: 11/30/2020 2:06 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

    PETITIONERS,

v.
                         CIVIL ACTION NO.:2020cv342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

    RESPONDENTS.

## NOTICE OF FILING

Comes now, John Wood, as Aggrieved Electors, Petitioners in the above-styled case and herein files the following documents, as attached:

1. Exhibit C

Respectfully submitted this the 30th day of November, 2020.

                         MADDOX & HARDING, LLC

                         Todd A. Harding, Esq.
                         Attorney for Petitioner
                         Ga. Bar No.: 101562

Maddox & Harding, LLC
Attorneys at Law
113 East Solomon Street
Griffin, Georgia 30223
Telephone (770) 229-4578
Facsimile (770) 228-9111

I APP. 1199

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

    PETITIONERS,

v.

                           CIVIL ACTION NO.:2020CV342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

    RESPONDENTS.

### CERTIFICATE OF SERVICE

    **COMES NOW, THE PETITIONER**, by and through his attorneys of record,

and certifies that a true and accurate copy of the **NOTICE OF FILING** has been served

by personal service upon:

    Sec. Brad Raffensperger, As Chairman of the Georgia State Elections Board
    214 State Capitol
    Atlanta, GA 30334

    Governor Brian Kemp
    206 Washington Street
    111 State Capitol
    Atlanta, GA  30334

Respectfully submitted this the 30th day of November, 2020.

                           Todd A. Harding, For the Firm
                           Ga. Bar No.: 101562
                           Attorney for Petitioner

Maddox & Harding, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, GA 30223
(770) 229-4578
(770) 228-9111 facsimile

I APP. 1200

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **GEORGIA VOTER ALLIANCE,** | ) |
| **JOHN WOOD** | ) |
| | ) |
| **Plaintiffs,** | ) CIVIL ACTION FILE NO. |
| | ) |
| **v.** | ) **1:20-CV-4198** |
| | ) |
| | ) |
| **FULTON COUNTY,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| ——————————————— | ) |

## DECLARATION OF RICHARD BARRON

Pursuant to 28 U.S.C. 1746, Richard Barron declares as follows:

1.

I make this Declaration in support of a response by Fulton County to certain motions filed in the above-styled matter of <u>Georgia Voter Alliance, et al., v. Fulton County,</u> (Civil Action No. 1:20-CV-4198). Specifically, this Declaration is made in opposition to Plaintiffs' Motion for Temporary Restraining Order [Doc. 3-3].

2.

I am the Director of the Fulton County Department of Registration and Elections and have been employed in that role since June 19, 2013.

EXHIBIT C-1

I APP. 1201

3.

The COVID-19 pandemic has increased the burden on election officials. However, the Fulton County Defendants are working to meet the upcoming challenge. A number of longstanding polling locations have ceased serving in that capacity, requiring officials to locate new facilities.

4.

The Fulton County Board of Registration and Elections is the elections superintendent of Fulton County.  As such, it has the duty to administer all county elections. O.C.G.A. § 21-2-40.

5.

The COVID-19 pandemic has made the challenge of holding elections even more problematic. Since traditional polling locations, such as churches or long-term care facilities, could no longer be used, new locations, which would allow social distancing, had to be identified then adequately staffed for both the primary and general elections.

6.

The Center for Tech and Civic Life ("CTCL") grant serves as a needed resource that is enabling Fulton County to help pay for various expenses such as the employment of an increased staff, increased voting equipment, and personal protective equipment ("PPE") now deemed necessary to conduct an election safely.

-2-

EXHIBIT C-2

**Logistics of Election Planning During the Pandemic**

7.

Even absent a global pandemic, elections are still very complex by nature. During each election, every effort is made to ensure that *all* eligible voters have reasonable access to a ballot and the opportunity to cast their vote in a safe environment. Not only has the pandemic made this goal more difficult, but the anticipation of a higher than normal voter turnout during this presidential election has also created a logistics concern. In order to accommodate all voters, multiple mechanisms of voting must be used, such as voting by mail, use of absentee ballot drop boxes, voting in-person during the Early Voting period, and voting in-person on Election Day.

8.

In an effort to offset the challenges of conducting an election during a pandemic and to avoid the polling location problems associated with the June 2020 election, we re-solidified our relationship with the school systems and utilized a commercial real estate consultant to establish additional polling sites. Fulton County has established 255 polling sites for the November 3, 2020 elections.

-3-

EXHIBIT C-3

9.

Due to the anticipation of a high voter turnout, the Georgia Secretary of State's office and Fulton County have encouraged voters to vote by absentee ballot, if eligible, or to vote during the early voting period. The goal has been to frontload as much voting as possible so that on Election Day lines will be minimized and social distancing better accomplished.

10.

So far our efforts to encourage early voting in new, safer locations have been highly successful. On October 12th, the first day of early voting, the turnout was extremely heavy compared to the first day of early voting in previous years. We have also had an overwhelming increase of mail-in ballots returned as compared to previous elections.

11.

Fulton County has approximately 800,000 registered voters. Thus far, 30% of the electorate has voted. Because the election is currently underway, the number of votes that have been cast so far, via early and absentee voting, is as follows:

|   |   |   |
|---|---|---|
| a. | Early voting and mobile units | 161,593 |
| b. | Early voting outreach[1] | 2,168 |
| c. | Absentee ballot/vote by mail | 88,734 |
|   | Total | 252,495 |

[1] Early voting outreach is a site that is not open the same hours as the early voting sites, but it still provides an opportunity to educate the voters and an additional place to vote.

-4-

EXHIBIT C-4

**Funding the Election**

12.

Due to issues raised by the pandemic, combined with an unusually high voter turnout, if Fulton County is denied the ability to use the CTCL grant funds, election services in Fulton County will be underfunded, especially with the necessity of increasing staff, changing locations and providing protection and space for voters to vote safely.

13.

Due to anticipation of high voter turnout during the current health pandemic, the need for additional voting equipment, more poll workers, and personal protective equipment to keep election workers and voters protected, I was concerned the current election budget would fall short. CTCL grant provides the County with additional funding needed to provide a safe election.

-5-

EXHIBIT C-5

14.

The CTCL grant application process was simple and available to every jurisdiction that conducts elections. I made an initial application through CTCL's online portal then received a request for a more detailed application which I later submitted. *See* Exhibit "A". To date, grant funds have been used for the following:

    a.  $359,000 for professional services, which include pay for poll workers, call center personnel and technical personnel to be stationed at each poll location, and we have 3,100 poll workers that have to be paid;

    b.  $27,000 for cleaning of polling locations; and

    c.  $3,000,000 encumbered pending the delivery of supplies and equipment.

15.

The Fulton County Board of Commissioners authorized accepting the CTCL grant at its September 2, 2020 meeting. *See* Exhibit "B". Funding from the grant increased our election budget by Six Million, Three Hundred Nine Thousand, Four Hundred Thirty Six Dollars $6,309,436.00.

-6-

EXHIBIT C-6

16.

At no time during the process of applying for or receiving the funding were we asked about any partisan or political goals or was any such agenda mentioned. Our CTCL grant application, instead, served as a measure to make election services *more* readily available for all voters in a safer environment.

**The Effect if Plaintiffs are Granted Relief**

17.

The election for November 3, 2020 is underway. The funds needed for conducting the election were built around the current budget and receipt of the CTCL grant. Should the plaintiffs be granted relief, Fulton County would likely have to reduce polling locations that have been consistently full since voting began on Monday, October 12, 2020.

18.

Furthermore, all of the funding received through the CTCL grant has been earmarked to cover necessary voting expenses.

-7-

EXHIBIT C-7

I APP. 1207

19.

Requiring that the CTCL funds be frozen or returned will harm all eligible Fulton County voters regardless of their partisan preferences. The risk to the health and safety of voters would increase if we were to lose access to adequate amounts of PPE at the polling places. Furthermore, the increased funds needed to employ required poll workers and equipment will ultimately fall on all taxpayers within the County who will absorb the cost.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

This  21  day of October, 2020.


Richard Barron, Director
Fulton County Department of Registration
and Elections

-8-

EXHIBIT C-8

I APP. 1208

Fulton County Superior Court
***EFILED***TB
Date: 11/30/2020 2:11 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

    PETITIONERS,

v.                                    CIVIL ACTION NO.:2020cv342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

    RESPONDENTS.

## NOTICE OF FILING

    Comes now, John Wood, as Aggrieved Electors, Petitioners in the above-styled case and herein

files the following documents, as attached:

    1.  Exhibit D


    Respectfully submitted this the 30th day of November, 2020.

                         MADDOX & HARDING, LLC

                         Todd A. Harding, Esq.
                         Attorney for Petitioner
                         Ga. Bar No.: 101562

Maddox & Harding, LLC
Attorneys at Law
113 East Solomon Street
Griffin, Georgia 30223
Telephone (770) 229-4578
Facsimile (770) 228-9111

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

     PETITIONERS,

v.                                    CIVIL ACTION NO.:2020CV342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

     RESPONDENTS.

## CERTIFICATE OF SERVICE

     **COMES NOW, THE PETITIONER**, by and through his attorneys of record,

and certifies that a true and accurate copy of the **NOTICE OF FILING** has been served

by personal service upon:

     Sec. Brad Raffensperger, As Chairman of the Georgia State Elections Board
     214 State Capitol
     Atlanta, GA 30334

     Governor Brian Kemp
     206 Washington Street
     111 State Capitol
     Atlanta, GA  30334

Respectfully submitted this the 30th day of November, 2020.

                        Todd A. Harding, For the Firm
                        Ga. Bar No.: 101562
                        Attorney for Petitioner

Maddox & Harding, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, GA 30223
(770) 229-4578
(770) 228-9111 facsimile


CENTER FOR
TECH AND
CIVIC LIFE

OUR WORK          ABOUT          NEWS & EVENTS          DONATE          🛒 | 🔍

Election Officials, Spotlights / November 17, 2020

# 20 Ways Election Officials Increased Accessibility During the November Election

This year has presented election officials with unprecedented challenges, including record levels of political division, increasing racial tension, natural disasters, and of course, the COVID-19 pandemic. Despite these obstacles, the presidential election ran smoothly and a record number of Americans turned out to vote, due in large part to election officials' tireless efforts. Election offices across the country not only reinvented their procedures so that voters could remain safe, but they also went above and beyond to ensure accessibility for voters with disabilities and historically disenfranchised communities.

While many of these initiatives were implemented as emergency responses to the COVID-19 pandemic, election officials are suggesting that these changes become permanent features of future elections. That way, every voter, regardless of age, background, or ability, can easily participate in the electoral process.

If you're looking for other resources for increasing accessibility within your election office, we recommend watching two of our free online trainings: Ensuring Access, Equity, and Inclusion and Accessible Communication for Election Offices.

EXHIBIT D-1

I APP. 1211

20 Ways Election Officials Increased Accessibility During the November Election – Center for Tech and Civic Life

Categories:

- Making Voting Safe During a Pandemic

- Engaging Historically Disenfranchised Populations

- Supporting Voters with Disabilities

- Improving Access for Displaced Voters

# Making Voting Safe During a Pandemic

**1. Designating Polling Locations for Voters with COVID-19.** In order to keep voters who tested positive for COVID-19 separated from others, election officials in states like Tennessee directed infected voters to specified locations where they could vote safely. Both Hamilton County and Knox County had teams of poll workers dressed in full protective equipment to guide voters through the process, handing out single-use pens and folders so that anything the voters touched would not be handed back to election officials.

**2. Partnering with Sports Arenas.** This year, dozens of sports facilities were repurposed as polling stations, since their massive size could accommodate thousands of voters while still leaving plenty of room for social distancing. Several of these locations, such as the D.C. Mystics Arena, directly benefited underserved communities who experienced long lines during the primary election. Several election offices also forged thoughtful partnerships with sports teams to encourage people to turn out to vote. The Harris County Clerk's Office teamed up with the Houston Texans football team to launch the "We Are Voters" initiative. And Indiana's Secretary of State partnered with Pacers Sports & Entertainment for a "Beat the Buzzer" campaign, complete with public service announcements in both Spanish and Burmese.

**EXHIBIT D-2**

I APP. 1212



Houston Texans
@HoustonTexans

Today is the day to use your voice!

VOTE! VOTE! VOTE!

#NFLVotes | #WeAreTexans



**3. Controlling Long Lines.** In Utah County, Utah, election officials came up with a creative solution to controlling long lines: texting people when it's time for them to vote. After entering one of Utah County's eight polling locations, voters received a QR code or phone number confirmation. Then, they waited in their cars until it was their turn to vote. Implementing such processes to control long lines at polling places not only keeps voters safe by making it easier to social distance, but also keeps them out of the cold weather, which could deter them from voting.

**4. Hand Delivering Ballots.** Some voters who were too sick to leave home, or who were quarantining, could still exercise their right to vote without leaving the house. Some jurisdictions, such as Boone County, Missouri, hand delivered ballots to their voters to ensure that they would not be left out of the democratic process.

