IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wisconsin Voters Alliance, et al., | Case No. _____ |
| Plaintiffs, | |
| v. | **ORDER** |
| Vice President Michael Richard Pence, et al., | |
| Defendants. | |

     Plaintiffs' motion for preliminary injunction is granted. The Defendants are enjoined from certifying Presidential electors who have not received state legislative post-election certification and from counting Presidential elector votes from Presidential electors who have not received state legislative post-election certification for the election of President and Vice President.

Dated: December \_\_\_\_, 2020.

_____
United States District Court Judge