UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WISCONSIN VOTERS ALLIANCE**, *et al.*,

    Plaintiffs,

    v.

**VICE PRESIDENT MICHAEL R. PENCE**, *et al.*,

    Defendants.

Civil Action No. 20-3791 (JEB)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Plaintiffs' Motion for Preliminary Injunction is DENIED.

                                        /s/ *James E. Boasberg*
                                        JAMES E. BOASBERG
                                        United States District Judge

Date:  January 4, 2021