# Mohrman, Kaardal & Erickson, P.A.

Attorneys and Counselors at Law

150 South Fifth Street
Suite 3100
Minneapolis, Minnesota 55402

Erick G. Kaardal

Telephone: 612/465-0927
Facsimile: 612/341-1076
Writer's E-Mail: Kaardal@mklaw.com

January 5, 2021

Via ECF

The Honorable James E. Boasberg
United States District Court
The U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

    Re:    *WISCONSIN VOTERS ALLIANCE et al v. PENCE et al,*
              Court Case No. 1:20-cv-03791-JEB

Dear Judge Boasberg:

    Yesterday's Order indicated we had not yet filed proofs of service for the lawsuit. Yet, as I read it, the December 23, 2020 Minute Order ("[a]s soon as Plaintiffs file proof of service on all defendants…") required filing proof of service on "all" defendants before a briefing schedule and hearing date would be set. Accordingly, I set out to file the proofs of service after all the defendants were served—in order that the briefing schedule and hearing date would be set.

    Please find attached my chart and proofs of service to date. The attachments document that all parties were mailed USPS (certified, express mail, adult signature) packages on the date filed of December 22, 2020. As to personal service, under the governing Federal Rules of Civil Procedure, all parties, except one individual in Arizona and one individual in Wisconsin, have been served. Due to COVID-19 protocols, closed government office buildings and difficulties reaching people over the holiday season, some governmental Defendants were more difficult to complete service on than others. However, some governmental Defendants, but not all, were willing to waive service as set forth in the enclosed chart and proofs of service.

                                      Sincerely,

                                        /s/Erick G. Kaardal
                                        Erick G. Kaardal

EGK/mg
Enclosure
cc:    Counsel of Record (via ECF)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WISCONSIN VOTERS ALLIANCE,** *et al.***,**

**Civil Action No. 20-3791 (JEB)**

**Plaintiffs,**

v.

**VICE PRESIDENT MICHAEL R. PENCE,** *et al.***,**

**Defendants.**

|  | Notice via Mail | Personal Service (Fed.R.Civ.Pro. 4(e)) | Waiver (Fed.R.Civ.Pro. 4(d)) |
|---|---|---|---|
| VICE PRESIDENT MICHAEL RICHARD PENCE, in his official capacity as President of the United States Senate, Office of the Vice President 1600 Pennsylvania Avenue, N.W. Washington, DC 20500; | 12/22 | Via US Atty for DC 12/23 per Fed.R.Civ.Pro. 4(i)(2) | NOT APPLICABLE |
| U.S HOUSE OF REPRESENTATIVES, U.S. Capitol First St SE, Washington, DC 20004 Washington, DC 20515; | 12/22 | Via US Atty for DC 12/23 per Fed.R.Civ.Pro. 4(i)(1) and 4(i)(2) | NOT APPLICABLE |
| U.S. SENATE, U.S. Capitol First St SE, Washington, DC 20004 Washington, DC 20515; | 12/22 | Via US Atty for DC 12/23 per Fed.R.Civ.Pro. 4(i)(2) | NOT APPLICABLE |
|  |  |  |  |

