# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Wisconsin Voters Alliance, et al**

    Plaintiff(s),

VS.

**Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, et al**

    Defendant(s).

Attorney: Erick G. Kaardal

Mohrman, Kaardal & Erickson, P.A.
150 South 5th St., #3100
Minneapolis MN 55402

*260919*

**Case Number: 1:20-cv-03791-JEB**

Legal documents received by Twin City Process Service, LLC on **12/23/2020** at **2:49 PM** to be served upon **Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, by serving United States Attorney for the District of Columbia**, at **501 3rd St., NW, 4th Fl., Washington, DC, 20001**

I, **Cora Heishman**, swear and affirm that on **December 23, 2020** at **4:25 PM**, I did the following:

Served **Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, by serving United States Attorney for the District of Columbia**, a government agency by delivering a conformed copy of this **Letter dated December 22, 2020; Summons in a Civil Action; Motion; Notice of Hearing; Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Second Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Civil Cover Sheet; Plaintiffs' Memorandum in Support of Motion for Preliminary Injunctive Relief; Complaint; Flash Drive Containing Declaration Appendix** to **Reginald Rowan** as **Authorized Agent & Legal Executive Specialist** at **501 3rd St., NW, 4th Fl., Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30-50 Height: Over 6ft Weight: Over 200 lbs Skin Color: Light Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server

Twin City Process Service, LLC
5416 Jefferson Ct.
St. Paul MN 55110
651-214-8312
dlunda@yahoo.com

Internal Job ID:260919

District of Columbia: SS
Subscribed and Sworn to before me
this 28th day of December 20

Michael Molash, Notary Public, D.C.
My commission expires May 14, 2022



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Wisconsin Voters Alliance, et al**

Plaintiff(s),

vs.

**Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, et al**

Defendant(s).

Attorney: Erick G. Kaardal

Mohrman, Kaardal & Erickson, P.A.
150 South 5th St., #3100
Minneapolis MN 55402

*260920*

**Case Number: 1:20-cv-03791-JEB**

Legal documents received by Twin City Process Service, LLC on **12/23/2020** at **2:52 PM** to be served upon **U.S. House of Representatives, by serving United States Attorney for the District of Columbia**, at 501 3rd St., NW, 4th Fl., Washington, DC, 20001

I, **Cora Heishman**, swear and affirm that on **December 23, 2020** at **4:25 PM**, I did the following:

Served **U.S. House of Representatives, by serving United States Attorney for the District of Columbia**, a **government agency** by delivering a conformed copy of this **Letter dated December 22, 2020; Summons in a Civil Action; Motion; Notice of Hearing; Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Second Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Civil Cover Sheet; Plaintiffs' Memorandum in Support of Motion for Preliminary Injunctive Relief; Complaint; Flash Drive Containing Declaration Appendix** to **Reginald Rowan** as **Authorized Agent & Legal Executive Specialist** at 501 3rd St., NW, 4th Fl., Washington, DC 20001 of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30-50 Height: Over 6ft Weight: Over 200 lbs Skin Color: Light Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server

**Twin City Process Service, LLC**
5416 Jefferson Ct.
St. Paul MN 55110
651-214-8312
dlunda@yahoo.com

Internal Job ID: 260920

District of Columbia: SS
Subscribed and Sworn to before me
this 28th day of December, 2020

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

## AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**Wisconsin Voters Alliance, et al**

    Plaintiff(s),

VS.

**Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, et al**

    Defendant(s).

Attorney: Erick G. Kaardal

Mohrman, Kaardal & Erickson, P.A.
150 South 5th St., #3100
Minneapolis MN 55402

*260922*

**Case Number: 1:20-cv-03791-JEB**

Legal documents received by Twin City Process Service, LLC on **12/23/2020** at **2:52 PM** to be served upon **United States Attorney for the District of Columbia**, at **501 3rd St., NW, 4th Fl., Washington, DC, 20001**

I, **Cora Heishman**, swear and affirm that on **December 23, 2020** at **4:25 PM**, I did the following:

Served **United States Attorney for the District of Columbia, a government agency** by delivering a conformed copy of this **Letter dated December 22, 2020; Summons in a Civil Action; Motion; Notice of Hearing; Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Second Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Civil Cover Sheet; Plaintiffs' Memorandum in Support of Motion for Preliminary Injunctive Relief; Complaint; Flash Drive Containing Declaration Appendix** to **Reginald Rowan** as **Authorized Agent & Legal Executive Specialist** at **501 3rd St., NW, 4th Fl., Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30-50 Height: Over 6ft Weight: Over 200 lbs Skin Color: Light Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server

Twin City Process Service, LLC
5416 Jefferson Ct.
St. Paul MN 55110
651-214-8312
dlunda@yahoo.com

Internal Job ID:260922

District of Columbia: SS
Subscribed and Sworn to before me
this 28th day of December 2020

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Wisconsin Voters Alliance, et al**

    Plaintiff(s),

VS.

**Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, et al**

    Defendant(s).

Attorney: Erick G. Kaardal

Mohrman, Kaardal & Erickson, P.A.
150 South 5th St., #3100
Minneapolis MN 55402

*260921*

**Case Number: 1:20-cv-03791-JEB**

Legal documents received by Twin City Process Service, LLC on **12/23/2020** at **2:52 PM** to be served upon **Electoral College, by serving United States Attorney for the District of Columbia**, at **501 3rd St., NW, 4th Fl., Washington, DC, 20001**

I, **Cora Heishman**, swear and affirm that on **December 23, 2020** at **4:25 PM**, I did the following:

Served **Electoral College, by serving United States Attorney for the District of Columbia**, a government agency by delivering a conformed copy of this **Letter dated December 22, 2020; Summons in a Civil Action; Motion; Notice of Hearing; Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Second Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Civil Cover Sheet; Plaintiffs' Memorandum in Support of Motion for Preliminary Injunctive Relief; Complaint; Flash Drive Containing Declaration Appendix** to **Reginald Rowan** as **Authorized Agent & Legal Executive Specialist** at **501 3rd St., NW, 4th Fl., Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30-50 Height: Over 6ft Weight: Over 200 lbs Skin Color: Light Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server

**Twin City Process Service, LLC**
5416 Jefferson Ct.
St. Paul MN 55110
651-214-8312
dlunda@yahoo.com

Internal Job ID:260921

District of Columbia: SS
Subscribed and Sworn to before me
this 28 day of December 2020

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022