AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Governor Tom Wolf of Pennsylvania
was received by me on *(date)*  12/23/2020 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Christina Palmer, Litigation Coordinator , who is
designated by law to accept service of process on behalf of *(name of organization)*
Governor's Office of General Counsel   on *(date)*  12/24/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:
The summons was served via email to Christina Palmer at:
chrpalmer@pa.gov
My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  12/24/2020

_____
*Server's signature*

Nicole Stanec, Investigator
*Printed name and title*

3645 Brodhead Rd., Monaca, PA 15061
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Speaker Bryan Cutler, PA House of Reps
Senate Majority Leader Jake Corman, PA Senate
Governor Tom Wolf of PA

was received by me on *(date)* 12/23/2020 .

□ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Civil Law Division , who is
designated by law to accept service of process on behalf of *(name of organization)*

PA Office of Attorney General on *(date)* 12/24/2020 ; or

□ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Copies of the three summons were served upon the Civil Law Division
via email at info@attorneygeneral.gov and via FedEx to: PA Attorney
General, Civil Law Division, 393 Walnut Street, 15th Floor, Harrisburg, PA 17120

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/24/2020

_____
Server's signature

Julie Stumbaugh, Investigator
Printed name and title

3645 Brodhead Rd., Monaca, PA 15061
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Wisconsin Voters Alliance, et al., | ) | |
| Plaintiff(s), | ) | Civil Action No. 20-cv-03791-JEB |
| | ) | |
| v. | ) | |
| | ) | |
| Vice President Michael Richard Pence, | ) | |
| et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## PROOF OF SERVICE

I, Gary Winfrey, being duly sworn, states as follows:  I am 18 years or older, and am not a party to the action, nor an employee or a relative of a party and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

I hereby certify that I served a true and correct copy of the Civil Cover Sheet, Complaint, Summons, Notice and Consent Form, Motion for Preliminary Injunction, Notice of Hearing, Declaration of Kaardal, Second Declaration Kaardal, Appendix 5-1 through 5-12, Proposed Order, and Service Letter in above-referenced matter as follows:

> By hand delivery into the Attorney General drop box personally,
> located at 333 Walnut Street 1st Floor, Harrisburg PA 17120
> on Wednesday, December 24th, 2020 at 11:45 am.

I verify that the statements in this document are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

Date: _Dec. 24th 2020_

Signature

Gary Winfrey process Server
Print Name / Title

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bryan Cutler; Speaker PA. House of Representatives

was received by me on *(date)* DEC. 23rd 2020.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jim Mann Senior Deputy Chief Counsel, who is

designated by law to accept service of process on behalf of *(name of organization)* PA. House -

of Representatives on *(date)* DEC. 28th 2020 ; or @ 4:05 pm.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: DEC. 28th 2020

*Server's signature*

Gary Winfrey - Process Server
*Printed name and title*

4900 Carlisle Pike #113 Mechanicsburg, PA. 17050
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jake Corman, Senate Majority Leader
was received by me on *(date)* Dec. 23rd 2020.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Crystal Clark   General Counsel to the Senate Rep. Caucus who is
designated by law to accept service of process on behalf of *(name of organization)* Senate –
Republican Caucus _____ on *(date)* Dec. 28th 2020 ; or @ 4:15 pm.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Dec. 28th 2020                     _____
                                         *Server's signature*

                              Gary Wintrey – Process Server
                                         *Printed name and title*


                              4900 Carlisle Pke #113 Mechanicsburg,
                                         *Server's address*   PA. 17050

Additional information regarding attempted service, etc:

United States District Court
District of Columbia

Wisconsin Voters Alliance, et al.,

      Plaintiff(s),

Court File No.
20-CV-03791 JEB

v.

