UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WISCONSIN VOTERS ALLIANCE,** *et al.***,**<br><br>　　　　　**Plaintiffs,**<br><br>v.<br><br>**VICE PRESIDENT MICHAEL R. PENCE,** *et al.***,**<br><br>　　　　　**Defendants.** | Civil Action No. 20-3791 (JEB)<br><br>NOTICE OF FILING OF PROOFS OF SERVICE |

　　　　The December 23, 2020 Minute Order ("[a]s soon as Plaintiffs file proof of service on all defendants…") required filing proof of service on "all" defendants before a briefing schedule and hearing date would be set for the motion for preliminary injunction. Accordingly, counsel of record intended to file proofs of service after all the defendants were served—in order that the briefing schedule and hearing date would be set. As such, efforts were immediately made to affect service on all named Defendants.

　　　　Below is the chart reflecting proofs of service to date, affidavits of which have been filed. The attached document reflects that all parties were noticed via United States Postal Service (certified, express mail) on December 22, 2020. As to personal service, under the governing Federal Rules of Civil Procedure, all parties, except one individual in Arizona and one individual in Wisconsin, have been served. Due to COVID-19 protocols, closed government office buildings and difficulties reaching people over the holiday season, some governmental Defendants were more difficult to complete service on than others. However, some governmental Defendants, but not all, were willing to waive service as set forth in the below chart and accompanying proofs of service.

1

|  | Notice via Mail | Personal Service (Fed.R.Civ.Pro. 4(e)) | Waiver (Fed.R.Civ.Pro. 4(d)) |
|---|---|---|---|
| VICE PRESIDENT MICHAEL RICHARD PENCE, in his official capacity as President of the United States Senate, Office of the Vice President 1600 Pennsylvania Avenue, N.W. Washington, DC 20500; | 12/22 | Via US Atty for DC 12/23 per Fed.R.Civ.Pro. 4(i)(2) | NOT APPLICABLE |
| U.S HOUSE OF REPRESENTATIVES, U.S. Capitol First St SE, Washington, DC 20004 Washington, DC 20515; | 12/22 | Via US Atty for DC 12/23 per Fed.R.Civ.Pro. 4(i)(1) and 4(i)(2) | NOT APPLICABLE |
| U.S. SENATE, U.S. Capitol First St SE, Washington, DC 20004 Washington, DC 20515; | 12/22 | Via US Atty for DC 12/23 per Fed.R.Civ.Pro. 4(i)(2) | NOT APPLICABLE |
| ELECTORAL COLLEGE, U.S. Capitol First St SE, Washington, DC 20004 Washington, DC 20515; | 12/22 | Via US Atty for DC 12/23 per per Fed.R.Civ.Pro. 4(i)(2) | NOT APPLICABLE |
| GOVERNOR TOM WOLF OF PENNSYLVANIA, in his official capacity, 508 Main Capitol Building Harrisburg, PA 17120; | 12/22 | 12/24 via Gov's Gen Counsel and via AG | NOT APPLICABLE |
| SPEAKER BRYAN CUTLER OF THE PENNSYLVANIA HOUSE OF REPRESENTATIVES, in his official capacity, 139 Main Capitol Building PO Box 202100 Harrisburg, PA 17120-2100; | 12/22 | 12/28 | NOT APPLICABLE |

| | | | |
|---|---|---|---|
| SENATE MAJORITY LEADER JAKE CORMAN<br>OF THE PENNSYLVANIA SENATE,<br>in his official capacity,<br>Senate Box 203034<br>Harrisburg, PA 17120-3034; | 12/22 | 12/28 | NOT APPLICABLE |
| GOVERNOR GRETCHEN WHITMER OF MICHIGAN,<br>in her official capacity,<br>111 S Capitol Avenue<br>Lansing, Michigan 48933; | 12/22 | NOT APPLICABLE | 12/29 |
| SPEAKER LEE CHATFIELD OF THE MICHIGAN<br>HOUSE OF REPRESENTATIVES,<br>in his official capacity,<br>124 N Capitol Avenue<br>Lansing, Michigan 48933; | 12/22 | NOT APPLICABLE | 12/29 |
| SENATE MAJORITY LEADER MIKE SHIRKEY<br>in his official capacity,<br>S-102 Capitol Building<br>Lansing, Michigan 48933; | 12/22 | NOT APPLICABLE | 12/29 |
| GOVERNOR TONY EVERS OF WISCONSIN,<br>in his official capacity,<br>P.O. Box 7863<br>Madison, Wisconsin 53707; | 12/22 | Via AG 12/23<br>Via email 1/4 | NOT APPLICABLE |
| SPEAKER ROBIN VOS OF THE WISCONSIN<br>STATE ASSEMBLY,<br>in his official capacity,<br>960 Rock Ridge Road<br>Burlington, Wisconsin 53105; | 12/22 | Service in Progress | NOT APPLICABLE |

| | | | |
|---|---|---|---|
| SENATE MAJORITY LEADER HOWARD MARKLEIN OF THE WISCONSIN SENATE, in his official capacity, PO Box 7882 Madison, Wisconsin 53707; | 12/22 | 12/31 | NOT APPLICABLE |
| GOVERNOR BRIAN KEMP OF GEORGIA, in his original capacity, 111 State Capitol Atlanta, Georgia 30334; | 12/22 | 12/26 | NOT APPLICABLE |
| SPEAKER DAVID RALSTON OF THE GEORGIA HOUSE OF REPRESENTATIVES, in his official capacity, 332 State Capitol Atlanta, Georgia 30334; | 12/22 | 12/23 | NOT APPLICABLE |
| PRESIDENT PRO TEMPORE BUTCH MILLER OF THE GEORGIA SENATE, in his official capacity, 321 State Capitol Atlanta, Georgia 30334; | 12/22 | 12/26 | NOT APPLICABLE |
| GOVERNOR DOUG DUCEY OF ARIZONA, in his official capacity, 1700 W. Washington Street Phoenix, Arizona 85007; | 12/22 | 12/24 | NOT APPLICABLE |
| SPEAKER RUSSELL BOWERS OF THE ARIZONA HOUSE OF REPRESENTATIVES, in his official capacity, 1700 West Washington, Room 223 Phoenix, Arizona 85007; | 12/22 | Service in Progress | NOT APPLICABLE |

| | | | |
|---|---|---|---|
| SENATE MAJORITY LEADER RICK GRAY<br>OF THE ARIZONA SENATE,<br>in his official capacity,<br>1700 West Washington, Room 301<br>Phoenix, Arizona 85007 | 12/22 | NOT APPLICABLE | 1/5/21 |
| Attorney General William Barr<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | 12/23 | 12/23 per Fed.R.Civ.Pro. 4(i)(1)(B) | NOT APPLICABLE |
| Civil Process Clerk<br>United States Attorney's Office<br>555 Fourth Street NW<br>Washington, DC 20530 | 12/23 | 12/23 per Fed.R.Civ.Pro. 4(i)(1)(A)(ii) | NOT APPLICABLE |
| United State Attorney for the District of Columbia<br>United States Attorney's Office<br>555 4th St NW<br>Washington, DC 20530 | | 12/23 per Fed.R.Civ.Pro. 4(i)(1)(A)(i) | NOT Applicable |

DATED: January 6, 2021          /s/Erick G. Kaardal
Erick G. Kaardal (WI0031)
Special Counsel for Amistad Project of
Thomas More Society
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: (612) 341-1074
Facsimile: (612) 341-1076
Email: kaardal@mklaw.com

*Attorney for Plaintiffs*