# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WISCONSIN VOTERS ALLIANCE, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> VICE PRESIDENT MICHAEL RICHARD PENCE, ET AL. <br><br> Defendants. | Case No. 20-3791 <br><br> **Notice of Voluntary Dismissal of Complaint Pursuant to Rule 41 (a)(1)(A)(i)** |

Pursuant to Rule 41 (a)(1)(A)(i), all Plaintiffs in the above captioned action, Wisconsin Voters Alliance, Pennsylvania Voters Alliance, Georgia Voters Alliance, Election Integrity Fund, Arizona Voter Integrity Alliance, Lynie Stone, Baron Benham, Debi Haas, Brenda Savage, Matthew Dadich, Leah Hoopes, Ron Heuer, Richard W. Kucksdorf, Debbie Jacques, John Wood, Sonny Borelli, Warren Peterson, Matthew Maddock, Daire Rendon, David Steffen, Jeff L. Mursau, William T. Ligon and Brandon Beach, file this Notice of Voluntarily Dismissal of their Complaint without prejudice.

Dated: January 7, 2020

*/s/ Erick G. Kaardal*
Erick G. Kaardal (WI0031)
Special Counsel for Amistad Project of
Thomas More Society
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: (612) 341-1074
Facsimile: (612) 341-1076
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs*