*Wisconsin Voter Alliance, et al. v. Vice President Michael Richard Pence, et al.*
*USDC-DC Court file No. 20-CV-03791*

## AFFIDAVIT OF SERVICE
## VIA U.S. PRIORITY MAIL

Johanna Juris, being duly sworn on oath, states that on January 7, 2021, served the following document(s):

### Notice of Voluntary Dismissal of Complaint
### Pursuant to Rule 41 (a)(1)(A)(i)

by *United States Postal Service Priority Mail* upon all individuals listed on the attached Service List.

Dated:  January 7, 2021

_____
Johanna Juris

Subscribed and sworn to before me
this 7th day of January, 2021

_____
Notary Public

NOTARY SEAL



VINCENT J. FAHNLANDER
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

# SERVICE LIST

| | | |
|---|---|---|
| Vice President Michael Pence<br>Office of the Vice President<br>1600 Pennsylvania Avenue, N.W.<br>Washington, DC 20500 | U.S. Senate<br>U.S. Capitol First St SE<br>Washington, DC 20004 | U.S. House of Representatives<br>U.S. Capital First<br>Washington, DC 20004 |
| Electoral College<br>National Archives<br>700 Pennsylvania Ave NW<br>Washington DC 20408 | Doug Ducey<br>Arizona Governor<br>700 W. Washington Street<br>Phoenix, Arizona 85007 | Russell Bowers, Speaker<br>Arizona House Of Representatives<br>1700 West Washington, Room 223<br>Phoenix, Arizona 85007 |
| Seority Leader Rick Gray<br>Arizona Senate<br>1700 West Washington, Room 301<br>Phoenix, Arizona 85007 | Arizona Attorney General<br>Mark Brnovich<br>2005 N Central Ave<br>Phoenix, AZ 85044-2926 | Governor Brian Kemp – Georgia<br>111 State Capital<br>Atlanta, Georgia 30334 |
| David Rolston, Speaker<br>Georgia House of Representatives<br>332 State Capital<br>Atlanta, Georgia 30334 | Pres. Pro Tem of the Senate Butch Miller<br>321 State Capital<br>Atlanta, Georgia 30334 | Attorney General Chris Carr<br>State of Georgia<br>40 Capital Square, SW<br>Atlanta, GA 30334 |
| Governor Grethen Whitmer<br>State of Michigan<br>111 S Capital Avenue<br>Lansing, Michigan 48933 | Speaker Lee Chatfield<br>Michigan House Of Representatives<br>124 N Capitol Avenue<br>Lansing, Michigan 48933 | Senate Majority Leader Mike Shirkey<br>Michigan State<br>S-102 Capital Building<br>Lansing, Michigan 48933 |
| Attorney General Dana Nasell<br>State of Michigan<br>525 W Ottawa St<br>Lansing, MI 48933 | Governor Tom Wolf Pennsylvania<br>508 Main Capitol Building<br>Harrisburg, PA 17120 | Brian Carter, Speaker<br>Pennsylvania Hs of Representatives<br>139 Main Capitol Bldg<br>P.O. Box 202100<br>Harrisburg, PA 17120-2100 |
| Senate Majority Leader Jake Corman<br>Pennsylvania Senate<br>Senate Box 203034<br>Harrisburg, PA 17120-3034 | Attorney General Josh Shapiro<br>Pennsylvania Office of Atty General<br>Strawberry Square<br>Harrisburg, PA 17120 | Senate Majority Leader Howard Marklein<br>Wisconsin Sentate<br>PO Box 7882<br>Madison, Wisconsin 53707 |
| Governor Tony Evers<br>Wisconsin Governor<br>P.O. Box 7863<br>Madison, Wisconsin 53707 | Speaker Robin Vos Wisconsin<br>State Assembly<br>960 Rock Ridge Road<br>Burlington Wisconsin 53105 | Josh Kaul, Attorney General<br>State of Wisconsin<br>114 East, State Capitol<br>Madison, Wisconsin 53707-7857 |