UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WISCONSIN VOTERS ALLIANCE**, *et al.*, <br><br>   PLAINTIFFS, <br><br> V. <br><br> **VICE PRESIDENT MICHAEL R. PENCE**, *et al.*, <br><br>   DEFENDANTS. | CIVIL ACTION NO.: 20-3791 (JEB) |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

To the Clerk of Court: Pursuant to LCvR 83.6(a), please enter the appearance of Justin M. Flint, Esq. (#491782) of ECCLESTON & WOLF, PC as lead counsel for Non-Party Respondents Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A. in defense of this Court's January 7, 2021, Show Cause Order in the above-captioned matter.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

/s/ *Justin M. Flint*
Justin M. Flint (#491782)
Channing L. Shor (#1024861)
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
(202) 857-1696 (Tel)
(202) 857-0762 (Fax)
flint@ewdc.com
shor@ewdc.com
*Counsel for Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A.*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 19th day of January 2021 a copy of the foregoing Notice of Entry of Appearance of Counsel was served to all Counsel of Record by this Court's electronic filing system.

/s/ *Justin M. Flint*
Justin M. Flint (#491782)
