UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WISCONSIN VOTERS ALLIANCE,** *et al.*, <br><br> PLAINTIFFS, <br><br> V. <br><br> **VICE PRESIDENT MICHAEL R. PENCE,** *et al.*, <br><br> DEFENDANTS. | CIVIL ACTION NO.: 20-3791 (JEB) |

**MOTION TO EXTEND TIME FOR ERICK G. KAARDAL, ESQ. AND MOHRMAN, KAARDAL & ERICKSON, P.A. TO FILE RESPONSE TO JANUARY 7, 2021, MINUTE ORDER TO SHOW CAUSE**

Non-Party Respondents Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A. (collectively referred to as "Plaintiffs' Counsel"), by and through their counsel, Justin M. Flint, Channing L. Shor, and ECCLESTON & WOLF, P.C., pursuant to Rules 6(b)(1)(A) and 7(b) of the of the Federal Rules of Civil Procedure and Rule 7(m) of the Local Rules[1], hereby file this Motion to Extend Time for Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A. to File a Response to this Court's January 7, 2021, Minute Order to Show Cause in the above-captioned matter, and in support thereof respectfully state:

1. On January 7, 2021, this Court issued a Minute Order which provides "[a]s Plaintiffs' [16] Notice of Voluntary Dismissal has now terminated the litigation, the Court ORDERS that by January 22, 2021, Plaintiffs' counsel shall show cause why the Court should not refer him to the

---

[1] Pursuant to Local Rule 7(m) because this case has been dismissed and is closed, there are no opposing counsel or parties in this lawsuit to confer with regarding this non-dispositive, procedural motion.

Committee on Grievances for all of the reasons discussed in its recent [10] Memorandum Opinion. So ORDERED by Judge James E. Boasberg on 1/7/2021."

2. Undersigned counsel was recently retained to represent Plaintiffs' Counsel in defense of the January 7, 2021, Minute Order to Show Cause ("Show Cause Order"). Undersigned counsel respectfully requests a two-week extension of time until February 5, 2021, for Plaintiffs' Counsel to file their response to the Show Cause Order.

3. Good cause exists to grant this request as there are extensive filings that undersigned counsel must analyze before they are in a position to file Plaintiffs' Counsel's response the Show Cause Order. For example, the Complaint [ECF No. 1] is 119 pages; the Motion for Preliminary Injunction and supporting Memorandum [ECF Nos. 2, 4] are 54 pages; and the Affidavit with the Appendix filed for the Motion for Preliminary Injunction [ECF No. 5] is 1,573 pages.

4. Moreover, good cause exists for the brief two-week extension of time because undersigned counsel's office is located at 1629 K Street, NW in Washington, DC. Due to unprecedented extensive road closures and restricted access points throughout Washington, DC associated with the 59th Presidential Inauguration on January 20, 2021, undersigned counsel are currently working remotely from home. *See, e.g.* Ex. A, Street and Bridge Closures published on DC.gov website *and* Ex. B, Map of Closures published on DC.gov website.

5. There will no prejudice if this Court grants this Motion because the extension of this deadline will not impact any other deadlines as this case was dismissed on January 7, 2021, and was closed by the Clerk on January 8, 2021. *See* Ex. C, Docket *and* Minute Order dated January 7, 2021.

6. Finally, it is in the interests of justice for Plaintiffs' Counsel to have a full and fair opportunity to provide a substantive response to the Show Cause Order.

7. This is Plaintiffs' Counsel's first request to extend time to respond to the Show Cause Order in this matter.

8. Pursuant to Local Rule 7(m) because this case has been dismissed and is closed, there are no opposing counsel or parties in this lawsuit to confer with regarding this non-dispositive, procedural motion.

9. In conclusion, good cause exists for this Court to grant this Motion and provide Plaintiffs' Counsel a two (2) week extension of time until February 5, 2021, to file a response to the Show Cause Order because undersigned counsel were recently retained, there are over 1,600 pages of documents filed on the public record to review, the 59th Presidential Inauguration with associated unprecedented street closures and restricted access points throughout Washington, DC is causing substantial business disruptions, and the brief two-week extension of time will not cause unnecessary delay.

**WHEREFORE**, for the foregoing reasons, the Plaintiffs' Counsel respectfully requests this Court grant this Motion and permit Plaintiffs' Counsel to respond to this Court's January 7, 2021, Minute Order to Show Cause by February 5, 2021.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

/s/  *Channing L. Shor*
Justin M. Flint (#491782)
Channing L. Shor (#1024861)
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
(202) 857-1696 (Tel)
(202) 857-0762 (Fax)
flint@ewdc.com
shor@ewdc.com
*Counsel for Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 19th day of January 2021 a copy of the foregoing Motion to Extend Time for Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A. to File a Response to this Court's January 7, 2021, Minute Order to Show Cause was served to all Counsel of Record by this Court's electronic filing system.

                /s/  *Channing L. Shor*
                Channing L. Shor (#1024861)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WISCONSIN VOTERS ALLIANCE**, *et al.*,<br><br>     PLAINTIFFS,<br><br>V.<br><br>**VICE PRESIDENT MICHAEL R. PENCE**, *et al.*,<br><br>     DEFENDANTS. | CIVIL ACTION NO.: 20-3791 (JEB) |

### MEMORANDUM OF POINTS AND AUTHORITIES
### IN SUPPORT OF MOTION TO EXTEND TIME

1. Fed. R. Civ. P 6(b)(1)(A);

2. LCvR 7;

3. The reasons set forth in the Motion;

4. The inherent powers of this Court; and

5. Good cause shown.

                                                      Respectfully submitted,

                                                      ECCLESTON & WOLF, P.C.

                                                      /s/  *Channing L. Shor*
                                                      Justin M. Flint (#491782)
                                                      Channing L. Shor (#1024861)
                                                      1629 K Street, N.W., Suite 260
                                                      Washington, D.C. 20006
                                                      (202) 857-1696 (Tel)
                                                      (202) 857-0762 (Fax)
                                                      flint@ewdc.com
                                                      shor@ewdc.com
                                                      *Counsel for Erick G. Kaardal, Esq. and*
                                                      *Mohrman, Kaardal & Erickson, P.A.*