UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WISCONSIN VOTERS ALLIANCE**, *et al.*,

    PLAINTIFFS,

V.

**VICE PRESIDENT MICHAEL R. PENCE,** *et al.*,

    DEFENDANTS.

**CIVIL ACTION NO.: 20-3791 (JEB)**

## ORDER

Upon consideration of the Motion to Extend Time for Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A. to File a Response to this Court's January 7, 2021, Minute Order to Show Cause, good cause shown, and the entire record in this case, it is this _____ day of _____ 2021, hereby

**ORDERED** that the Motion to Extend Time for Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A. to File a Response to this Court's January 7, 2021, Minute Order to Show Cause is hereby **GRANTED**; and it is further

**ORDERED** Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A. shall file their response to this Court's January 7, 2021, Minute Order to Show Cause on or by February 5, 2021.

                                                  Judge James E. Boasberg
                                                  United States District Judge

Copies to:
*All Parties of Record*