# Exhibit A

coronavirus.dc.gov
Read Mayor Bowser's Presentation from the Situational Update: January 15.
DC Entered Phase Two of Reopening on June 22. View the Guidance.



 Listen ▶

# Street Closures







## National Mall and National Parks

The National Park Service, at the request of and in cooperation with the United States Secret Service, will implement a temporary public closure of the National Mall beginning at 11 am on Friday, January 15 and extending through at least Thursday, January 21.

**In support of this effort, the National Park Service is also temporarily closing to the public the following roadways and park areas:**

- East and West Potomac Parks including Hains Point, all memorials and NPS areas contained within;
- On and off ramps to Potomac Park, from I-395 N and I-395;
- Lincoln Memorial Circle including all adjacent sidewalks and roadways;
- Memorial Bridge, from Washington Boulevard to Lincoln Memorial Circle, including all adjacent sidewalks; and
- The White House Complex, all of Lafayette Park and the White House sidewalk, the Ellipse, First Division Park, and Sherman Park

The National Park Service and the US Secret Service remind the public that security restrictions pertinent to the 59th Presidential Inauguration have closed public access to the Martin Luther King, Jr. Memorial, through January 21. For information regarding access within the Washington, DC area, please visit https://www.secretservice.gov/protection/inauguration.

# Street Closures

- [US Secret Service Releases Updated Transportation Security Information, Public Access Map](#)

Beginning at 6 am on Friday, January 15, all parking garages in restricted zones will be blocked off. Any vehicle still in a garage or loading zone in these zones at 6 am on Friday must remain there until after the Inauguration. Businesses that need to receive deliveries will be advised of an off-site screening facility.

- Residents and businesses between 19th to 14th Street NW and K Street to Constitution Avenue are already being advised of restrictions beginning on January 14. More information coming.

The following areas will be closed to public use:

- Constitution Ave, NW from Rock Creek Parkway, NW to 17th Street NW, to include the adjacent sidewalks;
- 17th Street , NW to H Street, NW, to include the adjacent sidewalks;
- H Street, NW to 15th Street, NW, to include adjacent sidewalks;
- 15th Street, NW to Pennsylvania Avenue, NW to include adjacent sidewalks;
- Pennsylvania Avenue, NW, from 15th Street, NW to 3rd Street, SW, and adjacent sidewalks (except for designated areas for First Amendment activities to be overseen by the National Park Service and United States Park Police);
- 3rd Street, SW, from Pennsylvania Avenue, NW, to Independence Avenue, SW, and adjacent sidewalks;
- Independence Avenue, SW, from 3rd Street, SW, to Ohio Drive, SW, and adjacent sidewalks; and
- Ohio Drive, SW, to Rock Creek Parkway, NW, and adjacent sidewalks

# Bridge Closures

The Virginia Department of Transportation and Virginia State Police will implement several bridge and road closures from Virginia into Washington, DC beginning Tuesday, Jan. 19. From 6 am Tuesday, Jan. 19 through 6 am, Thursday, Jan. 21, I-66 and I-395 bridges into DC will be closed and traffic will be diverted as follows:

**I-66:** Eastbound traffic will be diverted at Route 110 (Exit 75).
**I-395:** Northbound traffic will be diverted at the George Washington Memorial Parkway (Exi

10B).

**I-395 Express Lanes:** When the lanes are northbound, all traffic will be diverted into the main lanes near Edsall Road.

Drivers are urged to plan ahead, avoid the area, and use alternate routes during this time. Portable and overhead message signs will remind drivers to avoid the area. Those needing to travel in and around Northern Virginia between Jan. 19 and Jan. 21 are encouraged to check www.511virginia.org before they travel. Learn more.

## Public Transportation

- **Metro announced service adjustments for Metrorail and Metrobus** that will be in effect beginning Friday, January 15 through the end of service on Thursday, January 21.
    - **Red Line:** Farragut North, Judiciary Square, Union Station
    - **Yellow Line/Green Line:** National Archives
    - **Blue Line:** Arlington Cemetery
    - **Blue Line / Orange Line / Silver Line:** Farragut West, McPherson Square, Federal Center SW, Capitol South, Smithsonian, Federal Triangle
- Beginning Saturday, January 16, through Thursday, January 21 Metro Center and Gallery Place stations will close.
- **26 bus routes** will be detoured around the expanded security perimeter beginning on Friday through Thursday
- **Capital Bikeshare** around the National Mall, Capitol Hill and Union Station will be available until further notice. Streetcar service is suspended until further notice.

