# RE: Service

From: DLS COVID Service of Process (doj-covid-sop@doj.state.wi.us)

To:　dlunda@yahoo.com

Cc:　doj-covid-sop@doj.state.wi.us

Date: Wednesday, December 23, 2020, 11:30 AM CST

Received, thank you.

## JOCELYN HENNING (she/her)

### Litigation Technology Support Team

Wisconsin Department of Justice | Division of Legal Services

PLEASE NOTE: While government records are generally subject to disclosure pursuant to the public records law, this email, including any attachments, may contain confidential and/or privileged information exempt from public disclosure. If you are not the intended recipient or believe that you received this email in error, please notify the sender immediately.

**From:** Yahoo Mail <dlunda@yahoo.com>
**Sent:** Wednesday, December 23, 2020 11:23 AM
**To:** DLS COVID Service of Process <DOJ-COVID-SOP@doj.state.wi.us>
**Subject:** Service

State of Wisconsin Attorney Generals office,

Please see attached for service on Governor Tony Evers in his official capacity.

A wavier of service is also attached per your instructions.

Papers served: Summonses;  Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing;  Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick

G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order

Dave Lunda

Twin City Process Service LLC

5416 Jefferson Court

St. Paul MN 55110

651-251-8078

## AFFIDAVIT OF SERVICE

**State of Wisconsin**                    **County of**                    **United States District Court**

Case Number: 20-CV-03791-JEB

Plaintiff:
**Wisconsin Voters Alliance, et al**

vs.

Defendant:
**Vice President Michael Richard Pence, et al**

Received by Twin City Process Service LLC to be served on **Senate Majority Leader Howard Marklein, S11665 Soeldner Rd., Spring Green, WI 53588**.

I, Daryl Oestreich, being duly sworn, depose and say that on the **31st day of December, 2020** at **12:58 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a **Summonses;Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing;   Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal;  Second Declaration of Erick G. Kaardal; Proposed Order** with the date and hour of service endorsed thereon by me, to: **Senate Majority Leader Howard Marklein** at the address of: **S11665 Soeldner Rd., Spring Green, WI 53588**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 66, Sex: M, Race/Skin Color: White, Height: 5'8, Weight: 180, Hair: Grey, Glasses: Y

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action.  I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and sworn to before me on the 4th day of January, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES

**Daryl Oestreich**
Process Server

**Twin City Process Service LLC**
**5416 Jefferson Ct.**
**St. Paul, MN 55110**
**(651) 251-8078**

Our Job Serial Number: GWK-2020008548

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Brian Kemp, As Governor of Georgia
was received by me on *(date)* December 26th, 2020.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jett Coptsias #944 , who is
designated by law to accept service of process on behalf of *(name of organization)* Brian Kemp,
As Governor of Georgia on *(date)* December 26th, 2020; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: December 26, 2020

Allison Cain
*Server's signature*

Allison Cain
*Printed name and title*

6164 New Hope Road
Milner, GA 30257
*Server's address*

Additional information regarding attempted service, etc: I have Personally served the following:

1). Summons
2). Complaint
3). Coversheet
4). Motion for Prelim. Injunction
5). Notice of Hearing
6). Memorandum of Law
7). Declaration of Erick Kaardal
8). Declaration of Erick Kaardal (Second)
9). Flashdrive containing the Appendix
10). Proposed order
11). Notice/Mag. Judge

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher Carr, As Attorney General of the State of Georgia
was received by me on *(date)* December 23, 2020.

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Chief Deputy Attorney General Wright Banks , who is
designated by law to accept service of process on behalf of *(name of organization)* Christopher Carr,
As Attorney General of the State of GA on *(date)* December 23, 2020 ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 23, 2020

Allison Cain
_____
Server's signature

Allison Cain
_____
Printed name and title

6164 New Hope Road
Milner, GA 30257
_____
Server's address

Additional information regarding attempted service, etc: I have personally served the following:
1.) Summons
2.) Complaint
3.) Cover sheet
4.) Motion for Prelim. Injunction
5.) Notice of Hearing
6.) Memorandum of Law
7.) Declaration of Erick Kaardal
8.) Declaration of Erick Kaardal (2n)
9.) Flash Drive Containing Appendix
10.) Proposed Order
11.) Notice / Mag. Judge

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* David Ralston, Speaker of the GA House of Representatives

was received by me on *(date)* December 23, 2020 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Speaker of House Executive Assistant Katy Little, who is

designated by law to accept service of process on behalf of *(name of organization)* David Ralston,

Speaker of the GA House of Representatives on *(date)* December 23, 2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 23, 2020

Allison Cain
*Server's signature*

Allison Cain
*Printed name and title*

6164 New Hope Road
Milner, GA 30257
*Server's address*

Additional information regarding attempted service, etc: I have personally served the following:

1.) Summons
2.) Complaint
3.) Coversheet
4.) Motion for Prelim. Injuction
5.) Notice of Hearing
6.) Memorandum of Law

7.) Declaration of Erik Kaardal
8.) Declaration of Erik Kaardal (second)
9.) Flash Drive containing the Appendix
10.) Proposed Order
11.) Notice/Mag. Judge

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Butch Miller President Pro Tempore of

was received by me on *(date)* December 26th, 2020   the Georgia Senate,

☒ I personally served the summons on the individual at *(place)*  4618 Windsor Drive

Flowery Branch, GA 30542   on *(date)* December 26, 2020   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: December 26th, 2020

_____Allison Cain_____
Server's signature

Allison Cain
Printed name and title

6104 New Hope Road
Milner, GA 30257
Server's address

Additional information regarding attempted service, etc: I have personally served the following:

1). Summons
2) Complaint
3) Cover sheet
4) Motion for Prelim. Injunction
5). Notice of Hearing
6). Memorandum of Law
7). Declaration of Erick Kaardal
8). Declaration of Erick Kaardal (Second)
9). Flash Drive containing the Appendix
10). Proposed Order
11). Notice/Mag. Judge

United States District Court
District of Columbia

Wisconsin Voters Alliance, et al.,

        Plaintiff(s),

v.

Vice President Michael Richard Pence in his
Official Capacity as President of the
United States Senate, et al.,
        Defendant(s).

Court File No.
20-CV-03791 JEB

AFFIDAVIT OF SERVICE

State of Arizona
County of Maricopa
(County Affidavit signed in)

Jeff Bourne, Being duly sworn, on oath says: that on the 24th day of December, 2020 at 9:35am he served the following: : Summons; Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order; on Governor Doug Ducy of Arizona, in his official capacity therein named, personally at 1700 W. Washington Street, Phoenix, 85007, County of Maricopa, State of Minnesota, by handing to and leaving with Annie Foster, General Counsel, an expressly authorized agent for service a true and correct copy thereof.

Service was attempted at Arizona Attorney General's Office at 3:50pm on December 23, 2020 at 2005 N. Central Ave., Phoenix AZ 85004; the clerk said she could only accept on behalf of the State.

Service was attempted at Arizona Department of Administration at 4:20pm on December 23; the Service of Process Clerk said she could only accept on behalf of the DOA.

Service was attempted at the Arizona State Capitol at 4:40pm on December 23, 2020 at 1700 W. Washington St., Phoenix, AZ 85007; neither the Governor or the General Counsel were present to accept service.

Subscribed and Sworn to Before Me this

5 Day of ~~December~~ JANUARY, 2020 Jeff Bourne

Notary Public

TERENCE E CRONIN
Notary Public - Arizona
Maricopa County
Commission # 536046
My Commission Expires October 18, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

*Wisconsin Voters Alliance, et al. v. Vice President Michael Richard Pence, et al.*
*USDC-DC Court file No. 20-CV-03791*

## AFFIDAVIT OF SERVICE

Johanna Juris, being duly sworn on oath, states that on December 22, 2020, served the following document(s):

1. Summonses;
2. Complaint;
3. Civil Cover Sheet;
4. Motion for Preliminary Injunction;
5. Notice of Hearing;
6. Memorandum of Law in Support of Motion for Preliminary Injunction;
7. Declaration of Erick G. Kaardal;
8. Second Declaration of Erick G. Kaardal;
9. Flash drive containing Declaration Appendix; and
10. Proposed Order.

by *United States Postal Service – Certified, Express Mail, Adult Signature Required* upon all individuals listed on the attached Service List.

Dated: December 22, 2020

Johanna Juris

Subscribed and sworn to before me
this 22nd day of December, 2020

Notary Public

NOTARY SEAL



VINCENT J. FAHNLANDER
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

**SERVICE LIST:**

VICE PRESIDENT MICHAEL RICHARD PENCE,
in his official capacity as President of the United States Senate,
Office of the Vice President
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500;

U.S HOUSE OF REPRESENTATIVES,
U.S. Capitol
First St SE, Washington, DC 20004
Washington, DC 20515;

U.S. SENATE,
U.S. Capitol
First St SE, Washington, DC 20004
Washington, DC 20515;

ELECTORAL COLLEGE,
U.S. Capitol
First St SE, Washington, DC 20004
Washington, DC 20515;

GOVERNOR TOM WOLF OF PENNSYLVANIA,
in his official capacity,
508 Main Capitol Building
Harrisburg, PA 17120;

SPEAKER BRYAN CARTER OF THE PENNSYLVANIA HOUSE OF
REPRESENTATIVES, in his official capacity,
139 Main Capitol Building
PO Box 202100
Harrisburg, PA 17120-2100;

SENATE MAJORITY LEADER JAKE CORMAN
OF THE PENNSYLVANIA SENATE,
in his official capacity,
Senate Box 203034
Harrisburg, PA 17120-3034;

GOVERNOR GRETCHEN WHITMER OF MICHIGAN,
in her official capacity,
111 S Capitol Avenue
Lansing, Michigan 48933;

SPEAKER LEE CHATFIELD OF THE MICHIGAN
HOUSE OF REPRESENTATIVES,
in his official capacity,
124 N Capitol Avenue
Lansing, Michigan 48933;

SENATE MAJORITY LEADER MIKE SHIRKEY
OF THE MICHIGAN SENATE,
in his official capacity,
S-102 Capitol Building
Lansing, Michigan 48933;

GOVERNOR TONY EVERS OF WISCONSIN,
in his official capacity,
P.O. Box 7863
Madison, Wisconsin 53707;

SPEAKER ROBIN VOS OF THE WISCONSIN
STATE ASSEMBLY,
in his official capacity,
960 Rock Ridge Road
Burlington, Wisconsin 53105;

SENATE MAJORITY LEADER HOWARD MARKLEIN
OF THE WISCONSIN SENATE,
in his official capacity,
PO Box 7882
Madison, Wisconsin 53707;

GOVERNOR BRIAN KEMP OF GEORGIA,
in his original capacity,
111 State Capitol
Atlanta, Georgia 30334;

SPEAKER DAVID RALSTON OF THE GEORGIA HOUSE
OF REPRESENTATIVES,
in his official capacity,
332 State Capitol
Atlanta, Georgia 30334;

PRESIDENT PRO TEMPORE BUTCH MILLER OF THE GEORGIA SENATE,
in his official capacity,
321 State Capitol
Atlanta, Georgia 30334;

GOVERNOR DOUG DUCEY OF ARIZONA,
in his official capacity,
1700 W. Washington Street
Phoenix, Arizona 85007;

SPEAKER RUSSELL BOWERS OF THE
ARIZONA HOUSE OF REPRESENTATIVES,
in his official capacity,
1700 West Washington
Room 223
Phoenix, Arizona 85007; and

SENATE MAJORITY LEADER RICK GRAY
OF THE ARIZONA SENATE,
in his official capacity,
1700 West Washington
Room 301
Phoenix, Arizona 85007

Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Attorney General William Barr
Attorney General of United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

*Wisconsin Voters Alliance, et al. v. Vice President Michael Richard Pence, et al.*
*USDC-DC Court file No. 20-CV-03791*

## AFFIDAVIT OF SERVICE

Johanna Juris, being duly sworn on oath, states that on December 23, 2020, served 4 copies each of the following for service upon Vice President Michael Pence, U.S. House of Representatives, U.S. Senate and Electoral College:

1. Summonses;
2. Complaint;
3. Civil Cover Sheet;
4. Motion for Preliminary Injunction;
5. Notice of Hearing;
6. Memorandum of Law in Support of Motion for Preliminary Injunction;
7. Declaration of Erick G. Kaardal;
8. Second Declaration of Erick G. Kaardal;
9. Flash drive containing Declaration Appendix; and
10. Proposed Order.

by *United States Postal Service – Certified, Express Mail, Adult Signature Required* at their respective mailing addresses list below.

| | |
|---|---|
| Civil Process Clerk<br>United States Attorney's Office<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530 | Attorney General William Barr<br>U.S. Department of Justice<br>950 Pennsylvania Avenue<br>NW Washington, DC 20530-0001 |

Dated:  December 23, 2020

_____
Johanna Juris

Subscribed and sworn to before me
this 23nd day of December, 2020

_____
Notary Public

NOTARY SEAL



VINCENT J. FAHNLANDER
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| Wisconsin Voters Alliance, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   20-cv-03791-JEB |
| Vice President Michael Richard Pence, et al. | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Erick G. Kaardal, plaintiffs' attorney
     *(Name of the plaintiff's attorney or unrepresented plaintiff)*

        I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

        I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

        I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

        I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from      12/23/2020     , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:    12/29/2020

                                *Heather S. Meingast*
                      *Signature of the attorney or unrepresented party*

     Governor Gretchen Whitmer                       Heather S. Meingast
   *Printed name of party waiving service of summons*                 *Printed name*
                                           P.O. Box 30736
                                         Lansing, MI 48909

                                         *Address*

                              meingasth@michigan.gov
                                        *E-mail address*

                                 (517) 335-7659
                                       *Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

        Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

        "Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

        If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

        If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Wisconsin Voters Alliance, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Vice President Michael Richard Pence, et al. | ) |
| *Defendant* | ) |

Civil Action No.   20-cv-03791-JEB

## WAIVER OF THE SERVICE OF SUMMONS

To:   Erick G. Kaardal, plaintiffs' attorney
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from          12/23/2020          , the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:          12/29/2020

Speaker Lee Chatfield
*Printed name of party waiving service of summons*

*Heather S. Meingast*
*Signature of the attorney or unrepresented party*

Heather S. Meingast
*Printed name*

P.O. Box 30736
Lansing, MI 48909

*Address*

meingasth@michigan.gov
*E-mail address*

(517) 335-7659
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Wisconsin Voters Alliance, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Vice President Michael Richard Pence, et al. | ) |
| *Defendant* | ) |

Civil Action No.   20-cv-03791-JEB

## WAIVER OF THE SERVICE OF SUMMONS

To:   Erick G. Kaardal, plaintiffs' attorney
        *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____12/23/2020_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:   12/29/2020

_____
*Heather S. Meingast*
*Signature of the attorney or unrepresented party*

Senator Mike Shirkey
*Printed name of party waiving service of summons*

Heather S. Meingast
*Printed name*

P.O. Box 30736
Lansing, MI 48909

*Address*

meingasth@michigan.gov
*E-mail address*

(517) 335-7659
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

### for the

District of Columbia

Wisconsin Voters Alliance et al.,
<br>_____
<br>*Plaintiff*

v.

Vice President Michael Richard Pence, et al.,
<br>_____
<br>*Defendant*

Civil Action No. 20-CV-03791-JEB

## WAIVER OF THE SERVICE OF SUMMONS

To: Erick G. Kaardal
<br>_____
<br>*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____ , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 1/5/21

SEN. RICK GRAY
<br>_____
<br>*Printed name of party waiving service of summons*

_____
<br>*Signature of the attorney or unrepresented party*

GREG JERNIGAN
<br>*Printed name*

ARIZONA STATE SENATE
<br>1700 W. WASHINGTON
<br>PHOENIX, AZ 85007
<br>*Address*

gjernigan@azleg.gov
<br>*E-mail address*

602-926-4731
<br>*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# Exhibit F

CLOSED,TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:20-cv-03791-JEB

WISCONSIN VOTERS ALLIANCE et al v. PENCE et al

Assigned to: Judge James E. Boasberg

Cause: 28:1343 Violation of Civil Rights

Date Filed: 12/22/2020

Date Terminated: 01/08/2021

Jury Demand: None

Nature of Suit: 441 Voting

Jurisdiction: Federal Question

### Non-Party Respondent

**Erick G. Kaardal**
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street
Suite 3100
Minneapolis, MN 55402

represented by **Justin Michael Flint**
ECCLESTON & WOLF, P.C.
1629 K Street, NW
Suite 260
Washington, DC 20006
(202) 857-1696
Fax: (202) 857-0762
Email: flint@ewdc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Channing Lynn Shor**
ECCLESTON & WOLF, P.C.
1629 K Street NW
Suite 260
Washington, DC 20006
(202) 857-1696
Fax: (202) 857-0762
Email: shor@ewdc.com
*ATTORNEY TO BE NOTICED*

### Non-Party Respondent

**Mohrman, Kaardal & Erickson, P.A.**
150 South Fifth Street
Suite 3100, MN 55402

represented by **Justin Michael Flint**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Channing Lynn Shor**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**WISCONSIN VOTERS ALLIANCE**

represented by **Erick G. Kaardal**
MOHRMAN, KAARDAL, & ERICKSON,
P.A.
150 South Fifth Street
Suite 3100
Minneapolis, MN 55402

(612) 341-1074
Fax: (612) 341-1076
Email: kaardal@mklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**PENNSYLVANIA VOTERS ALLIANCE**    represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GEORGIA VOTERS ALLIANCE**    represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ELECTION INTEGRITY FUND**    represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ARIZONA VOTER INTEGRITY
ALLIANCE**    represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LYNIE STONE**    represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BARON BENHAM**    represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEBI HAAS**    represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRENDA SAVAGE**    represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MATTHEW DADICH**    represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LEAH HOOPES**    represented by **Erick G. Kaardal**

ATTORNEY TO BE NOTICED

**Plaintiff**

**RON HEUER**                          represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RICHARD W. KUCKSDORF**               represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEBBIE JACQUES**                     represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN WOOD**                          represented by **Erick G. Kaardal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SONNY BORRELLI**                     represented by **Erick G. Kaardal**
*Senator*                              (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WARREN PETERSON**                    represented by **Erick G. Kaardal**
*Representative*                       (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MATTHEW MADDOCK**                    represented by **Erick G. Kaardal**
*Representative*                       (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAIRE RENDON**                       represented by **Erick G. Kaardal**
*Representative*                       (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID STEFFEN**                      represented by **Erick G. Kaardal**
*Representative*                       (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEFF L MURSAU**                      represented by **Erick G. Kaardal**
*Representative*                       (See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM T LIGON**                    represented by   **Erick G. Kaardal**
*Senator*                                               (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


**Plaintiff**

**BRANDON BEACH**                      represented by   **Erick G. Kaardal**
*Senator*                                               (See above for address)
                                                        *ATTORNEY TO BE NOTICED*


V.

**Defendant**

**MICHAEL RICHARD PENCE**
*Vice President, in his official capacity as
President of the United States Senate*

**Defendant**

**U.S HOUSE OF REPRESENTATIVES**

**Defendant**

**U.S. SENATE**

**Defendant**

**ELECTORAL COLLEGE, THE**

**Defendant**

**TOM WOLF**
*Governor of Pennsylvania, in his official
capacity*

**Defendant**

**BRYAN CARTER**
*Speaker of the Pennsylvania House of
Representatives, in his official capacity*

**Defendant**

**JAKE CORMAN**
*Senate majority Leader of Pennsylvania
Senate, in his official capacity*

**Defendant**

**GRETCHEN WHITMER**
*Governor of Michigan, in her official
capacity*

**Defendant**

**LEE CHATFIELD**
*Speaker of the Michigan House of
Representatives, in his official capacity*

**Defendant**

**MIKE SHIRKEY**
*Senate Majority Leader of the Michigan
Senate, in his official capacity*

**Defendant**

**TONY EVERS**
*Governor of Wisconsin, in his official
capacity*

**Defendant**

**ROBIN VOS**
*Speaker of the Wisconsin State Assembly, in
his official capacity*

**Defendant**

**HOWARD MARKLEIN**
*Senate Majority Leader of the Wisconsin
Senate, in his official capacity*

**Defendant**

**BRIAN KEMP**
*Governor of Georgia, in his official
capacity*

**Defendant**

**DAVID RALSTON**
*Speaker of the Georgia House of
Representatives, in his official capacity*

**Defendant**

**BUTCH MILLER**
*President Pro Tempore of the Georgia
Senate, in his official capacity*

**Defendant**

**DOUG DUCEY**
*Governor of Arizona*

**Defendant**

**RUSSELL BOWERS**
*Speaker of the Arizona House of
Representatives*

**Defendant**

**RICK GRAY**
*Senate Majority Leader of the Arizona
Senate, in his official capacity*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2020 | 1 | COMPLAINT against All Defendants ( Filing fee $ 402 receipt number ADCDC-7990281) filed by JEFF L MURSAU, BARON BENHAM, WARREN PETERSON, |

| | | |
|---|---|---|
| | | PENNSYLVANIA VOTERS ALLIANCE, WISCONSIN VOTERS ALLIANCE, MATTHEW MADDOCK, SONNY BORRELLI, DAVID STEFFEN, DEBBIE JACQUES, MATTHEW DADICH, LEAH HOOPES, WILLIAM T LIGON, BRANDON BEACH, RICHARD W KUCKSDORF, LYNIE STONE, GEORGIA VOTERS ALLIANCE, BRENDA SAVAGE, RON HEUER, JOHN WOOD, DEBI HAAS, ELECTION INTEGRITY FUND, DAIRE RENDON, ARIZONA VOTER INTEGRITY ALLIANCE. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Kaardal, Erick) (Entered: 12/22/2020) |
| 12/22/2020 | 2 | MOTION for Preliminary Injunction by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD (Kaardal, Erick) (Entered: 12/22/2020) |
| 12/22/2020 | 3 | NOTICE *OF HEARING* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD re 2 MOTION for Preliminary Injunction (Kaardal, Erick) (Entered: 12/22/2020) |
| 12/22/2020 | 4 | MEMORANDUM re 2 MOTION for Preliminary Injunction filed by WISCONSIN VOTERS ALLIANCE, SONNY BORRELLI, RICHARD W KUCKSDORF, DEBBIE JACQUES, ARIZONA VOTER INTEGRITY ALLIANCE, WARREN PETERSON, DAIRE RENDON, MATTHEW DADICH, BRENDA SAVAGE, JOHN WOOD, JEFF L MURSAU, GEORGIA VOTERS ALLIANCE, BARON BENHAM, PENNSYLVANIA VOTERS ALLIANCE, LEAH HOOPES, MATTHEW MADDOCK, LYNIE STONE, WILLIAM T LIGON, RON HEUER, DEBI HAAS, BRANDON BEACH, ELECTION INTEGRITY FUND, DAVID STEFFEN by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD. (Kaardal, Erick) (Entered: 12/22/2020) |
| 12/22/2020 | 5 | AFFIDAVIT re 2 MOTION for Preliminary Injunction *Declaration of Erick Kaardal* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD. (Attachments: # 1 Appendix part 1, # 2 Appendix part 2, # 3 Appendix part 3, # 4 Appendix part 4, # 5 Appendix part 5, # 6 Appendix part 6, # 7 Appendix part 7, # 8 Appendix part 8, # 9 Appendix part 9, # 10 Appendix part 10, # 11 Appendix part 11, # 12 Appendix part 12) (Kaardal, Erick) (Attachment 6 replaced on 12/23/2020) (ztnr). (Entered: 12/22/2020) |

| 12/22/2020 | 6 | NOTICE of Proposed Order *for Preliminary Injunction* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD re 2 MOTION for Preliminary Injunction (Kaardal, Erick) (Entered: 12/22/2020) |
|---|---|---|
| 12/22/2020 | | Case Assigned to Judge James E. Boasberg. (adh, ) (Entered: 12/22/2020) |
| 12/22/2020 | 7 | SUMMONS (19) Issued Electronically as to RUSSELL BOWERS, BRYAN CARTER, LEE CHATFIELD, JAKE CORMAN, DOUG DUCEY, ELECTORAL COLLEGE, THE, TONY EVERS, RICK GRAY, BRIAN KEMP, HOWARD MARKLEIN, BUTCH MILLER, MICHAEL RICHARD PENCE, DAVID RALSTON, MIKE SHIRKEY, U.S HOUSE OF REPRESENTATIVES, U.S. SENATE, ROBIN VOS, GRETCHEN WHITMER, TOM WOLF. (Attachment: # 1 Notice and Consent)(adh, ) (Entered: 12/22/2020) |
| 12/22/2020 | 8 | AFFIDAVIT re 2 MOTION for Preliminary Injunction *Second Declaration of Erick G. Kaardal* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD. (Attachments: # 1 Appendix)(Kaardal, Erick) (Entered: 12/22/2020) |
| 12/23/2020 | | MINUTE ORDER: The Court ORDERS that, as soon as Plaintiffs file proofs of service on all Defendants, a briefing schedule and hearing shall be set. So ORDERED by Judge James E. Boasberg on 12/23/2020. (lcjeb3) (Entered: 12/23/2020) |
| 01/04/2021 | 9 | ORDER: For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that Plaintiffs' 2 Motion for Preliminary Injunction is DENIED. Signed by Judge James E. Boasberg on 1/4/2021. (lcjeb1) (Entered: 01/04/2021) |
| 01/04/2021 | 10 | MEMORANDUM OPINION re 9 Order on Motion for Preliminary Injunction. Signed by Judge James E. Boasberg on 1/4/2021. (lcjeb1) (Entered: 01/04/2021) |
| 01/05/2021 | 11 | ENTERED IN ERROR.....NOTICE *Letter to Judge James E. Boasberg with attachment* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W. KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD re 10 Memorandum & Opinion, 9 Order on Motion for Preliminary Injunction (Kaardal, Erick); Modified on 1/6/2021 (ztth). (Entered: 01/05/2021) |
| 01/05/2021 | 12 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ELECTORAL COLLEGE, THE served on 12/23/2020; MICHAEL RICHARD PENCE served on 12/23/2020; U.S HOUSE OF REPRESENTATIVES served on 12/23/2020; U.S. SENATE served on 12/23/2020 (Kaardal, Erick) (Entered: 01/05/2021) |

| 01/05/2021 | [13](#) | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. BRYAN CARTER served on 12/28/2020, answer due 1/18/2021; JAKE CORMAN served on 12/28/2020, answer due 1/18/2021; DOUG DUCEY served on 12/24/2020, answer due 1/14/2021; TONY EVERS served on 1/4/2021, answer due 1/25/2021; BRIAN KEMP served on 12/26/2020, answer due 1/16/2021; HOWARD MARKLEIN served on 12/31/2020, answer due 1/21/2021; BUTCH MILLER served on 12/26/2020, answer due 1/16/2021; DAVID RALSTON served on 12/23/2020, answer due 1/13/2021; TOM WOLF served on 12/24/2020, answer due 1/14/2021 (Kaardal, Erick) (Entered: 01/05/2021) |
|---|---|---|
| 01/05/2021 | [14](#) | WAIVER OF SERVICE. LEE CHATFIELD waiver sent on 12/23/2020, answer due 2/21/2021; RICK GRAY waiver sent on 12/23/2020, answer due 2/21/2021; MIKE SHIRKEY waiver sent on 12/23/2020, answer due 2/21/2021; GRETCHEN WHITMER waiver sent on 12/23/20, answer due 2/21/2021. (Kaardal, Erick); Modified date of waiver sent and answer due date on 1/7/2021 (ztth). (Entered: 01/05/2021) |
| 01/05/2021 | 17 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 12/23/2020. RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 12/23/2020. ( Answer due for ALL FEDERAL DEFENDANTS by 2/21/2021.) (See Docket Entry [13](#) to view document) (ztth) (Entered: 01/07/2021) |
| 01/06/2021 | | NOTICE OF ERROR re [11](#) Notice (Other); emailed to kaardal@mklaw.com, cc'd 5 associated attorneys -- The PDF file you docketed contained errors: 1. Please refile document, 2. Docket Entry [11](#) was entered in error. Please see LCvR 5.1. (ztth, ) (Entered: 01/06/2021) |
| 01/06/2021 | [15](#) | NOTICE *OF FILING OF PROOFS OF SERVICE* by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W. KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD re [10](#) Memorandum & Opinion, [9](#) Order on Motion for Preliminary Injunction (Kaardal, Erick) (Entered: 01/06/2021) |
| 01/07/2021 | [16](#) | NOTICE of Voluntary Dismissal by All Plaintiffs (Kaardal, Erick) (Entered: 01/07/2021) |
| 01/07/2021 | | MINUTE ORDER: Per Plaintiffs' [16](#) Notice, the Court ORDERS that the case is DISMISSED WITHOUT PREJUDICE. So ORDERED by Judge James E. Boasberg on 1/7/2021. (lcjeb1) (Entered: 01/07/2021) |
| 01/07/2021 | | MINUTE ORDER: As Plaintiffs' [16](#) Notice of Voluntary Dismissal has now terminated the litigation, the Court ORDERS that by January 22, 2021, Plaintiffs' counsel shall show cause why the Court should not refer him to the Committee on Grievances for all of the reasons discussed in its recent [10](#) Memorandum Opinion. So ORDERED by Judge James E. Boasberg on 1/7/2021. (lcjeb1) (Entered: 01/07/2021) |
| 01/07/2021 | [18](#) | CERTIFICATE OF SERVICE by ARIZONA VOTER INTEGRITY ALLIANCE, BRANDON BEACH, BARON BENHAM, SONNY BORRELLI, MATTHEW DADICH, ELECTION INTEGRITY FUND, GEORGIA VOTERS ALLIANCE, DEBI HAAS, RON HEUER, LEAH HOOPES, DEBBIE JACQUES, RICHARD W. KUCKSDORF, WILLIAM T LIGON, MATTHEW MADDOCK, JEFF L MURSAU, PENNSYLVANIA VOTERS ALLIANCE, WARREN PETERSON, DAIRE RENDON, BRENDA SAVAGE, |

| | | |
|---|---|---|
| | | DAVID STEFFEN, LYNIE STONE, WISCONSIN VOTERS ALLIANCE, JOHN WOOD re 16 Notice of Voluntary Dismissal . (Kaardal, Erick) (Entered: 01/07/2021) |
| 01/19/2021 | 19 | NOTICE of Appearance by Justin Michael Flint on behalf of Erick G. Kaardal, Mohrman, Kaardal & Erickson, P.A. (Flint, Justin) (Entered: 01/19/2021) |
| 01/19/2021 | 20 | NOTICE of Appearance by Channing Lynn Shor on behalf of Erick G. Kaardal, Mohrman, Kaardal & Erickson, P.A. (Shor, Channing) (Entered: 01/19/2021) |
| 01/19/2021 | 21 | MOTION for Extension of Time to File Response/Reply *to January 7, 2021, Minute Order to Show Cause* by Erick G. Kaardal, Mohrman, Kaardal & Erickson, P.A. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Shor, Channing) (Entered: 01/19/2021) |
| 01/19/2021 | | MINUTE ORDER GRANTING 21 Motion for Extension of Time. The Court ORDERS that Plaintiffs' Counsel shall file his response to this Court's January 7, 2021, Minute Order to Show Cause by February 5, 2021. So ORDERED by Judge James E. Boasberg on 1/19/2021. (lcjeb1) (Entered: 01/19/2021) |
| 01/19/2021 | | Set/Reset Deadlines: Response to Show Cause due by 2/5/2021. (znbn) (Entered: 01/19/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/04/2021 10:15:48 | | | |
| **PACER Login:** | ChanningShor | **Client Code:** | 4352-1C036 |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-03791-JEB |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |