# Exhibit K

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Wisconsin Voters Alliance, et al**

    Plaintiff(s),

VS.

**Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, et al**

    Defendant(s).

Attorney: Erick G. Kaardal

Mohrman, Kaardal & Erickson, P.A.
150 South 5th St., #3100
Minneapolis MN 55402

*260919*

**Case Number: 1:20-cv-03791-JEB**

Legal documents received by Twin City Process Service, LLC on **12/23/2020** at **2:49 PM** to be served upon **Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, by serving United States Attorney for the District of Columbia**, at **501 3rd St., NW, 4th Fl., Washington, DC, 20001**

I, **Cora Heishman**, swear and affirm that on **December 23, 2020** at **4:25 PM**, I did the following:

Served **Vice President Michael Richard Pence, in his official capacity as President of the United States Senate**, by serving **United States Attorney for the District of Columbia**, a government agency by delivering a conformed copy of this **Letter dated December 22, 2020; Summons in a Civil Action; Motion; Notice of Hearing; Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Second Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Civil Cover Sheet; Plaintiffs' Memorandum in Support of Motion for Preliminary Injunctive Relief; Complaint; Flash Drive Containing Declaration Appendix** to **Reginald Rowan** as **Authorized Agent & Legal Executive Specialist** at **501 3rd St., NW, 4th Fl., Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30-50 Height: Over 6ft Weight: Over 200 lbs Skin Color: Light Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Cora Heishman_
Process Server

Twin City Process Service, LLC
5416 Jefferson Ct.
St. Paul MN 55110
651-214-8312
dlunda@yahoo.com

Internal Job ID:260919

District of Columbia: SS
Subscribed and Sworn to before me
this 28th day of December 20

Michael Molash, Notary Public, D.C.
My commission expires May 14, 2022



# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Wisconsin Voters Alliance, et al**

    Plaintiff(s),

VS.

**Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, et al**

    Defendant(s).

Attorney: Erick G. Kaardal

Mohrman, Kaardal & Erickson, P.A.
150 South 5th St., #3100
Minneapolis MN 55402

\*260920\*

**Case Number: 1:20-cv-03791-JEB**

Legal documents received by Twin City Process Service, LLC on **12/23/2020** at **2:52 PM** to be served upon **U.S. House of Representatives, by serving United States Attorney for the District of Columbia, at 501 3rd St., NW, 4th Fl., Washington, DC, 20001**

I, **Cora Heishman**, swear and affirm that on **December 23, 2020 at 4:25 PM**, I did the following:

Served **U.S. House of Representatives, by serving United States Attorney for the District of Columbia**, a **government agency** by delivering a conformed copy of this **Letter dated December 22, 2020; Summons in a Civil Action; Motion; Notice of Hearing; Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Second Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Civil Cover Sheet; Plaintiffs' Memorandum in Support of Motion for Preliminary Injunctive Relief; Complaint; Flash Drive Containing Declaration Appendix** to **Reginald Rowan** as **Authorized Agent & Legal Executive Specialist** at **501 3rd St., NW, 4th Fl., Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 30-50  Height: Over 6ft  Weight: Over 200 lbs  Skin Color: Light Brown  Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Cora Heishman**
Process Server

**Twin City Process Service, LLC**
5416 Jefferson Ct.
St. Paul MN 55110
651-214-8312
dlunda@yahoo.com

Internal Job ID:260920

District of Columbia: SS
Subscribed and Sworn to before me
this 28TH day of December 2020

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

# AFFIDAVIT OF PROCESS SERVER

United States District Court for the District of Columbia

**Wisconsin Voters Alliance, et al**

    Plaintiff(s),

VS.

**Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, et al**

    Defendant(s).

Attorney: Erick G. Kaardal

Mohrman, Kaardal & Erickson, P.A.
150 South 5th St., #3100
Minneapolis MN 55402

*260922*

**Case Number: 1:20-cv-03791-JEB**

Legal documents received by Twin City Process Service, LLC on **12/23/2020** at **2:52 PM** to be served upon **United States Attorney for the District of Columbia**, at **501 3rd St., NW, 4th Fl., Washington, DC, 20001**

I, **Cora Heishman**, swear and affirm that on **December 23, 2020** at **4:25 PM**, I did the following:

Served **United States Attorney for the District of Columbia, a government agency** by delivering a conformed copy of this **Letter dated December 22, 2020; Summons in a Civil Action; Motion; Notice of Hearing; Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Second Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Civil Cover Sheet; Plaintiffs' Memorandum in Support of Motion for Preliminary Injunctive Relief; Complaint; Flash Drive Containing Declaration Appendix** to **Reginald Rowan** as **Authorized Agent & Legal Executive Specialist** at **501 3rd St., NW, 4th Fl., Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30-50 Height: Over 6ft Weight: Over 200 lbs Skin Color: Light Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Cora Heishman
Process Server

Twin City Process Service, LLC
5416 Jefferson Ct.
St. Paul MN 55110
651-214-8312
dlunda@yahoo.com

Internal Job ID:260922

District of Columbia: SS
Subscribed and Sworn to before me
this 28 day of December 2020

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Wisconsin Voters Alliance, et al**

    Plaintiff(s),

VS.

**Vice President Michael Richard Pence, in his official capacity as President of the United States Senate, et al**

    Defendant(s).

Attorney: Erick G. Kaardal

Mohrman, Kaardal & Erickson, P.A.
150 South 5th St., #3100
Minneapolis MN 55402

\*260921\*

**Case Number: 1:20-cv-03791-JEB**

Legal documents received by Twin City Process Service, LLC on **12/23/2020** at **2:52 PM** to be served upon **Electoral College, by serving United States Attorney for the District of Columbia**, at **501 3rd St., NW, 4th Fl., Washington, DC, 20001**

I, **Cora Heishman**, swear and affirm that on **December 23, 2020** at **4:25 PM**, I did the following:

Served **Electoral College, by serving United States Attorney for the District of Columbia**, a government agency by delivering a conformed copy of this **Letter dated December 22, 2020; Summons in a Civil Action; Motion; Notice of Hearing; Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Second Declaration of Erick G. Kaardal; Order (Filed 12-22-2020); Civil Cover Sheet; Plaintiffs' Memorandum in Support of Motion for Preliminary Injunctive Relief; Complaint; Flash Drive Containing Declaration Appendix** to **Reginald Rowan** as Authorized Agent & Legal Executive Specialist at **501 3rd St., NW, 4th Fl., Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 30-50 Height: Over 6ft Weight: Over 200 lbs Skin Color: Light Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Cora Heishman_
Process Server

Twin City Process Service, LLC
5416 Jefferson Ct.
St. Paul MN 55110
651-214-8312
dlunda@yahoo.com

Internal Job ID:260921

District of Columbia: SS
Subscribed and Sworn to before me this 28 day of December 2020

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Governor Tom Wolf of Pennsylvania
was received by me on *(date)* 12/23/2020 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Christina Palmer, Litigation Coordinator , who is
designated by law to accept service of process on behalf of *(name of organization)*
Governor's Office of General Counsel on *(date)* 12/24/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
The summons was served via email to Christina Palmer at: chrpalmer@pa.gov

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/24/2020

_Nicole Stanec_
Server's signature

Nicole Stanec, Investigator
Printed name and title

3645 Brodhead Rd., Monaca, PA 15061
Server's address

Additional information regarding attempted service, etc:

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Speaker Bryan Cutler, PA House of Reps
Senate Majority Leader Jake Corman, PA Senate
Governor Tom Wolf of PA

was received by me on *(date)* 12/23/2020

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Civil Law Division , who is
designated by law to accept service of process on behalf of *(name of organization)*
PA Office of Attorney General on *(date)* 12/24/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Copies of the three summons were served upon the Civil Law Division via email at info@attorneygeneral.gov and via FedEx to: PA Attorney General, Civil Law Division, 393 Walnut Street, 15th Floor, Harrisburg, PA 17120

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12/24/2020

*Server's signature*

Julie Stumbaugh, Investigator
*Printed name and title*

3645 Brodhead Rd., Monaca, PA 15061
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

Wisconsin Voters Alliance, et al., )
        Plaintiff(s), ) Civil Action No. 20-cv-03791-JEB
)
v. )
)
Vice President Michael Richard Pence, )
et al., )
)
        Defendant(s). )
)
)

## **PROOF OF SERVICE**

I, Gary Winfrey, being duly sworn, states as follows: I am 18 years or older, and am not a party to the action, nor an employee or a relative of a party and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

I hereby certify that I served a true and correct copy of the Civil Cover Sheet, Complaint, Summons, Notice and Consent Form, Motion for Preliminary Injunction, Notice of Hearing, Declaration of Kaardal, Second Declaration Kaardal, Appendix 5-1 through 5-12, Proposed Order, and Service Letter in above-referenced matter as follows:

    By hand delivery into the Attorney General drop box personally, located at 333 Walnut Street 1st Floor, Harrisburg PA 17120 on Wednesday, December 24th, 2020 at 11:45 am.

I verify that the statements in this document are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

Date: Dec. 24th 2020

Signature: *[signed]*

Print Name / Title: Gary Winfrey process Server

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bryan Cutler; Speaker PA. House of Representatives
was received by me on *(date)* Dec. 23rd 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jim Mann Senior Deputy Chief Counsel, who is designated by law to accept service of process on behalf of *(name of organization)* PA. House of Representatives on *(date)* Dec. 28th 2020; or @ 4:05 pm.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Dec. 28th 2020

*Server's signature*

Gary Winfrey - Process Server
*Printed name and title*

4900 Carlisle Pike #113 Mechanicsburg, PA. 17050
*Server's address*

Additional information regarding attempted service, etc:

Case 1:20-cv-03791-JEB Document 27-9 Filed 02/05/21 Page 10 of 14
Case 1:20-cv-03791-JEB Document 7-9 Filed 12/22/20 Page 14 of 38

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jake Corman; Senate Majority Leader
was received by me on *(date)* Dec. 23rd 2020.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Crystal Clark General Counsel to the Senate Rep. Caucus who is
designated by law to accept service of process on behalf of *(name of organization)* Senate -
Republican Caucus on *(date)* Dec. 28th 2020 ; or @ 4:15 pm.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Dec. 28th 2020

*Gary Winfrey*
Server's signature

Gary Winfrey - Process Server
Printed name and title

4900 Carlisle Pike #113 Mechanicsburg,
Server's address        PA. 17050

Additional information regarding attempted service, etc:

United States District Court
District of Columbia

Wisconsin Voters Alliance, et al.,

    Plaintiff(s),

v.

Vice President Michael Riichard Pence
in his Official Capacity as President
of the United States Senate, et al.,
    Defendant(s).

Court File No.
20-CV-03791 JEB

AFFIDAVIT OF SERVICE

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Wisconsin Governor's Office changed their normal methods of accepting in-person service. Their office instructed me to electronically serve the documents identified in this affidavit.

**12/28/20  8:45AM   Greg Kowal of Gregg's Investigations Called 608-266-1212 and explained purpose and requested input on how the Governor's office would like to be served.  Received a call back from Diane Raines, 608-228-9193.  Ms. Raines explained that she is not an attorney but she can accept service at the doorway of the capital in Madison, WI or we can email the subject papers to molly.mcnab1@wi.gov and the governors office will return an acknowledgment.  Ms. Raines stated that there are no other alternatives at this time due to the pandemic.**

David J. Lunda, Being duly sworn, on oath says: that on the 4th day of January 2021 at 8:19am he electronically served the following: Summons; complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order; Waiver of the Service of Summons On Governor Tony Evers of Wisconsin, in his official Capacity located at 115 E Capitol Dr # 1, Madison, 53702, County of Dane, State of Wisconsin, by emailing document(s) to Molly.mcnab1@Wi.gov a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

5th Day of January, 2021 David J. Lunda

Notary Public



Ruthann Elizabeth Lunda
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

## Fw: Service

From: Yahoo Mail (dlunda@yahoo.com)

To: molly.mcnab1@wi.gov

Date: Monday, January 4, 2021, 08:19 AM CST

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078

----- Forwarded Message -----
**From:** Yahoo Mail <dlunda@yahoo.com>
**To:** Molly.Mcnabl@wi.gov <molly.mcnabl@wi.gov>
**Sent:** Monday, January 4, 2021, 08:16:27 AM CST
**Subject:** Service

Dear Ms. Raines,

My server in Wisconsin forwarded your instructions to serve Governor Tony Evers. Please see attached for the service documents and a wavier of service to have signed and to email back. Thank you for your attention to this matter.

Sincerely,
David Lunda

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078


archive (1) (2).zip
13.7MB


1-0 Complaint 12-22-20 (1).pdf
1.7MB


Waiver of service_000424.pdf
430.7kB

United States District Court
District of Columbia

Wisconsin Voters Alliance, et al.,

    Plaintiff(s),

Court File No.
20-CV-03791 JEB

v.

AFFIDAVIT OF SERVICE

Vice President Michael Riichard Pence
in his Official Capacity as President
of the United States Senate, et al.,
    Defendant(s).

---

State of Minnesota
County of Ramsey
(County Affidavit signed in)

Due to the coronavirus, Covid-19, the Attorney General's Office changed their normal methods of accepting in-person service. Their office instructed me to electronically serve the documents identified in this affidavit. The Attorney General declared that by electronically serving their office, they have accepted service as if doing so personally.

David J. Lunda, Being duly sworn, on oath says: that on the 23rd day of December 2020 at 11:23am he electronically served the following: Summons; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order; Waiver of the Service of Summons On Governor Tony Evers of Wisconsin, in his official Capacity Through the Wisconsin Attorney General therein named, located at 14 East, State Capitol P.O. Box 7857 Madison, 53707, County of Dane, State of Wisconsin, by emailing document(s) to covid-sop@doj.state.wi.us, with an admission of service stating: This email constitutes written admission of service upon the Wisconsin Attorney General's Office pursuant to Federal Rule of Civil Procedure 502(a) a true and correct copy of thereof.

Subscribed and Sworn to Before Me this

28th Day of December, 2020  David J. Lunda

_____
Notary Public

Ruthann Elizabeth Lunda
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2021

# Service

From: Yahoo Mail (dlunda@yahoo.com)
To: covid-sop@doj.state.wi.us
Date: Wednesday, December 23, 2020, 11:23 AM CST

State of Wisconsin Attorney Generals office,

Please see attached for service on Governor Tony Evers in his official capacity.

A wavier of service is also attached per your instructions.

Papers served: Summonses; Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order

Dave Lunda
Twin City Process Service LLC
5416 Jefferson Court
St. Paul MN 55110
651-251-8078


Waiver of service_000423.pdf
426.1kB


0-0 Summonses Issued 12-22-20.pdf
12.9MB


0-1 Notice and Consent Form.pdf
245.4kB


1-1 Civil Cover Sheet.pdf
91.6kB


2 Motion for Preliminary Injunction 12-22-20.pdf
96.4kB


3 Notice of Hearing 12-22-20.pdf
91.3kB


4 Plfs Memo in Spt Motion for PI 12-22-20.pdf
410.8kB


5-0 Declaration of EGK 12-22-20.pdf
159.9kB


6 Proposed Order for PI 12-22-20.pdf
79.3kB


Declaration Kaardal (Second) 12-22-20.pdf
93.5kB