## RE: Service

From: DLS COVID Service of Process (doj-covid-sop@doj.state.wi.us)
To: dlunda@yahoo.com
Cc: doj-covid-sop@doj.state.wi.us
Date: Wednesday, December 23, 2020, 11:30 AM CST

Received, thank you.

**JOCELYN HENNING** (she/her)

**Litigation Technology Support Team**

Wisconsin Department of Justice | Division of Legal Services

PLEASE NOTE: While government records are generally subject to disclosure pursuant to the public records law, this email, including any attachments, may contain confidential and/or privileged information exempt from public disclosure. If you are not the intended recipient or believe that you received this email in error, please notify the sender immediately.

From: Yahoo Mail <dlunda@yahoo.com>
Sent: Wednesday, December 23, 2020 11:23 AM
To: DLS COVID Service of Process <DOJ-COVID-SOP@doj.state.wi.us>
Subject: Service

State of Wisconsin Attorney Generals office,

Please see attached for service on Governor Tony Evers in his official capacity.

A wavier of service is also attached per your instructions.

Papers served: Summonses; Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick

G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order

Dave Lunda

Twin City Process Service LLC

5416 Jefferson Court

St. Paul MN 55110

651-251-8078

## AFFIDAVIT OF SERVICE

**State of Wisconsin**                **County of**                **United States District Court**

Case Number: 20-CV-03791-JEB

Plaintiff:
**Wisconsin Voters Alliance, et al**

vs.

Defendant:
**Vice President Michael Richard Pence, et al**

Received by Twin City Process Service LLC to be served on **Senate Majority Leader Howard Marklein, S11665 Soeldner Rd., Spring Green, WI 53588**.

I, Daryl Oestreich, being duly sworn, depose and say that on the **31st day of December, 2020** at **12:58 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a **Summonses;Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order** with the date and hour of service endorsed thereon by me, to: **Senate Majority Leader Howard Marklein** at the address of: **S11665 Soeldner Rd., Spring Green, WI 53588**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 66, Sex: M, Race/Skin Color: White, Height: 5'8, Weight: 180, Hair: Grey, Glasses: Y

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no interest in the above action. I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and sworn to before me on the 4th day of January, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC
STATE OF WISCONSIN/ILLINOIS
MY COMMISSION EXPIRES

**Daryl Oestreich**
Process Server

Twin City Process Service LLC
5416 Jefferson Ct.
St. Paul, MN 55110
(651) 251-8078

Our Job Serial Number: GWK-2020008548

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Brian Kemp, As Governor of Georgia**

was received by me on *(date)* **December 26th, 2020**.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Jett Coptsias #944**, who is designated by law to accept service of process on behalf of *(name of organization)* **Brian Kemp, As Governor of Georgia** on *(date)* **December 26th, 2020**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **December 26, 2020**

*Allison Cain*
Server's signature

**Allison Cain**
Printed name and title

**6164 New Hope Road**
**Milner, GA 30257**
Server's address

Additional information regarding attempted service, etc: **I have personally served the following:**

1). Summons
2). Complaint
3). Coversheet
4). Motion for Prelim. Injunction
5). Notice of Hearing
6). Memorandum of Law
7). Declaration of Erick Kaardal
8). Declaration of Erick Kaardal (Second)
9). Flashdrive containing the Appendix
10). Proposed order
11). Notice/Mag. Judge

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Christopher Carr, As Attorney General of the State of Georgia**

was received by me on *(date)* **December 23, 2020**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Chief Deputy Attorney General Wright Banks**, who is designated by law to accept service of process on behalf of *(name of organization)* **Christopher Carr, As Attorney General of the State of GA** on *(date)* **December 23, 2020**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **December 23, 2020**

_____*Allison Cain*_____
Server's signature

**Allison Cain**
Printed name and title

**6164 New Hope Road**
**Milner, GA 30257**
Server's address

Additional information regarding attempted service, etc: **I have personally served the following:**

1.) Summons
2.) Complaint
3.) Coversheet
4.) Motion for Prelim. Injunction
5.) Notice of Hearing
6.) Memorandum of Law
7.) Declaration of Erick Kaardal
8.) Declaration of Erick Kaardal (2n)
9.) Flash Drive Containing Appendix
10.) Proposed Order
11.) Notice / Mag - Judge

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **David Ralston, Speaker of the GA House of Representatives**

was received by me on *(date)* **December 23, 2020**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Speaker of House Executive Assistant Katy Little**, who is designated by law to accept service of process on behalf of *(name of organization)* **Speaker of the GA House of Representatives David Ralston**, on *(date)* **December 23, 2020** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **December 23, 2020**

*Allison Cain*
Server's signature

**Allison Cain**
Printed name and title

**6164 New Hope Road
Milner, GA 30257**
Server's address

Additional information regarding attempted service, etc: **I have personally served the following:**

1.) Summons
2.) Complaint
3.) Coversheet
4.) Motion for Prelim. Injuction
5.) Notice of Hearing
6.) Memorandum of Law
7.) Declaration of Erik Kaardal
8.) Declaration of Erik Kaardal (second)
9.) Flash Drive Containing the Appendix
10.) Proposed Order
11.) Notice/Mag. Judge

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Butch Miller President Pro Tempore of**
was received by me on *(date)* **December 26th, 2020** **the Georgia Senate,**

☒ I personally served the summons on the individual at *(place)* **4618 Windsor Drive Flowery Branch, GA 30542** on *(date)* **December 26, 2020** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: **December 26th, 2020**

**Allison Cain**
Server's signature

**Allison Cain**
Printed name and title

**614 New Hope Road**
**Milner, GA 30257**
Server's address

Additional information regarding attempted service, etc: **I have personally served the following:**
1). Summons
2). Complaint
3). Cover sheet
4). Motion for Prelim. Injunction
5). Notice of Hearing
6). Memorandum of Law
7). Declaration of Erick Kaardal
8). Declaration of Erick Kaardal (Second)
9). Flash Drive containing the Appendix
10). Proposed order
11). Notice/ Mag. Judge

United States District Court
District of Columbia

Wisconsin Voters Alliance, et al.,

    Plaintiff(s),

v.

Vice President Michael Richard Pence in his
Official Capacity as President of the
United States Senate, et al.,
    Defendant(s).

Court File No.
20-CV-03791 JEB

AFFIDAVIT OF SERVICE

State of Arizona
County of Maricopa
(County Affidavit signed in)

Jeff Bourne, Being duly sworn, on oath says: that on the 24th day of December, 2020 at 9:35am he served the following: : Summons; Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order; on Governor Doug Ducy of Arizona, in his official capacity therein named, personally at 1700 W. Washington Street, Phoenix, 85007, County of Maricopa, State of Minnesota, by handing to and leaving with Annie Foster, General Counsel, an expressly authorized agent for service a true and correct copy thereof.

Service was attempted at Arizona Attorney General's Office at 3:50pm on December 23, 2020 at 2005 N. Central Ave., Phoenix AZ 85004; the clerk said she could only accept on behalf of the State.

Service was attempted at Arizona Department of Administration at 4:20pm on December 23; the Service of Process Clerk said she could only accept on behalf of the DOA.

Service was attempted at the Arizona State Capitol at 4:40pm on December 23, 2020 at 1700 W. Washington St., Phoenix, AZ 85007; neither the Governor or the General Counsel were present to accept service.

Subscribed and Sworn to Before Me this

__5__ Day of ~~December~~ JANUARY, 2020 Jeff Bourne

_____
Notary Public

TERENCE E CRONIN
Notary Public - Arizona
Maricopa County
Commission # 536046
My Commission Expires October 18, 2021

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078

*Wisconsin Voters Alliance, et al. v. Vice President Michael Richard Pence, et al.*
*USDC-DC Court file No. 20-CV-03791*

# AFFIDAVIT OF SERVICE

Johanna Juris, being duly sworn on oath, states that on December 22, 2020, served the following document(s):

1. Summonses;
2. Complaint;
3. Civil Cover Sheet;
4. Motion for Preliminary Injunction;
5. Notice of Hearing;
6. Memorandum of Law in Support of Motion for Preliminary Injunction;
7. Declaration of Erick G. Kaardal;
8. Second Declaration of Erick G. Kaardal;
9. Flash drive containing Declaration Appendix; and
10. Proposed Order.

by *United States Postal Service – Certified, Express Mail, Adult Signature Required* upon all individuals listed on the attached Service List.

Dated: December 22, 2020

_____
Johanna Juris

Subscribed and sworn to before me
this 22nd day of December, 2020

_____
Notary Public

NOTARY SEAL



VINCENT J. FAHNLANDER
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

**SERVICE LIST:**

VICE PRESIDENT MICHAEL RICHARD PENCE,
in his official capacity as President of the United States Senate,
Office of the Vice President
1600 Pennsylvania Avenue, N.W.
Washington, DC 20500;

U.S HOUSE OF REPRESENTATIVES,
U.S. Capitol
First St SE, Washington, DC 20004
Washington, DC 20515;

U.S. SENATE,
U.S. Capitol
First St SE, Washington, DC 20004
Washington, DC 20515;

ELECTORAL COLLEGE,
U.S. Capitol
First St SE, Washington, DC 20004
Washington, DC 20515;

GOVERNOR TOM WOLF OF PENNSYLVANIA,
in his official capacity,
508 Main Capitol Building
Harrisburg, PA 17120;

SPEAKER BRYAN CARTER OF THE PENNSYLVANIA HOUSE OF
REPRESENTATIVES, in his official capacity,
139 Main Capitol Building
PO Box 202100
Harrisburg, PA 17120-2100;

SENATE MAJORITY LEADER JAKE CORMAN
OF THE PENNSYLVANIA SENATE,
in his official capacity,
Senate Box 203034
Harrisburg, PA 17120-3034;

GOVERNOR GRETCHEN WHITMER OF MICHIGAN,
in her official capacity,
111 S Capitol Avenue
Lansing, Michigan 48933;

SPEAKER LEE CHATFIELD OF THE MICHIGAN
HOUSE OF REPRESENTATIVES,
in his official capacity,
124 N Capitol Avenue
Lansing, Michigan 48933;

SENATE MAJORITY LEADER MIKE SHIRKEY
OF THE MICHIGAN SENATE,
in his official capacity,
S-102 Capitol Building
Lansing, Michigan 48933;

GOVERNOR TONY EVERS OF WISCONSIN,
in his official capacity,
P.O. Box 7863
Madison, Wisconsin 53707;

SPEAKER ROBIN VOS OF THE WISCONSIN
STATE ASSEMBLY,
in his official capacity,
960 Rock Ridge Road
Burlington, Wisconsin 53105;

SENATE MAJORITY LEADER HOWARD MARKLEIN
OF THE WISCONSIN SENATE,
in his official capacity,
PO Box 7882
Madison, Wisconsin 53707;

GOVERNOR BRIAN KEMP OF GEORGIA,
in his original capacity,
111 State Capitol
Atlanta, Georgia 30334;

SPEAKER DAVID RALSTON OF THE GEORGIA HOUSE
OF REPRESENTATIVES,
in his official capacity,
332 State Capitol
Atlanta, Georgia 30334;

PRESIDENT PRO TEMPORE BUTCH MILLER OF THE GEORGIA SENATE,
in his official capacity,
321 State Capitol
Atlanta, Georgia 30334;

GOVERNOR DOUG DUCEY OF ARIZONA,
in his official capacity,
1700 W. Washington Street
Phoenix, Arizona 85007;

SPEAKER RUSSELL BOWERS OF THE
ARIZONA HOUSE OF REPRESENTATIVES,
in his official capacity,
1700 West Washington
Room 223
Phoenix, Arizona 85007; and

SENATE MAJORITY LEADER RICK GRAY
OF THE ARIZONA SENATE,
in his official capacity,
1700 West Washington
Room 301
Phoenix, Arizona 85007

Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Attorney General William Barr
Attorney General of United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530-0001

*Wisconsin Voters Alliance, et al. v. Vice President Michael Richard Pence, et al.*
*USDC-DC Court file No. 20-CV-03791*

# AFFIDAVIT OF SERVICE

Johanna Juris, being duly sworn on oath, states that on December 23, 2020, served 4 copies each of the following for service upon Vice President Michael Pence, U.S. House of Representatives, U.S. Senate and Electoral College:

1. Summonses;
2. Complaint;
3. Civil Cover Sheet;
4. Motion for Preliminary Injunction;
5. Notice of Hearing;
6. Memorandum of Law in Support of Motion for Preliminary Injunction;
7. Declaration of Erick G. Kaardal;
8. Second Declaration of Erick G. Kaardal;
9. Flash drive containing Declaration Appendix; and
10. Proposed Order.

by *United States Postal Service – Certified, Express Mail, Adult Signature Required* at their respective mailing addresses list below.

| Civil Process Clerk | Attorney General William Barr |
| United States Attorney's Office | U.S. Department of Justice |
| 555 Fourth Street, N.W. | 950 Pennsylvania Avenue |
| Washington, D.C. 20530 | NW Washington, DC 20530-0001 |

Dated: December 23, 2020

_____
Johanna Juris

Subscribed and sworn to before me
this 23nd day of December, 2020

_____
Notary Public

NOTARY SEAL



VINCENT J. FAHNLANDER
Notary Public-Minnesota
My Commission Expires Jan 31, 2025