# Exhibit U

## AFFIDAVIT OF DUE DILIGENCE

**State of Wisconsin**      **County of**      **United States District Court**

Case Number: 20-CV-03791-JEB

Plaintiff:
**Wisconsin Voters Alliance, et al**

vs.

Defendant:
**Vice President Michael Richard Pence, et al**

Received by Twin City Process Service LLC to be served on **Speaker Robin Vos, Wisconsin State Assembly, 960 Rock Ridge Rd., Burlington, WI 53105.**

I, Gregory Kowal, being duly sworn, depose and say that on the **4th day of January, 2021 at 4:43 pm**, I:

**NON-SERVED:** After due search, careful inquiry and diligent attempts I was unable to serve the **Summonses;Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order** for the reason that I failed to find subject because of the following:

**Additional Information pertaining to this Service:**
12/30/2020  2:50 pm  Attempted service at 960 Rock Ridge Rd., Burlington, WI 53105, no answer at door, left a note.
1/2/2021  11:52 am  Attempted service at 960 Rock Ridge Rd., Burlington, WI 53105, no answer at door, no vehicles on driveway, note is gone.
1/4/2021  4:43 pm  Attempted service at 960 Rock Ridge Rd., Burlington, WI 53105, no answer at door, no change from previous attempt
Called 608-266-9171 the morning of 12/28/20, at 2:40PM on 12/28/20 and on 12/30/20 and got voice-mail,  got no response.

I certify that I am an adult over the age of 18, I am a resident of the State of Wisconsin, and I have no Interest in the above action. I also certify that at the time of said service, I endorsed upon the copy so served, the date upon which the same was served, the time, place, manner of service and upon whom service was made and signed my name thereto.

Subscribed and Sworn to before me on the 6th day of January, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC
STATE OF WISCONSIN ILLINOIS
MY COMMISSION EXPIRES:

Gregory Kowal
Process Server

Twin City Process Service LLC
5416 Jefferson Ct.
St. Paul, MN 55110
(651) 251-8078

Our Job Serial Number: GWK-2020008547

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-03791-JEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Arizona House Speaker Russell Bowers

was received by me on *(date)* 12/23/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☑ I returned the summons unexecuted because   Service cancelled by the client   ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/11/2021

*Server's signature*

Jeff Bourne #MC-5585
*Printed name and title*

1753 E. Broadway Rd. #302
Tempe, AZ 85282
480 736 1282
*Server's address*

Additional information regarding attempted service, etc:
Service attempted 3:55p AZ Attorney General 12/23 2005 N. Central Ave., Phoenix, AZ 85008.
Service attempted 4:15p 12/23 AZ Department of Administration 100 N. 15tfh Ave. Phoenix, AZ 85007.
Service attempted 4:45p 12/23 AZ Capitol, nobody from AZ House was in office.
Service attempted 9:40a 12/24 AZ Capitol, AZ House was closed. No answer at Speaker Bowers Office.
Service attempted 5p 1/5 8831 E.Quill St., Mesa, AZ 85207; service subsquently cancelled by client.

United States District Court
District of Columbia

Wisconsin Voters Alliance, et al.,

    Plaintiff(s),

v.

Vice President Michael Richard Pence in his
Official Capacity as President of the
United States Senate, et al.,
    Defendant(s).

Court File No.
20-CV-03791 JEB

AFFIDAVIT OF SERVICE

State of Arizona
County of Maricopa
(County Affidavit signed in)

Jeff Bourne, Being duly sworn, on oath says: that on the Twenty Third day of December, 2020 he received the following: : Summons; Complaint; Civil Cover Sheet; Motion for Preliminary Injunction; Notice of Hearing; Memorandum of Law in Support of Motion for Preliminary Injunction; Declaration of Erick G. Kaardal; Second Declaration of Erick G. Kaardal; Proposed Order; for House Speaker Russell Bowers of Arizona, in his official capacity.

Service was attempted at Arizona Attorney General's Office at 3:50pm on December 23, 2020 at 2005 N. Central Ave., Phoenix AZ 85004; the clerk said she could only accept on behalf of the State.

Service was attempted at Arizona Department of Administration at 4:20pm on December 23; the Service of Process Clerk said she could only accept on behalf of the DOA.

Service was attempted at the Arizona State Capitol at 4:40pm on December 23, 2020 at 1700 W. Washington St., Phoenix, AZ 85007; neither the Speaker nor the Chief of Staff or General Counsel were present.

Service was attempted at 8831 E. Quill St., Mesa, AZ 85207 at 5:00p 1/5; service was concurrently canceled by the client.

Subscribed and Sworn to Before Me this

12th Day of ~~December~~ JANUARY, 2020 Jeff Bourne MC-5585

MICHAEL MENZIE DOUGLAS
Notary Public - Arizona
Maricopa County
Commission # 563784
My Commission Expires March 31, 2023

Notary Public

Twin City Process Service, LLC
5416 Jefferson Court
St. Paul, MN. 55110
651-251-8078