UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WISCONSIN VOTERS ALLIANCE,** *et al.*,<br><br>  PLAINTIFFS,<br><br>V.<br><br>**VICE PRESIDENT MICHAEL R. PENCE,** *et al.,*<br><br>  DEFENDANTS. | **CASE NO.: 1:20-CV-03791-JEB** |

### CIVIL NOTICE OF APPEAL

  Pursuant to Rules 3(a) and 4(a)(1)(A) of the Federal Rules of Appellate Procedure, notice is hereby given this 3rd day of March, 2021, that Non-Party Respondents Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A. (collectively referred to as "Plaintiffs' Counsel") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Minute Entry this Court entered on the 19th day of February, 2021, which states in full "ORDER: The Court ORDERS that Plaintiffs' counsel shall be referred to the Committee on Grievances. Signed by Judge James E. Boasberg on 2/19/2021. (lcjeb1) (Entered: 02/19/2021)" as well as the Order, which is a separate document, at ECF No. 23 which concludes "[t]he Court, accordingly, ORDERS that Plaintiffs' counsel shall be referred to the Committee on Grievances. It expresses no opinion on whether discipline should be imposed or, if so, what form that should take."

  The United States Court of Appeals for the District of Columbia Circuit has jurisdiction to hear this appeal because the underlying case has been dismissed and is closed; the District Court has finally resolved all issues in the case; the February 19, 2021, Order constitutes a final order for

the case; there are no motions listed in Federal Rule of Appellate Procedure 4(a)(4) or 4(b)(3) that would make the filing of a notice of appeal ineffective; and this appeal is being filed in good faith for review of the Minute Entry this Court entered on the 19th day of February, 2021, and the accompanying separate document which constitutes this Court's Order.

Respectfully submitted,

ECCLESTON & WOLF, P.C.

/s/  *Channing L. Shor*
Justin M. Flint (#491782)
Channing L. Shor (#1024861)
1629 K Street, N.W., Suite 260
Washington, D.C. 20006
(202) 857-1696 (Tel)
(202) 857-0762 (Fax)
flint@ewdc.com
shor@ewdc.com
*Counsel for Erick G. Kaardal, Esq. and Mohrman, Kaardal & Erickson, P.A.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March 2021, a copy of the foregoing Civil Notice of Appeal was served on the District Court's clerk and electronically filed via the Court's CM/ECF system pursuant to Rule 3(a)(1) of the Federal Rules of Appellate Procedure and District of Columbia Circuit Rule 25(c)(3).

/s/  *Channing L. Shor*
Channing L. Shor (#1024861)