# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5056**                                    **September Term, 2021**

**1:20-cv-03791-JEB**

**Filed On: May 16, 2022** [1946814]

Wisconsin Voters Alliance, et al.,

       Appellees

   v.

Kamala D. Harris, Vice President, in her
official capacity as President of the United
States Senate, et al.,

       Appellees

Erick G. Kaardal and Mohrman, Kaardal &
Erickson, P.A.,

       Appellants

## M A N D A T E

In accordance with the judgment of March 22, 2022, and pursuant to Federal
Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                   **FOR THE COURT:**
                                   Mark J. Langer, Clerk

                   BY:    /s/
                                   Daniel J. Reidy
                                   Deputy Clerk

Link to the judgment filed March 22, 2022