# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 21-5056**             **September Term, 2021**
FILED ON: MARCH 22, 2022

WISCONSIN VOTERS ALLIANCE, ET AL.,
    APPELLEES

v.

KAMALA D. HARRIS, VICE PRESIDENT, IN HER OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES SENATE, ET AL.,
    APPELLEES

ERICK G. KAARDAL AND MOHRMAN, KAARDAL & ERICKSON, P.A.,
    APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-03791)

Before: TATEL, KATSAS, and JACKSON*, *Circuit Judges*

**JUDGMENT**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the appeal be dismissed for lack of jurisdiction, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:   /s/

          Daniel J. Reidy
          Deputy Clerk

Date: March 22, 2022

Opinion for the court filed by Circuit Judge Tatel.

\* Circuit Judge Jackson was a member of the panel at the time the case was argued but did not participate in the disposition of this matter.