**5. Reaching Voters in Nursing Homes.** In order to include populations that are at a higher risk for COVID-19, jurisdictions across the country have made an effort to safely assist residents in nursing homes and similar facilities with completing mail-in ballots. In Durham County, North Carolina, the Board of Elections appointed a multi partisan assistance team to help residents vote. In New York, the Monroe County Board of Elections has a team member who was dedicated to reaching out to as many nursing homes as possible to drop off and pick up completed ballots. Election officials in Maricopa County, Arizona used videoconferencing for the first time to help voters in nursing homes cast their ballots. This innovative approach allowed residents to protect themselves against COVID-19 while still participating in the election.

**6. Promoting Curbside Voting.** Many states, like Mississippi and North Carolina, expanded curbside voting so that voters could cast their ballots from their vehicles. This provided a safe option for voters who tested positive for COVID-19, were

EXHIBIT D-3

experiencing symptoms, or were quarantining. Curbside voting is also a wonderful option for wheelchair users and other voters who have limited mobility. In several jurisdictions in Missouri, including Buchanan County and Cole County, election offices hosted curbside absentee voting events to alleviate pressure on Election Day. And Davis County, Utah made a curbside voting location available for voters who had not received their ballot in the mail or for those with a disability.

**7. Expanding Vote-By-Mail Options.** In an effort to stop the spread of COVID-19, several states made mail-in voting easier than ever before. Millions of voters had the option to bypass polling places and vote from the comfort and safety of their homes. In previous years in states including Kentucky, Delaware, and Massachusetts, voters needed an excuse to vote by mail. But for the November Election, any voter in these states could request an absentee ballot. Other states, like West Virginia and Arkansas, did not remove their excuse requirement, but made it clear that concern over the coronavirus was a valid excuse to vote by mail. And in California, Vermont, and D.C., every registered voter received a mail-in ballot for the first time.

# Engaging Historically Disenfranchised Populations

**8. Registering Voters Serving Out Felony Sentences.** Imprisonment rates disproportionately impact Black and Hispanic Americans. That's why for election officials, registering voters serving out felony sentences is an issue of social and racial justice. This summer, D.C. became the first jurisdiction in the U.S. to restore voting rights for people serving time for felony convictions. In response, the D.C. Board of Elections worked with the Federal Bureau of Prisons to send voter registration forms to 2,400 residents serving out felony sentences so that they could vote via absentee ballots in the November election.

**9. Offering In-Person Early Voting for Incarcerated Individuals.** The nation's second largest prison, Cook County Jail in Illinois, served as a polling location this year. This marked the first time in U.S. history that a prison hosted in-person early voting for a general election. It saw a 40% voter turnout rate, with over 2,000 incarcerated individuals casting ballots.

EXHIBIT D-4

**10. Educating Ex-Felons and Incarcerated Individuals.** Lack of information often prohibits ex-felons from participating in elections. In order to ameliorate this situation, this fall, the Georgia Secretary of State updated its website to include information about when ex-felons can legally exercise their voting rights, a small positive step toward providing clarity to those who were formerly incarcerated. Similarly, McLean County, Illinois has included a factsheet on their website about voting with a criminal record. Election officials there have worked with the Sheriff's department for more than a decade, providing information and voter registration forms to incarcerated individuals.

**11. Supporting Voters who Speak English as a Second Language.** In order to serve their diverse constituents, the Michigan Secretary of State's Office supplemented its website with voter information in Arabic, Burmese, Hindi, Korean, Mandarin, Spanish, Tagalog, and Urdu. Eventually, they plan to include voter registration and absentee ballot request forms translated into each of these languages, plus Bengali and Thai. In Dekalb County, Georgia, election officials offered information, including sample ballots and FAQs, in Spanish and Korean on their website. In doing so, they went above and beyond the Voting Rights Act requirements and became the first county in the state to offer an officially translated ballot in an Asian language.

**12. Offering Late-Night Voting Options.** For those who work 12-hour shifts or multiple jobs, voting between 7 a.m. and 7 p.m. when polls are typically open can be a serious challenge. Hoping to offer community members additional options and increase turnout, eight polling places in Harris County, Texas remained open all night. Over 10,000 night owls cast their ballots thanks to the new initiative.

EXHIBIT D-5

**13. Educating Native Americans to Reverse Historic Suppression.** Native Americans have historically faced obstacles and voter suppression when it comes to voting. But Colorado Secretary of State Jena Griswold is hoping to engage Native American communities in a meaningful way. In October, Griswold hired Raymond Baker, a member of the Southern Ute Indian Tribe, as Tribal Registration and Voting Education Coordinator. Griswold believes that this newly created non-partisan position will help ensure that people living on tribal lands will have access to the information they need about exercising their right to vote.

# Supporting Voters with Disabilities

**14. Expanding ASL Resources.** Jurisdictions throughout the country stepped up to assist the deaf community during the election process. Lubbock County, Texas became the first county in the state to provide an American Sign Language (ASL) interpreter at the polls. And Minnesota's Secretary of State forged a partnership with the Minnesota Commission of the Deaf, Deafblind, and Hard of Hearing to produce video "fact sheets" in ASL which offer crucial information about how to cast a ballot. Together, they also set up a voter information hotline in ASL to let voters know how and where to vote, and how to track their ballots.

**15. Offering Private and Independent Voting Options.** This fall, thousands of citizens who are blind or visually impaired were offered the option to vote privately and independently for the first time. Kentucky, Massachusetts, New Jersey, Virginia and five counties in Florida implemented accessible mail-in voting procedures, which allow voters to electronically access a ballot that is compatible with screen reader technology. Voters could mark their ballots themselves, from the comfort of their homes without any assistance, keeping the process completely private. Earlier this year, states including Michigan, Nevada, and Pennsylvania adopted similar processes.

**16. Developing Online Voting Portals.** The North Carolina State Board of Elections has also taken steps to make it easier for individuals with disabilities to vote. Thanks to a new accessible online voting portal, voters could request, receive, and return their ballots without having to print out or mail anything. Maine's Secretary of State also created a similar process. Voters could download their ballots as an accessible PDF file, fill it out digitally, and send it back via email. These online initiatives benefit voters with vision impairment or blindness, physical dexterity limitations, learning disabilities, and cognitive impairment.

EXHIBIT D-6

I APP. 1216

Image courtesy of Maine's Secretary of State website

**17. Partnering with Disability Rights Groups.** In order to ensure that voters with
disabilities have a positive voting experience, the Iowa Secretary of State partnered
with Disability Rights Iowa to equip each polling place in the state with a Voting
Accessibility Quick Check booklet. Precinct officials used this new material to
recognize and address accessibility issues on Election Day.

# Improving Access Among Displaced Voters

**18. Providing Critical Information on Election Websites.** For voters affected by
wildfires, figuring out how to vote in the November election was undoubtedly a
source of confusion and anxiety. That's why the Washington and Oregon Secretaries
of State updated their websites with clear information to assure their citizens that
they could still vote safely. The California Secretary of State also created a fact sheet
for displaced voters which they shared on social media to get the word out.

**19. Implementing Mobile Voter Sites.** Election officials understood that access to
voting this year would be a significant challenge for those who recently lost their
homes to wildfire. That's why two counties in California developed mobile voting
sites to bring the ballot box out into their communities. Los Angeles County's Mobile
Voting program set up stations in parking lots and plazas, while Santa Cruz County's
VoteMobile truck drove around the community, capturing the public's attention with
its brightly painted exterior. Aside from assisting voters displaced by natural

EXHIBIT D-7

disasters, these innovative voting options also benefit people experiencing homelessness, seniors, geographically isolated voters, and those with disabilities.

Santa Cruz County Clerk Gail Pelerin showing off the VoteMobile in their YouTube video.

**20. Supporting People Experiencing Homelessness.** The pandemic and ensuing economic crisis has exacerbated the issue of homelessness in the U.S. In an effort to include people experiencing homelessness in the electoral process, Michigan's Secretary of State partnered with the nonprofit, Michigan Coalition Against Homelessness, to promote voter education and registration. The Secretary of State's website also features a section about voting rights for housing insecure individuals which they shared on social media.

## What else are you doing?

What is your office doing to increase accessibility? What have you seen other offices do? We'd love to hear from you! Let us know by emailing hello@techandciviclife.org.

RECENT NEWS
EXHIBIT D-8

I APP. 1218

CTCL
Program
Awards
Over 2,500
COVID-19
Response
Grants

CTCL
COVID-19
Response
Grants
Available
for Georgia
Runoff

A First
Look at
CTCL
Grant
Program
Impact

Celebrating
Election
Hero Day



CENTER FOR
TECH AND
CIVIC LIFE

hello@techandciviclife.org

Media Inquiries:
Email -
press@techandciviclife.org
Phone - (872) 204-5714

Sign up for our email of election
administration
best practices, ELECTricity.

First Name

Email Address

SUBMIT

**ABOUT**

Our story

Our people

Key funders and
partners

Careers

Invite us to speak

**OUR WORK**

Election Officials

Civic Data

News & events

Donate

Privacy Policy

**CONNECT**

EXHIBIT D-9

Fulton County Superior Court
***EFILED***TB
Date: 11/30/2020 2:16 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

    PETITIONERS,

v.

                              CIVIL ACTION NO.:2020cv342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

    RESPONDENTS.

### NOTICE OF FILING

Comes now, John Wood, as Aggrieved Electors, Petitioners in the above-styled case and herein files the following documents, as attached:

1. Exhibit E

Respectfully submitted this the 30th day of November, 2020.

MADDOX & HARDING, LLC

Todd A. Harding, Esq.
Attorney for Petitioner
Ga. Bar No.: 101562

Maddox & Harding, LLC
Attorneys at Law
113 East Solomon Street
Griffin, Georgia 30223
Telephone (770) 229-4578
Facsimile (770) 228-9111

I APP. 1220

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

    PETITIONERS,

v.

                      CIVIL ACTION NO.:2020CV342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

    RESPONDENTS.


## CERTIFICATE OF SERVICE

**COMES NOW, THE PETITIONER**, by and through his attorneys of record,

and certifies that a true and accurate copy of the **NOTICE OF FILING** has been served

by personal service upon:

    Sec. Brad Raffensperger, As Chairman of the Georgia State Elections Board
    214 State Capitol
    Atlanta, GA 30334

    Governor Brian Kemp
    206 Washington Street
    111 State Capitol
    Atlanta, GA  30334

Respectfully submitted this the 30th day of November, 2020.

                      Todd A. Harding, For the Firm
                      Ga. Bar No.: 101562
                      Attorney for Petitioner

Maddox & Harding, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, GA 30223
(770) 229-4578
(770) 228-9111 facsimile

I APP. 1221

# COMPROMISE SETTLEMENT AGREEMENT AND RELEASE

This **Compromise Settlement Agreement and Release** ("Agreement") is made and entered into by and between the Democratic Party of Georgia, Inc. ("DPG"), the DSCC, and the DCCC (collectively, the "Political Party Committees"), on one side, and Brad Raffensperger, Rebecca N. Sullivan, David J. Worley, Seth Harp, and Anh Le (collectively, "State Defendants"), on the other side. The parties to this Agreement may be referred to individually as a "Party" or collectively as the "Parties." The Agreement will take effect when each and every Party has signed it, as of the date of the last signature (the "Effective Date").

**WHEREAS**, in the lawsuit styled as *Democratic Party of Georgia, et al. v. Raffensperger, et al.*, Civil Action File No. 1:19-cv-5028-WMR (the "Lawsuit"), the Political Party Committees have asserted claims in their Amended Complaint [Doc. 30] that the State Defendants' (i) absentee ballot signature matching procedure, (ii) notification process when an absentee ballot is rejected for any reason, and (iii) procedure for curing a rejected absentee ballot, violate the First and Fourteenth Amendments to the United States Constitution by unduly burdening the right to vote, subjecting similarly situated voters to disparate treatment, and failing to afford Georgia voters due process (the "Claims"), which the State Defendants deny;

**WHEREAS**, the State Defendants, in their capacity as members of the State Election Board, adopted on February 28, 2020 Rule 183-1-14-.13, which sets forth specific and standard notification procedures that all counties must follow after rejection of a timely mail-in absentee ballot;

**WHEREAS**, the State Defendants have a Motion to Dismiss [Doc. 45] pending before the Court, which sets forth various grounds for dismissal of the Amended Complaint, including mootness in light of the State Election Board's promulgation subsequent to adoption on February 28, 2020 of Rule 183-1-14-.13, which Motion the Political Party Committees deny is meritorious;

**WHEREAS**, all Parties desire to compromise and settle all disputed issues and claims arising from the Lawsuit, finally and fully, without admission of liability, having agreed on the procedures and guidance set forth below with respect to the signature matching and absentee ballot rejection notification and cure procedures; and

**WHEREAS**, by entering into this Agreement, the Political Party Committees do not concede that the challenged laws and procedures are constitutional, and

EXHIBIT E-1

I APP. 1222

similarly, the State Defendants do not concede that the challenged laws and procedures are unconstitutional.

**NOW THEREFORE**, for and in consideration of the promises and covenants contained herein, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties do hereby agree as follows:

1. <u>**Dismissal**</u>. Within five (5) business days of March 22, 2020, the effective date of the Prompt Notification of Absentee Ballot Rejection rule specified in paragraph 2(a), the Political Party Committees shall dismiss the Lawsuit with prejudice as to the State Defendants.

2. <u>**Prompt Notification of Absentee Ballot Rejection.**</u>

(a)   The State Defendants, in their capacity as members of the State Election Board, agree to promulgate and enforce, in accordance with the Georgia Administrative Procedures Act and State Election Board policy, the following State Election Board Rule 183-1-14-.13 of the Georgia Rules and Regulations:

> When a timely submitted absentee ballot is rejected, the board of registrars or absentee ballot clerk shall send the elector notice of such rejection and opportunity to cure, as provided by O.C.G.A. § 21-2-386, by mailing written notice, and attempt to notify the elector by telephone and email if a telephone number or email is on the elector's voter registration record, no later than the close of business on the third business day after receiving the absentee ballot. However, for any timely submitted absentee ballot that is rejected on or after the second Friday prior to Election Day, the board of registrars or absentee ballot clerk shall send the elector notice of such rejection and opportunity to cure, as provided by O.C.G.A. § 21-2-386, by mailing written notice, and attempt to notify the elector by telephone and email if a telephone number or email is on the elector's voter registration record, no later than close of business on the next business day.

> Ga. R. & Reg. § 183-1-14-.13 Prompt Notification of Absentee Ballot Rejection

(b)   Unless otherwise required by law, State Defendants agree that any amendments to Rule 183-1-14-.13 will be made in good faith in the spirit of ensuring that voters are notified of rejection of their absentee ballots with ample time to cure

2

EXHIBIT E-2

their ballots.  The Political Party Committees agree that the State Election Board's proposed amendment to Rule 183-1-14-.13 to use contact information on absentee ballot applications  to notify the voter fits within that spirit.

3.   **Signature Match**.

(a)   Secretary of State Raffensperger, in his official capacity as Secretary of State, agrees to issue an Official Election Bulletin containing the following procedure applicable to the review of signatures on absentee ballot envelopes by county elections officials and to incorporate the procedure below in training materials regarding the review of absentee ballot signatures for county registrars:

County registrars and absentee ballot clerks are required, upon receipt of each mail-in absentee ballot, to compare the signature or mark of the elector on the mail-in absentee ballot envelope with the signatures or marks in eNet and on the application for the mail-in absentee ballot. If the signature does not appear to be valid, registrars and clerks are required to follow the procedure set forth in O.C.G.A. § 21-2-386(a)(1)(C).  When reviewing an elector's signature on the mail-in absentee ballot envelope, the registrar or clerk must compare the signature on the mail-in absentee ballot envelope to each signature contained in such elector's voter registration record in eNet and the elector's signature on the application for the mail-in absentee ballot. If the registrar or absentee ballot clerk determines that the voter's signature on the mail-in absentee ballot envelope does not match any of the voter's signatures on file in eNet or on the absentee ballot application, the registrar or absentee ballot clerk must seek review from two other registrars, deputy registrars, or absentee ballot clerks. A mail-in absentee ballot shall not be rejected unless a majority of the registrars, deputy registrars, or absentee ballot clerks reviewing the signature agree that the signature does not match any of the voter's signatures on file in eNet or on the absentee ballot application. If a determination is made that the elector's signature on the mail-in absentee ballot envelope does not match any of the voter's signatures on file in eNet or on the absentee ballot application, the registrar or absentee ballot clerk shall write the names of the three elections officials who conducted the signature review across the face of the absentee ballot envelope, which shall be in addition to writing "Rejected" and the reason for the rejection as required under OCGA 21-2-386(a)(1)(C). Then, the registrar or absentee ballot clerk shall

commence the notification procedure set forth in O.C.G.A. § 21-2-386(a)(1)(C) and State Election Board Rule 183-1-14-.13.

(b)     The Parties agree that the guidance in paragraph 3(a) shall be issued in advance of all statewide elections in 2020, including the March 24, 2020 Presidential Primary Elections and the November 3, 2020 General Election.

**4.     Consideration of Additional Guidance for Signature Matching.** The State Defendants agree to consider in good faith providing county registrars and absentee ballot clerks with additional guidance and training materials to follow when comparing voters' signatures that will be drafted by the Political Party Committees' handwriting and signature review expert.

**5.     Attorneys' Fees and Expenses.** The Parties to this Agreement shall bear their own attorney's fees and costs incurred in bringing or defending this action, and no party shall be considered to be a prevailing party for the purpose of any law, statute, or regulation providing for the award or recovery of attorney's fees and/or costs.

**6.     Release by The Political Party Committees.** The Political Party Committees, on behalf of themselves and their successors, affiliates, and representatives, release and forever discharge the State Defendants, and each of their successors and representatives, from the prompt notification of absentee ballot rejection and signature match claims and causes of action, whether legal or equitable, in the Lawsuit.

**7.     No Admission of Liability.** It is understood and agreed by the Parties that this Agreement is a compromise and is being executed to settle a dispute. Nothing contained herein may be construed as an admission of liability on the part of any of the Parties.

**8.     Authority to Bind; No Prior Assignment of Released Claims.** The Parties represent and warrant that they have full authority to enter into this Agreement and bind themselves to its terms.

**9.     No Presumptions.** The Parties acknowledge that they have had input into the drafting of this Agreement or, alternatively, have had an opportunity to have input into the drafting of this Agreement. The Parties agree that this Agreement is and shall be deemed jointly drafted and written by all Parties to it, and it shall be interpreted fairly, reasonably, and not more strongly against one Party than the other.

Accordingly, if a dispute arises about the meaning, construction, or interpretation of this Agreement, no presumption will apply to construe the language of this Agreement for or against any Party.

**10.** **Knowing and Voluntary Agreement.** Each Party to this Agreement acknowledges that it is entering into this Agreement voluntarily and of its own free will and accord, and seeks to be bound hereunder. The Parties further acknowledge that they have retained their own legal counsel in this matter or have had the opportunity to retain legal counsel to review this Agreement.

**11.** **Choice of Law, Jurisdiction and Venue.** This Agreement will be construed in accordance with the laws of the State of Georgia. In the event of any dispute arising out of or in any way related to this Agreement, the Parties consent to the sole and exclusive jurisdiction of the state courts located in Fulton County, Georgia. The Parties waive any objection to jurisdiction and venue of those courts.

**12.** **Entire Agreement; Modification.** This Agreement sets forth the entire agreement between the Parties hereto, and fully supersedes any prior agreements or understandings between the Parties. The Parties acknowledge that they have not relied on any representations, promises, or agreements of any kind made to them in connection with their decision to accept this Agreement, except for those set forth in this Agreement.

**13.** **Counterparts.** This Agreement may be executed in counterparts which, taken together, will constitute one and the same Agreement and will be effective as of the date last set forth below, and signatures by facsimile and electronic mail will have the same effect as the originals.

**IN WITNESS WHEREOF**, the Parties have set their hands and seals to this instrument on the date set forth below.

I APP. 1226

Dated: March 6, 2020

/s/ Bruce V. Spiva

Marc E. Elias*
Bruce V. Spiva*
John Devaney*
Amanda R. Callais*
K'Shaani Smith*
Emily R. Brailey*
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
BSpiva@perkinscoie.com
ACallais@perkinscoie.com
KShaaniSmith@perkinscoie.com
EBrailey@perkinscoie.com

*Admitted Pro Hac Vice*

Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Adam M. Sparks
Georgia Bar No. 341578
**KREVOLIN & HORST, LLC**
One Atlantic Center
1201 W. Peachtree St., NW, Suite 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
sparks@khlawfirm.com

*Counsel for Plaintiffs*

/s/ Vincent R. Russo

Christopher M. Carr 112505
Attorney General
Bryan K. Webb 743580
Deputy Attorney General
Russell D. Willard 760280
Senior Assistant Attorney General
Charlene S. McGowan 697316
Assistant Attorney General
**Office of the Georgia Attorney General**
40 Capitol Square S.W.
Atlanta, GA 30334
cmcgowan@law.ga.gov
Telephone: (404) 656-3389
Facsimile: (404) 651-9325

Vincent R. Russo
Georgia Bar No. 242628
vrusso@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
**ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC**
500 14th Street, N.W.
Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

*Counsel for State Defendants*

6
EXHIBIT E-6

Fulton County Superior Court
***EFILED***TB
Date: 11/30/2020 2:21 PM
Cathelene Robinson, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
### STATE OF GEORGIA

**JOHN WOOD,**
**AS AGGRIEVED ELECTORS,**

      **PETITIONERS,**

v.                                                    CIVIL ACTION NO.:2020cv342959

**SECRETARY OF STATE BRAD RAFFENSBERGER**
**AND GOVERNOR BRIAN KEMP,**

      **RESPONDENTS.**

### NOTICE OF FILING

Comes now, John Wood, as Aggrieved Electors, Petitioners in the above-styled case and herein files the following documents, as attached:

1. Exhibit F

Respectfully submitted this the 30th day of November, 2020.

MADDOX & HARDING, LLC

Todd A. Harding, Esq.
Attorney for Petitioner
Ga. Bar No.: 101562

Maddox & Harding, LLC
Attorneys at Law
113 East Solomon Street
Griffin, Georgia 30223
Telephone (770) 229-4578
Facsimile (770) 228-9111

I APP. 1228

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

PETITIONERS,

v.

CIVIL ACTION NO.:2020CV342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

RESPONDENTS.

## CERTIFICATE OF SERVICE

**COMES NOW, THE PETITIONER**, by and through his attorneys of record,
and certifies that a true and accurate copy of the **NOTICE OF FILING** has been served
by personal service upon:

Sec. Brad Raffensperger, As Chairman of the Georgia State Elections Board
214 State Capitol
Atlanta, GA 30334

Governor Brian Kemp
206 Washington Street
111 State Capitol
Atlanta, GA  30334

Respectfully submitted this the 30th day of November, 2020.

Todd A. Harding, For the Firm
Ga. Bar No.: 101562
Attorney for Petitioner

Maddox & Harding, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, GA 30223
(770) 229-4578
(770) 228-9111 facsimile

I APP. 1229



September 2, 2020

Fulton County
Board of Commissioners
141 Pryor St SW #10
Atlanta, GA 30303

Dear Chair Pitts,

I am pleased to inform you that the Center for Tech and Civic Life ("CTCL") has awarded Fulton County a grant to support its work in connection with the safe administration of elections in 2020.

The following is a description of the grant:

**AMOUNT OF GRANT:** Six million, four hundred and sixty thousand, three hundred eighty US dollars (USD $6,309,436)

**PURPOSE:** The grant funds must be used exclusively for the public purpose of planning and operationalizing safe and secure election administration in Fulton County in accordance with the attached Fulton County Safe Voting Plan 2020

Before we transmit these funds, we ask that you sign this agreement promising to use the grant funds in compliance with United States tax laws. Specifically, by signing this letter on behalf of Fulton County you confirm and agree to the following:

1.   Fulton County is a local government unit or political subdivision in the meaning of 26 USC 170(c)(1).

2.   This grant shall be used *only* for the public purpose described above, and for no other purposes.

3.   Fulton County shall not use any part of this grant to give a grant to another organization unless CTCL agrees to the specific sub-recipient in advance, in writing.

EXHIBIT F-1

4.  Fulton County has produced a plan for safe and secure election administration in 2020, including an assessment of election administration needs, budget estimates for such assessment, and an assessment of the impact of the plan on voters ("the Plan"). The Plan is attached to this agreement. The County shall expend the amount of this grant for purposes contained in the Plan by December 31, 2020

5.  Fulton County shall produce a report documenting how this grant has been expended in support of the activities described in paragraph 4. This report shall be provided to CTCL by January 31, 2021.

6.  Fulton County shall not reduce or otherwise modify planned spending on election administration, including the budget of the Fulton County Board of Elections and Registration ("the Board"), or fail to appropriate or provide previously budgeted funds to the Board for the term of this grant. Any amount reduced or not provided in contravention of this paragraph shall be repaid to CTCL up to the total amount of this grant.

7.  CTCL may discontinue, modify, withhold part of, or ask for the return of all or part of the grant funds if it determines, in its sole judgment, that (a) any of the above conditions have not been met or (b) it must do so to comply with applicable laws or regulations.

8.  The grant project period of June 15, 2020 through December 31, 2020 represents the dates between which covered costs may be applied to the grant.

Your acceptance of these agreements should be indicated below. Please have an authorized representative of Fulton County sign below, and return a scanned copy of this letter to us by email at grants@techandciviclife.org.

On behalf of CTCL, I extend my best wishes in your work.

Sincerely,

Tiana Epps Johnson
Executive Director
Center for Tech and Civic Life

EXHIBIT F-2

I APP. 1231

FULTON COUNTY, GEORGIA

By: _____

Title: ROBERT L. PITTS
CHAIRMAN

Date: 9/16/2020

_____
TONYA R. GRIER
CLERK TO THE COMMISSION

ITEM # 20-0627 RM 9/2/20   CENTER FOR TECH & CIVIC LIFE
REGULAR MEETING                        HELLO@TECHANDCIVICLIFE.ORG
                                              PAGE 3
                                    EXHIBIT F-3

Fulton County Superior Court
***EFILED***TB
Date: 11/30/2020 2:55 PM
Cathelene Robinson, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

PETITIONERS,

v.

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

RESPONDENTS.

CIVIL ACTION NO.:2020cv342959

NOTICE OF FILING

Comes now, John Wood, as Aggrieved Electors, Petitioners in the above-styled case and herein files the following documents, as attached:

1. Exhibit G

Respectfully submitted this the 30th day of November, 2020.

MADDOX & HARDING, LLC

Todd A. Harding, Esq.
Attorney for Petitioner
Ga. Bar No.: 101562

Maddox & Harding, LLC
Attorneys at Law
113 East Solomon Street
Griffin, Georgia 30223
Telephone (770) 229-4578
Facsimile (770) 228-9111

I APP. 1233

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

JOHN WOOD,
AS AGGRIEVED ELECTORS,

     PETITIONERS,

v.

                              CIVIL ACTION NO.:2020CV342959

SECRETARY OF STATE BRAD RAFFENSBERGER
AND GOVERNOR BRIAN KEMP,

     RESPONDENTS.

## CERTIFICATE OF SERVICE

**COMES NOW, THE PETITIONER**, by and through his attorneys of record,

and certifies that a true and accurate copy of the **NOTICE OF FILING** has been served

by personal service upon:

Sec. Brad Raffensperger, As Chairman of the Georgia State Elections Board
214 State Capitol
Atlanta, GA 30334

Governor Brian Kemp
206 Washington Street
111 State Capitol
Atlanta, GA  30334

Respectfully submitted this the 30th day of November, 2020.

                           Todd A. Harding, For the Firm
                           Ga. Bar No.: 101562
                           Attorney for Petitioner

Maddox & Harding, LLC
Attorneys at Law
113 E. Solomon Street
Griffin, GA 30223
(770) 229-4578
(770) 228-9111 facsimile

## AFFIDAVIT OF ANGELA GAYLE FITZGERALD

Comes now, Angela Gayle Fitzgerald, and after being duly sworn makes the following statement under oath

1.    My name is Angela Gayle Fitzgerald.

2.    I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.    I reside at 15 Morning Dove Ct., Newnan, Georgia 30265.

4.    I arrived on ELECTION DAY (November 3, 2020) at approximately 5:15 PM at the Newnan Performing Arts Center located in Coweta County, Georgia.

5.    I stood in line and presented my driver's license to the poll worker. The poll worker checked me in and I signed the poll pad.  I was told to go to a vacant polling booth. I went to a vacant polling booth and realized I needed a green card.

6.    The poll worker overseeing the voting booths told me to stand back in line to retrieve a green card. Once I reached the beginning of the line, I informed the poll worker at check-in that she did not give me a green card. The poll worker took a green card out of her polling pad, gave it to me and told me to go to a vacant polling booth.

I APP. 1235

7.    I went to a vacant polling booth, inserted the green card and received an error that stated a vote had already been registered with that card. I informed the poll worker in the voting room and he told me to try another voting machine. I tried another machine and received the same error.

8.    The poll worker told me to stand back in line and inform the poll worker at check-in of the issue. I went to a different poll worker and was given a new card, but this poll worker did not look up my information. At this point, the polling manager escorted me to a polling booth, inserted the green card, and received the same error message that the card had already been voted. The poll manager typed in an authorization code on the admin screen to override the error. At no point did she ask which precinct I was in.

9.    I was able to vote and print my ballot. I went to scan my ballot and the scanning machines repeatedly spit out my ballot (approximately four (4) times.) There were four (4) separate scanners and I tried to scan my ballot in each one. Every time I tried to scan my ballot, it was rejected. The poll worker overseeing the scanner told me to put my scanned ballot in the bin in the back of the machine. I asked what happens after this and he responded that when the person authorized to touch the ballots came in that they would scan the ballot. The worker said that if the ballot still would not scan then they would

hand count it. I asked if there was a guarantee that my vote would be counted and the poll worker said no, that he could not guarantee that.

10.     I placed my ballot in the bin and left. I was at the polling precinct for approximately forty-five (45) minutes.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _17th_ day of November, 2020.

_Angela Gayle Fitzgerald_
ANGELA GAYLE FITZGERALD

State of Georgia
County of Coweta

Appeared before me Anglea Gayle Fitzgerald, this _17_ day of November, 2020, and after being duly sworn, stated the forgoing statements are true and correct to the best of her knowledge and belief.

_Angela Gayle Fitzgerald_
ANGELA GAYLE FITZGERALD

Alex Vargas
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 08/30/2022

Notary Public

My commission expires _8/30/2022_

AFFIDAVIT OF ANGELA GAYLE FITZGERALD
Page - 3 - of 3
EXHIBIT G-3

hand count it. I asked if there was a guarantee that my vote would be counted
and the poll worker said no, that he could not guarantee that.

10.   I placed my ballot in the bin and left. I was at the polling precinct
for approximately forty-five (45) minutes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this _17th_ day of November, 2020.

ANGELA GAYLE FITZGERALD


State of Georgia
County of Coweta


Appeared before me Anglea Gayle Fitzgerald, this _17_ day of November, 2020,
and after being duly sworn, stated the forgoing statements are true and correct
to the best of her knowledge and belief.

ANGELA GAYLE FITZGERALD

Alex Vargas
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 08/30/2022

Notary Public

My commission expires _8/30/2022_

AFFIDAVIT OF ANGELA GAYLE FITZGERALD
Page - 3 - of 3
EXHIBIT G-3

I APP. 1238



**AFFIDAVIT OF CASEY ROBINSON**

COMES NOW, Casey Robinson, Jr., who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

My name is Casey Robinson, Jr. I am over eighteen years of age and competent to testify to the matters contained herein. I voluntarily and freely make this Affidavit on my own personal knowledge, for any and all uses and purposes authorized by law.

I am a resident of DeKalb County, Georgia.

On November 3, 2020, I went to vote at Miller Grove High School, my assigned polling location.

When I handed the poll worker my identification driver's license, the poll worker scanned the license and told me that I had already voted during the early voting period.

I did not vote during the early voting period for the November 2020 election.

I did not apply for an absentee ballot, nor did I receive or submit an absentee ballot, for the November 2020 election.

After I was told that I had already voted, I was not allowed to vote via a ballot marking device/voting electronic voting machine at the location.

However, after leaving, and returning to the polling station, I was allowed to vote provisionally.

FURTHER, AFFIANT SAYETH NAUGHT.

_____          Date:_____
Casey Robinson, Jr.

Sworn to and subscribed before me
this ___ day of November, 2020

_____
NOTARY PUBLIC

My Commission Expires:_____

TANYA C. REED
NOTARY
EXPIRES
GEORGIA
March 1, 2022
PUBLIC
DEKALB COUNTY

EXHIBIT G-4

## AFFIDAVIT OF DARRELL E. MOORE

Comes Now, Darrell E. Moore, and after being duly sworn makes the following statement under oath:

1.    My name is Darrell E. Moore, DOB 1/6/1969.

2.    I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.    I reside at 22 WR Ponder Sr Rd, Tifton, GA 31793.

4.    I arrived on ELECTION DAY November 3, 2020 at 7:00 a.m. at the Docia Precinct in Tifton, GA to vote.

5.    I presented my ID, my Georgia Drivers License, to vote and the poll worker scanned it in. The poll worker asked me if I have already voted, and I responded that I had not already voted and that I always vote in person on Election Day as I am a strict constitutionalist.

6.    The poll worker informed me that I had already voted early in person. I assured him I had not already voted.

7.    A gentleman who ran the poll brought me around to a different table and opened the bag with the provisional ballots. He had me fill out a card stating my name, DOB, and address and apologized for what was happening. He took the outer envelope and filled out my information, he

- 1 -

EXHIBIT G-5

gave me the outer envelope, a provisional ballot and a second plane envelope. I filled out the provisional ballot, placed it into the plane envelope, and then plane envelope containing the provisional ballot into the completed outer envelope and I handed the entire packet with the provisional ballot in it back to him and he placed it into the provisional ballot bag.

8.     Later, on November 3, 2020, I called the Georgia Secretary of State's Office at (877) 725-9797 because I was concerned that my vote wasn't going to count, and I spoke with Demetrius and explained the whole situation to her. She told me that the records show that I requested an absentee ballot on October 14, 2020 and that I returned a completed ballot on October 21, 2020. I told her definitively that I did not do that and had not voted prior to Election Day. I left my information with her and she said it was possible that someone might get back to me.

9.     On November 16, 2020, I received a letter from the Tift County Board of Elections and Registration informing me that they reviewed the information for my provisional ballot cast in the November 3, 2020  election and confirming that they checked their records and found that I was eligible to vote in the November 3, 2020 election and that my ballot will be counted.

- 2 -

EXHIBIT G-6

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 17 th day of November, 2020.

Darrell E. Moore

EXHIBIT G-7

I APP. 1242

State of Georgia
County of ⎯Tift⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Appeared before me _Darrell E. Moore_ this 17 day of November 2020 and
after being duly sworn and providing me sufficient proof of his identity, that
is, his Georgia Drivers License, stated the forgoing statements are true and
correct to the best of his knowledge and belief.

_Darrell E. Moore_

_Debra M Kendrick_
Notary Public

My commission expires _10|24|23_

- 4 -

EXHIBIT G-8

I APP. 1243




**BOARD MEMBERS**

AMOS KIMBROUGH
JAMES PERRY TAYLOR
PATRICIA ROBISON
TRAD PAULK
STEPHANIE C. MCREE

Tift County
Board of Elections & Registration
22 Chestnut Avenue Building B
P.O. Box 1867 Tifton, GA 31793
Office 229-386-7915
Fax 229-386-7906

LEILA E DOLLISON
ELECTION SUPERVISOR

SHELIA M HOLLEY
ELECTION TECHENCIAN

Date: November 6, 2020

RE: Provisional Ballot – November 3, 2020

Dear Voter

I, Superintendent of Elections of Tift County have reviewed your information for the Provisional ballot cast for the November 3, 2020 General Election. The Tift County Board of Elections & Registration checked their records and has found you to be eligible to vote in the above election and your ballot will be counted.

Thank you for voting. Please check your records with Tift County at least 30 days prior to any election so you can make any changes needed to vote, as we cannot make changes after this date.

Sincerely,

*Amos Kimbrough*

Amos Kimbrough, Chairman

EXHIBIT G-9

I APP. 1244

## AFFIDAVIT OF DAVID CLIFTON HIGHTOWER, JR.

Comes now, David Clifton Hightower, Jr., and after being duly sworn makes the following statement under oath:

1.    My name is David Clifton Hightower, Jr.

2.    I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.    I reside at 700 Avenue E, West Point GA, 31833.

4.    I arrived on election day (November 3, 2020) in the afternoon at or near 611 O. G. Skinner Dr., West Point, GA 31833.

5.    I presented my drivers' license to vote and was told according to the system I had already voted.

6.    I told the poll worker I had never voted at any time before. I told the poll worker that I was there on Election Day to vote in person.

7.    The poll worker told me that I could do a provisional ballot. They asked me to fill out a form and then gave me a paper ballot. After I completed my ballot and made my selections, I placed the ballot in the two envelopes provided and then I placed the envelopes in the designated box as directed.

8.    I was not provided with information on how to know whether my provisional ballot would count and whether it in fact was counted.

EXHIBIT G-10

9.    I did not request an absentee ballot, I did not receive an absentee ballot in the mail, and I did not fill out or mail an absentee ballot at any time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of November, 2020.

_DAVID CLIFTON HIGHTOWER, JR._

State of Georgia
County of Troup

Appeared before me DAVID CLIFTON HIGHTOWER, JR., this 17th day of November, 2020, and after being duly sworn, stated the forgoing statements are true and correct to the best of HIS knowledge and belief.

I verified HIS identity and witnessed HIS signature via FACETIME at 4:53 PM on the 17th day of November, 2020.

_LORETTA T. McCRANIE_

Notary Public

My commission expires 03|15|2023

EXHIBIT G-11

I APP. 1246

## AFFIDAVIT OF DYLAN LUKE DAVIS

Comes now, Dylan Luke Davis, and after being duly sworn makes the following statement under oath

1.  My name is Dylan Luke Davis.

2.  I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.  I reside at 130 State Dairy Farm Road, Milledgeville, Georgia, 31061.

4.  This is in Baldwin County.

5.  On October 19, 2020, I went to the Baldwin County Courthouse, an early voting precinct, located at 1601 North Columbia Street, Milledgeville, Georgia, 31061.

6.  This was the first time that I was going to vote in an election.

7.  I presented my identification and voted on a large tablet with my ballot.

8.  I took my ballot to the front of the room, where there were two machines to insert the ballot.

9.  As I watched people going to the machines, I thought that the poll workers were directing Republicans to one machine and Democrats to the other machine.

10.  I was told to go to a certain machine, I put my ballot in the machine and then I left the early voting precinct.

11.  Later, my stepfather told me about the "My Voter Page" where I could check the status of my ballot.

EXHIBIT G-12

I APP. 1247

12. My stepfather said that an absentee ballot was requested in his name, after he had already voted early.

13. I went to the website, mvp.sos.ga.gov, at "My Voter Page", to check my voter status.

14. The page showed that on October 26, 2020, I requested an absentee ballot, I was issued an absentee ballot and I accepted the absentee ballot – all on the same day.

15. When I told my family and friends, several of them stated the same thing had happened to them as well.

16. This was extremely concerning to me.

17. I do not believe that my vote counted, and someone stole my vote.

18. I believe that Baldwin County is known as a Republican County and I was surprised when the county turned blue after the election.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of November, 2020.

Dylan Luke Davis
478.696.3406
DylanDavis2448@gmail.com

I APP. 1248

State of Georgia

County of Baldwin

Appeared before me _____, this ___ day of November 2020 and after being
duly sworn, stated the forgoing statements are true and correct to the best of his knowledge
and belief.

_____

R. Michal Smith

Notary Public

My commission expires 06-21-2024



EXHIBIT G-14

I APP. 1249

### AFFIDAVIT of Elizabeth Madrigal Walker

I, Elizabeth Madrigal Walker, a non-attorney, personally appeared before the undersigned notary public, and under oath or affirmation make the following statements that are true to the best of my knowledge, information, and belief:

1.

I reside at 5325 Camden Lake Drive NW, Acworth, Georgia, 30101, Cobb County and can be reached at the following phone number 678-372-0205.

2.

I am US Citizen and legally came to the United States of America from Jalisco, Mexico. I am registered to vote in Cobb County, Georgia.

3.

I am over eighteen years of age and competent to testify regarding the matters set forth herein from information that I have obtained from my own personal knowledge. I have written the enclosed statements (paragraph 6) therein are true and correct to the best of my personal knowledge. I make the statements contained herein and in the attached document freely, voluntarily and under oath.

4.

Background: I owned and operated a NAEYC Accredited Early Learning Center for 13 years in Paulding County, Georgia. I served families of all different races, cultures, economic status, and religions. I served as an early childhood assistant and lead teacher in various private and public settings including the Head Start program in Illinois. I homeschool my three children ages 18, 15, 11. I am married to Paul Walker for the past twenty-five plus years. Additional information- https://favoritetime.com/myjourney

EXHIBIT G-15

I APP. 1250

5.

I affirm each and every statement in this affidavit (paragraph 6) and would testify to these facts in Court if I were present in Court.

6.

### Elizabeth Madrigal Walker's Sworn Statements



(1) I early voted on Friday, October 23, 2020 at approximately 2:20pm at the Senior Center in Acworth located at Cobb County Kennworth Park, 3900 S Main St, Acworth, Georgia 30101

(2) I arrived at the voting location with my husband, Paul Walker, and my daughter, Hannah Walker who were also early voting. My younger daughter, Naomi, was also with me but not eligible to vote as she is only eleven years old.

(3) The process of voting seemed simple and direct. They had two table areas, a voting booth, and a validation voting machine (what the poll worker called the machine where you deposited your voting print-out).

(4) At the first table, I was asked to fill a voting form with my personal information.

(5) Then I was directed to go to a second table and sit down in front of a poll worker. My daughter, and I both walked together to the second table. As I was sitting down next to my daughter, I was re-directed to sit one chair over and away from my daughter. As I sat down, I turned in my voting form. The first question I was asked was "Did you register to vote?" my response was, "Yes". The second question that I was asked was, "Do you have your ID?" my response was, "Yes". Then the poll worker asked me to give her my ID.

(6) While the poll worker was checking my voting form and my ID, a young gentleman came in and put half of his body on the table and barely lifted his head. I remember thinking

I APP. 1251

to myself that this person did not look old enough to vote as he looked my son's age. He seemed about 15 or 16 years of age. The immature way he handled himself caught my attention and I looked over to see what he was doing? I noticed that the young gentleman did not have a voting form with his personal information. He was also asked the same two questions I was asked, "Did you register to vote?" and "Do you have an ID?" He responded "No" to both questions. Then the person who was in-charge of the voting process, said "I'll help y'all"(slang). Then they both left the table and he proceeded to a voting booth.

(7) I was still waiting to get my ID (driver's license back). What I witnessed did not seem right to me. After I voted our family went outdoors to take a few pictures. This was the first time my daughter voted as she turned 18 this year. I remember not saying much to Hannah initially about what I just witnessed as I did not want to say something discouraging or negative the first-time, she ever voted.

(8) After we were done taking the pictures around 2:35pm approximately, my daughter said, "the guy sitting next to me did not have a registration form or ID." This is a different young gentleman then the one I witnessed who was also helped to vote with no ID and no registration according to my daughter. The poll worker helping this gentleman was different then the poll worker helping the gentlemen witnessed. My daughter communicated that "it seemed very suspicious." She also said that the person in charge of handling the voting process, smiled and said quietly to the young gentleman, "Oh, I got you."

(9) We believe the two young gentlemen (or teenager boys) that my daughter and I witnessed voting without being registered and with no ID were also accompanied by a few other teenagers or younger gentlemen.

EXHIBIT G-17

I APP. 1252

(10) The description of the young man I witnessed: black teenager, around 15 or 16 years old, skin color-black, tall, thin, wearing a dark hoodie sweater and hat/cap.

(11) The description of the poll worker I witnessed: black woman around 45 years old, medium-set, short dark hair and long nails.

(12) The description of the young man my daughter Hannah witnessed and stated to me: black teenager, tall, wearing a black hoodie sweeter that was halfway on his head.

(13) The description of the poll worker by daughter Hannah witnessed and stated to me: heavy-set black women.


State of Georgia
County of Cobb

Signed and sworn to (or affirmed) before me on this ___11___ day of ___November___, 2020.

By ___Elizabeth Madrigal - Walter___
Print name or individual making statement

Type of ID ___Drivers Licence___

___Elizabeth Madrigal Walter___
Signature of Affiant

Sworn to and subscribed before me
this ___11___ day of ___November___, 2020.

_____
Notary Public

My commission expires:
___Dec 18, 2023___          [SEAL]


Page 4 of 4


EXHIBIT G-18


I APP. 1253

## AFFIDAVIT OF ANGELA GAYLE FITZGERALD

Comes now, Angela Gayle Fitzgerald, and after being duly sworn makes the following statement under oath

1.     My name is Angela Gayle Fitzgerald.

2.     I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.     I reside at 15 Morning Dove Ct., Newnan, Georgia 30265.

4.     I arrived on ELECTION DAY (November 3, 2020) at approximately 5:15 PM at the Newnan Performing Arts Center located in Coweta County, Georgia.

5.     I stood in line and presented my driver's license to the poll worker. The poll worker checked me in and I signed the poll pad. I was told to go to a vacant polling booth. I went to a vacant polling booth and realized I needed a green card.

6.     The poll worker overseeing the voting booths told me to stand back in line to retrieve a green card. Once I reached the beginning of the line, I informed the poll worker at check-in that she did not give me a green card. The poll worker took a green card out of her polling pad, gave it to me and told me to go to a vacant polling booth.

page90

7.    I went to a vacant polling booth, inserted the green card and received an error that stated a vote had already been registered with that card. I informed the poll worker in the voting room and he told me to try another voting machine. I tried another machine and received the same error.

8.    The poll worker told me to stand back in line and inform the poll worker at check-in of the issue. I went to a different poll worker and was given a new card, but this poll worker did not look up my information. At this point, the polling manager escorted me to a polling booth, inserted the green card, and received the same error message that the card had already been voted. The poll manager typed in an authorization code on the admin screen to override the error. At no point did she ask which precinct I was in.

9.    I was able to vote and print my ballot. I went to scan my ballot and the scanning machines repeatedly spit out my ballot (approximately four (4) times.) There were four (4) separate scanners and I tried to scan my ballot in each one. Every time I tried to scan my ballot, it was rejected. The poll worker overseeing the scanner told me to put my scanned ballot in the bin in the back of the machine. I asked what happens after this and he responded that when the person authorized to touch the ballots came in that they would scan the ballot. The worker said that if the ballot still would not scan then they would

hand count it. I asked if there was a guarantee that my vote would be counted and the poll worker said no, that he could not guarantee that.

10.   I placed my ballot in the bin and left. I was at the polling precinct for approximately forty-five (45) minutes.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___17th___ day of November, 2020.

_Angela Gayle Fitzgerald_
ANGELA GAYLE FITZGERALD

State of Georgia
County of Coweta

Appeared before me Anglea Gayle Fitzgerald, this _17_ day of November, 2020, and after being duly sworn, stated the forgoing statements are true and correct to the best of her knowledge and belief.

_Angela Gayle Fitzgerald_
ANGELA GAYLE FITZGERALD

Alex Vargas
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 08/30/2022

Notary Public

My commission expires ___8/30/2022___

AFFIDAVIT OF ANGELA GAYLE FITZGERALD
Page - 3 - of 3
EXHIBIT G-21

### AFFIDAVIT OF JORDAN TRUESDALE

COMES NOW JORDAN TRUESDALE, who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Jordan Truesdale. I am over eighteen years of age and competent to testify to the matters contained herein. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a resident of Dekalb County, Georgia.

3. I moved into Dekalb County in July 2020. I previously lived in Memphis, Tennessee.

4. In mid-September 2020, I registered to vote in Georgia, and my registration was complete by mid-October of 2020.

5. I requested an absentee ballot on October 15, 2020, and received the absentee ballot about a week later.

6. However, after filling out my absentee ballot, I decided to vote in person on Election Day instead. Thus, I did not mail in or drop off my absentee ballot anywhere before Election Day.

7. On the morning of Election Day, November 3, 2020, before going to vote, I went to the DMV to obtain a driver's license, and the DMV issued me a temporary (paper) driver's license.

8. I thereafter went to vote at Marbut Elementary School in Dekalb County. I arrived at the polling place around 9:45 A.M. on November 3, 2020.

9. At first, the poll worker seemed unsure that I would be able to vote using my paper license.

1

EXHIBIT G-22

I APP. 1257

10. Then, the poll worker told me that the system indicated that I had already voted early in person. I explained that I did not vote early in person, and that I had requested and received an absentee ballot but never mailed it in or dropped it off.

11. I then retrieved my absentee ballot from my car and presented it to the poll worker.

12. The poll worker made a phone call, and then told me that according to the system, I was at the wrong polling location. Specifically, I was told that I was supposed to vote in Gwinnett County.

13. I responded by showing the poll worker my My Voter Page from the Georgia Secretary of State Website, which listed Marbut Elementary School in Dekalb County as my polling place.

14. The poll worker continued his phone conversation for about five more minutes. After that, the poll worker was able to somehow bypass or clear the message in the system indicating that I had already voted early in person. I was then able to vote using the ballot machine.

15. I gave my absentee ballot to one of the poll workers upon request.

FURTHER, AFFIANT SAYETH NAUGHT.

**JORDAN TRUESDALE**

Sworn to and subscribed before me
this 4th day of November, 2020.

NOTARY PUBLIC

My Commission Expires

EXHIBIT G-23

I APP. 1258



EXHIBIT G-24

From:

## AFFIDAVIT OF JUDITH HULL

COMES NOW JUDITH HULL who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1.     My name is Judith Hull.  I am over the age of eighteen (18) years, I am suffering from no legal disabilities, and I am competent to make this Affidavit.  I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2.     I am a registered Georgia voter.  My address is 201 Crosstown Dr., Apt. 2007, Peachtree City, GA, 30269 and my phone number is 678-261-0748.

3.     On November 3, 2020 shortly after 9:00 A.M., I arrived to vote at a The Gathering Place at 203 McIntosh Trail, Peachtree City, GA, 30269.

4.     There was no line, so I went right to the check-in table and gave the poll worker my driver's license.  She looked me up in a big paper book and said that it showed that I had already voted, and voted in person. I assured her I had not yet voted and asked what I should do now.  She went to check with a gentleman.

5.     The gentleman told me I had to vote provisionally.  I asked the poll worker what that meant and she said that it means we may or may not accept your vote.  She said that I should go ahead and turn it in and then they would decide whether to accept it.  So that's what I did. I filled out a paper ballot, put it into two envelopes, and dropped it in the slot.

EXHIBIT G-25

I APP. 1260

Case 1:17-cv-02989-AT   Document 1082-7   Filed 11/06/20   Page 2 of 3

6.  The woman told me that other people at the polling location had run into the same problem.

7.  She gave me a phone number, 1-833-547-8683, to call to see if my vote was counted. I called them in the evening of November 3, 2020, and the gentleman I spoke to said that there was a computer glitch from the Secretary of State's office. He told me that this had happened to a lot of other people. I don't know what he considers a lot.

8.  I am concerned that somebody voted for me because they knew I am disabled and assumed that I wouldn't be able to vote in person. The man I spoke to on the phone said that no one voted for me; it was just a glitch. He did not say whether or not they would accept my vote. He said they would look into it, and gave the impression that they probably would accept it, but wouldn't say for sure.

9.  I plan to call them again and find out whether my vote was counted.

10.  I couldn't have voted early because I was quarantined because of the virus. I live on an assisted living floor, and we are very strictly quarantined. I have to be escorted to the doctor, and cannot leave to go to the store or for other reasons. They only lifted the quarantine the day before yesterday.

11.  My assisted living facility offered me an absentee ballot, but I never filled it out because I wanted to vote in person. Someone from the facility drove me to the polling place and took me back after.

EXHIBIT G-26

Case 1:11-cv-07298-AT   Document 1000-7   Filed 11/06/20   Page 2 of 3

12.   I have voted many times and this has never happened to This situation is totally perplexing. I don't understand how a glitch can make it look like I already voted when I haven't.

FURTHER AFFIANT SAYETH NAUGHT



Sworn to and subscribed before me
this 5ᵗʰ day of November, 2020.

NOTARY PUBLIC
My Commission Expires:

TANYA C REED
NOTARY
EXPIRES
GEORGIA
March 1, 2022
PUBLIC
DEKALB COUNTY

EXHIBIT G-27

I APP. 1262

## AFFIDAVIT OF KELLEY KAYLOR GALLOWAY

Comes now, Kelley Kaylor Galloway, and after being duly sworn makes the following statement under oath

1.    My name is Kelley Kaylor Galloway.

2.    I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.    I reside at 25 Oak Drive, Unit 2, McCaysville, GA 30555.

4.    I arrived on Election Day (November 3, 2020) after work at approximately 5:30 pm at the Flinthill polling place located in Epworth, Fannin County, Georgia.

5.    I presented my driver's license id to vote and was told that, according to the voter registration system, I was in the wrong precinct since my driver's license was issued to someone with a name different from mine in Fulton County Georgia and that I was not registered to vote and could not vote.

6.    I was shocked and surprised when I was told this since I have lived in Epworth for the past 8 years and I have voted in this same voting precinct a number of times.

7.    I then spoke with the Poll supervisor, and told him that I was recently married and that I changed my driver's license the day before the

EXHIBIT G-28

election. He asked for my maiden name, which is Kaylor. When he entered my maiden name into the database he confirmed that I was properly registered and he allowed me to vote. He was unable to explain why the scan of my license was shown to be someone else with a Fulton County address.

8.      I called the Georgia Voter hotline to complain and I am making this affidavit because I am very concerned that my right to vote in person was almost denied as a result of a software error and I am concerned that my license appeared to be in the voting database showing a Fulton County address and a different person.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 16 day of November, 2020.

Kelley Galloway
Kelley Galloway

State of Georgia
County of Fannin


Appeared before me Hillary Nicholson this 18 day of November 2020 and after being duly sworn, stated the forgoing statements are true and correct to the best of her knowledge and belief.


Notary Public

My commission expires 03/06/2021

EXHIBIT G-29

DocuSign Envelope ID: A46F8B4F-3C69-45B8-8E83-F0619D83E8CA

# AFFIDAVIT OF KELSEY AMANDA SASSER

Comes now, Kelsey Amanda Sasser, and after being duly sworn makes the following statement under oath.

1.  My name is Kelsey Amanda Sasser.

2.  I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.  I reside at 560 Lost River Bend, Alpharetta, Georgia, 30004.

4.  On October 25, 2020, on or around 4:00pm, I arrived at the Milton Library located at 855 Mayfield Road, Milton, Georgia, 30009.

5.  When I presented my identification to vote I was told, according to the system, that I had already requested an absentee ballot.

6.  I told the poll worker that I never requested an absentee ballot and that I was there to vote in person.

7.  The poll worker told me that I would need to sign an Affidavit and that my absentee ballot would be discarded if I received it.

8.  To this day, I have never received an absentee ballot.

9.  I signed the Affidavit and was assured that my vote would count.

10.  I strongly believe that I was a target of voter fraud because I am disabled and someone was trying to take advantage of me.

- 1 -

EXHIBIT G-30

I APP. 1265

A45F8B4F-3C89-45B8-8E83-F0619D83E8CA

11.   I believe that someone requested my absentee ballot, thinking I would not notice because I was disabled and they were planning to steal my vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November, 2020.

*Kelsey Sasser*

Kelsey Amanda Sasser
678.727.3081
KelseySasser@protonmail.com

- 2 -
EXHIBIT G-31

I APP. 1266

DocuSign Envelope ID: A46F8B4F-3C89-45B8-8E83-F0619D83E8CA

State of Georgia
County of Fulton


Appeared before me _____, this ___ day of November 2020 and
after being duly sworn, stated the forgoing statements are true and correct to
the best of his knowledge and belief.


_____

*R. Michael Smith*

Notary Public

My commission expires 06-21-2024

-3-

EXHIBIT G-32

I APP. 1267

## AFFIDAVIT OF KRISTEN WATT

COMES NOW KRISTEN WATT who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1.      My name is Kristen Watt. I am over the age of eighteen (18) years, I am suffering from no legal disabilities, and I am competent to make this Affidavit. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2.      I am a registered Georgia voter. My permanent address is 1989 Tuttle Ave, Conley, GA, 30288 and my phone number is 678-519-7971.

3.      On November 3, 2020 at approximately 9:30 A.M., I arrived to vote at the Cedar Grove United Methodist Church at 3430 Bouldercrest Road, Conley, GA, 30288. I had requested an absentee ballot, but it never arrived so I decided to vote in person.

4.      I came in and was directed to a desk to scan my ID. The poll worker scanned my ID and it showed that I already voted. She scanned my ID a second time and it still showed up as having already early voted. Both times, the poll worker showed me the screen that said that I had voted already, even though I had not even received my ballot.

EXHIBIT G-33

I APP. 1268

5.    I was directed to the "voting center" table to speak with a woman who seemed to be in charge. This woman tried scanning my ID again and got the same result.

6.    I explained to her that I had applied for an absentee ballot but never received it. The woman called her supervisor, and had me sit and wait while she called. This wasn't a problem because the polling place was not crowded.

7.    The supervisor told the woman to have me fill out a provisional ballot. I filled out all of my information, then filled out the actual ballot. The ballot was put in an envelope, and then the envelope was placed in a second envelope which was then put in a special bag

8.    They gave me a number to call and check the status of my ballot. I called the number about two or three hours after I left the polling place, but when I called, the phone just rang and rang, then told me my call could not be completed and disconnected. The number was 1-866-335-8683.

9.    I was told I had voted early in person on a day in October. I don't remember the day. It's not possible that I voted in person in October because I was away at the University of West Georgia the whole month of October, and only came

EXHIBIT G-34

home on October 31 to get my car serviced. I have a receipt from October 31 in DeKalb County from when I got my car serviced after driving home.

10.   I filled out the absentee ballot request form on September 25.  I remember the date because it was the day before my birthday and I had gone home to get my hair, eyebrows, and nails done. I filled it out next to my grandmother.

11.   I am certain that I did not submit the absentee ballot. I requested the ballot to be sent to my address at school. I checked in the mail room in my building every day during the month of October, and specifically asked the mail room workers about it. Other people in my building also requested mail ballots and did not receive them.  I do not know if they had the same problem when they tried to vote.

12.   This was my first time voting. I requested an absentee ballot in 2018 but never received it.  I also requested a ballot for the 2020 primary.  It did come, but I did not get it in time to vote.

FURTHER AFFIANT SAYETH NAUGHT

DocuSigned by:

*Kristen Watt*

5D6120D52FAC422

Sworn to and subscribed before me
this 5th day of November, 2020.

*Tanya C Reed*

NOTARY PUBLIC
My Commission Expires:

TANYA C REED
NOTARY
EXPIRES
GEORGIA
March 1, 2022
PUBLIC
DEKALB COUNTY

EXHIBIT G-35

## DECLARATION OF LARRY DEAN RIVERS

Pursuant to 28 U.S.C. § 1746, I, Larry Dean Rivers, make the following declaration.

1.     I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2.     I am a voter in Screven County.

3.     I reside at 1600 Robbins Branch Road, Sylvania, GA 30467.

4.     Around 8:00 A.M. on November 3, 2020, I went to vote at Hunters Community House, located at 312 Hunters Road, Sylvania, GA, 30467.

5.     I presented a valid Georgia Driver's License.

6.     A poll worker informed scanned my license with a machine.

7.     I signed the prompts on the machine confirming my identification.

8.     A poll worker provided me with a voter card.

9.     I filled out the form/voter card on the voting machine.

10.    The machine printed a ballot that accurately reflected my vote.

11.    When I attempted to scan my ballot, the machine rejected my ballot.

12.    At that point, a poll worker informed me that I had already cast a ballot.

EXHIBIT G-36

I APP. 1271

13.   A poll worker was unable to go back into the machine to allow me to vote.

14.   A poll worker informed me that I could cast a provisional ballot.

15.   I casted a provisional ballot.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November, 2020.

Larry Dean Rivers
912-658-8188
Rwaters138@planters.net

EXHIBIT G-37

I APP. 1272

## AFFIDAVIT OF LAURA SINGLEY

COMES NOW LAURA SINGLEY, who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Laura Singley. I am over eighteen years of age and competent to testify to the matters contained herein. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a resident of Dekalb County, Georgia.

3. During the November 3, 2020 election, I appeared to vote at All Saints Catholic Church in Dekalb County.

4. I arrived at the polling place around 8:30 A.M. on November 3, 2020. A poll worker scanned my ID and told me that I had already voted in person. The poll worker rescanned my ID a few more times to confirm this. Another poll worker came to help, but was also in the middle of helping another person. I was asked to step back while the poll workers figured out the situation.

5. I was then told by the second poll worker that I had requested an absentee ballot and had voted in advance.

6. I did not vote early. I never requested an absentee ballot. I never received an absentee ballot in the mail in my name.

7. I was asked to vote provisionally, which I then did. I was told the provisional ballot would make my first vote invalid and that I could track the provisional ballot.

1

EXHIBIT G-38

I APP. 1273

FURTHER, AFFIANT SAYETH NAUGHT.

*Laura Singley*

**LAURA SINGLEY**

Sworn to and subscribed before me
this __4th__ day of _November_ 2020.

*Tanya C. Reed*
NOTARY PUBLIC

My Commission Expires:



2

EXHIBIT G-39

I APP. 1274

## AFFIDAVIT OF MAI ETTA MAHLUM

COMES NOW, MAI ETTA MAHLUM, and after being duly sworn makes the following statement under oath:

1.

My name is Mai Etta Mahlum. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2.

I reside at 110 Great Oaks Lane, Roswell, Georgia 30075.

3.

On October 12, 2020, I arrived at the Roswell Library to cast my ballot on the first day of early voting.

4.

Around 12:30 PM, I witnessed a white van arrive at the Roswell Library. The van's occupants included an African American female and an African American male. The female approached the Absentee Ballot Box, unlocked it, and removed the ballots in a red bag. The red bag was then taken back to the white van, the side door of the van was opened, and the ballots were poured onto the van's floor. The female and male then went through each of the ballots. After this, the female and male placed the ballots back into the red bag and drove off with the ballots still in their possession.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of November, 2020.

MAI ETTA MAHLUM

1 of 2

EXHIBIT G-40

STATE OF GEORGIA

COUNTY OF FULTON

Appeared before me Mai Etta Mahlum, this 18th day of November 2020 and after being duly

sworn, stated the forgoing statements are true and correct to the best of her knowledge and belief

MAI ETTA MAHLUM

Notary Public

My commission expires 5/20/2023



EXHIBIT G-41

I APP. 1276

DECLARATION OF MICHAEL GONZALEZ

Pursuant to 28 U.S.C. § 1746, I, Michael Gonzalez, make the following declaration.

- I am over the age of 18 years, and I am under no legal disability which would prevent me from giving this declaration. If call to testify, I would testify under oath to these facts.

- I am a resident and registered voter of Hall County, GA.

- On October 15, 2020 I went to the Library at the entrance of Sterling on The Lakes in Hall County an early voting location and cast a ballot in the 2020 general election.

- As of November 11, 2020, there is no record of me voting on the My Voter Page.

- I called November 11th 2020 my county Board of Elections to inquire if they had a record of me voting, however, I was told there was no record on the Official State of Georgia My Voter Page at www.mvp.sos.ga.gov that I had cast a ballot. The Hall County Rep did indicate that I voted on October 15th but could not confirm why the My Voter Page at www.mvp.sos.ga.gov could not confirm that I had cast a ballot.

- I have reported on November 11th 2020 this voting concern to the State of Georgia Elections Division website and the Coalition for Good Governance

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of November, 2020

Michael Gonzalez
Mike101769@yahoo.com

EXHIBIT G-42   Scanned with CamScanner

I APP. 1277

## AFFIDAVIT OF MICHAEL J. STRUTTON

Comes now, Michael J. Strutton, and after being duly sworn makes the following statement under oath

1.   My name is Michael J. Strutton.

2.   I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.   I reside at 8975 Meadow Walk, Villa Rica, Georgia 30180.

4.   I arrived to vote on November 3, 2020 between 10:00 and 11:00 at Ephesus Church located at 8445 Ephesus Church Road, Villa Rica, Georgia 30180.

5.   As I went to vote, I gave the lady at the precinct my identification. The lady issued me a digital card to vote in the voting booth, and as she was preparing the digital card, the lady took the card out of the computer and said something was wrong with the card. She stated: "That card doesn't work." The lady set the card aside and gave me different digital card to use which lead me to believe that she had configured the first card against the ballot and issued me a "dummy" card or something.  I voted with the second card and got a printout.  I took the printout to the ballot reader which rejected my printout three times in a row. Finally, they did something to the scanner, and the

**EXHIBIT G-43**

scanner accepted my ballot. I don't know what the person did to cause the printout to go through the scanner.

6.      I did look at the printout of my ballot, and the ballot appeared to be correct. However, the scanner didn't seem to want to accept the printout.

7.      Since I was suspicious of the lady issuing the digital card, I made sure to vote in the booth closest to the lady. I wanted to see what she was going to do with that card. She just kept it in her left hand off to the side the whole time I voted. She registered another person and kept the first card to the left. She kept the card separate from the pile she had in front of her. When I left the voting precinct, the card remained in the lady's left hand.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2020.

State of Georgia
County of Douglas

Appeared before me _Valerie Mueller_, this 17th day of November 2020 and after being duly sworn, stated the forgoing statements are true and correct to the best of his knowledge and belief.

EXHIBIT G-44



Notary Public

My commission expires 8|10|2021

EXHIBIT G-45

## AFFIDAVIT OF MITCHELL WATKINS

Comes now, Mitchell Watkins, and after being duly sworn makes the following statement under oath

1.    My name is Mitchell Watkins.

2.    I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.    I reside at 982 Wylie Street, Atlanta, Georgia 30316.

4.    I am registered to vote in Fulton County. However, I requested an absentee ballot, which was sent to my relatives' house at 3418 Fernway Drive, Montgomery, Alabama 36111. I received the absentee ballot there sometime in early October. However, during that time I grew worried about whether the absentee ballot would be timely processed, and I decided to vote in person instead. I still have my absentee ballot, and have not opened the envelope in which it was sent.

5.    During early voting and in the week before Election Day, I arrived at the Fulton County polling precinct located at the Georgia International Convention Center, 2000 Convention Center Concourse, College Park, Georgia 30337.

EXHIBIT G-46

I APP. 1281

6.      A friend, Michael LaCagnina, has described his voting experiences in a separate affidavit. When he voted in DeKalb County on October 25, 2020, he watched the poll worker question the man in line ahead of him after the man had produced his identification. The poll worker asked the man if he had received an absentee ballot, and after the man told her that he had received an absentee ballot, the poll worker asked the man where his absentee ballot was. The man told the poll worker that the absentee ballot was in his car and asked if he should retrieve it. The poll worker indicated that he did not need to, and the man proceeded to vote.

7.      As detailed in my friend's affidavit, after he finished voting, a poll worker took his ballot from him and reviewed the ballot before my friend had a chance to scan the ballot. My friend was upset by this experience, and he called me as he left the polling precinct. He still does not know whether the poll worker ever scanned the ballot.

8.      Because of my friend's experiences I have described above, I brought my absentee ballot with me to the Fulton County polling precinct. However, after I provided my identification to the poll worker, she did not ask whether I had an absentee ballot. She simply gave me a plastic card to operate the machine and pointed me towards the voting machines.

EXHIBIT G-47

9.    A sign beside the voting machines instructed voters first to return the plastic voting cards to the workers seated at the tables at the side of the convention hall before taking their ballots to be scanned.  The scanner was located at the entrance to the hall.  After I voted at the voting machine, I printed my ballot and began walking quickly to the scanner.  By the time I was halfway across the convention hall, a poll worker seated at the tables on the side stood up and started waving at me.  I ignored her and she began to run, not towards me but towards the scanner.  I made it to the scanner and was able to begin scanning my ballot before she reached me.  She then took the ballot from the bottom of the scanner along with my card.  I believe that my vote was scanned, but I am far from certain it would have been had she reached the scanner first.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2020.

_Mitchell Watkins_
Mitchell Watkins

EXHIBIT G-48

I APP. 1283

State of Georgia
County of Fulton

Appeared before me _Mitchell Philip Watkins_, this _17th_ day of November 2020 and
after being duly sworn, stated the forgoing statements are true and correct to
the best of his knowledge and belief.

Notary Public

My commission expires _07-19-2024_

```
Dishelesh Jones
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires 07/19/2024
```

EXHIBIT G-49

I APP. 1284

## AFFIDAVIT OF MICHAEL LACAGNINA

Comes now, Michael LaCagnina, and after being duly sworn makes the following statement under oath

1.  My name is Michael LaCagnina.

2.  I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.  I reside at 755 North Avenue, Atlanta, Georgia 30306.

4.  Although I now reside in Fulton County, I am registered to vote in DeKalb County. During early voting, I arrived at the DeKalb County polling precinct on Sunday, October 25, 2020 around 3:00 p.m. at Coan Recreation Center located at 1530 Woodbine Avenue SE, Atlanta, Georgia 30317.

5.  As I waited in line to vote, I watched as the man in line in front of me was questioned by the poll worker.

6.  After the man showed the poll worker his ID, she asked him if he received an absentee ballot. I heard him tell her that he had received an absentee ballot. The poll worker then asked the man where his absentee ballot was. He responded that "It's in the car, should I go get it?" The poll worker shook her head indicating "no" and gave the man one of the plastic cards to use

EXHIBIT G-50

I APP. 1285

in the voting machine. I watched the man proceed to the area with the voting machines.

7.     After I voted at the voting machine, a different poll worker was waiting by the scanner where I was supposed to scan the ballot which the machine had printed. The poll worker beside the scanner took my ballot from me and looked over the candidates I had chosen. He then took my ballot and plastic card from me and thanked me. I did not see him scan my ballot.

8.     The whole experience made me feel uncomfortable, and when I left the polling precinct I immediately called my friend, Mitchell Watkins, who is an attorney. At the time we discussed whether the man in line had been able to vote twice, and whether the poll worker beside the scanner had actually scanned my ballot after he had taken it from me and reviewed the candidates for whom I voted. I was concerned but only after the election did I see the significance of the activities I witnessed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17ᵗʰ day of November, 2020.

Michael LaCagnina

EXHIBIT G-51

I APP. 1286

## AFFIDAVIT OF JOHN MOELTER

Comes now, John Moelter, and after being duly sworn makes the following statement under oath

1.    My name is John Moelter.

2.    I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.    I reside at 2853 Stirling Ridge Ct, Milton, GA 30004.

4.    I requested an absentee ballot from the Georgia Secretary of State in order to vote in advance of Election Day, November 3, 2020.

5.    One week before the election, I completed my absentee ballot and dropped it into one of the Fulton County absentee boxes at the Alpharetta Library.

6.    Out of concern over the growing issues which were being reported regarding absentee ballots, on Election Day, November 3, 2020, I went to my polling precinct in Fulton County.

7.    I presented my identification to vote and was told that my absentee ballot was not in the Fulton County system. The poll worker had me fill out an affidavit to void my absentee ballot and I was permitted to vote in person.

EXHIBIT G-52

I APP. 1287

8.     According to the Secretary of State's website, my absentee ballot was cancelled, and it further indicates that I "Voted In Person".

9.     In spite of this, on the day after Election Day, Fulton County sent me a text message which indicated that my absentee ballot had been received and that my vote had been counted.

10.     I am concerned that I may have voted twice, and that I would have no way of knowing which ballot was counted, or whether both were.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2020.

John Moelter

EXHIBIT G-53

I APP. 1288

## DECLARATION OF NATALIE CATHERINE STARLING

Pursuant to 28 U.S.C. § 1746, I, Natalie Starling, make the following declaration.

1.    I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2.    I am a voter in Screven County.

3.    I reside at 1622 Airport Road, Sylvania, Georgia 30467.

4.    At approximately 6:40 a.m. on November 3, 2020, I arrived at the voting precinct located at the Hunters Community House, 312 Hunter's Road, Sylvania, Georgia 30467.

5.    I was one of the first individuals in line to vote.

6.    When I entered the voting area, there were two tables in the front that each had one tablet.

7.    The poll workers at these tables were scanning our IDs.

8.    I noticed that the man in front of me was confused.

9.    I heard the poll worker tell him that "He had already voted."

10.    Then, I noticed to my right, the same issue was occurring with the citizens at the second table.

EXHIBIT G-54

I APP. 1289

11.   These citizens could not cast a vote because they too appeared to have already voted.

12.   I heard poll workers tell these citizens that they had already voted.

13.   I thought maybe these incidents were a coincidence, and assumed that I could cast my ballot without a problem.

14.   I have voted at this same location multiple times.

15.   I have never had an issue until today for the 2020 Presidential Election.

16.   As they pulled the man in front of me to the side, I noticed a woman who had received a card to vote.

17.   She went to the voting booth and inserted her card.

18.   The machine told her that she had already voted.

19.   She returned the check-in table because the machine said she could not vote.

20.   Then, it was my turn in line.

21.   I came up to the check-in table and handed the poll worker my valid Georgia Driver's License.

22.   The poll worker asked me verify my address.

EXHIBIT G-55

23. I verified my address at 1622 Airport Road, Sylvania, Georgia 30467 by signing the tablet presented by the poll worker.

24. The poll worker then began to ask me a series of questions: "Did you vote early?"; "Did you vote Absentee?"; "Did you request for an absentee ballot?"

25. I shook my head back and forth stating "No" to each question.

26. I did not vote early.

27. I did not vote absentee.

28. I did not request an absentee ballot.

29. At the time I presented myself to vote, I had not yet cast a ballot in the present election.

30. The poll worker also asked if I had ever resided in multiple cities, including Macon, Georgia.

31. I have never resided in Macon, Georgia.

32. My permanent address has been in Sylvania, Georgia since 2005.

33. After signing the tablet and verifying my address, the poll worker informed me that I had already voted and requested my license.

34. At this point, more and more people were being denied the ability to vote for the same reasons: poll workers were informing them that they had already cast a ballot.

EXHIBIT G-56

I APP. 1291

35.   When it became apparent that each person had the same issue, the Poll Manager took our IDs to the back in order to try to call someone and sort out the problem.

36.   I witnessed poll workers inform multiple voters that they had "already voted."

37.   I also witnessed voters attempting to vote and receiving a message from the voting machines and printers that said, "Printer not ready. Contact the poll worker for assistance."

38.   I witnessed a voter insert her card into the voting machine.

39.   The voter told me "the machine stated that she had voted twice already" and that she could not cast her ballot.

40.   She informed a poll worker of this issue.

41.   I could not hear exactly what the poll worker said.

42.   In less than an hour, multiple people had the exact same problem: the voting machines stated that the voters had already voted.

43.   I know this because I could hear the poll workers discussing this problem with other voters.

44.   While waiting for the Poll Manager to return with my driver's license, I collected the names and numbers of the following individuals who had the same

EXHIBIT G-57

obstacles to voting: Charles Hendricks, Laura Hendricks, Chris Tillman, Larry Rovers, Betty C. Lee, Tonya James 'Burroughs, Benny Weathers, and Michael Taylor.

45.   The Poll Manager eventually returned my ID and instructed me to cast a provisional ballot.

46.   People who had been waiting with me for their ID walked away without casting a provisional ballot.

47.   At approximately 8:14 a.m., I cast an Official Provisional Ballot.

48.   I also filled out additional documents such as the Absentee Cancellation Affidavit.

49.   Although I did not request an absentee ballot and told the poll worker I never requested an absentee ballot, the poll worker told me to sign the Absentee Cancellation Affidavit.

50.   I also received a Screven County Elections Office letter stating: "Please be advised that your ballot will be returned to the Registrar's Office where we will make every effort to determine whether or not your vote can be counted."

51.   Out of a room of ten people, only two of them were able to vote electronically without any issues.

EXHIBIT G-58

I APP. 1293

52.   Only 20% of the people in the room were told that they could vote while the other 80% were told that we had already voted.

53.   After I exited the precinct, I called the county registrar.

54.   Specifically, I called Debbie Brown at (912) 564-2783.

55.   I spoke to the secretary for Ms. Brown.

56.   The secretary informed me that, across the county, voters were being forced to cast provisional ballots because the records stated they had already voted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of November, 2020.

Natalie Starling
(912) 425-9748
Ns02252@georgiasouthern.edu

EXHIBIT G-59

I APP. 1294

## AFFIDAVIT OF PAMELA COCHRAN WINTERBURN

Comes now, PAMELA COCHRAN WINTERBURN, and after being duly sworn makes the following statement under oath

1.  My name is Pamela Cochran Winterburn.

2.  I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3.  I reside at 131 Debbie Drive NW, Milledgeville, Ga.31061.

4.  On October 12, 2020, I arrived at 1601 N. Columbia Street, Milledgeville, Ga. early voting location for the 2020 state and federal elections.

5.  On October 12, 2020, I voted at the 1601 N. Columbia Street, Milledgeville, Ga. early for both the state and federal election.

6.  On or about November 4 or 5ᵗʰ, 2020, I checked online at the Georgia Secretary of State "My Voter Page" and looked to see if there was an absentee ballot requested under my name.

7.  I plugged in my information on the website and it stated that I had requested an absentee ballot on October 15, 2020, that my absentee ballot was issued on October 15, 2020, and that my absentee ballot was received.

- 1 -

EXHIBIT G-60

I APP. 1295

8.   I did not request an absentee ballot on October 15, 2020 or any other day regarding the 2020 state and federal election.


I, PAMELA COCHRAN WINTERBURN declare under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of November 2020.

*Pamela Cochran Winterburn*
Pamela Cochran Winterburn

State of Georgia
County of Baldwin


Appeared before me PAMELA COCHRAN WINTERBURN, this 17 day of November 2020 and after being duly sworn, stated the forgoing statements are true and correct to the best of her knowledge and belief.

*Pamela Cochran Winterburn*
Pamela Cochran Winterburn

✓ Personally Known

✓ Produced Identification

Type and # of ID GA Drivers License
002387575

*Angela Y Gilliam*
Notary Public

My commission expires 07-09-22



- 2 -

EXHIBIT G-61

I APP. 1296

## AFFIDAVIT OF PRISCILLA JACKSON

COMES NOW Priscilla Jackson, who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Priscilla Jackson. I am over eighteen years of age and competent to testify to the matters contained herein. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a resident of Henry County, Georgia.

3. On November 3, 2020, during the November 3 general election, I went to vote at Locust Grove United Methodist Church.

4. Officials at Locust Grove United Methodist Church told me to vote at Harvest Point United Methodist Church.

5. Once I arrived at Harvest Point United Methodist Church, after the poll worker scanned my driver's license, I was told that I had requested an absentee ballot and had already voted.

6. I did not request or receive an absentee ballot, nor did I vote in-person during the early voting period for the November 3 election.

7. At the poll workers' direction, I then went to another area to wait for assistance and was told again that I had already voted.

8. I watched while the poll workers made a phone call.

1



EXHIBIT G-62

I APP. 1297

9.  A poll worker then asked me to confirm whether I had a different last name.

10. Another poll worker then came to me and took me to another area to vote using a provisional ballot. I completed the provisional ballot and returned it to the poll workers, as directed.

Sworn to and subscribed before me
this 5th day of November, 2020.

_Amy Gober_

NOTARY PUBLIC

My Commission Expires:

FURTHER, AFFIANT SAYETH
NAUGHT.

Priscilla Jackson                    11/5/2020
                                      Date

2

EXHIBIT G-63



4:03

Done  SARAH CAROLINE BLOUNT TAYL...

## AFFIDAVIT OF SARAH CAROLINE BLOUNT TAYLOR

COMES NOW SARAH CAROLINE BLOUNT TAYLOR who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Sarah Caroline Blount Taylor. I am over the age of eighteen (18) years. I am suffering from no legal disabilities, and I am competent to make this Affidavit. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a registered Georgia voter. My address is 1128 Morristown Circle, Decatur, GA 30033 and my phone number is 404-790-6422.

3. On November 3, 2020 at approximately 2:30 P.M., I arrived to vote at the Clairmont Presbyterian Church at 1994 Clairmont Rd, Decatur GA, 30033.

4. I told the poll worker that I never got my absentee ballot and asked who I could talk to about signing affidavit.

5. The poll worker called someone to void an absentee ballot. They had to read off my license number to find the information. The poll worker said the computer showed it was delivered to mailbox and returned. I think she said it was delivered on October 18th, and I think date it showed it was received back was October 22.

6. I never received or submitted the absentee ballot. I wonder if someone took my ballot out of the mail and submitted it.

7. I signed an affidavit saying I never received the absentee ballot and voted by a provisional ballot.

8. The poll workers told me that my vote should be counted by Friday November 13 at the latest.

9. This situation is upsetting to me. It is very important to me that my vote is counted.

FURTHER AFFIANT SAYETH NAUGHT

_Sarah Caroline Taylor_ (signature)

Sworn to and subscribed before me, this 4th day of November, 2020.

_Tanya C. Reed_ (signature)
NOTARY PUBLIC

TANYA C REED
NOTARY
EXPIRES
GEORGIA
March 1, 2022
PUBLIC
DEKALB COUNTY

EXHIBIT G-64

DocuSign Envelope ID: C0B33FE3-FCAA-4240-8262-4B2E6AC26F08

# AFFIDAVIT OF SPENCER KURTTI

COMES NOW SPENCER KURTTI who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1.    My name is Spencer Kurtti. I am over the age of eighteen (18) years, I am suffering from no legal disabilities, and I am competent to make this Affidavit. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2.    I am a registered Georgia voter. My address is 471 Glenwood Ave SE, Unit #A, Atlanta, Georgia, and my phone number is 917-439-2899.

3.    On November 3, 2020 at approximately 3:30 P.M., I arrived to vote at the Parkside Elementary School at 685 Mercer Street SE, Atlanta, GA 30312.

4.    I walked into the polling place with my fiancée and went to the check-in table. After the poll worker looked at my ID, he told me it said that I had voted by absentee ballot and delivered it in person on October 13. However, I did not do that and had not yet voted in any way.

5.    The poll worker referred me to a woman who appeared to be in charge. She told me she was calling "downtown," which I assume meant the office overseeing things.

EXHIBIT G-65

DocuSign Envelope ID: C0B39FE3-FCAA-4240-8262-4B2E6A0E9F98

6.    She told me I had to vote by provisional ballot because they couldn't do anything to change what was in the computer. She gave me a paper ballot, which I filled out and returned.

7.    I did not feel any pushback from the poll workers. They were scratching their heads over what happened and were trying to help me do my civic duty that day.

8.    After I left the polling place, I spoke with a woman who said she was with the Democratic Party of Georgia. I told her what happened and she gave me the number of a voter protection hotline. I called the hotline and explained the situation.

9.    This is my first time voting in Georgia. I registered to vote on about October 3rd or 4th, 2020. I never applied for an absentee ballot and never voted or attempted to vote in person before November 3, 2020.

10.    I want to make sure that they count the ballot that I filled out with my own hands. That is my name and my voice.

11.    I am also concerned that someone will think that I attempted to vote twice when I did not.

EXHIBIT G-66

DocuSign Envelope ID: C0B39FE3-FCAA-4240-9282-492E8AC25FD8

FURTHER AFFIANT SAYETH NAUGHT

Sworn to and subscribed before me
this 1st day of November, 2020.

NOTARY PUBLIC
My Commission Expires:



EXHIBIT G-67

I APP. 1302



## AFFIDAVIT OF THERESA GRENDI

1. I am over the age of 21 years, and I am under no legal disability, which would prevent me from attesting to these facts. If called to testify, I would testify under oath to these facts.

2. My name is Theresa Grendi.

I live at 14053 Triple Crown Drive, Milton, Georgia, 30004.

The Sunday prior to the election, November 1, 2020, I returned my completed absentee ballot to the Milton Branch Library Absentee Ballot Drop Box, located at 855 Mayfield Road, Milton, Georgia 30009.

5. I physically placed this absentee ballot in the drop box.

6. I have checked the Georgia Secretary of State's "My Voter Page" to confirm that my absentee ballot was accepted.

7. My absentee ballot was neither accepted nor rejected. In fact, the "Absentee Ballot received" box, as well as the "Status" and "Reason" lines, are all blank.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 30 day of November 2020.

Theresa Grendi

Case 1:17-cv-02989-AT   Document 1024   Filed 11/05/20   Page 1 of 2

## AFFIDAVIT OF THOMAS SCHREY

COMES NOW THOMAS SCHREY, who having been first duly sworn before an officer authorized to administer oaths, deposes and states as follows:

1. My name is Thomas Schrey. I am over eighteen years of age and competent to testify to the matters contained herein. I voluntarily and freely make this Affidavit on my own personal knowledge for any and all uses and purposes authorized by law.

2. I am a resident of Henry County, Georgia.

3. On Election Day, November 3, 2020, I went to vote at Merle Manders Conference Center in Henry County. Prior to that, I had not voted early in person, nor had I requested or received any absentee ballot.

4. I arrived at the polling place around 11:30 A.M. on November 3, 2020, and gave my ID to the poll worker to scan. After she did so, she told me that I had already voted.

5. The poll worker then made a phone call, and the person she called said I would not be able to vote because the system indicated that I had already voted early in person. I was then told to sit and wait.

6. Thereafter, another poll worker spoke with me and asked me whether I was sure I had not voted early in person. I told the poll worker that I had not voted early in person.

7. Then, someone called one of the poll workers to confirm that, according to the system, I had requested an absentee ballot on October 12, 2020 and that the absentee ballot was accepted on October 29, 2020. According to the person on the phone, there was even a "signature match" between the absentee ballot and the signature on my state ID.

8. I was then instructed to fill out a provisional ballot to submit my vote, and I did so.

9. One of the poll workers gave me a phone number to call to register a complaint.

EXHIBIT G-69

I APP. 1304



FURTHER, AFFIANT SAYETH NAUGHT.

THOMAS SCHREY

Sworn to and subscribed before me
this 5th day of November 2020.

NOTARY PUBLIC

My Commission Expires:

EXHIBIT G-70

I APP. 1305

# AFFIDAVIT OF WALTER L. BALDWIN, JR.

Comes now, Walter L. Baldwin, Jr. and after being duly sworn makes the following statement under oath

1. My name is Walter L. Baldwin, Jr. and I am a United States Veteran.

2. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3. I reside at 910 Lovell Road S.E., Rome, Georgia, 30161.

4. This is in Floyd County.

5. Several weeks before November 3, 2020, an absentee ballot arrived in the mail for me and my wife, Donna T. Baldwin.

6. Neither of us had requested an absentee ballot.

7. On Election Day, November 3, 2020, at 9AM, my wife and I arrived at Spring Creek Church, located at 2636 Chulio Road S.E., Rome, Georgia, 30161.

8. This is the voting precinct that we have been voting at for forty (40) years.

9. Both of us brought our unopened absentee ballots to turn in.

10. I presented my driver's license to vote and was informed that, according to the computer, I had already voted in town, in person, during the early voting period.

11. My wife presented her driver's license and was informed the same thing.

12. Neither of us had voted in town.

1

EXHIBIT G-71

I APP. 1306

13.   I told the poll worker that I had never requested an absentee ballot, I had not voted in town and that I was there on Election Day to vote in person.

14.   The poll worker told me that I could do a provisional ballot, sign an Affidavit, and turn in my absentee ballot.

15.   She also told me that the same thing had happened to five (5) other people that morning and it was only 9AM.

16.   This was extremely concerning to me.

17.   I cast my provisional vote, I signed the Affidavit and my voided absentee ballot was returned to me.

18.   The following morning, I called the county elections office and was informed that my provisional ballot had been "taken upstairs" to be counted later. I was told that the issue had been caused by a computer glitch, and that no vote had been cast early in my name.

19.   Later that week, I called the polling place to confirm that my vote counted, but I was told to call back on November 12, 2020.

20.   The next day I received a letter stating that my provisional vote had been counted.

21.   I still am concerned because I do not know for certain if there was an early vote cast by an unknown person that may have cancelled out my vote that I cast at Spring Creek Church.

22.   I believe that my vote was compromised and may not have counted in the election.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2020.

*Walter L. Baldwin, Jr.*

Walter L. Baldwin, Jr.
706.346.5007
ButchandDonnaB@gmail.com

3

EXHIBIT G-73

I APP. 1308

State of Georgia

County of Fulton

Appeared before me _____, this ___ day of November 2020 and after being
duly sworn, stated the forgoing statements are true and correct to the best of his
knowledge and belief.

_____

*R. Michael Smith*

Notary Public

My commission expires 06-21-2024

4

EXHIBIT G-74

I APP. 1309

## AFFIDAVIT OF WILLIAM C. RUTLAND

Comes now, William C. Rutland, and after being duly sworn makes the following statement under oath

1. My name is William Rutland, DOB 12/30/1990.

2. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

3. I reside at 39 South York Drive, Newnan, GA  30265.

4. I arrived on ELECTION DAY (November 3, 2020) at approximately 12:30PM at the Newnan Centre, located at 1515 Lower Fayetteville Road, Newnan, GA 30265.

5. I was directed to a table, where I presented my driver's license. I was informed by the poll worker after she had scanned my license that their records showed that I already voted, even though I had not. I informed her that I had not already voted, and she instructed me to proceed to another table.

6. I discussed the issue with a second poll worker. She asked me if I had requested or submitted an absentee ballot, and I told her I had not. She then made a phone call downtown, and they checked my status. They affirmed that I had not yet voted and assured the worker I should be able to vote in the usual manner. I was instructed to return to the original table to try the process again.

7. When the original worker scanned my license again, she ran into the same problem with the system stating I had already voted. She directed me to a third poll worker. This poll worker tried again on her system, but she experienced the same issue. She then took me to a voting location herself, inserted a voting card into the system, and

EXHIBIT G-75

input a number on the screen. Now the ballot was displayed, and I made my selections without incident. My ballot with my selections printed without incident.

8. However, when I went to insert my completed ballot into the ballot box machine, my ballot was rejected as invalid. A poll worker and I tried inserting my ballot multiple times in different orientations, but each time it was rejected.

9. Another poll worker came over, and I described the situation to him. He instructed me to place my ballot in a special slot in the back of the machine adjacent to the machine we were attempting to place my ballot in, and he assured me my vote would be counted by hand later.

10. I do not know whether my vote was counted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of November, 2020.



William C. Rutland

EXHIBIT G-76

State of Georgia
County of Coweta

Appeared before me William Rutland this 18 day of November 2020 and after being duly sworn and providing sufficient proof of identification, that is, a Georgia driver's license, stated the forgoing statements are true and correct to the best of his knowledge and belief.


Notary Public

My commission expires 10/30/2021

EXHIBIT G-77

I APP. 1312