1

| | | | |
|---|---|---|---|
| ELECTORAL COLLEGE,<br>U.S. Capitol<br>First St SE, Washington, DC 20004<br>Washington, DC 20515; | 12/22 | Via US Atty for DC 12/23 per per Fed.R.Civ.Pro. 4(i)(2) | NOT APPLICABLE |
| GOVERNOR TOM WOLF OF PENNSYLVANIA,<br>in his official capacity,<br>508 Main Capitol Building<br>Harrisburg, PA 17120; | 12/22 | 12/24 via Gov's Gen Counsel and via AG | NOT APPLICABLE |
| SPEAKER BRYAN CUTLER OF THE PENNSYLVANIA HOUSE OF REPRESENTATIVES, in his official capacity,<br>139 Main Capitol Building<br>PO Box 202100<br>Harrisburg, PA 17120-2100; | 12/22 | 12/28 | NOT APPLICABLE |
| SENATE MAJORITY LEADER JAKE CORMAN<br>OF THE PENNSYLVANIA SENATE,<br>in his official capacity,<br>Senate Box 203034<br>Harrisburg, PA 17120-3034; | 12/22 | 12/28 | NOT APPLICABLE |
| GOVERNOR GRETCHEN WHITMER OF MICHIGAN,<br>in her official capacity,<br>111 S Capitol Avenue<br>Lansing, Michigan 48933; | 12/22 | NOT APPLICABLE | 12/29 |
| SPEAKER LEE CHATFIELD OF THE MICHIGAN<br>HOUSE OF REPRESENTATIVES,<br>in his official capacity,<br>124 N Capitol Avenue<br>Lansing, Michigan 48933; | 12/22 | NOT APPLICABLE | 12/29 |

| | | | |
|---|---|---|---|
| SENATE MAJORITY LEADER MIKE SHIRKEY in his official capacity, S-102 Capitol Building Lansing, Michigan 48933; | 12/22 | NOT APPLICABLE | 12/29 |
| GOVERNOR TONY EVERS OF WISCONSIN, in his official capacity, P.O. Box 7863 Madison, Wisconsin 53707; | 12/22 | Via AG 12/23 Via email 1/4 | NOT APPLICABLE |
| SPEAKER ROBIN VOS OF THE WISCONSIN STATE ASSEMBLY, in his official capacity, 960 Rock Ridge Road Burlington, Wisconsin 53105; | 12/22 | Service in Progress | NOT APPLICABLE |
| SENATE MAJORITY LEADER HOWARD MARKLEIN OF THE WISCONSIN SENATE, in his official capacity, PO Box 7882 Madison, Wisconsin 53707; | 12/22 | 12/31 | NOT APPLICABLE |
| GOVERNOR BRIAN KEMP OF GEORGIA, in his original capacity, 111 State Capitol Atlanta, Georgia 30334; | 12/22 | 12/26 | NOT APPLICABLE |
| SPEAKER DAVID RALSTON OF THE GEORGIA HOUSE OF REPRESENTATIVES, in his official capacity, 332 State Capitol Atlanta, Georgia 30334; | 12/22 | 12/23 | NOT APPLICABLE |

3

| PRESIDENT PRO TEMPORE BUTCH MILLER OF THE GEORGIA SENATE, in his official capacity, 321 State Capitol Atlanta, Georgia 30334; | 12/22 | 12/26 | NOT APPLICABLE |
|---|---|---|---|
| GOVERNOR DOUG DUCEY OF ARIZONA, in his official capacity, 1700 W. Washington Street Phoenix, Arizona 85007; | 12/22 | 12/24 | NOT APPLICABLE |
| SPEAKER RUSSELL BOWERS OF THE ARIZONA HOUSE OF REPRESENTATIVES, in his official capacity, 1700 West Washington, Room 223 Phoenix, Arizona 85007; | 12/22 | Service in Progress | NOT APPLICABLE |
| SENATE MAJORITY LEADER RICK GRAY OF THE ARIZONA SENATE, in his official capacity, 1700 West Washington, Room 301 Phoenix, Arizona 85007 | 12/22 | NOT APPLICABLE | 1/5/21 |
| Attorney General William Barr U.S. Department of Justice 950 Pennsylvania Avenue NW Washington, DC 20530-0001 | 12/23 | 12/23 per Fed.R.Civ.Pro. 4(i)(1)(B) | NOT APPLICABLE |
| Civil Process Clerk United States Attorney's Office 555 Fourth Street NW Washington, DC 20530 | 12/23 | 12/23 per Fed.R.Civ.Pro. 4(i)(1)(A)(ii) | NOT APPLICABLE |
| United State Attorney for the District of Columbia United States Attorney's Office 555 4th St NW Washington, DC 20530 | | 12/23 per Fed.R.Civ.Pro. 4(i)(1)(A)(i) | NOT Applicable |