AFFIDAVIT OF SERVICE

Vice President Michael Riichard Pence
in his Official Capacity as President
of the United States Senate, et al.,
      Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Wisconsin Governor's Office changed their normal methods of accepting in-person service. Their office instructed me to electronically serve the documents identified in this affidavit.
**12/28/20 8:45AM   Greg Kowal of Gregg's Investigations Called 608-266-1212 and explained purpose and requested input on how the Governor's office would like to be served.  Received a call back from Diane Raines, 608-228-9193. Ms. Raines explained that she is not an attorney but she can accept service at the doorway of the capital in Madison, WI or we can email the subject papers to molly.mcnab1@wi.gov and the governors office will return an acknowledgment. Ms. Raines stated that there are no other alternatives at this time due to the pandemic.**

David J. Lunda, Being duly sworn, on oath says: that on the 4th day of January 2021 at 8:19am he electronically served the following: Summons; complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing;  Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order; Waiver of the Service of Summons On Governor Tony Evers of Wisconsin, in his official Capacity located at 115 E Capitol Dr # 1, Madison, 53702, County of Dane, State of Wisconsin, by emailing document(s) to Molly.mcnab1@Wi.gov a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

5th Day of January, 2021 David J. Lunda

Notary Public



Ruthann Elizabeth Lunda
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

Fw: Service

From: Yahoo Mail (dlunda@yahoo.com)

To: molly.mcnab1@wi.gov

Date: Monday, January 4, 2021, 08:19 AM CST

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

----- Forwarded Message -----
**From:** Yahoo Mail <dlunda@yahoo.com>
**To:** Molly.Mcnabl@wi.gov <molly.mcnabl@wi.gov>
**Sent:** Monday, January 4, 2021, 08:16:27 AM CST
**Subject:** Service

Dear Ms. Raines,

My server in Wisconsin forwarded your instructions to serve Governor Tony Evers. Please see attached for the service documents and a wavier of service to have signed and to email back. Thank you for your attention to this matter.

Sincerely,
David Lunda

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

 archive (1) (2).zip
13.7MB

 1-0 Complaint 12-22-20 (1).pdf
1.7MB

 Waiver of service_000424.pdf
430.7kB

United States District Court
District of Columbia

Wisconsin Voters Alliance, et al.,

        Plaintiff(s),

                                Court File No.
                                20-CV-03791 JEB

V.

                                AFFIDAVIT OF SERVICE

Vice President Michael Riichard Pence
in his Official Capacity as President
of the United States Senate, et al.,
        Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their
normal methods of accepting in-person service. Their office instructed me to
electronically serve the documents identified in this affidavit. The Attorney General
declared that by electronically serving their office, they have accepted service as if
doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 23rd day of December
2020 at 11:23am he electronically served the following: Summons; Civil Cover
Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in
Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second
Declaration of Erick G. Kaardal; Proposed Order; Waiver of the Service of Summons
On Governor Tony Evers of Wisconsin, in his official Capacity Through the Wisconsin
Attorney General therein named, located at 14 East, State Capitol P.O. Box 7857
Madison, 53707, County of Dane, State of Wisconsin, by emailing document(s) to
covid-sop@doj.state.wi.us, with an admission of service stating: This email
constitutes written admission of service upon the Wisconsin Attorney General's
Office pursuant to Federal Rule of Civil Procedure 502(a) a true and correct copy of
thereof.

Subscribed and Sworn to Before Me this

28th Day of December, 2020 David J. Lunda

Notary Public

Ruthann Elizabeth Lunda
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

## Service

From: Yahoo Mail (dlunda@yahoo.com)

To: covid-sop@doj.state.wi.us

Date: Wednesday, December 23, 2020, 11:23 AM CST

State of Wisconsin Attorney Generals office,

Please see attached for service on Governor Tony Evers in his official capacity.

A wavier of service is also attached per your instructions.

Papers served: Summonses; Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078


Waiver of service_000423.pdf
426.1kB


0-0 Summonses Issued 12-22-20.pdf
12.9MB


0-1 Notice and Consent Form.pdf
245.4kB


1-1 Civil Cover Sheet.pdf
91.6kB


2 Motion for Preliminary Injunction 12-22-20.pdf
96.4kB


3 Notice of Hearing 12-22-20.pdf
91.3kB


4 Plfs Memo in Spt Motion for PI 12-22-20.pdf
410.8kB


5-0 Declaration of EGK 12-22-20.pdf
159.9kB


6 Proposed Order for PI 12-22-20.pdf
79.3kB


Declaration Kaardal (Second) 12-22-20.pdf
93.5kB

## RE: Service

From:　DLS COVID Service of Process (doj-covid-sop@doj.state.wi.us)

To:　　dlunda@yahoo.com

Cc:　　doj-covid-sop@doj.state.wi.us

Date:　Wednesday, December 23, 2020, 11:30 AM CST

Received, thank you.

### JOCELYN HENNING (she/her)

### Litigation Technology Support Team

Wisconsin Department of Justice | Division of Legal Services

PLEASE NOTE: While government records are generally subject to disclosure pursuant to the public records law, this email, including any attachments, may contain confidential and/or privileged information exempt from public disclosure. If you are not the intended recipient or believe that you received this email in error, please notify the sender immediately.

**From:** Yahoo Mail <dlunda@yahoo.com>
**Sent:** Wednesday, December 23, 2020 11:23 AM
**To:** DLS COVID Service of Process <DOJ-COVID-SOP@doj.state.wi.us>
**Subject:** Service

State of Wisconsin Attorney Generals office,

Please see attached for service on Governor Tony Evers in his official capacity.

A wavier of service is also attached per your instructions.

Papers served: Summonses;  Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing;  Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick

G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order

Dave Lunda

Twin City Process Service LLC

5416 Jefferson Court

St. Paul MN 55110

651-251-8078

## AFFIDAVIT OF SERVICE

**State of Wisconsin**                    **County of**                    **United States District Court**

Case Number: 20-CV-03791-JEB

Plaintiff:
**Wisconsin Voters Alliance, et al**

vs.

Defendant:
**Vice President Michael Richard Pence, et al**

Received by Twin City Process Service LLC to be served on **Senate Majority Leader Howard Marklein, S11665 Soeldner Rd., Spring Green, WI 53588**.

I, Daryl Oestreich, being duly sworn, depose and say that on the **31st day of December, 2020** at **12:58 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a **Summonses;Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing;   Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal;   Second Declaration of Erick G. Kaardal; Proposed Order** with the date and hour of service endorsed thereon by me, to: **Senate Majority Leader Howard Marklein** at the address of: **S11665 Soeldner Rd., Spring Green, WI 53588**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 66, Sex: M, Race/Skin Color: White, Height: 5'8, Weight: 180, Hair: Grey, Glasses: Y

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action.  I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and sworn to before me on the 4th day of January, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES

**Daryl Oestreich**
Process Server

**Twin City Process Service LLC**
5416 Jefferson Ct.
**St. Paul, MN 55110**
**(651) 251-8078**

Our Job Serial Number: GWK-2020008548

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brian Kemp, As Governor of Georgia

was received by me on *(date)* December 26th, 2020.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jett Coptsias #944 , who is
designated by law to accept service of process on behalf of *(name of organization)* Brian Kemp,
As Governor of Georgia on *(date)* December 26th, 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.


Date: December 26, 2020

*Allison Cain*
Server's signature

Allison Cain
Printed name and title

6169 New Hope Road
Milner, GA 30257
Server's address

Additional information regarding attempted service, etc: I have Personally served the following;

1). Summons
2). Complaint
3). Coversheet
4). Motion for Prelim. Injunction
5). Notice of Hearing
6). Memorandum of Law
7). Declaration of Erick Kaardal
8). Declaration of Erick Kaardal (Second)
9). Flashdrive containing the Appendix
10). Proposed order
11). Notice/Mag. Judge

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher Carr, As Attorney General of
was received by me on *(date)* December 23, 2020. the State of Georgia

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chief Deputy Attorney General Wright Banks , who is
designated by law to accept service of process on behalf of *(name of organization)* Christopher Carr,
As Attorney General of the State of GA on *(date)* December 23, 2020; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 23, 2020

_Allison Cain_
Server's signature

Allison Cain
Printed name and title

6164 New Hope Road
Milner, GA 30257
Server's address

Additional information regarding attempted service, etc: I have personally served the following:

1.) Summons
2.) Complaint
3.) Coversheet
4.) Motion for Prelim. Injunction
5.) Notice of Hearing
6.) Memorandum of Law

7.) Declaration of Erick Kaardal
8.) Declaration of Erick Kaardal (2n
9.) Flash Drive Containing Appendix
10.) Proposed Order
11.) Notice / Mag. Judge

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Ralston, Speaker of the GA House of Representatives
was received by me on *(date)* December 23, 2020 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Speaker of House Executive Assistant Katy Little , who is
designated by law to accept service of process on behalf of *(name of organization)* David Ralston,
Speaker of the GA House of Representatives on *(date)* December 23, 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 23, 2020

_____
Server's signature

Allison Cain
_____
Printed name and title

6164 New Hope Road
Milner, GA 30257
_____
Server's address

Additional information regarding attempted service, etc: I have personally served the following:
1.) Summons
2.) Complaint
3.) Coversheet
4.) Motion for Prelim. Injunction
5.) Notice of Hearing
6.) Memorandum of Law
7.) Declaration of Erik Kaardal
8.) Declaration of Erik Kaardal (second)
9.) Flash Drive Containing the Appendix
10.) Proposed Order
11.) Notice/Mag. Judge

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Butch Miller President ProTempore of

was received by me on *(date)* December 26th, 2020   the Georgia Senate,

☒ I personally served the summons on the individual at *(place)*   4618 Windsor Drive

Flowery Branch, GA 30542    on *(date)* December 26, 2020    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____    on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.


Date: December 26th, 2020                   *Allison Cain*
                                            _____
                                            *Server's signature*

                                            Allison Cain
                                            _____
                                            *Printed name and title*

                                            6104 New Hope Road
                                            Milner, GA  30257
                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc: I have Personally Served the following:

1). Summons
2). Complaint
3). Cover sheet
4). Motion for Prelim. Injunction
5). Notice of Hearing
6). Memorandum of Law
7). Declaration of Erick Kaardal
8). Declaration of Erick Kaardal (second)
9). Flash Drive containing the Appendix
10). Proposed order
11). Notice/Mag. Judge

United States District Court
District of Columbia

Wisconsin Voters Alliance, et al.,

     Plaintiff(s),

Court File No.
20-CV-03791 JEB

V.

AFFIDAVIT OF SERVICE

Vice President Michael Richard Pence in his
Official Capacity as President of the
United States Senate, et al.,
     Defendant(s).

State of Arizona
County of Maricopa
(County Affidavit signed in)

Jeff Bourne, Being duly sworn, on oath says: that on the 24th day of December, 2020 at 9:35am he served the following: : Summons; Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order; on Governor Doug Ducy of Arizona, in his official capacity therein named, personally at 1700 W. Washington Street, Phoenix, 85007, County of Maricopa, State of Minnesota, by handing to and leaving with Annie Foster, General Counsel, an expressly authorized agent for service a true and correct copy thereof.

Service was attempted at Arizona Attorney General's Office at 3:50pm on December 23, 2020 at 2005 N. Central Ave., Phoenix AZ 85004; the clerk said she could only accept on behalf of the State.

Service was attempted at Arizona Department of Administration at 4:20pm on December 23; the Service of Process Clerk said she could only accept on behalf of the DOA.

Service was attempted at the Arizona State Capitol at 4:40pm on December 23, 2020 at 1700 W. Washington St., Phoenix, AZ 85007; neither the Governor or the General Counsel were present to accept service.

Subscribed and Sworn to Before Me this

_5_ Day of ~~December~~, 2020 Jeff Bourne

Notary Public

TERENCE E CRONIN
Notary Public - Arizona
Maricopa County
Commission # 536046
My Commission Expires October 18, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

*Wisconsin Voters Alliance, et al. v. Vice President Michael Richard Pence, et al.*
*USDC-DC Court file No. 20-CV-03791*

## AFFIDAVIT OF SERVICE

Johanna Juris, being duly sworn on oath, states that on December 22, 2020, served the following document(s):

1. Summonses;
2. Complaint;
3. Civil Cover Sheet;
4. Motion for Preliminary Injunction;
5. Notice of Hearing;
6. Memorandum of Law in Support of Motion for Preliminary Injunction;
7. Declaration of Erick G. Kaardal;
8. Second Declaration of Erick G. Kaardal;
9. Flash drive containing Declaration Appendix; and
10. Proposed Order.

by *United States Postal Service – Certified, Express Mail, Adult Signature Required* upon all individuals listed on the attached Service List.


Dated:  December 22, 2020

Johanna Juris


Subscribed and sworn to before me
this 22nd day of December, 2020

Notary Public

NOTARY SEAL



**SERVICE LIST:**

VICE PRESIDENT MICHAEL RICHARD PENCE,
in his official capacity as President of the United States Senate,
Office of the Vice President
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500;

U.S HOUSE OF REPRESENTATIVES,
U.S. Capitol
First St SE, Washington, DC 20004
Washington, DC 20515;

U.S. SENATE,
U.S. Capitol
First St SE, Washington, DC 20004
Washington, DC 20515;

ELECTORAL COLLEGE,
U.S. Capitol
First St SE, Washington, DC 20004
Washington, DC 20515;

GOVERNOR TOM WOLF OF PENNSYLVANIA,
in his official capacity,
508 Main Capitol Building
Harrisburg, PA 17120;

SPEAKER BRYAN CARTER OF THE PENNSYLVANIA HOUSE OF
REPRESENTATIVES, in his official capacity,
139 Main Capitol Building
PO Box 202100
Harrisburg, PA 17120-2100;

SENATE MAJORITY LEADER JAKE CORMAN
OF THE PENNSYLVANIA SENATE,
in his official capacity,
Senate Box 203034
Harrisburg, PA 17120-3034;

GOVERNOR GRETCHEN WHITMER OF MICHIGAN,
in her official capacity,
111 S Capitol Avenue
Lansing, Michigan 48933;

SPEAKER LEE CHATFIELD OF THE MICHIGAN
HOUSE OF REPRESENTATIVES,
in his official capacity,
124 N Capitol Avenue
Lansing, Michigan 48933;

SENATE MAJORITY LEADER MIKE SHIRKEY
OF THE MICHIGAN SENATE,
in his official capacity,
S-102 Capitol Building
Lansing, Michigan 48933;

GOVERNOR TONY EVERS OF WISCONSIN,
in his official capacity,
P.O. Box 7863
Madison, Wisconsin 53707;

SPEAKER ROBIN VOS OF THE WISCONSIN
STATE ASSEMBLY,
in his official capacity,
960 Rock Ridge Road
Burlington, Wisconsin 53105;

SENATE MAJORITY LEADER HOWARD MARKLEIN
OF THE WISCONSIN SENATE,
in his official capacity,
PO Box 7882
Madison, Wisconsin 53707;

GOVERNOR BRIAN KEMP OF GEORGIA,
in his original capacity,
111 State Capitol
Atlanta, Georgia 30334;

SPEAKER DAVID RALSTON OF THE GEORGIA HOUSE
OF REPRESENTATIVES,
in his official capacity,
332 State Capitol
Atlanta, Georgia 30334;

PRESIDENT PRO TEMPORE BUTCH MILLER OF THE GEORGIA SENATE,
in his official capacity,
321 State Capitol
Atlanta, Georgia 30334;

GOVERNOR DOUG DUCEY OF ARIZONA,
in his official capacity,
1700 W. Washington Street
Phoenix, Arizona 85007;

SPEAKER RUSSELL BOWERS OF THE
ARIZONA HOUSE OF REPRESENTATIVES,
in his official capacity,
1700 West Washington
Room 223
Phoenix, Arizona 85007; and

SENATE MAJORITY LEADER RICK GRAY
OF THE ARIZONA SENATE,
in his official capacity,
1700 West Washington
Room 301
Phoenix, Arizona 85007

Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Attorney General William Barr
Attorney General of United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

*Wisconsin Voters Alliance, et al. v. Vice President Michael Richard Pence, et al.*
*USDC-DC Court file No. 20-CV-03791*

## AFFIDAVIT OF SERVICE

Johanna Juris, being duly sworn on oath, states that on December 23, 2020, served 4 copies each of the following for service upon Vice President Michael Pence, U.S. House of Representatives, U.S. Senate and Electoral College:

1. Summonses;
2. Complaint;
3. Civil Cover Sheet;
4. Motion for Preliminary Injunction;
5. Notice of Hearing;
6. Memorandum of Law in Support of Motion for Preliminary Injunction;
7. Declaration of Erick G. Kaardal;
8. Second Declaration of Erick G. Kaardal;
9. Flash drive containing Declaration Appendix; and
10. Proposed Order.

by *United States Postal Service – Certified, Express Mail, Adult Signature Required* at their respective mailing addresses list below.

| Civil Process Clerk | Attorney General William Barr |
| United States Attorney's Office | U.S. Department of Justice |
| 555 Fourth Street, N.W. | 950 Pennsylvania Avenue |
| Washington, D.C. 20530 | NW Washington, DC 20530-0001 |

Dated:  December 23, 2020

_____
Johanna Juris

Subscribed and sworn to before me
this 23nd day of December, 2020

_____
Notary Public

NOTARY SEAL


VINCENT J. FAHNLANDER
Notary Public-Minnesota
My Commission Expires Jan 31, 2025