## For the latest traffic, street closures, and Metro services, visit:

- Metropolitan Police Department (MPD) Newsroom
- MPD Traffic on Twitter
- WMATA Newsroom
- WMATA on Twitter

# Exhibit B

coronavirus.dc.gov
Read Mayor Bowser's Presentation from the Situational Update: January 15.
DC Entered Phase Two of Reopening on June 22. View the Guidance.





 Listen

## US Secret Service Releases Updated Transportation Security Information, Public Access Map

Sunday, January 17, 2021
(Washington, DC) – Today the US Secret Service released updated transportation security information and a comprehensive public access map pertinent to the 59th Presidential Inauguration.

Access into Washington, DC will be limited Jan. 16-21. The following is a comprehensive map and summary of routes and their status that day:



- 14th Street Non-HOV Bridge – Remains open to all traffic until Jan. 19 at 6 a.m. through Jan. 21 6 a.m. All traffic diverted to I-395.
- 14th Street Bridge HOV (North and South) – Remains open to all traffic until Jan. 19 at 6 a.m. through Jan. 21 at 6 a.m.
- Theodore Roosevelt Bridge – Remains open to all traffic until Jan. 19 at 6 a.m. through Jan. 21 at 6 a.m. Following closure, west bound traffic will remain open. Traffic will be diverted north on Potomac Freeway.
- Memorial Bridge – Open for northbound access around Lincoln Circle to 23rd only. Southbound traffic may enter the Lincoln Circle from 23rd St. to access Memorial Bridge. All access is scheduled to be closed Jan. 19 at 6 a.m. through Jan. 21 at 6 a.m.
- Key Bridge – Remains open until Jan. 19 at 6 a.m. through Jan. 21 at 6 a.m. Following closure, no access to Whitehurst Freeway and no right turn will be permitted on M St. All traffic must turn left on Canal St.
- Chain Bridge – Open to all traffic.
- South Capitol Street Bridge on the 295 side – Remains open to all traffic until Jan. 19 at 6 a.m. through Jan. 21 at 6 a.m. Following closure, northbound traffic will be closed and southbound traffic will remain open.
- Southeast/Southwest Freeway – Closed.
- Potomac River Parkway – Open Northbound, closed Southbound from Jan. 16 at 6 a.m. through Jan. 21 at 6 a.m. Access to Theodore Roosevelt Bridge remains open.
- Rock Creek Parkway at Ohio Drive – Closed.
- 11th Street Bridges – Remain open to all traffic until Jan. 19 at 6 a.m. through Jan. 21 at 6 a.m. Following closure, northbound traffic will be closed and southbound traffic will remain open.

- 695 Bridge/Southeast Freeway – Remains open to all traffic until Jan. 19 at 6 a.m. through Jan. 21 at 6 a.m.
- Sousa Bridge – Remains open to all traffic until Jan. 19 at 6 a.m. through Jan. 21 at 6 a.m. Following closure, northbound traffic will be closed and southbound traffic will remain open.
- 3rd Street Tunnel – Remains open with all exits closed. The tunnel will close Jan. 19 at 6 a.m. through Jan. 21 at 6 a.m.
- 9th Street Tunnel – Closed to all traffic.
- 12th Street Tunnel – Closed to all traffic.
- E Street Tunnel – Closed from Potomac River Freeway northbound and southbound.
- Independence Ave/Maine Ave from 12th Street, SW to Memorial Bridge – Closed to all traffic.

**Road Closures**
10th St NW from F St NW to Constitution Ave NW (Red Zone)
11th St NW from F St NW to Pennsylvania Ave NW (Red Zone)
12th St NW from F St NW to C St SW (Red Zone)
13 ½ St NW from Pennsylvania Ave NW (Red Zone)
13th St NW from K St NW to Pennsylvania Ave NW (Red Zone)
14th St NW from K St NW to C St SW (Red Zone)
15th St NW from K St NW to Independence Ave SW (Red Zone)
Raoul Wallenberg Pl SW from 15th St. SW to Maine Ave. SW
16th St NW from K St NW to H St NW (Red Zone)
17th St NW from N St NW to K St. NW
17th St NW from N St NW to Independence Ave SW (Red Zone)
Rhode Island Ave. NW from Bataan St. NW to N St.
Rhode Island Ave. NW from Bataan to Connecticut Ave. NW
M St. from 18th St. NW to Connecticut Ave. NW
M. St. from 18th St. NW to 17th St. NW
Connecticut Ave. NW from Jefferson Pl NW to K St. NW
Desales St. NW from Connecticut Ave. NW to 17th St. NW
L St. NW from 17th St. NW from 16th St. NW
17th St. NW/Connecticut Ave from K St. NW to H St. NW
17th St. NW from H St. to Independence Ave.
18th St NW from K St NW to Constitution Ave NW (Red Zone)
19th St NW from K St NW to Constitution Ave NW (Red Zone)
1st St NW from D St NW to Constitution Ave. NW
1st St. NE/SE from Mass. Ave to North Carolina Ave. SE
2nd St SW from Washington Ave SW to E St SW
3rd St NW/SW from Mass. Ave/H St. NW to E St SW
4th St NW from H St NW to D St NW
4th St NW from Pennsylvania Ave NW to C St. SW
5th St NW from H St. NW to D St. NW
6th St NW from G St NW to Constitution Ave NW
6th St. SW from Independence Ave. SW to C St. SW
7th St NW from F St NW to C St. SW
8th St NW from F St to D St NW
9th St NW from F St NW to Capitol Square Pl SW
C St NW from 19th St NW to 17th St NW
C St NW from 6th St NW to 3rd St NW
C St. SW from 14th SW to 12th SW
C St. SW from 6th St. SW to 2nd St. SE
C St SW from 14th St SW to 2nd St SW/SE
Constitution Ave NW from 23rd St NW to 2nd St. NE
D St NW from 18th St NW to 17th St NW
D St NW/NE from 9th St NW to 2nd St. NE
D St SW from 4th St SW to 1st St. SE
Daniel French Dr NW from Lincoln Memorial Circle NW to Independence Ave NW

E St NW from 19th St NW/E St Expy to 3rd St NW
F St NW from 15th St NW to 12th St. NW
F St. NW to 6th St. NW to 3rd St. NW
F St NW from 19th St NW to 17th St NW
F St NW from New Jersey Ave NW to N Capitol St NW
G St NW from 15th St NW to 12th St NW
G St NW from 19th St NW to 17th St NW
G St NW from 6th St NW to 3rd St NW
H St NW from 19th St NW to 12th St NW
Henry Bacon Dr NW from Lincoln Memorial Circle NW to Constitution Ave NW
Home Front Dr from 17th St NW to Independence Ave SW
I St. NW from 19th NW to 12th St. NW
Independence Ave SW from 17th St NW to Washington Ave SW
Independence Ave. SW/Kutz Bridge from 23rd St NW to 15th St SW
Independence Ave. SW from Ohio Dr. SW to 17th St. SW
23rd St. SW at Independence Ave. SW
Indiana Ave NW from 7th St NW to D St NW
Jefferson Dr SW from 15th St SW to 3rd St SW
K St NW from 19th St NW to 12th St NW
Louisiana Ave NW from Constitution Ave NW to Mass. Ave. NW
Madison Dr NW from 15th St SW to 3rd St SW (Red Zone)
Maine Ave SW from 12th St SW to Kutz Bridge
New Jersey Ave SE from Independence Ave SE to E St SW (Red Zone)
New York Ave NW from 15th St NW to 12th St NW (Red Zone)
Ohio Drive SW from Ohio Dr. Bridge to Rock Creek Pwky (Red Zone)
Pennsylvania Ave NW from 15th St NW to 3rd St NW (Red Zone)
Pennsylvania Ave NW from 19th St to 15th St NW (Red Zone)
Raoul Wallenberg Pl SW from Independence Ave SW to Maine Ave SW (Red Zone)
S Capitol St SE from Independence Ave. SW to E St SE(Red Zone)
Virginia Ave NW from 19th St NW to Constitution Ave NW(Red Zone)
Washington Ave SW from Independence Ave SW to E St SW(Red Zone)
Washington Ave SW from Independence Ave SW to S Capitol St SE (Red Zone)

For the latest security information and updates relating to the 59th Presidential Inauguration, visit https://www.secretservice.gov/protection/inauguration

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DC MURIEL BOWSER, MAYOR

**Additional Websites**

Mayor Muriel Bowser
DC's COVID-19 Response
US Secret Service
Presidential Inauguration Committee
Joint Congressional Committee of Inaugural Ceremonies

**Resources**

AlertDC

Accessibility    Privacy & Terms

# Exhibit C

CLOSED,TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:20-cv-03791-JEB

WISCONSIN VOTERS ALLIANCE et al v. PENCE et al
Assigned to: Judge James E. Boasberg
Cause: 28:1343 Violation of Civil Rights

Date Filed: 12/22/2020
Date Terminated: 01/08/2021
Jury Demand: None
Nature of Suit: 441 Voting
Jurisdiction: Federal Question

**Plaintiff**
**WISCONSIN VOTERS ALLIANCE**

represented by **Erick G. Kaardal**
MOHRMAN, KAARDAL, & ERICKSON, P.A.
150 South Fifth Street
Suite 3100
Minneapolis, MN 55402
(612) 341-1074
Fax: (612) 341-1076
Email: kaardal@mklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**PENNSYLVANIA VOTERS ALLIANCE**

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**GEORGIA VOTERS ALLIANCE**

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**ELECTION INTEGRITY FUND**

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**ARIZONA VOTER INTEGRITY ALLIANCE**

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**LYNIE STONE**

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

BARON BENHAM     represented by   **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

DEBI HAAS     represented by   **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

BRENDA SAVAGE     represented by   **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

MATTHEW DADICH     represented by   **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

LEAH HOOPES     represented by   **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

RON HEUER     represented by   **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

RICHARD W. KUCKSDORF     represented by   **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

DEBBIE JACQUES     represented by   **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JOHN WOOD     represented by   **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

SONNY BORRELLI
*Senator*
    represented by   **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

WARREN PETERSON     represented by   **Erick G. Kaardal**

*Representative*

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MATTHEW MADDOCK**
*Representative*

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAIRE RENDON**
*Representative*

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID STEFFEN**
*Representative*

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEFF L MURSAU**
*Representative*

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM T LIGON**
*Senator*

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRANDON BEACH**
*Senator*

represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MICHAEL RICHARD PENCE**
*Vice President, in his official capacity as President of the United States Senate*

**Defendant**

**U.S HOUSE OF REPRESENTATIVES**

**Defendant**

**U.S. SENATE**

**Defendant**

**ELECTORAL COLLEGE, THE**

**Defendant**

**TOM WOLF**
*Governor of Pennsylvania, in his official*

*capacity*

**Defendant**

**BRYAN CARTER**
*Speaker of the Pennsylvania House of Representatives, in his official capacity*

**Defendant**

**JAKE CORMAN**
*Senate majority Leader of Pennsylvania Senate, in his official capacity*

**Defendant**

**GRETCHEN WHITMER**
*Governor of Michigan, in her official capacity*

**Defendant**

**LEE CHATFIELD**
*Speaker of the Michigan House of Representatives, in his official capacity*

**Defendant**

**MIKE SHIRKEY**
*Senate Majority Leader of the Michigan Senate, in his official capacity*

**Defendant**

**TONY EVERS**
*Governor of Wisconsin, in his official capacity*

**Defendant**

**ROBIN VOS**
*Speaker of the Wisconsin State Assembly, in his official capacity*

**Defendant**

**HOWARD MARKLEIN**
*Senate Majority Leader of the Wisconsin Senate, in his official capacity*

**Defendant**

**BRIAN KEMP**
*Governor of Georgia, in his official capacity*

**Defendant**

**DAVID RALSTON**
*Speaker of the Georgia House of Representatives, in his official capacity*

**Defendant**

**BUTCH MILLER**
*President Pro Tempore of the Georgia Senate, in his official capacity*

**Defendant**

**DOUG DUCEY**
*Governor of Arizona*

**Defendant**

**RUSSELL BOWERS**
*Speaker of the Arizona House of Representatives*

**Defendant**

**RICK GRAY**
*Senate Majority Leader of the Arizona Senate, in his official capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2020 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number ADCDC-7990281) filed by JEFF L MURSAU, BARON BENHAM, WARREN PETERSON, PENNSYLVANIA VOTERS ALLIANCE, WISCONSIN VOTERS ALLIANCE, MATTHEW MADDOCK, SONNY BORRELLI, DAVID STEFFEN, DEBBIE JACQUES, MATTHEW DADICH, LEAH HOOPES, WILLIAM T LIGON, BRANDON BEACH, RICHARD W KUCKSDORF, LYNIE STONE, GEORGIA VOTERS ALLIANCE, BRENDA SAVAGE, RON HEUER, JOHN WOOD, DEBI HAAS, ELECTION INTEGRITY FUND, DAIRE RENDON, ARIZONA VOTER INTEGRITY ALLIANCE. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Kaardal, Erick) (Entered: 12/22/2020) |
| 12/22/2020 | 2 | MOTION for Preliminary Injunction by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD (Kaardal, Erick) (Entered: 12/22/2020) |
| 12/22/2020 | 3 | NOTICE *OF HEARING* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD re 2 MOTION for Preliminary Injunction (Kaardal, Erick) (Entered: 12/22/2020) |
| 12/22/2020 | 4 | MEMORANDUM re 2 MOTION for Preliminary Injunction filed by WISCONSIN VOTERS ALLIANCE, SONNY BORRELLI, RICHARD W KUCKSDORF, DEBBIE JACQUES, ARIZONA VOTER INTEGRITY ALLIANCE, WARREN PETERSON, DAIRE RENDON, MATTHEW DADICH, BRENDA SAVAGE, JOHN WOOD, JEFF L |

| | | |
|---|---|---|
| | | MURSAU, GEORGIA VOTERS ALLIANCE, BARON BENHAM, PENNSYLVANIA VOTERS ALLIANCE, LEAH HOOPES, MATTHEW MADDOCK, LYNIE STONE, WILLIAM T LIGON, RON HEUER, DEBI HAAS, BRANDON BEACH, ELECTION INTEGRITY FUND, DAVID STEFFEN by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD. (Kaardal, Erick) (Entered: 12/22/2020) |
| 12/22/2020 | 5 | AFFIDAVIT re 2 MOTION for Preliminary Injunction *Declaration of Erick Kaardal* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD. (Attachments: # 1 Appendix part 1, # 2 Appendix part 2, # 3 Appendix part 3, # 4 Appendix part 4, # 5 Appendix part 5, # 6 Appendix part 6, # 7 Appendix part 7, # 8 Appendix part 8, # 9 Appendix part 9, # 10 Appendix part 10, # 11 Appendix part 11, # 12 Appendix part 12) (Kaardal, Erick) (Attachment 6 replaced on 12/23/2020) (ztnr). (Entered: 12/22/2020) |
| 12/22/2020 | 6 | NOTICE of Proposed Order *for Preliminary Injunction* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD re 2 MOTION for Preliminary Injunction (Kaardal, Erick) (Entered: 12/22/2020) |
| 12/22/2020 | | Case Assigned to Judge James E. Boasberg. (adh, ) (Entered: 12/22/2020) |
| 12/22/2020 | 7 | SUMMONS (19) Issued Electronically as to RUSSELL BOWERS, BRYAN CARTER, LEE CHATFIELD, JAKE CORMAN, DOUG DUCEY, ELECTORAL COLLEGE, THE, TONY EVERS, RICK GRAY, BRIAN KEMP, HOWARD MARKLEIN, BUTCH MILLER, MICHAEL RICHARD PENCE, DAVID RALSTON, MIKE SHIRKEY, U.S HOUSE OF REPRESENTATIVES, U.S. SENATE, ROBIN VOS, GRETCHEN WHITMER, TOM WOLF. (Attachment: # 1 Notice and Consent)(adh, ) (Entered: 12/22/2020) |
| 12/22/2020 | 8 | AFFIDAVIT re 2 MOTION for Preliminary Injunction *Second Declaration of Erick G. Kaardal* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD. (Attachments: # 1 Appendix)(Kaardal, Erick) (Entered: 12/22/2020) |
| 12/23/2020 | | MINUTE ORDER: The Court ORDERS that, as soon as Plaintiffs file proofs of service on |

| | | |
|---|---|---|
| | | all Defendants, a briefing schedule and hearing shall be set. So ORDERED by Judge James E. Boasberg on 12/23/2020. (lcjeb3) (Entered: 12/23/2020) |
| 01/04/2021 | 9 | ORDER: For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Plaintiffs' 2 Motion for Preliminary Injunction is DENIED. Signed by Judge James E. Boasberg on 1/4/2021. (lcjeb1) (Entered: 01/04/2021) |
| 01/04/2021 | 10 | MEMORANDUM OPINION re 9 Order on Motion for Preliminary Injunction. Signed by Judge James E. Boasberg on 1/4/2021. (lcjeb1) (Entered: 01/04/2021) |
| 01/05/2021 | 11 | ENTERED IN ERROR.....NOTICE *Letter to Judge James E. Boasberg with attachment* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W. KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD re 10 Memorandum & Opinion, 9 Order on Motion for Preliminary Injunction (Kaardal, Erick); Modified on 1/6/2021 (ztth). (Entered: 01/05/2021) |
| 01/05/2021 | 12 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ELECTORAL COLLEGE, THE served on 12/23/2020; MICHAEL RICHARD PENCE served on 12/23/2020; U.S HOUSE OF REPRESENTATIVES served on 12/23/2020; U.S. SENATE served on 12/23/2020 (Kaardal, Erick) (Entered: 01/05/2021) |
| 01/05/2021 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. BRYAN CARTER served on 12/28/2020, answer due 1/18/2021; JAKE CORMAN served on 12/28/2020, answer due 1/18/2021; DOUG DUCEY served on 12/24/2020, answer due 1/14/2021; TONY EVERS served on 1/4/2021, answer due 1/25/2021; BRIAN KEMP served on 12/26/2020, answer due 1/16/2021; HOWARD MARKLEIN served on 12/31/2020, answer due 1/21/2021; BUTCH MILLER served on 12/26/2020, answer due 1/16/2021; DAVID RALSTON served on 12/23/2020, answer due 1/13/2021; TOM WOLF served on 12/24/2020, answer due 1/14/2021 (Kaardal, Erick) (Entered: 01/05/2021) |
| 01/05/2021 | 14 | WAIVER OF SERVICE. LEE CHATFIELD waiver sent on 12/23/2020, answer due 2/21/2021; RICK GRAY waiver sent on 12/23/2020, answer due 2/21/2021; MIKE SHIRKEY waiver sent on 12/23/2020, answer due 2/21/2021; GRETCHEN WHITMER waiver sent on 12/23/20, answer due 2/21/2021. (Kaardal, Erick); Modified date of waiver sent and answer due date on 1/7/2021 (ztth). (Entered: 01/05/2021) |
| 01/05/2021 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 12/23/2020. RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 12/23/2020. ( Answer due for ALL FEDERAL DEFENDANTS by 2/21/2021.) (See Docket Entry 13 to view document) (ztth) (Entered: 01/07/2021) |
| 01/06/2021 | | NOTICE OF ERROR re 11 Notice (Other); emailed to kaardal@mklaw.com, cc'd 5 associated attorneys -- The PDF file you docketed contained errors: 1. Please refile document, 2. Docket Entry 11 was entered in error. Please see LCvR 5.1. (ztth, ) (Entered: 01/06/2021) |
| 01/06/2021 | 15 | NOTICE *OF FILING OF PROOFS OF SERVICE* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS |

| | | |
|---|---|---|
| | | ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W. KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD re 10 Memorandum & Opinion, 9 Order on Motion for Preliminary Injunction (Kaardal, Erick) (Entered: 01/06/2021) |
| 01/07/2021 | 16 | NOTICE of Voluntary Dismissal by All Plaintiffs (Kaardal, Erick) (Entered: 01/07/2021) |
| 01/07/2021 | | MINUTE ORDER: Per Plaintiffs' 16 Notice, the Court ORDERS that the case is DISMISSED WITHOUT PREJUDICE. So ORDERED by Judge James E. Boasberg on 1/7/2021. (lcjeb1) (Entered: 01/07/2021) |
| 01/07/2021 | | MINUTE ORDER: As Plaintiffs' 16 Notice of Voluntary Dismissal has now terminated the litigation, the Court ORDERS that by January 22, 2021, Plaintiffs' counsel shall show cause why the Court should not refer him to the Committee on Grievances for all of the reasons discussed in its recent 10 Memorandum Opinion. So ORDERED by Judge James E. Boasberg on 1/7/2021. (lcjeb1) (Entered: 01/07/2021) |
| 01/07/2021 | 18 | CERTIFICATE OF SERVICE by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W. KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD re 16 Notice of Voluntary Dismissal . (Kaardal, Erick) (Entered: 01/07/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/18/2021 13:50:09 | | | |
| **PACER Login:** | ew0033 | **Client Code:** | 55555 Kaardal |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-03791-JEB |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |